**Fill in this information to identify the case:**

Debtor name: Reagor-Dykes Motors, LP
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 18-50214

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AER Manufacturing P.O. Box 974180 Dallas, TX 75397-4180 | 800-621-0545 | Parts | | | | $6,219.31 |
| American Tire Distributors Payment Processing Center P.O. Box 889 Huntersville, NC 28070-0889 | 704-992-2000 | Tires | | | | $3,700.37 |
| Bristo Battery 124 E. Slaton Rd. Lubbock, TX 79452 | 806-745-2052 | Parts | | | | $21,879.64 |
| Bumper Manufacturing 2500 Minis Drive Haltom City, TX 76117 | 817-831-4401 | Parts | | | | $6,704.12 |
| Concho Supply Inc. P.O. Box 3487 San Angelo, TX 76902 | 325-949-4649 | Parts | | | | $9,129.18 |
| Descriptive Auto Design, LLP P.O. Box 64366 Lubbock, TX 79464 | 806-792-1551 | Professional Services | | | | $3,900.00 |
| Earl Owens Company, LLC P.O. Box 111787 Carrollton, TX 75011 | 469-892-2424 | Parts | | | | $49,738.78 |
| Fender Truck Accessories P.O. Box 2576 Midland, TX 79702 | 432-683-8473 | Parts | | | | $35,969.65 |

Debtor  Reagor-Dykes Motors, LP
Name

Case number (if known) 18-50214

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ford Motor Credit Co. 9009 Carothers Parkway Franklin, TN 37067 | Keith Langley klangley@l-llp.com 214-722-7171 | Vehicles and Titles | | $31,486,187.00 | $23,271,902.00 | $8,214,285.00 |
| Keystone Automotive Operations P.O. Box 417450 Boston, MA 02241-7450 | jellis@lkqcorp,com 800-551-5610 | Parts | | | | $4,783.24 |
| Lubbock Auto Spa 3305 81st St. Lubbock, TX 79423 | Jeff Barthalomen 806-239-0712 | Professional Services | | | | $14,683.10 |
| Meyer Distributing 560 East 25th St. Jasper, IN 47546 | 806-639-3787 | Parts | | | | $6,258.95 |
| Napa Auto Parts 310 N 4th Lamesa, TX 79331 | 806-872-2147 | Parts | | | | $6,164.08 |
| O'Reilley Auto Parts P.O. Box 9464 Springfield, MO 65801-9464 | 417-862-2674 | Parts | | | | $4,635.49 |
| Reid Bethel Tire Co. P.O. Box 29 Lamesa, TX 79331 | 806-872-8886 | Parts | | | | $4,848.75 |
| Reynolds and Reynolds P.O. Box 182206 Columbus, OH 43218-2206 | 937-485-2000 | Professional Services | | | | $15,864.64 |
| Sam Pack's Five Star Ford P.O. Box 910227 Dallas, TX 75391 | 972-961-3004 | Parts | | | | $4,238.97 |
| Sewell Ford Inc P.O. Box 3432 Odessa, TX 79760 | 432-498-0421 | Parts | | | | $10,690.17 |
| The Reinalt-Thomas Corporation P.O. Box 29851 Phoenix, AZ 85038-9851 | 602-996-0201 | Tires | | | | $8,852.14 |
| Valvaline LLC 3499 Blazer Parkway Lexington, KY 40509 | Vic Stephenson 214-878-4091 | Oil | | | | $7,942.65 |