**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP** | § | **CASE NO. 18-50214-rlj11** |
| | § | |
| *Debtor*. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Pursuant to Federal Bankruptcy Rule 9010(b), the undersigned attorney enters an appearance on behalf of Wells Fargo Bank, N.A. in the above-styled and numbered cause:

>Thomas A. Connop
>Texas Bar No. 04702500
>tconnop@lockelord.com
>LOCKE LORD LLP
>2200 Ross Avenue, Suite 2800
>Dallas, Texas 75201
>(214) 740-8000 (Telephone)
>(214) 740-8800 (Telecopier)

Please provide Thomas A. Connop with copies of all notices, correspondence, pleadings or other documents in this case.

Date:   August 3, 2018                          Respectfully submitted,


                                                */s/ Thomas A. Connop*
                                                Thomas A. Connop
                                                Texas Bar No. 04702500
                                                tconnop@lockelord.com
                                                LOCKE LORD LLP
                                                2200 Ross Avenue, Suite 2800
                                                Dallas, Texas  75201
                                                (214) 740-8000 (Telephone)
                                                (214) 740-8800 (Telecopier)

                                                **ATTORNEYS FOR WELLS FARGO BANK, N.A.**


## CERTIFICATE OF SERVICE

    I certify that on August 3, 2018, a true and correct copy of the foregoing was served via the Court's Case Management/Electronic Case Filing System to all parties authorized to receive notice in this proceeding.


                                                */s/ Thomas A. Connop*
                                                Thomas A. Connop