STINSON LEONARD STREET LLP
Mark S. Carder, MO Bar No.  40262
mark.carder@stinson.com
Bruce E. Bagelman, TX Bar No. 01509700
bruce.bagelman@stinson.com
3102 Oak Law Avenue, Ste. 777
Dallas, Texas  75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Attorneys for FIRST BANK & TRUST*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **REAGOR-DYKES MOTORS, LP** § | **Case No. 18-50214-rlj11** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **REAGOR-DYKES IMPORTS, LP** § | **Case No. 18-50215-rlj11** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **REAGOR-DYKES AMARILLO, LP** § | **Case No. 18-50216-rlj11** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **REAGOR-DYKES AUTO COMPANY, LP** § | **Case No. 18-50217-rlj11** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **In re:** | § § | |
| **REAGOR-DYKES PLAINVIEW, LP** | § § | Case No. 18-50218-rlj11 |
| Debtor. | § § | |

| | | |
|---|---|---|
| **In re:** | § § | |
| **REAGOR-DYKES FLOYDADA, LP** | § § | Case No. 18-50219-rlj11 |
| Debtor. | § § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b), Fed. R. Bankr. P., Mark S. Carder and Bruce E. Bagelman of Stinson Leonard Street LLP hereby enter their appearance in the above-styled cases on behalf of FIRST BANK AND TRUST, Lubbock, Texas, a party in interest, and, pursuant to Rules 2002 and 9007, Fed. R. Bankr. P., request that all notices and pleadings given or required to be served in these proceedings be served upon the undersigned at the office, postal and email addresses, and telephone and telecopy numbers listed below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure and any applicable local rules, and additionally includes, without limitation and where applicable, any application, complaint, demand, notice of hearing, motion, objection, plan, disclosure statement, pleading, or request, formal or informal, whether transmitted or conveyed by mail, email, telecopy or otherwise.

This notice shall not operate to waive any right of First Bank & Trust to withhold consent to entry of final judgments by the Bankruptcy Court in particular proceedings in the captioned

141771301.1

cases, withdraw the reference of any such proceedings to the District Court, or seek trial by jury in any such proceedings.

STINSON LEONARD STREET LLP

By: */s/ Bruce E. Bagelman*
Bruce E. Bagelman TX# 01509700
bruce.bagelman@stinson.com
Mark S. Carder MO#40262
mark.carder@stinson.com
3102 Oak Law Avenue, Ste. 777
Dallas, Texas 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Attorneys for FIRST BANK & TRUST*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2018, a true and correct copy of the foregoing was served via the Court's Case Management/Electronic Case Filing System to all parties authorized to receive notice in this proceeding.

*/s/ Bruce E. Bagelman*
Bruce E. Bagelman
