Mark W. Harmon
State Bar No. 09020840
BOERNER, DENNIS & FRANKLIN, PLLC
P. O. Box 1738
Lubbock, Texas 79408
Telephone (806) 763-0044
Telecopier (806) 763-2084
E-mail: mwharmon@bdflawfirm.com

ATTORNEYS FOR FORD MOTOR CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| REAGOR-DYKES MOTORS, LP | § § § | CASE NO. 18-50214-RLJ-11 |
| DEBTOR(S) | § § § | |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that BOERNER, DENNIS & FRANKLIN, PLLC, having previously filed a Notice of Appearance and Request for Service of Papers in this case on behalf of Ford Motor Credit Company LLC, does hereby with just pleading for all purposes.

Respectfully submitted,

/s/ Mark W. Harmon

_____
Mark W. Harmon
State Bar No. 09020840
ATTORNEYS FOR FMCC
BOERNER, DENNIS & FRANKLIN, PLLC
P.O. Box 1738
Lubbock, Texas  79408
Phone: (806) 763-0044
Fax: (806) 763-2084
E-mail: mwharmon@bdflawfirm.com

## **CERTIFICATE OF SERVICE**

      I, Mark W. Harmon, hereby certify that on this 8th day of August, 2018, a true and correct copy of the above and foregoing instrument has either been served electronically or by United States mail, postage prepaid, to each of the following listed parties:

United States Trustee
Room 976
1100 Commerce Street
Dallas, Texas 75242

David R. Langston
Brad W. Odell
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408

All parties in interest registered with the U.S. Bankruptcy Court to receive electronic notices in this case.

    /s/ Mark W. Harmon
    _____
    Mark W. Harmon