UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Reagor-Dykes Motors, LP

§
§  Case No.: 18-50214-rlj-11
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Carder_____  __Mark_____  __S____
                 *Last*               *First*               *MI*

2. Firm Name: Stinson Leonard Street LLP

3. Address: 1201 Walnut
   Suite 2900
   Kansas City, Missouri 64106

4. Phone: (816) 842-8600    FAX: (816) 691-3495
   Email: mark.carder@stinson.com

5. Name used to sign *all* pleadings: Mark S. Carder

6. Retained by: First Bank & Trust

7. Admitted on __1990__ and presently a member in good standing of the bar of the highest court of the state of __Missouri__ and issued the bar license number of __40262__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Texas (inactive) | 5/13/1983 |
   | Missouri | 5/10/1990 |
   | Kansas | 4/26/1990 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | | None |
    | | |
    | | |

13. Local counsel of record: Bruce E. Bagelman

14. Local counsel's address: 3102 Oak Lawn Ave., Ste. 777
    Dallas, Texas 75219

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Mark S. Carder  
Printed Name of Applicant

August 8, 2018  
Date

_[signature]_  
Signature of Applicant