MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
drl@mhba.com
bodell@mhba.com
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** § § **REAGOR-DYKES MOTORS, LP** § § Debtor. § | § § § § § | **Case No. 18-50214-rlj11** |
| **IN RE:** § § **REAGOR-DYKES IMPORTS, LP** § § Debtor. § § | § § § § § § | **Case No. 18-50215-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES AMARILLO, LP** § § Debtor. § § | § § § § § § | **Case No. 18-50216-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES AUTO COMPANY, LP** § § Debtor. § | § § § § § § | **Case No. 18-50217-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES PLAINVIEW, LP** § § Debtor. § | § § § § § | **Case No. 18-50218-rjl11** **(Jointly Administered Under Case No. 18-50214)** |

Debtor's Motion for Emergency Hearing
And to Shorten Notice on Expedited Motion
–Page 1

IN RE: §
§
**REAGOR-DYKES FLOYDADA, LP** § Case No. 18-50219-rlj11
§ (Jointly Administered Under
Debtor. § Case No. 18-50214)

## DEBTORS' MOTION FOR EMERGENCY HEARING AND TO SHORTEN NOTICE ON DEBTORS'-IN-POSSESSION EMERGENCY JOINT APPLICATION TO EMPLOY CHIEF RESTRUCTURING OFFICER

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

NOW COMES, Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, and Reagor-Dykes Floydada, LP (each a "Debtor," and collectively, the "Debtors"), and pursuant to Bankruptcy Rule 9006(c) and Local Bankruptcy Rule 9003.1, files this Motion for Emergency Hearing and to Shorten Notice on Debtors'-In-Possession Emergency Joint Application To Employ Chief Restructuring Officer. In support, the Debtors would show:

1. The Debtors filed for relief under Chapter 11 of the United States Bankruptcy Code on August 1, 2018. An Order for Joint Administration of the above-referenced bankruptcy cases was entered on August 8, 2018.

2. The Debtors have the rights, powers and duties of a Debtor in Possession in Chapter 11 and continue to operate their businesses with authority of the Bankruptcy Code pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtors assert that a need exists for an emergency hearing on this matter and good cause exists to reduce the notice period on Debtors' Emergency Joint Application To Employ Chief Restructuring Officer. The Debtors would show that need for a CRO in these cases is crucial to the survival of the Debtors businesses, the estates, and in the best interests of the creditors. The Debtors need the ability to bring in a CRO immediately to be able to

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 2

investigate the financial transactions that led to the Debtors' need to file bankruptcy, to investigate the allegations/accusations of Ford, to investigate the potential for any wrongdoing by the Debtors' former CFO and Ownership, to stabilize the Debtors accounting functions, to immediately put into place strong accounting controls, and to provide CFO support upon the departure of the Debtors' former CFO. On account of these crucial needs, the Debtors seek to have this Application heard on an emergency basis in conjunction with the continued hearing on use of cash collateral on August 16, 2018 at 10:00 a.m. Debtors likewise seek to have notice shortened on this Application to no more than seven (7) days. The Debtors assert that shortened notice and emergency consideration are appropriate and proper in this situation.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that the Court 1) set an emergency hearing for **Thursday, August 16, 2018**; 2) shorten the notice period for his Emergency Motion from 21 days to 7 days for parties receiving notice via ECF and six (6) days for parties receiving notice via regular U.S. Mail; 3) find that such notice is adequate under the circumstances, and 5) grant Debtors such other and further relief, at law or in equity, as the Court may deem necessary and proper.

Respectfully Submitted,
MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

/s/ Brad W. Odell
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
*Counsel for Debtors, Reagor-Dykes Motors, LP; Reagor-Dykes Imports, LP; Reagor-Dykes Amarillo, LP; Reagor-Dykes Auto Company, LP; Reagor-Dykes Plainview, LP; Reagor-Dykes Floydada, LP*

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 3

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel for Debtors, states that I conferred with Stephen McKitt, with the U.S. Trustee's office, and he indicated that the U.S. Trustee does not oppose the request for expedited hearing.

Additionally, I have communicated with Keith Langley, counsel for Ford Motor Credit regarding the request for expedited hearing, but at this time have not received a response from Mr. Langley on whether or not Ford Motor Credit opposes the expedited hearing.

Finally, pursuant to Local Bankruptcy Rule 9007-1, the undersigned counsel asserts that besides the two parties conferenced with above, he reasonably anticipates that the number of responding parties is too numerous to contact prior to the filing of the Motion. Counsel requests that the requirement to confer be waived as to all other parties.

/s/ Brad W. Odell_____
Brad W. Odell

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion was served via e-mail on this the 9th day of August, 2018, to the following listed parties in interest:

1. Reagor Dykes Auto Group
   1215 Ave. J
   Lubbock, Texas 79401

2. Keith Langley and Brandon K. Bains
   Langley LLP
   1301 Solana Blvd., Bldg. 1, Suite 1545
   Westlake, Tx. 76262
   Email: klangley@l-llp.com and  bbains@l-llp.com
   *Attorneys for Ford Motor Credit*

3. Donald Cram and Duane M. Geck
   Severson & Werson
   One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
   Email: dmg@severson.com and dhc@severson.com
   *Attorneys for Ford Motor Credit*

4. U.S. Trustee's Office
   1100 Commerce St., Room 9C60
   Dallas, Texas 75242

5. All parties receiving notice via ECF in this case.

6. All parties listed on the attached mailing matrix.

/s/ Brad W. Odell_____
Brad W. Odell

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 4

Reagor Dykes Auto Group
1215 Ave. J
Lubbock, Texas 79401

United States Trustee
Attn: Erin Schmidt and Stephen McKitt
1100 Commerce Street, Room 976
Dallas, TX 75242

Keith Langley and Brandon Bains
Langley LLP
1301 Solana Blvd.
Bldg. 1, Suite 1545
Westlake, Tx. 76262

Donald Cram and Duane M. Geck
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Jim Parrish
Baker Hostetler
200 South Orange Ave., Suite 2300
Orlando, Fl. 32801-3432

John Massouh
Sprouse Shrader Smith, PLLC
701 S. Taylor, Suite 500
Amarillo, Tx. 79101

Laura Monroe
Perdue Brandon Fielder et al
P.O. Box 817
Lubbock, Tx. 79408

Reuben Hancock
Reuben L. Hancock PC
7480 Golden Pond Place, Ste 200
Amarillo, TX 79121

Thomas A. Connop
Locke Lord LLP
2200 Ross Ave., Suite 2800
Dallas, Tx 75201

Roger Key
Key Terrell & Seger LLP
P.O. Box 64968
Lubbock, Tx. 79464

Roger Cox
Underwood
P.O. Box 9158
Amarillo, Tx. 79105-9158

AER Manufacturing
P.O. Box 974180
Dallas, TX 75397-4180

American Tire Distributors
Payment Processing Center
P.O. Box 889
Huntersville, NC 28070-0889

Bristo Battery
124 E. Slaton Rd.
Lubbock, TX 79452

Bumper Manufacturing
2500 Minis Drive
Haltom City, TX 76117

Concho Supply Inc.
P.O. Box 3487
San Angelo, TX 76902

Descriptive Auto Design, LLP
P.O. Box 64366
Lubbock, TX 79464

Earl Owens Company, LLC
P.O. Box 111787
Carrollton, TX 75011

Fender Truck Accessories
P.O. Box 2576
Midland, TX 79702

Keystone Automotive Operations
P.O. Box 417450
Boston, MA 02241-7450

Lubbock Auto Spa
Attn: Jeff Barthalomen
3305 81st St.
Lubbock, TX 79423

Meyer Distributing
560 East 25th St.
Jasper, IN 47546

Napa Auto Parts
310 N 4th
Lamesa, TX 79331

O'Reilley Auto Parts
P.O. Box 9464
Springfield, MO 65801-9464

Reagor Dykes Auto Group
1215 Ave. J
Lubbock, Texas 79401

United States Trustee
Attn: Erin Schmidt and Stephen McKitt
1100 Commerce Street, Room 976
Dallas, TX 75242

Keith Langley and Brandon Bains
Langley LLP
1301 Solana Blvd.
Bldg. 1, Suite 1545
Westlake, Tx. 76262

Donald Cram and Duane M. Geck
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Jim Parrish
Baker Hostetler
200 South Orange Ave., Suite 2300
Orlando, Fl. 32801-3432

John Massouh
Sprouse Shrader Smith, PLLC
701 S. Taylor, Suite 500
Amarillo, Tx. 79101

Laura Monroe
Perdue Brandon Fielder et al
P.O. Box 817
Lubbock, Tx. 79408

Reuben Hancock
Reuben L. Hancock PC
7480 Golden Pond Place, Ste 200
Amarillo, TX 79121

Thomas A. Connop
Locke Lord LLP
2200 Ross Ave., Suite 2800
Dallas, Tx 75201

Roger Key
Key Terrell & Seger LLP
P.O. Box 64968
Lubbock, Tx. 79464

Roger Cox
Underwood
P.O. Box 9158
Amarillo, Tx. 79105-9158

AER Manufacturing
P.O. Box 974180
Dallas, TX 75397-4180

American Tire Distributors
Payment Processing Center
P.O. Box 889
Huntersville, NC 28070-0889

Bristo Battery
124 E. Slaton Rd.
Lubbock, TX 79452

Bumper Manufacturing
2500 Minis Drive
Haltom City, TX 76117

Concho Supply Inc.
P.O. Box 3487
San Angelo, TX 76902

Descriptive Auto Design, LLP
P.O. Box 64366
Lubbock, TX 79464

Earl Owens Company, LLC
P.O. Box 111787
Carrollton, TX 75011

Fender Truck Accessories
P.O. Box 2576
Midland, TX 79702

Keystone Automotive Operations
P.O. Box 417450
Boston, MA 02241-7450

Lubbock Auto Spa
Attn: Jeff Barthalomen
3305 81st St.
Lubbock, TX 79423

Meyer Distributing
560 East 25th St.
Jasper, IN 47546

Napa Auto Parts
310 N 4th
Lamesa, TX 79331

O'Reilley Auto Parts
P.O. Box 9464
Springfield, MO 65801-9464

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 5

| | | |
|---|---|---|
| Reid Bethel Tire Co.<br>P.O. Box 29<br>Lamesa, TX 79331 | Reynolds and Reynolds<br>P.O. Box 182206<br>Columbus, OH 43218-2206 | Sam Pack's Five Star Ford<br>P.O. Box 910227<br>Dallas, TX 75391 |
| Sewell Ford Inc<br>P.O. Box 3432<br>Odessa, TX 79760 | The Reinalt-Thomas Corporation<br>P.O. Box 29851<br>Phoenix, AZ 85038-9851 | Valvaline LLC<br>Attn.: Vic Stephenson<br>3499 Blazer Parkway<br>Lexington, KY 40509 |
| 1-800 Radiator<br>P.O. Box 2786<br>Amarillo, TX 79105 | Advantage Supply<br>P.O. Box 471103<br>Fort Worth, TX 76147 | Alsco Inc.<br>Attn: Jim McIntire<br>404 N. University<br>Lubbock, TX 79415 |
| American Tire Distribution<br>8814 Senator Circle<br>Wolfforth, TX 79382 | Auto Plus<br>3319 82nd St.<br>Lubbock, TX 79423 | Auto Trim & UP Fischer Auto Glass<br>6832 Wayne Ave., Suite F<br>Lubbock, TX 79424 |
| Auto Zone Stores, Inc.<br>P.O. Box 116067<br>Atlanta, GA 30368-6067 | CND Body Works<br>8809 Valencia Ave.<br>Lubbock, TX 79424 | Digicut Systems<br>7700 E. 38th St.<br>Tulsa, OK 74145 |
| Discount Tire Company<br>P.O. Box 29851<br>Phoenix, AZ 85038-9851 | Frontier Dodge<br>5801 Spur 327<br>Lubbock, TX 79424 | Gene Messer<br>6161 Rothway Street<br>Houston, TX 77040 |
| Quantumlinq Computing<br>P.O. Box 6682<br>Lubbock, TX 79493 | R&D Cleaning & Floor Service<br>Attn:Robert Lee<br>7420 Glove Ave.<br>Lubbock, TX 79404 | Scoggin Dickey Buick GMC<br>Dave Zwiacher<br>P.O. Box 64910<br>Lubbock, TX 79464 |
| South Plains Towing LLC<br>P.O. Box 64368<br>Lubbock, TX 79464 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132 | West Texas Pal, Inc.<br>P.O. Box 131809<br>Spring, TX 77393 |
| A&R Plumbing<br>P.O. Box 3447<br>Amarillo, TX 79116 | Airgas USA, LLC<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | American Tire Distributors<br>9151 S. Georgia St.<br>Amarillo, TX 79118 |

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 6

| | | |
|---|---|---|
| Bob Howard Parts Distribution<br>3501 N. Santa Fe<br>Oklahoma City, OK 73118 | CDK Global<br>P.O. Box 88921<br>Chicago, IL 60695-1921 | Caprock Marketing LLC<br>P.O. Box 6447<br>Lubbock, TX 79493 |
| Chestersweb.Com<br>10300 S. Georgia<br>Amarillo, TX 79118 | Dallas Dodge Chrysler Jeep<br>11550 LBJ Fwy.<br>Dallas, TX 75238 | Greg Lair<br>P.O. Box 510<br>Canyon, TX 79015 |
| James Burgess<br>7814 Farrell<br>Amarillo, TX 79121 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Marcella Richardson<br>2015 Ron Dr.<br>Amarillo, TX 79107 |
| Quality Vending<br>1000 S.E. 6th<br>Amarillo, TX 79105 | Safety Kleen<br>P.O. Box 650509<br>Dallas, TX 75265 | Steve Dickey<br>402 NE 6th<br>Tulia, TX 79088 |
| Windshields Unlimited Inc.<br>4004 SW 34th Ave.<br>Amarillo, TX 79109 | American Glass Distributors<br>8211 Hwy. 87<br>Lubbock, TX 79423 | American Tire Distributors<br>9151 S. Georgia St.<br>Amarillo, TX 79118 |
| Bristo Battery<br>P.O. Box 3608<br>Lubbock, TX 79452 | Concho Supply<br>4102 Sherwood Way<br>San Angelo, TX 76902 | Dealers Truck Equipment, Co.<br>P.O. Box 31435<br>Shreveport, LA 71130 |
| Finishmaster<br>Attn: Danny McCarley<br>P.O. Box 744316<br>Atlanta, GA 30374-4316 | High Plains Radio Network<br>Attn: Chris Moore<br>P.O. Box 1478<br>Plainview, TX 79073-1478 | Hurricane Office Supply & Printing<br>Attn: Dean Trew<br>1407 East FM 1585<br>Lubbock, TX 79423 |
| Keystone Automotive Industries<br>1411 S. Loop 289<br>Lubbock, TX 79423 | Lesco Distributing<br>1628 W. Crosby Rd.<br>Carrollton, TX 75006 | Maurry Powe<br>1000 N I-27<br>Plainview, TX 79072 |
| NTS Communications<br>Attn: Cyrus Driver<br>P.O. Box 10730<br>Lubbock, TX 79408-3730 | Officewise Furniture and Supply<br>Attn: Tommy Sansom<br>P.O. Box 2688<br>Amarillo, TX 79105-2688 | Valvoline LLC<br>P.O. Box 117131<br>Atlanta, GA 30368-7131 |

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 7

| | | |
|---|---|---|
| Tucky's Auto Parts<br>P.O. Box 1973<br>Plainview, TX 79072 | Dealer Tire, LLC<br>3711 Chester Ave.<br>Cleveland, OH 44114 | Earl Owen Company<br>1235 West Trinity Mills Rd.<br>Carrollton, TX 75006 |
| Johnson Auto Glass<br>3709 Ave. Q<br>Lubbock, TX 79412 | Lubbock Sound Equipment Inc.<br>P.O. Box 93366<br>Lubbock, TX 79493 | Pearl Proximity LLC<br>2701 East Plano Pkwy<br>Ste. 100<br>Plano, TX 75074 |
| Roger Foote Lawn Care<br>2601 W. 17th St.<br>Plainview, TX 79072 | ADI<br>5901 Spur 327<br>Lubbock, TX 79424 | AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348 |
| Ameripride Services, Inc.<br>P.O. Box 1594<br>Bemidji, MN 56619 | CPW Lubbock<br>4319 Hurron Ave., Suite A<br>Lubbock, TX 79407 | Clear Vu Auto Glass<br>7415 82nd St.<br>Lubbock, TX 79424 |
| Custom Sound Works<br>5131 80th St.<br>Lubbock, TX 79424 | Driveline Express<br>1615 Buddy Holly Ave.<br>Lubbock, TX 79401 | Holmes Plumbing<br>1432 CR 242<br>Floydada, TX 79235 |
| Safety Kleen<br>2600 N. Central Express<br>Suite 400<br>Richardson, TX 75080 | South Plains Parts Co.<br>1103 S. Ralls Hwy.<br>Floydada, TX 79235 | Stephen Fyffe<br>c/o Michael Carper and<br>Robert Nebb<br>Law Offices of Michael Carper |
| Suddenlink<br>1820 SSW Loop 323<br>Tyler, TX 75701 | Mark D. Sherrill<br>Eversheds Sutherland, LLP<br>1001 Fannin, Ste. 3700<br>Houston, Tx. 77002 | Thomas Byrne<br>Eversheds Sutherland, LLP<br>999 Peachtree Street NE,<br>Ste. 2300<br>Atlanta, GA 30309 |
| Michael G. Kelly<br>Kelly Morgan Dennis Corzine &<br>Hanson, PC<br>P.O. Box 1311<br>Odessa, TX 79760-1311 | Bruce Bagelman<br>Stinson, Leonard Street, LLP<br>3102 Oak Law Ave., Suite 777<br>Dallas, TX 75219 | Mark S. Carder<br>Stinson Leonard Street, LLP<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106 |
| Mark Harmon<br>Boerner Dennis & Franklin, PLLC<br>P.O. Box 1738<br>Lubbock, TX 79408 | Stephen P. Strohschein<br>McGlinchey Stafford, PLLC<br>301 Main St., 14th Fl.<br>Baton Rouge, LA 70801 | Stephanie Laird Tolson<br>McGlinchey Stafford, PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002 |

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 8

| | |
|---|---|
| Jason Rudd<br>Wick Phillips<br>3131 McKinney Ave., Suite 100<br>Plano, TX 75024 | Lauren Drawhorn<br>Wick Phillips<br>100 Throckmorton Street<br>Suite 1500<br>Fort Worth, TX 76102 |

Debtor's Motion for Expedited Hearing
And to Shorten Notice on Expedited Motion
Page 9