BTXN 104a (rev. 09/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

Reagor-Dykes Motors, LP, § § § § § § Case No.: 18-50214-rlj11

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: <u>Geck                    Duane                   M.</u>
           *Last*              *First*              *MI*

2. Firm Name: Severson & Werson, APC

3. Address: One Embarcadero Center, Suite 2600
   San Francisco, CA 94111

4. Phone: (415) 398-3344    FAX: (415) 956-0439

   Email: dmg@severson.com

5. Name used to sign *all* pleadings: Duane M. Geck

6. Retained by: Ford Motor Credit Company LLC

7. Admitted on December 3, 1984 and presently a member in good standing of the bar of the highest court of the state of California and issued the bar license number of 114823.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. Court of Appeals for the Ninth Circuit | October 29, 1987 |
   | U.S. District Court for the Northern District of California | December 3, 1984 |
   | U.S. District Court for the Central District of California | March 30, 1989 |

   *Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | None | |
    | | |
    | | |

13. Local counsel of record:  Keith Langley, Langley, LLP

14. Local counsel's address:  1301 Solana Blvd., Building 1, Suite 1545
    Westlake, TX 76262

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Duane M. Geck                                               8/10/2018
Printed Name of Applicant                          Date

*[signature]*
Signature of Applicant