MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
drl@mhba.com
bodell@mhba.com
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:**<br><br>**REAGOR-DYKES MOTORS, LP**<br>    Debtor. | §<br>§<br>§<br>§ | **Case No. 18-50214-rlj11** |
| **IN RE:**<br><br>**REAGOR-DYKES IMPORTS, LP**<br>    Debtor. | §<br>§<br>§<br>§ | **Case No. 18-50215-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| **IN RE:**<br><br>**REAGOR-DYKES AMARILLO, LP**<br>    Debtor. | §<br>§<br>§<br>§ | **Case No. 18-50216-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| **IN RE:**<br><br>**REAGOR-DYKES AUTO COMPANY, LP**<br>    Debtor. | §<br>§<br>§<br>§ | **Case No. 18-50216-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| **IN RE:**<br><br>**REAGOR-DYKES PLAINVIEW, LP**<br>    Debtor. | §<br>§<br>§<br>§ | **Case No. 18-50218-rjl11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| **IN RE:**<br><br>**REAGOR-DYKES FLOYDADA, LP**<br>    Debtor. | §<br>§<br>§<br>§ | **Case No. 18-50219-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |

## **NOTICE OF RESET CREDITORS MEETINGS**

PLEASE TAKE NOTICE, that the 341 Creditors Meetings for the following cases:

1. Case No. 18-50214-RLJ-11; In re: Reagor-Dykes Motors, LP (Lead Case);
2. Case No. 18-50215-RLJ-11; In re: Reagor-Dykes Imports, LP;
3. Case No. 18-50216-RLJ-11; In re: Reagor-Dykes Amarillo, LP;
4. Case No. 18-50217-RLJ-11; In re: Reagor-Dykes Auto Company, LP;
5. Case No. 18-50218-RLJ-11; In re: Reagor-Dykes Plainview, LP; and
6. Case No. 18-50219-RLJ-11; In re: Reagor-Dykes Floydada, LP.

which were originally scheduled for Thursday, September 6, 2018, have been rescheduled by the U.S. Trustee's Office to **Thursday, September 27, 2018 at 10:00 a.m.** at the U.S. Federal Building, 1205, Texas Ave., Room 310, Lubbock, Tx. 79401.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

 /s/ Brad W. Odell
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice was served on the following parties via ECF and/or regular U.S. Mail on this 13th day of August, 2018:

1. Reagor Dykes Auto Group
   1215 Ave. J
   Lubbock, Texas 79401

2. Keith Langley and Brandon K. Bains
   Langley LLP
   1301 Solana Blvd.
   Bldg. 1, Suite 1545
   Westlake, Tx. 76262
   Email: klangley@l-llp.com and  bbains@l-llp.com
   *Attorneys for Ford Motor Credit*

3. Donald Cram and Duane M. Geck
 Severson & Werson
 One Embarcadero Center, Suite 2600
 San Francisco, CA 94111
 Email: dmg@severson.com and dhc@severson.com
 ***Attorneys for Ford Motor Credit***

*4.* U.S. Trustee's Office
 1100 Commerce St., Room 9C60
 Dallas, Texas 75242

5. All parties receiving notice via ECF in this case.

6. All creditors and parties in interest, a listing of which will be filed by separate Certificate of Service.

/s/ Brad W. Odell
Brad W. Odell