HOWARD C. RUBIN
DANIEL P. CALLAHAN
KESSLER & COLLINS, P.C.
2100 ROSS AVENUE, SUITE 750
DALLAS, TEXAS 75201
214-379-0722 [TELEPHONE]
214-373-4714 [FACSIMILE]

**ATTORNEYS FOR MADISON FUNDING, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: § § REAGOR-DYKES MOTORS, LP § § DEBTOR. § | § § § § § | CASE NO: 18-50214-rlj11 |
| IN RE: § § REAGOR-DYKES IMPORTS, LP § § DEBTOR. § | § § § § § | CASE NO: 18-50215-rlj11 |
| IN RE: § § REAGOR-DYKES AMARILLO, LP § § DEBTOR. § | § § § § § | CASE NO: 18-50216-rlj11 |
| IN RE: § § REAGOR-DYKES AUTO COMPANY, LP § § DEBTOR. § | § § § § § § | CASE NO: 18-50217-rlj11 |
| IN RE: § § REAGOR-DYKES PLAINVIEW, LP § § DEBTOR. § | § § § § § | CASE NO: 18-50218-rlj11 |

| | |
|---|---|
| IN RE: § | |
| § | CASE NO:    18-50219-rlj11 |
| REAGOR-DYKES FLOYDADA, LP § | |
| § | |
| DEBTOR. § | |

## NOTICE OF APPEARANCE

COMES NOW, Kessler & Collins, P.C., by and through Howard C. Rubin and Daniel P. Callahan, and files this Notice of Appearance on behalf of Madison Funding, LLC, Creditor and Party-In-Interest, and pursuant to Bankruptcy Rules 9010(b), 2002(g) and (i), 3017(a) and 9007, hereby requests that all notices given or required to be given in this case be given to and served upon Howard C. Rubin and Daniel P. Callahan at the address set forth below:

Howard C. Rubin
Daniel P. Callahan
Kessler & Collins
2100 Ross Avenue, Suite 750
Dallas, Texas 75201
(214) 379-0722 Office
(214) 373-4714 Facsimile
hrubin@kesslercollins.com
dpc@kesslercollins.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but all other notices, including but not limited to: notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect, or seek to affect in any way, rights or interest with respect to (a) the Debtors, (b) property in which the Debtors may claim an interest, and (c) property in the possession, custody or control of the Debtors; or (2) which seek to require any act, payment or other conduct by Debtors.  The undersigned further requests inclusion in all mailing lists required to be maintained in this case

Respectfully submitted,

KESSLER & COLLINS
  A Professional Corporation

By: /s/ Howard C. Rubin
    HOWARD C. RUBIN
    State Bar No. 17361400
    DANIEL P. CALLAHAN
    State Bar No. 03648700

2100 Ross Avenue, Suite 750
Dallas, Texas 75201
(214) 379-0722 Office
(214) 373-4714 Facsimile

*ATTORNEYS FOR CREDITOR AND
PARTY-IN-INTEREST MADISON
FUNDING, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2018, a true and correct copy of the foregoing Notice of Appearance was served by electronic submission through the Court's automated Case management and Electronic Docketing System for the U.S. Bankruptcy Court of the Northern District of Texas, Lubbock Division, and/or by first class mail, postage prepaid to those parties-in-interest listed on the attached service list.

/s/ Howard C. Rubin
Howard C. Rubin

## SERVICE LIST

| | |
|---|---|
| Reagor-Dykes Motors, LP<br>1215 Ave. J<br>Lubbock, Tx 79401<br><br>***Debtor*** | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br><br>***U.S. Trustee*** |
| David R. Langston<br>Brad W. Odell<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 2585<br>Lubbock, Texas 79408-2585<br>drl@mhba.com<br>bodell@mhba.com<br><br>***Attorneys for Debtor*** | Stephen McKitt<br>United States Trustees<br>1100 Commerce St., Room 976<br>Dallas, Texas 75242<br>Stephen.McKitt@usdoj.gov<br><br>***Attorneys for U.S. Trustee*** |
| Duane M. Geck<br>Donald H. Cram<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>dmg@severson.com<br>dhc@severson.com<br><br>***Attorneys for Ford Motor Credit*** | Keith Langley<br>Brandon K. Bains<br>Langley LLP<br>1301 Solana Blvd.<br>Bldg. 1, Suite 1545<br>Westlake, Texas 76262<br>klangley@l-llp.com and<br>bbains@l-llp.com<br><br>***Attorneys for Ford Motor Credit*** |
| John Massouh,<br>SPROUSE SHRADER SMITH PLLC<br>701 S. Taylor, Suite 500<br>P.O. Box 15008<br>Amarillo, Texas 79105-5008<br>John.massouh@sprouselaw.com<br><br>***Attorneys for FirstCapital Bank of Texas*** | Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 817<br>Lubbock, Texas 79408<br>lmbkr@pbfcm.com<br><br>***Attorneys for Lubbock Central Appraisal District*** |
| Roger S. Cox<br>UNDERWOOD<br>P. O. Box 9158<br>Amarillo, Texas 79105-9158<br>roger.cox@uwlaw.com<br><br>***Attorneys for Jack Morris Ford Lincoln Mercury, Inc., M.I. (Jack) Morris, and Scottie Morris Credit Trust*** | Roger A. Key<br>Key Terrell & Seger LLP<br>P.O. Box 64968<br>Lubbock, Texas 79464<br>rkey@keyandterrell.com<br><br>***Attorneys for Lubbock National Bank*** |

| | |
|---|---|
| Thomas A. Connop<br>Catherine A. Curtis<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>tconnop@lockelord.com<br>catherine.curtis@lockelord.com<br><br>*Attorneys for Wells Fargo Bank, N.A.* | Thomas M. Byrne<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street NE, Suite 2300<br>Atlanta, Georgia 30309<br>**tombyrne@eversheds-sutherland.com**<br><br>*Attorneys for Ford Motor Credit* |
| Mark D. Sherrill<br>Eversheds Sutherland (US) LLP<br>1001 Fannin, Suite 3700<br>Houston, Texas 77002<br>marksherrill**@eversheds-sutherland.com**<br><br>*Attorneys for Ford Motor Credit* | Jason M. Rudd<br>Lauren K. Drawhorn<br>WICK PHILLIPS GOULD &MARTIN, LLP<br>3131 McKinney Avenue, Suite 100<br>Dallas, Texas 75204<br>jason.rudd@wickphillips.com<br>lauren.drawhorn@wickphillips.com<br><br>*Attorneys for Vista Bank* |
| Mark S. Carder<br>Bruce E. Bagelman<br>STINSON LEONARD STREET LLP<br>3102 Oak Law Avenue, Ste. 777<br>Dallas, Texas 75219<br>mark.carder@stinson.com<br>bruce.bagelman@stinson.com<br><br>*Attorneys for First Bank & Trust* | Stephen P. Strohschein<br>MCGLINCHEY STAFFORD, PLLC<br>301 Main Street, 14th Floor<br>Baton Rouge, Louisiana 70801<br>sstroh@mcglinchey.com<br><br>*Attorneys for AmericCredit Financial Services, Inc., dba GM Financial* |
| Stephanie Laird Tolson<br>MCGLINCHEY STAFFORD, PLLC<br>1001 McKinney, Suite 1500<br>Houston, Texas 77002<br>sjohnson@mcglinchey.com<br><br>*Attorneys for AmericCredit Financial Services, Inc., dba GM Financial* | Michael G. Kelly<br>KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C.<br>P.O. Box 1311<br>Odessa, Texas 79760-1311<br><br>*Attorneys for WTG Fuels, Inc.* |
| Reuben L. Hancock<br>REUBEN L. HANCOCK, P.C.<br>7480 Golden Pond Place, Suite 200<br>Amarillo, Texas 79121<br>rlh@rlhancock.com<br><br>*Attorneys for FayeBuck Family, LLC* | Alan B. Padfield<br>Jeffrey V. Leaverton<br>PADFIELD & STOUT, L.L.P.<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102<br>abp@padfieldstout.com<br>jleaverton@padfieldstout.com |

|  | *Attorneys for MUSA Auto Finance, LLC* |
|---|---|
| Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, Texas 75207<br>dallas.bankruptcy@publicans.com<br><br>*Attorneys for Dallas County* | H. Brandon Jones<br>Joshua N. Eppich<br>**BONDS ELLIS EPPICH SCHAFER JONES LLP**<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>Brandon@bondsellis.com<br>Joshua@bondsellis.com<br><br>*Attorneys for Gulf States Toyota, Inc.* |
| Marshall M. Searcy, Jr.<br>Michael D. Anderson<br>Scott R. Wiehle<br>KELLY HART & HALLMAN<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>marshall.searcy@kellyhart.com<br>michael.anderson@kellyhart.com<br>scott.wiehle@kellyhart.com<br><br>*Attorneys for Bart Reagor* | Louis M. Phillips<br>Patrick (Rick) M. Shelby<br>Amelia L. Bueche<br>**KELLY HART & PITRE**<br>One American Place<br>301 Main Street, Suite 1600<br>Baton Rouge, LA 70801-1916<br>louis.phillips@kellyhart.com<br>rick.shelby@kellyhart.com<br>amelia.bueche@kellyhart.com<br><br>*Attorneys for Bart Reagor* |
| Mark E. Andrews<br>Dykema Cox Smith<br>1717 Main Street, Suite 4200<br>Dallas, Texas 75201<br>mandrews@dykema.com<br><br>*Attorneys for GM, LLC* | Joseph D. Martinec<br>**MARTINEC, WINN &VICKERS, P.C.**<br>611 S. Congress Avenue, Suite 450<br>Austin, Texas 78704-1771<br>martinec@mwvmlaw.com<br><br>*Attorneys for Nyle Maxwell of Taylor, LLC* |
| Tara LeDay<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, Texas 78680<br>tleday@mvbalaw.com<br><br>*Attorneys for Midland Central Appraisal District* | Fernando M. Bustos<br>BUSTOS LAW FIRM, P.C.<br>P.O. Box 1980<br>Lubbock, Texas 79408-1980<br>fbustos@bustoslawfirm.com<br><br>*Attorneys for Vista Bank* |