## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

IN RE :

Reagor-Dykes Motors, LP

|  |  |  |
|---|---|---|
| | § | CASE NO. 18-50214-RLJ |
| | § | (Chapter 11) |
| Debtor(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**Carrollton-Farmers Branch ISD**
c/o EBONEY COBB
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010
(817) 461-3344
(817) 860-6509 FAX
 email: ecobb@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1

any other document brought before this Court with respect to these proceedings, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: /s/ Eboney Cobb
    EBONEY COBB
    State Bar No. 24048397
    500 E. Border Street, Suite 640
    Arlington, Texas 76010
    (817) 461-3344
    (817) 860-6509 FAX

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF
APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon
the parties listed below via U.S. first class mail or electronically via the Court's ECF
System on this date: August 14, 2018.

/s/ Eboney Cobb
EBONEY COBB

David R. Langston                     US Trustee
PO Box 2585                           1100 Commerce Street, Room 976
Lubbock, TX 79408-2585                Dallas, TX 75242

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 2