**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 18-50214-rlj11** |
| § | |
| **REAGOR-DYKES MOTORS, LP,** § | |
| § | **CHAPTER 11** |
| § | |
| Debtor. § | |
| § | |

**NOTICE OF APPEARANCE OF LOCAL COUNSEL AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that R. Dwayne Danner with the law firm of McGlinchey Stafford, PLLC makes his appearance as local counsel of record for AmeriCredit Financial Services, Inc., doing business as GM Financial ("GM Financial"), pursuant to Rule 2002, 3017, 9007 and 9010 of the Rules of Bankruptcy procedure, and 11 U.S.C. §§ 102(1), 342 and 1109(b), and request that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on GM Financial by serving:

**R. DWAYNE DANNER**
State Bar No. 00792443
ddanner@mcglinchey.com
**MCGLINCHEY STAFFORD, PLLC**
6688 North Central Expressway, Ste. 400
Dallas, Texas 75206
Phone: 214-445-2445
Facsimile: 214-445-2450

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motion, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plan of reorganization and disclosure statements, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, electronic mail, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be waiver or consent by GM Financial (1) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to these cases, or (2) of any other rights, claims, actions, setoffs or recoupments to which GM Financial is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments GM Financial expressly reserves.

DATED: August 14, 2018     Respectfully submitted,

By: */s/ R. Dwayne Danner*
**R. DWAYNE DANNER**
State Bar No. 00792443
ddanner@mcglinchey.com
**MCGLINCHEY STAFFORD, PLLC**
6688 North Central Expressway, Ste. 400
Dallas, Texas 75206
Phone: 214-445-2445
Facsimile: 214-445-2450

*LOCAL COUNSEL FOR AMERICREDIT FINANCIAL SERVICES, INC., DOING BUSINESS AS GM FINANCIAL*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ R. Dwayne Danner*
R. DWAYNE DANNER