



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 13, 2018**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>**REAGOR-DYKES MOTORS, LP**<br><br>Debtor. | § § § § § | Case No. 18-50214-rlj11 |
| IN RE:<br><br>**REAGOR-DYKES IMPORTS, LP**<br><br>Debtor. | § § § § § § § | Case No. 18-50215-rlj11<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| IN RE:<br><br>**REAGOR-DYKES AMARILLO, LP**<br><br>Debtor. | § § § § § § § | Case No. 18-50216-rlj11<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| IN RE:<br><br>**REAGOR-DYKES AUTO COMPANY, LP**<br><br>Debtor. | § § § § § § § | Case No. 18-50217-rlj11<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| IN RE:<br><br>**REAGOR-DYKES PLAINVIEW, LP** | § § § § | Case No. 18-50218-rjl11 |

|  |  |  |
|---|---|---|
| **Debtor.** | § § | **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** | § § | |
| **REAGOR-DYKES FLOYDADA, LP** | § § | **Case No. 18-50219-rlj11** |
| **Debtor.** | § § § | **(Jointly Administered Under Case No. 18-50214)** |

## ORDER EXTENDING TIME
## TO FILE SCHEDULES AND STATEMENTS

Came on for consideration Debtors' Motion for Order Extending Time to File Schedules and Statements (the "Motion") seeking extension of the time within which the Debtors must file their schedules of assets and liabilities, lists and statement of financial affairs (collectively, the "Schedules"), and having considered the Motion, the relief requested therein, and that the U.S. Trustee's Office does not oppose the Motion, the Court finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), notice of the Motion was sufficient under the circumstances and that no further notice need be given, and the Debtors have demonstrated sufficient cause to grant the relief requested in the Motion;

Therefore, it is hereby ORDERED that the Motion is GRANTED; it is, further,

ORDERED that the Debtors have until September 14, 2018 to file their Schedules and Statements.

###End of Order###

**APPROVED AS TO FORM AND
CONTENT AND ENTRY REQUESTED**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585

Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com
Email: bodell@mhba.com

/s/ David R. Langston
David R. Langston; SBN: 11923800
Brad W. Odell, SBN: 24065839
*Counsel for Debtors, Reagor-Dykes
Motors, LP; Reagor-Dykes Imports, LP;
Reagor-Dykes Amarillo, LP; Reagor-Dykes
Auto Company, LP; Reagor-Dykes
Plainview, LP; Reagor-Dykes Floydada, LP*