Tommy J. Swann, State Bar No. 19552820
tswann@mhbg.com
Michael S. Uryasz, State Bar No. 24082440
muryasz@mhbg.com
McCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave, 5th Floor
Lubbock, Texas  79413-4422
(806) 796-7300, (806) 796-7365 FAX

ATTORNEYS FOR SECURED CREDITOR MANHEIM

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP** | § | **Case No. 18-50214-rlj11** |
| | § | |
| Debtor. | § | |
| **IN RE:** | § | |
| | § | |
| | § | |
| **REAGOR-DYKES IMPORTS, LP** | § | **Case No. 18-50215-rlj11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| | § | |
| **IN RE:** | § | |
| | § | |
| | § | |
| **REAGOR-DYKES AMARILLO, LP** | § | **Case No. 18-50216-rlj11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| | § | |
| **IN RE:** | § | |
| | § | |
| | § | |
| **REAGOR-DYKES AUTO COMPANY, LP** | § | **Case No. 18-50217-rlj11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| | § | |

00116050

1

| | | |
|---|---|---|
| IN RE:<br><br>**REAGOR-DYKES PLAINVIEW, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50218-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| IN RE:<br><br>**REAGOR-DYKES FLOYDADA, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50219-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |

## MANHEIM'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR SHORTENED NOTICE PERIOD AND EXPEDITED HEARING

Creditors Manheim Remarketing, Inc. and Online Vehicle Exchange, L.L.C. (collectively, "Manheim") respectfully move this Court for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and Fed.R.Bankr.P. 4001(a)(1). In support of this motion, Manheim states as follows:

### Jurisdiction

1.    Debtors Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, and Reagor-Dykes Floydada, LP (collectively, "Debtors") commenced these jointly-administered cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on August 1, 2018 (the "Petition Date").

2.    This Court has jurisdiction over the subject matter of this motion pursuant to 28 U.S.C. § 1334. The instant matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

00116050                                          2

## Factual Background

3.     Manheim operates wholesale commercial automobile auctions throughout the country and online where licensed dealers and other commercial parties can buy and sell cars. Manheim sometimes does business as Manheim Dallas, Manheim Pennsylvania, Manheim Phoenix, Manheim San Antonio, Manheim Texas Hobby, Manheim Utah, and/or myCentralAuction, among other trade names.

4.     Between July 1, 2018 and the Petition Date, some or all of the Debtors agreed to purchase sixteen (16) vehicles through Manheim. In the purchase and sale agreement for each vehicle ("bill of sale"), Debtors agreed to the Manheim Terms and Conditions, which provide that title does not pass to the buyer until good funds are received by Manheim and that Manheim was granted a purchase money security interest in the acquired vehicle to secure payment, making each of those vehicles and their proceeds collateral of Manheim. The list of vehicles includes, but is not necessarily limited to, the following:

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2017 | Land Rover | Range Rover | SALGW2FE2HA326134 |
| 2012 | Bentley | Continental GT | SCBFR7ZA0CC070625 |
| 2017 | Mercedes-Benz | SL | WDDJK7DA4HF044009 |
| 2018 | Cadillac | Escalade | 1GYS3CKJ7JR116682 |
| 2018 | Mercedes-Benz | E-Class | WDD1K6FB1JF046614 |
| 2017 | Toyota | 4Runner | JTEBU5JR0H5479215 |
| 2016 | Mercedes-Benz | E-Class | WDDKJ6FB4GF318850 |
| 2018 | Mercedes-Benz | CLA | WDDSJ4EB0JN576611 |
| 2015 | Mercedes-Benz | E-Class | WDDKJ6FB1FF307741 |
| 2012 | BMW | M3 | WBSKG9C55CE798494 |
| 2018 | Volvo | S60 | YV126MFL0J2450392 |
| 2018 | Ford | Fusion | 3FA6P0D90JR154875 |
| 2014 | Ram | 1500 | 1C6RR6LG0ES356363 |

| 2015 | Volvo | S60 | YV126MFK6F1340578 |
|------|-------|-----|-------------------|
| 2016 | Mazda | Mazda3 | JM1BM1U7XG1335703 |
| 2009 | Honda | CR-V | JHLRE38529C004284 |

True and accurate copies of the bills of sale for the vehicles are attached hereto as Exhibit 1. A true and correct printout of the Manheim Terms and Conditions is attached hereto as Exhibit 2.

5.  Manheim perfected its security interest in its collateral by filing a UCC Financing Statement (the "Financing Statement") with the Office of the Texas Secretary of State. A true and correct copy of the Financing Statement is attached hereto as Exhibit 3.

6.  Pursuant to the terms of the sale, the Manheim Terms and Conditions, and through the ordinary and customary practice of Manheim, when the sellers of the vehicles delivered title to the vehicles, Manheim was obligated to advance the sellers the purchase price that Debtors agreed to pay.

7.  Debtors failed or refused to pay Manheim for the vehicles they agreed to purchase.

8.  Debtors are currently indebted to Manheim for the unpaid vehicles in the principal amount of $687,345.00, together with contractually-agreed interest, fees, and costs of collection.

9.  Despite repeated requests from Manheim and from Manheim's counsel, Debtors and their counsel have refused to provide Manheim any information regarding the whereabouts, status, and/or condition of its collateral.

**Relief from Stay**

10.  The above-referenced motor-vehicle collateral, by its nature, depreciates at a demonstrable and rapid rate. It is common for automobiles to depreciate at a rate of at least 2%

per month. Many of the vehicles have already depreciated due to the length of time they have been in the Debtors' possession, and any further delay in selling the vehicle collateral is likely to create additional losses for Manheim.

11.     Due to Debtors' refusal to provide any information to Manheim on its collateral, it is currently unknown whether the Debtors have sold some or all of the vehicles and failed to turn over the proceeds to Manheim. However, it has been alleged by other creditors in these cases that Debtors have a standard practice of selling vehicles out of trust and deceiving their creditors as to the status of their collateral.

12.     Debtors have no equity in the collateral. Of course, in the unlikely event there were a surplus after resale and payment of the debt to Manheim, Manheim would be entitled to interest and any reasonable fees, costs, or charges provided for under the terms of sale and under state law. 11 U.S.C. § 506(b). Manheim would then be obligated to return any excess to the estate.

13.     Debtors are in default, expenses continue to accrue, the collateral continues to depreciate, the collateral is inherently mobile, and the debtors are not in a position to provide Manheim with adequate protection of its interest in the collateral.

14.     If Manheim is not permitted to foreclose its security interest in the collateral immediately, it will suffer irreparable injury, loss, and damage.

15.     Furthermore, Debtors are not able to meet their burden of showing that the collateral is necessary for an effective reorganization because no such reorganization is possible. *See In re RYYZ, LLC*, 490 B.R. 29, 35-36 (Bankr. E.D.N.Y. 2013) ("The debtor's burden 'is not merely a showing that if there is conceivably to be an effective reorganization, this property will

be needed for it; but that the property is essential for an effective reorganization *that is in prospect*.' [Cit]  For an effective reorganization to be in prospect, 'there must be a reasonable possibility of a successful reorganization within a reasonable time.'") (emphasis in original) (quoting *In re Timbers of Inwood Forest Assocs., Ltd.*, 484 U.S. 365, 275-76 (1988)).  On information and belief, Debtors are struggling to operate as a going concern; have sold vehicles worth millions of dollars out of trust; and are unlikely to be able to generate enough income to operate in bankruptcy where they have no post-petition financing and no real prospects for such financing.

16.     Accordingly, pursuant to 11 U.S.C. §§ 362(d)(l) and 362(d)(2), cause exists for modification of the automatic stay as to Manheim so as to allow Manheim to recover, sell, liquidate, and/or otherwise realize upon its clear collateral and the proceeds thereof.

17.     Manheim requests that this motion be heard on an expedited basis in conjunction with the final hearing on use of cash collateral and the hearing on other motions for relief from stay already scheduled for August 16, 2018, at 10:00 a.m., and that the Court accordingly shorten notice on this motion so that it may be heard at such date and time.

18.     Manheim further requests that the 14-day stay period pursuant to Rule 4001(a)(3) of any order entered on this motion be waived, given the highly mobile nature of Manheim's collateral, and the fact that the Debtors have sold some vehicles out of trust and refuse to account to Manheim for its collateral.

WHEREFORE, Manheim requests that the Court enter an order modifying the automatic stay of § 362(a) with respect to the enforcement of Manheim's security interest in its collateral so as to permit Manheim to recover, sell, liquidate, or otherwise realize upon the collateral,

including to permit Manheim to sell collateral previously recovered from Debtors, and to apply

the proceeds of such collateral to the debt owed by Debtors to Manheim.

Respectfully submitted,

MCCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave FL 5
Lubbock, Texas 79413-4422
(806) 796-7300; (806) 796-7365 [fax]
Tommy J. Swann, SBN 19552820
tswann@mhbg.com
Michael S. Uryasz, SBN 24082440
muryasz@mhbg.com

By:/s/ Tommy J. Swann
    Tommy J. Swann

ATTORNEYS FOR MANHEIM

## CERTIICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the following parties via ECF and/or regular U.S. Mail on this 14th day of August, 2018:

1.  Reagor Dykes Auto Group
    1215 Ave. J
    Lubbock, TX 79401

2.  Keith Langley and Brandon K. Bains
    Langley LLP
    1301 Solana Blvd., Bldg. 1, Suite 1545
    Westlake, TX 76262
    Email: klangley@l-llp.com and bbains@l-llp.com
    *Attorneys for Ford Motor Credit*

3.  Donald Cram and Duane M. Geck
    Severson & Werson
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
    Email: dmg@severson.com and dhc@severson.com

4.  U.S. Trustee's Office
    1100 Commerce St., Room 9C60
    Dallas, TX 75242

5.  All parties receiving notice via ECF in this case.

/s/ Tommy J. Swann
Tommy J. Swann

**(M) Manheim**

# BILL OF SALE

**DOCUMENT NOT VALID FOR EXPORT**

## THIS IS NOT AN INVOICE

**638 myCentralAuction**
6325 PEACHTREE DUNWOODY RD
ATLANTA, GA, 30328, US

**Sale Date**
15-JUL-2018 20:25:05

**Yr Wk Ln Rn**
2018-28-81-851

**Sale Type**
MBonDemand

**Pickup Location**
5333 W Kiest Blvd
Dallas, TX 75236-1055 US

**Vehicle Information**
2018 Mercedes-Benz CLA
Seda GLS Night Bl
WDDSJ4EB0JN576611

Mileage: 11223 Miles    0

License Plate No:

**Title Information**
State: TX    Number: 1

**Vehicle Features**
4 Cylinder Engine
7-Speed A/T
CHA

no emissions

**Vehicle Purchase Price**
$ 28,000.00

**Sale Price**
**Adjustments**    $    0.00
**Final Sale Price**    $ 28,000.00

**Seller**
MERCEDES-BENZ FINANCIAL
13650 HERITAGE PKWY
Fort Worth, TX 76177 US

Seller Rep:
*Signature on file*

**Transaction Unpaid**

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

## Auction Lights

GREEN    Buyer protection to conditions
YELLOW    Certain conditions announced prior to sale

## Odometer Disclosure
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

## Announcements & Notes

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



**EXHIBIT**

/

tabbies®



## Manheim

# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

**638 myCentralAuction**
6325 PEACHTREE DUNWOODY RD
ATLANTA, GA, 30328, US

**Sale Date**
15-JUL-2018 21:45:06

**Yr Wk Ln Rn**
2018-28-81-852

**Sale Type**
MBonDemand

**Pickup Location**
43375 Old Ox Rd
Dulles, VA 20166-2117 US

**Vehicle Information**
2014 Mercedes-Benz C-Class
Seda GLS Polar Wh
WDDGF4HB7EA929541

Mileage: 22962 Miles    0

License Plate No:

**Title Information**
State: DC    Number: 1

**Vehicle Features**
4 Cylinder Engine
7-Speed A/T
ALM

**Sale Price**
**Adjustments**
**Final Sale Price**

**Vehicle Purchase Price**
$ 17,600.00
$      0.00
$ 17,600.00

**Transaction Unpaid**

**Seller**
MERCEDES-BENZ FINANCIAL
13650 HERITAGE PKWY
Fort Worth, TX 76177 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions
YELLOW   Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for the Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: **14-Aug-2018 12:58:28**



# (M) Manheim

**BILL OF SALE**

**DOCUMENT NOT VALID FOR EXPORT**

## THIS IS NOT AN INVOICE

| | |
|---|---|
| **638 myCentralAuction** | **Sale Date** |
| 6325 PEACHTREE DUNWOODY RD | 21-JUL-2018 13:40:04 |
| ATLANTA, GA, 30328, US | |
| | **Yr Wk Ln Rn** |
| | 2018-29-21-746 |
| **Pickup Location** | **Sale Type** |
| 1190 Lancaster Rd | MBonDemand |
| Manheim, PA, 17545-9746 US | |

**Vehicle Information**
2017 Mercedes-Benz SL
Road GLS B/fillan
WDDJK7DA4HF044009

Mileage: 13838 Miles     0

License Plate No:

**Title Information**
State: FL     Number: 1

**Vehicle Features**
8 Cylinder Engine          no emissions
9-Speed A/T
BLA

---

| **Vehicle Purchase Price** | |
|---|---|
| **Sale Price** | $ 72,400.00 |
| **Adjustments** | $ 0.00 |
| **Final Sale Price** | $ 72,400.00 |

**Transaction Unpaid**

**Seller**
MERCEDES-BENZ FINANCIAL
13650 HERITAGE PKWY
Fort Worth, TX 76177 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

### Auction Lights

GREEN     Buyer protection to conditions
YELLOW    Certain conditions announced prior to sale

### Odometer Disclosure
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on the Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

### Announcements & Notes

---

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an invoice. Please refer to invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



**Manheim**

# BILL OF SALE

## THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

**Transaction Unpaid**

| | |
|---|---|
| **524 MANHEIM TEXAS** | |
| **HOBBY** | |
| 8215 KOPMAN DR | |
| Houston, TX 77061, US | |

**Sale Date**
16-JUL-2018 23:27:47

**Yr Wk Ln Rn**
2018-29-94-9

**Sale Type**
OVE

**Pickup Location**
8215 KOPMAN DR
Houston, TX 77061 US

**Vehicle Information**
2018 Volvo S60
4DSN DYNAMIC Gray
YV126MFL0J2450392

Mileage: 8533 Miles    0

License Plate No:

**Title Information**
State: TX    Number: 1

**Vehicle Features**
4 Cylinder Engine
8-Speed A/T
BLK

50 State

**Sale Price**
**Adjustments**
**Final Sale Price**

**Vehicle Purchase Price**
$ 25,050.00
$ 0.00
$ 25,050.00

**Seller**
VOLVO NA REPNWORLD OMNI
5150 OMNI PARK DR
MAILDROP: WOFMB240
MOBILE, AL 36609 US

Seller Rep:
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that it reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



## BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

**638 myCentralAuction**
6325 PEACHTREE DUNWOODY RD
ATLANTA, GA, 30328, US

**Sale Date**
25-JUL-2018 12:40:05

**Yr Wk Ln Rn**
2018-30-81-383

**Sale Type**
MBonDemand

**Vehicle Purchase Price**
$ 27,550.00
$ 0.00
$ 27,550.00

**Transaction Unpaid**

**Sale Price**
**Adjustments**
**Final Sale Price**

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

**Pickup Location**
11801 W Colonial Dr
Ocoee, FL 34761-3328 US

**Seller**
MERCEDES-BENZ FINANCIAL
13650 HERITAGE PKWY
Fort Worth, TX 76177 US

Seller Rep:
*Signature on file*

**Vehicle Information**
2015 Mercedes-Benz E-Class
2DCP E400 Obsidian
WDDKJ6FB1FF307741

Mileage: 20447 Miles     0

License Plate No:

**Title Information**
State: FL     Number: 1

**Vehicle Features**
V6 Cylinder Engine
7-Speed A/T
NAT

**Title Information**
50 State

**Auction Lights**

GREEN     Buyer protection to conditions
YELLOW    Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28


**Manheim**

# THIS IS NOT AN INVOICE

# BILL OF SALE

## DOCUMENT NOT VALID FOR EXPORT

**638 myCentralAuction**
6325 PEACHTREE DUNWOODY RD
ATLANTA, GA, 30328, US

**Sale Date**
25-JUL-2018 15:38:06

**Yr Wk Ln Rn**
2018-30-81-492

**Sale Type**
MBonDemand

**Pickup Location**
4900 Buffington Rd
Atlanta, GA, 30349 US

**Vehicle Information**
2018 Mercedes-Benz E-Class
Seda GLS Polar Wh
WDD1K6FB1JF046814

Mileage: 9100 Miles          0

License Plate No:

**Title Information**
State: AL          Number: 1

**Vehicle Features**
V6 Cylinder Engine
9-Speed A/T
OYS

no emissions

**Sale Price**
**Adjustments**
**Final Sale Price**

**Vehicle Purchase Price**
$ 66,550.00
$       0.00
$ 66,550.00

**Transaction Unpaid**

**Seller**
MERCEDES-BENZ FINANCIAL
13650 HERITAGE PKWY
Fort Worth, TX 76177 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

### Auction Lights

GREEN    Buyer protection to conditions
YELLOW    Certain conditions announced prior to sale

### Odometer Disclosure

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

### Announcements & Notes

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an invoice. Please refer to invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



**Manheim**

# BILL OF SALE

## THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

| | |
|---|---|
| **638 myCentralAuction**<br>6325 PEACHTREE DUNWOODY RD<br>ATLANTA, GA, 30328, US | **Sale Date**<br>27-JUL-2018 16:50:05 |

**Yr Wk Ln Rn**
2018-31-81-776

**Sale Type**
MBonDemand

**Pickup Location**
600 Sansbury's Way
West Palm Beach, FL 33411 US

**Vehicle Information**
2016 Mercedes-Benz E-Class
Seda GLS Polar Wh
WDDKJ6FB4GF318850

Mileage: 23076 Miles    0

License Plate No:

**Title Information**
State: FL    Number: 1

**Vehicle Features**
V6 Cylinder Engine
7-Speed A/T
ALM

50 State

| | |
|---|---|
| **Sale Price** | **Vehicle Purchase Price**<br>$ 30,600.00 |
| **Adjustments** | $ 0.00 |
| **Final Sale Price** | $ 30,600.00 |

**Transaction Unpaid**

**Seller**
MERCEDES-BENZ FINANCIAL
13650 HERITAGE PKWY
Fort Worth, TX 76177 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions
YELLOW    Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an invoice. Please refer to invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



# Manheim

## BILL OF SALE

**DOCUMENT NOT VALID FOR EXPORT**

### THIS IS NOT AN INVOICE

**454 MANHEIM PHOENIX**
201 N 83RD AVE
TOLLESON, AZ, 85353, US

**Sale Date**
21-JUL-2018 12:53:16

**Yr Wk Ln Rn**
2018-30-92-2

**Sale Type**
OVE

**Pickup Location**
201 N 83RD AVE
TOLLESON, AZ 85353 US

**Vehicle Information**
2012 Bentley Continental GT
Coup NONE Black
SCBFR7ZA0CC070625

Mileage: 16124 Miles    0

License Plate No:

**Title Information**
State: AZ    Number: 1

**Vehicle Features**
12 Cylinder Engine    no emissions
6-Speed A/T
BLA

---

**Sale Price**
**Adjustments**
**Final Sale Price**

**Vehicle Purchase Price**
$ 98,500.00
$    0.00
$ 98,500.00

**Transaction Unpaid**

**Seller**
SPEED AUTO SALES & LEASING
5746 N 7TH ST
PHOENIX, AZ 85014 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions
YELLOW   Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership.  Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

---

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties.  See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28

 **Manheim**

## THIS IS NOT AN INVOICE

# BILL OF SALE

**DOCUMENT NOT VALID FOR EXPORT**

| 547 MANHEIM | Sale Date |
|---|---|
| **DALLAS-FORT WORTH** | 23-JUL-2018 14:02:05 |
| 12101 TRINITY BLVD | |
| EULESS, TX, 76040, US | **Yr Wk Ln Rn** |
| | 2018-30-92-3 |
| **Pickup Location** | **Sale Type** |
| | OVE |

**Vehicle Information**
2006 HUMMER H3
SUV SUV Blue
5GTDN136168143292

Mileage: 146852 Miles     0

License Plate No:

**Title Information**
State:     Number:

**Vehicle Features**
5 Cylinder Engine
5-Speed M/T
BLA

**Sale Price**
**Adjustments**
**Final Sale Price**

**Seller**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Seller Rep:
*Signature on file*

**Auction Lights**

GREEN     Buyer protection to conditions
YELLOW     Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
AS IS

**Vehicle Purchase Price**

$ 7,000.00
$     0.00
$ 7,000.00

**Buyer**
CERTIFIED AUTO DIRECT
4001 S HIGHWAY 157
EULESS, TX 76040 US

Buyer Rep: GREEN, MATTHEW
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



(W) **Manheim**

**BILL OF SALE**

**DOCUMENT NOT VALID FOR EXPORT**

## THIS IS NOT AN INVOICE

**719 MANHEIM FORT LAUDERDALE**
5353 S STATE ROAD 7
7,
DAVIE, FL, 33314, US

**Pickup Location**
5353 S STATE ROAD 7
7
DAVIE, FL 33314 US

**Sale Date**
25-JUL-2018 19:39:23

**Yr Wk Ln Rn**
2018-30-92-169

**Sale Type**
OVE

**Vehicle Information**
2017 Land Rover Range Rover
SUV SV AUTOBIO NONE
SALGW2FE2HA326134

Mileage: 11989 Miles    0

License Plate No:

**Title Information**
State:    Number:

**Vehicle Features**
8 Cylinder Engine          no emissions
8-Speed A/T
NON

---

**Sale Price**
**Adjustments**
**Final Sale Price**

**Vehicle Purchase Price**
$ 132,000.00
$        0.00
$ 132,000.00

**Transaction Unpaid**

**Seller**
HGREG LUX
2500 W SAMPLE RD
POMPANO BEACH, FL 33073 US

Seller Rep:
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

---

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



**Manheim**

## BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

| | |
|---|---|
| **712 MANHEIM DALLAS**<br>5333 W KIEST BLVD<br>DALLAS, TX, 75236, US | **Sale Date**<br>01-AUG-2018 11:10:05 |

**Yr Wk Ln Rn**
2018-31-16-129

**Sale Type**
Simulcast

**Pickup Location**
5333 W KIEST BLVD
DALLAS, TX 75236 US

**Vehicle Information**
2009 Honda CR-V
4SUV EX Black
JHLRE38529C004284

Mileage: 117285 Miles    0

License Plate No:

**Title Information**
State: TX    Number: 1

50 State

**Vehicle Features**
4 Cylinder Engine
5-Speed A/T
BLK

| | |
|---|---|
| **Sale Price** | **Vehicle Purchase Price**<br>$ 8,000.00 |
| **Adjustments** | $ 0.00 |
| **Final Sale Price** | $ 8,000.00 |

**Seller**
HOPPER MOTORPLEX INC
900 N CENTRAL EXPY
MCKINNEY, TX 75070 US

Seller Rep:
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

**Transaction Unpaid**

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an invoice. Please refer to invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



**Manheim**

# BILL OF SALE

## THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

**454 MANHEIM PHOENIX**
201 N 83RD AVE
TOLLESON, AZ, 85353, US

**Sale Date**
31-JUL-2018 14:57:21

**Yr Wk Ln Rn**
2018-31-92-11

**Sale Type**
OVE

**Pickup Location**
201 N 83RD AVE
TOLLESON, AZ 85353 US

**Vehicle Information**
2012 BMW M3
Coup NONE NONE
WBSKG9C55CE798494

Mileage: 59525 Miles      0

License Plate No:

**Title Information**
State: AZ      Number: 1

**Vehicle Features**
8 Cylinder Engine
6-Speed M/T
NON

no emissions

**Vehicle Purchase Price**

| | |
|---|---|
| **Sale Price** | $ 26,795.00 |
| **Adjustments** | $     0.00 |
| **Final Sale Price** | $ 26,795.00 |

**Transaction Unpaid**

**Seller**
EAGLE AUTO GROUP
1003 E CAMELBACK RD
PHOENIX, AZ 85014 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

**Auction Lights**

GREEN      Buyer protection to conditions
YELLOW      Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for the Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28

# BILL OF SALE



**DOCUMENT NOT VALID FOR EXPORT**

## THIS IS NOT AN INVOICE

**522 MANHEIM SAN ANTONIO**
2042 ACKERMAN RD
SAN ANTONIO, TX, 78219, US

**Sale Date**
30-JUL-2018 14:04:48

**Yr Wk Ln Rn**
2018-31-94-13

**Sale Type**
OVE

**Pickup Location**
2042 ACKERMAN RD
SAN ANTONIO, TX 78219 US

**Vehicle Information**
2016 Mazda Mazda3
4DSN I SPORT Gray
JM1BM1U7XG1335703

Mileage: 36035 Miles   0

License Plate No:

**Title Information**
State: TX   Number: 1

**Vehicle Features**
4 Cylinder Engine
6-Speed A/T
BLK

49 State

**Vehicle Purchase Price**

**Sale Price**                    $ 11,300.00
**Adjustments**                   $      0.00
**Final Sale Price**              $ 11,300.00

**Transaction Unpaid**

**Seller**
THE HERTZ CORPORATION
225 BRAE BLVD
ATTN DONNA BUCHANAN
PARK RIDGE, NJ 07656 US

Seller Rep:
*Signature on file*
The Hertz Corporation* has assigned its right to sell vehicles to Hertz Car Exchange as part of an IRC 1031 exchange. This has no effect on your rights, title, or obligations. "The Seller will be defined as "The Hertz Corporation as attorney-in-fact for Hertz Vehicles LLC and Hertz Vehicle Financing LLC".

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions
YELLOW   Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28



# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

**401 MANHEIM**
**PENNSYLVANIA**
1190 LANCASTER RD
MANHEIM, PA, 17545, US

**Sale Date**
20-JUL-2018 11:58:31

**Yr Wk Ln Rn**
2018-44-18-222

**Pickup Location**
1190 LANCASTER RD
MANHEIM, PA 17545 US

**Sale Type**
Simulcast

**Vehicle Information**
2015 Volvo S80
4DSN T5-E PREMR Black
YV126MFK6F1340578

Mileage: 27267 Miles     0

License Plate No:

**Title Information**
State: NJ     Number: 1

**Vehicle Features**
4 Cylinder Engine
8-Speed A/T

no emissions

**Vehicle Purchase Price**

**Sale Price**                    $ 16,800.00
**Adjustments**              $     0.00
**Final Sale Price**         $ 16,800.00

**Seller**
LUXURY FLEET SERV INC
25 ILLINOIS AVE
PATERSON, NJ 07503 US

Seller Rep:
*Signature on file*

**Auction Lights**
BLUE     Title Absent
GREEN     Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
NAV PARK ASSIST LTHR ROOF ALLOYS     TA

**Buyer**
REAGOR AUTO MALL LTD
1211 19TH ST
LUBBOCK, TX 79401 US

Buyer Rep: THOMAS, DAVID
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties.  See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 12:58:28

(M) Manheim

# BILL OF SALE

## THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

**546 MANHEIM UTAH**
1650 W 500 S
P.O. BOX 870384
WOODS CROSS, UT, 84087, US

**Sale Date**
26-JUL-2018 12:16:34

**Yr Wk Ln Rn**
2018-30-82-39

**Sale Type**
OVE

**Vehicle Purchase Price**
$ 37,600.00

**Sale Price** $ 0.00
**Adjustments**
**Final Sale Price** $ 37,600.00

**Transaction Unpaid**

**Pickup Location**
1650 W 500 S
P.O. BOX 870384
WOODS CROSS, UT 84087 US

**Seller**
RIVERTON CHEVROLET
11100 S JORDAN GTWY
SOUTH JORDAN, UT 84095 US

Seller Rep:
*Signature on file*

**Buyer**
REAGOR-DYKES MITSUBISHI
4710 CANYON DR
AMARILLO, TX 79109 US

Buyer Rep: SHIREL, MICHAEL
*Signature on file*

**Vehicle Information**
2017 Toyota 4Runner
SUV TRD OFF RO Gray
JTEBU5JR0H5479215

**Auction Lights**

GREEN    Buyer protection to conditions
YELLOW   Certain conditions announced prior to sale

Mileage: 11394 Miles    0

License Plate No:

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

**Title Information**
State: UT    Number: 1

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Vehicle Features**
V6 Cylinder Engine
5-Speed A/T
BLA

no emissions

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 01:16:37

# Manheim

## THIS IS NOT AN INVOICE

**BILL OF SALE**

DOCUMENT NOT VALID
FOR EXPORT

| 454 MANHEIM PHOENIX | Sale Date |
| 201 N 83RD AVE | 21-JUL-2018 08:43:57 |
| TOLLESON, AZ, 85353, US | |

**Yr Wk Ln Rn**
2018-30-92-1

**Sale Type**
OVE

**Pickup Location**
201 N 83RD AVE
TOLLESON, AZ 85353 US

**Vehicle Information**
2014 Ram 1500
CREW BIG HORN Silver
1C6RR6LG0ES356363

Mileage: 74002 Miles 0

License Plate No:

**Title Information**
State: AZ Number: 1

**Vehicle Features**
V6 Cylinder Engine
8-Speed A/T
GRY

50 State

**Vehicle Purchase Price**
$ 17,800.00

**Sale Price**
**Adjustments** $ 0.00
**Final Sale Price** $ 17,800.00

**Seller**
BILL LUKE CHRYSLER JEEP AND DODGE INC
2425 W CAMELBACK RD
PHOENIX, AZ 85015 US

Seller Rep:
*Signature on file*

**Auction Lights**
BLUE Title Absent
GREEN Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
no arb on leaks
no arb on leaks

Transaction Unpaid

**Buyer**
REAGOR-DYKES MITSUBISHI
4710 CANYON DR
AMARILLO, TX 79109 US

Buyer Rep: SHIREL, MICHAEL
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 01:17:03

# BILL OF SALE

**(M) Manheim**

## THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

**522 MANHEIM SAN ANTONIO**
2042 ACKERMAN RD
SAN ANTONIO, TX, 78219, US

**Sale Date**
28-JUL-2018 11:51:14

**Yr Wk Ln Rn**
2018-31-94-6

**Sale Type**
OVE

**Pickup Location**
2042 ACKERMAN RD
SAN ANTONIO, TX 78219 US

**Vehicle Information**
2018 Cadillac Escalade
SUV PREM LUX Blue
1GYS3CKJ7JR116682

Mileage: 11817 Miles    0

License Plate No:

**Title Information**
State: TX    Number: 1

**Vehicle Features**
8 Cylinder Engine
10-Speed A/T
BRN

50 State

| Sale Price | Vehicle Purchase Price |
|---|---|
| | $ 67,900.00 |
| Adjustments | $ 0.00 |
| Final Sale Price | $ 67,900.00 |

**Seller**
GM FINANCIAL LEASING
4001 EMBARCADERO DR
ARLINGTON, TX 76014 US

Seller Rep:
*Signature on file*

**Auction Lights**

GREEN    Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
GOLD CERTIFIED
GOLD CERTIFIED

**Transaction Unpaid**

**Buyer**
SPIKE DYKES FORD LINCOLN
MERCURY
1207 S LYNN AVE
LAMESA, TX 79331 US

Buyer Rep: MELAKIAN, BRIAN
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 01:17:41

**(M) Manheim**

# BILL OF SALE

## THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

**522 MANHEIM SAN ANTONIO**
2042 ACKERMAN RD
SAN ANTONIO, TX, 78219, US

**Sale Date**
23-JUL-2018 16:03:58

**Yr Wk Ln Rn**
2018-30-95-65

**Sale Type**
OVE

**Pickup Location**
2042 ACKERMAN RD
SAN ANTONIO, TX 78219 US

**Vehicle Information**
2018 Ford Fusion
4DSN TITANIUM Black
3FA6P0D90JR154875

Mileage: 18372 Miles     6

License Plate No:

**Title Information**
State: FL     Number: 1

**Vehicle Features**
4 Cylinder Engine
6-Speed A/T
W-HT

50 State

**Vehicle Purchase Price**
$ 20,500.00

**Sale Price** $ 20,500.00
**Adjustments** $ 0.00
**Final Sale Price** $ 20,500.00

Transaction Unpaid

**Seller**
Lease: HERTZ
FORD MOTOR CREDIT COMPANY LLC
THE AMERICAN ROAD
DEARBORN, MI 48121 US

Seller Rep:
*Signature on file*

**Buyer**
SPIKE DYKES FORD LINCOLN
MERCURY
1207 S LYNN AVE
LAMESA, TX 79331 US

Buyer Rep: MELAKIAN, BRIAN
*Signature on file*

**Auction Lights**

GREEN     Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
RENTAL REPURCHASE

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 14-Aug-2018 01:18:00

# Manheim Terms and Conditions

English | Español

*Updated: June 1, 2018*

Welcome to Manheim, the world's largest provider of vehicle remarketing services. By attending any of Manheim's private auctions or using any of Manheim's services, whether at a Manheim location or online, you agree, for yourself, your dealership, your company, and your representatives (collectively, "you"), to abide by the following terms and conditions, as amended from time to time by Manheim:

1.   **Manheim:** These terms and conditions govern your use of and access to the automobile auctions, websites, mobile sites, online tools, and other service delivery channels made available by Manheim Remarketing, Inc. and its various subsidiaries and affiliates, including the various Manheim auto auctions, Cox Automotive, Inc., and others (collectively, "Manheim," "we," "our," or "us"). These terms and conditions are in addition to, and not in lieu of, any more specific agreements you may have or make with Manheim (e.g., sales invoices, consignment agreements, online visitor agreements, privacy policies, loan agreements, etc.). To the extent there is any conflict between these terms and conditions and other more specific agreements you have signed with Manheim, those other more specific agreements will control. Manheim may amend these terms any time by posting an amended version on its website, which shall become effective on the date of posting. Time is of the essence with respect to all of your duties hereunder.

2.   **Accuracy of Information:** You certify that all registration and representative information you have provided to us, via AuctionACCESS and otherwise, is true, correct, and complete.  You agree to promptly update your information via AuctionACCESS if there is any change to the information you have provided.

3.   **Fairness and Courtesy:** You agree to behave in a fair, ethical, courteous, and civil manner in your interactions with us, our personnel, and our other customers while participating in any Manheim auction, when accessing our online and mobile sites, or when otherwise using any of Manheim's services. Should you have issues or concerns with the behavior of our personnel or other customers while attending any Manheim auction that cannot be resolved quickly and civilly on your own, you will raise those issues discreetly with our management.

4.   **Dealer Only:** With limited and specifically-advertised exceptions, our sales are dealer-only wholesale auctions open only to pre-registered and pre-approved licensed motor vehicle dealers, banks, manufacturers, and other commercial buyers (each a "Buyer") and sellers (each a "Seller"). Curbstoning (i.e. retail sales from our premises) is strictly prohibited. You agree not to bring any actual or prospective retail buyers to Manheim, or to give them access to Manheim's online portals, or to negotiate or consummate any retail transactions on or adjacent to any of our property. You further agree not to appoint any representatives to act on your behalf who are not bona fide agents of your dealership. You also represent to us that your purchases through us are for resale only and exempt from any state sales tax and agree that you, and not Manheim, are responsible to



pay any taxes or tariffs on your related or subsequent transactions.

**5. Bidding:** Unless announced otherwise during the sale, all units are sold with reserve, and the auctioneer may bid up to the reserve. Seller bidding and use of shills are strictly prohibited. Bidders should remain aware and satisfy themselves as to a unit's condition and value before bidding and bring any incidents of improper bidding to management's attention immediately at the close of bidding on a unit. Otherwise, participants ratify the auction of the unit.

**6. Terms of Sale:** You agree to the following terms of sale for each vehicle you buy or sell through Manheim ("Vehicle"), as well as the Manheim Arbitration Policies (as defined below) that apply in the jurisdiction of sale:

(a) Buyer is the transferee and agrees to purchase the Vehicle; Seller is the transferor and agrees to sell the Vehicle. Manheim is merely the auctioneer or facilitator in the transaction and expressly disclaims any and all express or implied warranties or conditions as to merchantability, merchantable quality, fitness for a particular purpose, or any other matter whatsoever with respect to a Vehicle, and Manheim, not being the seller of the Vehicle, makes no warranty whatsoever with respect to title to the Vehicle, other than the limited title guarantee set forth below. You acknowledge and agree that you are a sophisticated commercial party and agree to satisfy yourself as to the condition and value of a Vehicle and the terms of any bid before bidding or selling. You further agree to look to the counter-party Buyer or Seller (as applicable) in such a transaction, and not Manheim, for any legal claims falling outside your rights under the Manheim Arbitration Policies.

(b) Any adjustments or rejections must be raised the day of sale and resolved prior to settlement. Vehicles must be paid for on the day of purchase, or Manheim may, at its discretion, impose fees as described below in Section 8 and/or consider the sale null and void.

(c) Vehicles shall be removed from Manheim premises no later than the sixth (6th) day following the date of sale, and thereafter, Manheim may charge a reasonable daily storage fee of up to $25 per day should any Vehicle be left on Manheim premises.

(d) Title to a Vehicle does not pass to Buyer until good funds are received. Buyer grants Manheim a security interest in each Vehicle to secure payment of the purchase price and of any other debt owing from Buyer to Manheim (including affiliates). You agree that Manheim may resell any Vehicle, if retained or repossessed, at a regular Manheim sale or through any affiliated sale, including Manheim's online sales channels, which are established commercially reasonable markets for the sale of motor vehicles.

(e) Buyer agrees:

(i) to purchase the applicable Vehicle for the purchase price established by the auctioneer, or displayed on any online platform as the purchase price of the Vehicle, and shown on the final bill of sale or other final purchase receipt from us;

(ii) before settling for such Vehicle, to check the serial and/or engine numbers on such Vehicle with those on the certificate of title and to compare the actual condition of such Vehicle with its description and with the announcements and Seller disclosures, if any;

(iii) not to resell such Vehicle until good funds have been transmitted to Manheim;

(iv) upon making settlement, regardless of payment method, to consider the sale a fully

consummated cash transaction for present consideration;

(v) that no stop payment of any Buyer check to Manheim shall be honored;

(vi) that any stop payment order of a check/draft, electronic funds transfer, or wire transfer, or giving a check/draft which is returned unpaid shall be deemed to be evidence of fraud existing at the time of payment and shall be construed as an intent to defraud in order to obtain the Vehicle and/or its title;

(vii) that Manheim may deposit any check or draft immediately upon receiving it, regardless of whether such Vehicle's certificate of title has been submitted by Seller or whether Buyer has asked Manheim to hold the instrument;

(viii) to make any claim of defects in such Vehicle with Seller, who shall be solely responsible for those claims, and to immediately notify Manheim of such claims pursuant to its policies;

(ix) that Buyer will comply with Subsection 6(c) above with respect to removal of Vehicles from Manheim's premises and payment of daily storage fees; and

(x) that Buyer is responsible for Buyer's own transportation of such Vehicle.

(f) You represent and warrant to Manheim that you are solvent, that you are a licensed or duly authorized motor vehicle dealer in good standing or otherwise authorized to sell or buy on a commercial wholesale basis in the relevant jurisdiction(s), and that any Vehicle you purchase is purchased solely for resale.

(g) Seller represents and warrants that Seller is the true and lawful owner of the Vehicle being sold; that the Vehicle is free from all liens and encumbrances; that Seller has good right and full power and authority to sell and transfer title to the Vehicle; and that Seller will warrant and defend the Vehicle against the claims and demands of all persons whomsoever.

(h) You agree that any amounts owing to Manheim may be deducted from any proceeds or other property due to you and that Manheim may stop payment or refuse to authorize payment on any check or draft to you and hold any consigned vehicles pursuant to this right of setoff. Manheim may hold any of your property in Manheim's possession for a reasonable period of time pending any odometer fraud, VIN-switch, or similar investigation.

(i) Seller acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to any Vehicle on the invoice for such Vehicle and/or on the certificate of title for such Vehicle.

(j) Upon payment to Seller, Manheim shall be subrogated to all of Seller's and Buyer's respective rights, and Seller and Buyer agree to promptly take any action or sign any document deemed necessary, in Manheim's sole discretion upon Manheim's request, to secure such rights and do nothing to prejudice them.

(k) Limited Title Guarantee: Upon full payment by Buyer and upon delivery of the certificate of title of Vehicle to Buyer, Manheim will guarantee title to be free and clear of liens and encumbrances as of such delivery as, and only as, follows:

(i) This limited guarantee shall last for a period of four (4) years from the date of sale and applies only to stolen Vehicles and mortgage liens. The amount of Manheim's liability under this limited

8/14/2018

Manheim Terms and Conditions

guarantee of title shall never exceed the auction sale price of the Vehicle and shall be reduced by deducting from said sale price two percent (2%) on the first of each month following the date of sale until the date of payment, with all liability of Manheim expiring and terminating on the first day of the 48th month after that date.

(ii)   Manheim's limited guarantee of title is expressly limited to Buyer of the applicable Vehicle and is not negotiable or transferable. The limited guarantee shall be void if the purchase price for the Vehicle is not paid by Buyer, and it does not protect against defects in the title known to Buyer whether or not listed as exceptions on the face of the bill of sale for such Vehicle.

(iii)   Whenever any claim is made by any person against the title of any Vehicle, whether by suit or otherwise, Buyer must, within five (5) days after becoming aware of said claim, notify Manheim, giving full particulars of the claim, and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Failure to satisfy these conditions shall void Manheim's liability under this limited guarantee.

(iv)   Buyer shall not surrender possession of any Vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim, in each case without the prior written approval of Manheim.

(v)   On payment of any claim under this limited guarantee, Buyer will return the applicable Vehicle to Manheim, if and as requested, and execute all necessary documentation subrogating its right to recover against Seller, or others, to Manheim.

(l)   Disclaimers and Indemnification

(i)   You agree that Manheim is responsible for neither odometer mileage on any Vehicle nor the information contained in the odometer mileage statement which Seller, as transferor, is required to complete and deliver, and Buyer, as transferee, is required to acknowledge.

(ii)   You agree that all representations or disclosures concerning any Vehicle are solely the responsibility of Seller, whether made on the block, before the sale, or otherwise, and you acknowledge and agree that Manheim has made no representations or disclosures whatsoever about any Vehicle, including any representation as to the accuracy of data included in vehicle history or condition reports, regardless of whether Manheim has interpreted such information as a courtesy to you or on your behalf.

(iii)   You acknowledge that Manheim is merely performing an auction service and expressly disclaims all express and/or implied warranties or conditions as to merchantability, merchantable quality, fitness, or any other matter whatsoever, and Manheim, not being the seller of the vehicle, makes no warranty whatsoever with respect to title to the Vehicle, other than the limited title guarantee set forth above.

(iv)   You agree, jointly and severally with any Buyer or Seller (as the case may be), to indemnify, defend, and hold Manheim harmless from and against any and all liability, loss, cost, damage, or expense, including attorneys' and legal fees, as applicable, which are in any way related to or may otherwise arise, either directly or indirectly, from any Vehicle, including, but not limited to, the purchase or sale of any Vehicle, any matters relating to odometer mileage or odometer mileage statements, any damage or condition disclosures or lack thereof, and/or any damage caused by transporters or other agents of either Buyer or Seller.

(v)   If Manheim is required to make or defend a claim, related in any way to a Vehicle or Vehicle

transaction, from or against either Seller or Buyer or an agent, employee, insurer, or bonding company of either, then Manheim shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorneys' fees and legal fees in an amount not less than twenty-five percent (25%) of the amount of the claim, regardless of whether suit is filed, including appellate and bankruptcy fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of one and one-half percent (1.5%) per month, provided that, if applicable law permits a higher rate, such higher rate will apply.

(m)    You acknowledge and agree that any Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by you for resale. In the event that any Vehicle is used for any purpose other than for resale, you will pay directly to the proper taxing authorities such sales or use tax as may then be accrued and become payable. As a Buyer, you further certify that you hold a retail sales tax registration certificate, license, or other permit, issued by the sales taxing authority of your city, state/territory, county, and/or country, as appropriate.

(n)    If the Vehicle is purchased "for export only" or equivalent, you will: (A) transport it out of the country as soon as reasonably practicable; (B) not resell or use it domestically; (C) not further transform or alter the Vehicle domestically; and (D) provide us with satisfactory evidence of exportation of the Vehicle upon request.

(o)    MANHEIM RESERVES THE RIGHT TO VOID, UNWIND, ADJUST, OR CANCEL ANY TRANSACTION IN ITS SOLE DISCRETION.

7.    **Vehicle Arbitration Rules:** You agree and acknowledge that:

(a)    you have received and read a copy of our prevailing National Auto Auction Association Arbitration Policy, including any Manheim addendums, and, if applicable, the Manheim $3,000 & Under Arbitration Policy, each of which are available at www.manheim.com/market_policies (collectively, the "Manheim Arbitration Policies");

(b)    you understand and are bound by the Manheim Arbitration Policies, which may be amended unilaterally by us from time to time, when participating in any transactions at Manheim; and

(c)    any dispute arising from the purchase or sale of a Vehicle through Manheim will be resolved in accordance with the Manheim Arbitration Policies, which are incorporated herein by reference and as may be amended from time to time by posting on Manheim's website, and our decision as arbitrator shall be final and binding upon you with respect to any transaction.

8.    **Payments:** Payments for goods or services must be made by the registered customer purchasing those goods or services or a pre-established direct floor planner acting on that customer's behalf. Although we retain the discretion to make appropriate exceptions, other third-party payments generally will not be accepted. Payments must be made in good funds and in a form acceptable to Manheim. Manheim reserves the right, in its sole discretion, to change the forms and types of payment that are accepted by Manheim. In addition to any other rights Manheim may have, you agree to pay a late fee of two percent (2%) on any unpaid obligations to Manheim, subject to a $5 minimum and $150 maximum on any payment not received by us in full, on time, and otherwise in accordance with these Terms and Conditions. You further agree that, if any electronic debit or check or draft we present on your bank account is returned unpaid, you will pay a service charge of up to $100.00. Manheim may waive these fees in its sole discretion.

**9.   Electronic Payment Authorization:** You agree that, if you designate a bank account for payment of amounts you owe us, including, but not limited to, by adding a bank account to your online profile, we may use such account information to initiate ACH entries to your bank account, including debit entries for amounts you owe us from time to time as such amounts become due, credit entries for amounts we owe you, and debit or credit entries in any amount necessary to correct an error. You understand that, other than account information we routinely make available to you online, we will not provide any notice to you prior to initiating entries and that you are responsible for ensuring that your account balance is sufficient to cover debits for amounts you owe us. You agree that any authorizations we initiate to your bank account must comply with applicable law and NACHA Operating Rules. This authorization is in addition to, and does not terminate or alter, any other authorization for electronic payments (including ACH authorizations) that we have on file or that you provide us in the future.

**10.   Electronic Signatures:** You acknowledge and agree that you and we may, from time to time, find it expedient to utilize electronic signature(s), acknowledgement(s), consent(s), "click-through(s)," or other approval(s), direct or indirect, for access to auctions, bills of sale, receipts, titles, and other documents or disclosures necessary or incidental to the transaction of business at Manheim, whether online, in emails, at the check-in kiosk, on the auction block, at security, or otherwise, which makes your business with us easier, faster, and more efficient. To that end, you agree that any such forms of approval from you shall be effective and binding upon you, in the same manner as a handwritten signature, where circumstances indicate your intent to be bound and/or we choose to rely on such approval(s), and may be documented by us, in our discretion, on paper or digital versions of such records, by printing your name, noting "signature on file," or using any other similar convention. Regardless of whether your consent or approval was given, or in what form, you agree that you will be deemed to have ratified any transaction with or through us that you do not dispute in writing within 24 hours of confirmation by Manheim.

**11.   Transportation of Vehicles:** We may, from time to time in our discretion, transport or arrange via third parties to transport vehicles belonging to you at your request and/or as deemed necessary or desirable by us. In such cases, we are not liable for theft, conversion, loss, injuries, damage, claims, expenses (including legal fees), suits, or demands related to such vehicles (collectively, "Transportation Claims"), howsoever caused and to whomever caused. Such vehicles are being transported for you and at your request, and you assume all risks associated with the transportation of your vehicles. You further acknowledge and agree that your only claim or remedy for Transportation Claims, if any, shall be to and against the third-party carrier, its insurer, your own insurer, or the third-party that caused the alleged damage, and not to, against, or involving us.

**12.   Off-Site Sales:** If we agree to provide any auctioneering or other services to you at a facility other than a Manheim facility (whether owned by you or an independent third party), we will not be liable for theft, conversion, loss, injuries, damage, claims,  expenses (including legal fees), suits, demands, or alleged regulatory or zoning violations related to such facilities or the vehicles stored on, or sales events conducted at, such facility, and these terms and conditions will otherwise apply in all respects to such services. Unless agreed otherwise by us in writing, those services will be provided to you at the rates then applicable at our nearest permanent facility, which rates are subject to change at any time. You also agree to reimburse Manheim for any reasonable out-of-pocket expenses we actually incur in connection with services provided to you at such off-site locations. For any vehicles physically located away from a Manheim facility when auctioned (whether at an off-site sales event hosted by you or through Manheim's online platform), the Seller shall have three (3) business days, inclusive of the sale date, to make the vehicle available to the

Buyer. The risk of loss or damage to the vehicle shall shift from the Seller to the Buyer upon the earlier of (i) actual pick-up by the Buyer or its agent; or (ii) two (2) business days after Seller truthfully notifies the Buyer the vehicle is available for pick-up at the location stated in the sale listing.

**13. Storage of Vehicles:** Unless expressly agreed to the contrary in a writing signed by us, we are not a bailee of your property, consigned or otherwise. If you leave your vehicles or other property unattended on our premises or otherwise in our care, regardless of the reason, you are solely responsible for any and all damage, theft, or loss relating to such property, including any damage caused by weather conditions, regardless of our knowledge or involvement, and we may charge you storage fees as provided above in Section 6. We may also treat any such vehicle or other property as abandoned if left on our property more than 30 days and proceed to transfer or sell it to satisfy any obligations to us or as otherwise provided by applicable law.

**14. Safety and Assumption of Risk:** Like all auto auctions, our various facilities are busy places with many vehicles, customers, and personnel moving around the premises at all times, particularly during sales events. You understand and acknowledge that the movement of vehicles, equipment, and individuals at our facilities constitutes an open and obvious condition and that Manheim is not obligated to warn you of such conditions. You agree to obey posted signs and follow any warnings you receive from our personnel, particularly as they relate to safety and security issues. You also agree to use extreme care while on our premises to avoid injury to yourself and others, both in moving vehicles on and off the premises and in traversing any sale lanes, parking lots, and offices on foot and otherwise. By entering our private premises, you assume the risk of injury.

**15. Bound by Representatives:** You are responsible for all activities that occur on your account(s) with us. You are bound by the actions of, and transactions entered into by, your actual and appointed representatives, including (i) all persons who, from time to time, submit a completed Individual Authorization Letter to Manheim or to AuctionACCESS signed by or for you; and (ii) any other person authorized by you in writing, verbally, or otherwise to represent you at or with Manheim. You are responsible for monitoring your appointed representatives and protecting the privacy of your username, login information, and AuctionACCESS number and/or card and agree to inform us immediately, in writing, of any unauthorized use of same. If you are checking in or logging in as a representative for a dealership other than your own, you agree that you are a duly appointed and authorized representative for that dealership and have authority to bind that dealership to any actions or transactions you conduct.

**16. No Right to Do Business:** You have no obligation to do business with us. Likewise, you agree and acknowledge that we have no obligation to do business with you. We are affiliated private businesses; we reserve the right to cease doing business with you or anyone else, at any time, for any reason or no reason, in our sole discretion, collectively or separately among our affiliates; and you shall have no right, remedy, or cause of action for same. You acknowledge and agree that there are numerous sources, other than Manheim, for you to acquire and sell used motor vehicles and related services.

**17. Information Sharing:** Subject to applicable law, you authorize us to pull, gather, obtain, receive, share, disseminate, and disclose financial, credit, and transactional information about you and your vehicles in our discretion, including, without limitation, consumer reports, credit histories and limits, buy and sell histories, check information, collateral location and status, condition, and recall information, and eligibility status (for purposes of this paragraph, "Your Information"), from and with credit bureaus, financial institutions, trade creditors, affiliates and third parties, including

without limitation AuctionACCESS, Auction Insurance Agency, other auction companies, marketing partners, and other customers, for any reason we deem necessary, including, without limitation, assessing your creditworthiness, collecting any outstanding debt you may owe now or in the future, and obtaining intercreditor, subordination, or similar agreements related to you; and you hereby ratify any such prior acts. The information sharing authorized herein is in addition to any information sharing authorized in any Manheim privacy policy. You may opt out of allowing your consumer report (if any) to be shared among our affiliates or disseminated or disclosed for marketing purposes (only) by writing to Manheim, ATTN: Credit Bureaus, 6325 Peachtree Dunwoody Road, Atlanta, Georgia 30328.

**18. Contributions to Manheim:** You agree and acknowledge that by submitting ideas, suggestions, concepts, documents, and/or proposals ("Suggestions") to Manheim, that:

(a)   you have all necessary rights to share such Suggestions with Manheim and that the Suggestions are not subject to restrictions by third parties;

(b)   Manheim is free to use and/or share such Suggestions as it sees fit;

(c)   Manheim may have already conceived, contemplated, or developed something similar to the Suggestions;

(d)   Manheim may incorporate the Suggestions into its products and services, now or in the future, and Manheim does and will own such products and services; and

(e)   Manheim is not obligated to you in any way for such Suggestions.

**19. Manheim's Proprietary Rights:** You agree and acknowledge that Manheim's products and services, and any software used in connection with Manheim's products and services, and the materials on the various Manheim websites, contain proprietary and confidential information that is protected by intellectual property and other laws. Further, you agree and acknowledge that in the performance of its services, Manheim may generate materials, including, but not limited to, photographs, reports, visuals, narratives, vehicle and transactional records, and other data and documents derived from the foregoing, and that Manheim shall own the rights to such materials. Except as explicitly provided in these terms and conditions, you may not take, appropriate, convert, distribute, transmit, display, reproduce, modify, create derivative works from, or otherwise exploit any of the Manheim generated materials. Manheim owns many trademarks, tradenames, and service marks, including, but not limited to, the marks Manheim.com, Manheim, and Manheim Canada. You may not use any Manheim trademark or service mark without Manheim's prior written consent.

**20. Limited Power of Attorney:** For value received, you hereby irrevocably appoint Manheim to be your agent and attorney-in-fact with full and complete authority to, on your behalf, take all steps, do all things, and authenticate, sign, e-sign, or otherwise acknowledge any and all documents, including but not limited to odometer disclosure statements, title documents (including applications for duplicates), bills of sale, invoices, and transportation instructions/orders, in each case as deemed necessary, incidental, desirable, or expedient by us, in our sole judgment, for any purchase or sale of a Vehicle made under these Terms and Conditions, for the provision of any goods and/or services under these Terms and Conditions, and/or to assist us with our efforts to collect payment for such goods and/or services. You acknowledge that you will be required to execute such valid power of attorney document(s) covering the foregoing activities and authority as Manheim may request from time to time in its sole discretion. For greater certainty, where any

applicable jurisdiction requires a valid power of attorney to be effected in writing, in the presence of a witness, and/or imposes any other requirements, you hereby covenant to do such acts as required to appoint Manheim as your power of attorney.

**21. DISCLAIMER OF WARRANTIES AND CONDITIONS:** UNLESS OTHERWISE SPECIFICALLY SET FORTH HEREIN OR IN A MORE SPECIFIC AGREEMENT YOU MAY HAVE OR MAKE WITH MANHEIM, ALL PRODUCTS AND SERVICES PROVIDED TO YOU BY MANHEIM ARE ON AN "AS-IS" BASIS. MANHEIM CANNOT AND DOES NOT MAKE ANY WARRANTIES OR CONDITIONS RELATING TO THE ACCURACY, COMPLETENESS, CURRENTNESS, NON-INFRINGEMENT, MERCHANTABILITY, MERCHANTABLE QUALITY, DURABILITY, OR FITNESS FOR A PARTICULAR PURPOSE OF ANY PRODUCTS OR SERVICES PROVIDED TO YOU BY MANHEIM, AND CANNOT GUARANTEE THAT ANY SERVICES PROVIDED TO YOU WILL BE ERROR FREE, OR CONTINUOUSLY AVAILABLE, OR THAT SUCH SERVICES WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

**22. INDEMNIFICATION:** YOU AGREE TO INDEMNIFY, DEFEND, AND HOLD HARMLESS MANHEIM, ITS SUCCESSORS AND ASSIGNS, AND EACH OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, MEMBERS, REPRESENTATIVES, BORROWED SERVANTS, VOLUNTEERS, INDEPENDENT CONTRACTORS, AND AGENTS (EACH, A "MANHEIM PARTY" AND COLLECTIVELY, THE "MANHEIM PARTIES"), FROM AND AGAINST ANY AND ALL CLAIMS, LOSSES, DEMANDS, CAUSES OF ACTION, DEBTS, OR LIABILITIES, INCLUDING ATTORNEYS' FEES, ARISING OUT OF OR RELATING TO:

(a) ANY PERSONAL INJURY OR PROPERTY DAMAGE THAT YOU MAY CAUSE, EITHER SOLELY BY YOUR OWN ACTIONS OR JOINTLY WITH OTHERS (INCLUDING THE MANHEIM PARTIES), TO MANHEIM, ANY PERSONNEL OR CUSTOMERS OF MANHEIM, OR ANY THIRD PARTIES, OR THE PROPERTY OF ANY OF THE FOREGOING;

(b) THE BREACH OR ALLEGED BREACH OF ANY AGREEMENT OR OBLIGATION HEREUNDER OR UNDER ANY OTHER AGREEMENT THAT YOU MAY HAVE WITH MANHEIM;

(c) ANY TRANSPORTATION CLAIMS;

(d) ANY ACTIONS THAT A MANHEIM PARTY MAY TAKE AS YOUR AGENT, REPRESENTATIVE, OR ATTORNEY-IN-FACT, PURSUANT TO SECTION 20 HEREOF OR OTHERWISE;

(e) YOUR USE OF ANY PRODUCTS OR SERVICES OF MANHEIM; AND

(f) ANY LIABILITY OR OBLIGATION, INCLUDING ANY CAUSED IN PART BY A MANHEIM PARTY, THAT MAY OTHERWISE ARISE FROM YOUR PARTICIPATION IN ANY SALE OR AUCTION CONDUCTED BY A MANHEIM PARTY, YOUR PRESENCE AT ANY PREMISES OWNED OR OPERATED BY MANHEIM, OR THE PROVISION OF PRODUCTS OR SERVICES TO YOU BY MANHEIM.

**23. WAIVER AND RELEASE OF LIABILITY:** YOU HEREBY WAIVE ANY CLAIM OR CAUSE OF ACTION THAT YOU MAY HAVE, EITHER NOW OR IN THE FUTURE, AGAINST ANY MANHEIM PARTY, AND HEREBY RELEASE THE MANHEIM PARTIES FROM ANY AND ALL LIABILITY UNDER SUCH CLAIM OR CAUSE OF ACTION, IN EACH CASE TO THE EXTENT SUCH CLAIM OR CAUSE OF ACTION ARISES FROM OR RELATES TO:

(a) YOUR ENTITLEMENT TO THE PROTECTION OF ANY CONSUMER PROTECTION STATUTE;

(b)   ANY BIDDING OR DISCLOSURE ISSUES THAT MAY OCCUR AT A SALE OR AUCTION CONDUCTED BY US, SUBJECT TO YOUR LIMITED RIGHTS UNDER THE MANHEIM ARBITRATION POLICIES;

(c)   ANY TRANSPORTATION CLAIM;

(d)   ANY DAMAGE TO YOUR VEHICLES OR OTHER PROPERTY LEFT OR STORED ON ANY PREMISES OWNED OR OPERATED BY MANHEIM, REGARDLESS OF COMPENSATION PAID TO US FOR SUCH STORAGE;

(e)   ANY PERSONAL INJURY OR OTHER PROPERTY DAMAGE SUFFERED WHILE ON OR AROUND ANY PREMISES OWNED OR OPERATED BY MANHEIM; AND

(f)   ANY ACTIONS TAKEN BY A MANHEIM PARTY AS YOUR AGENT, REPRESENTATIVE, OR ATTORNEY-IN-FACT, PURSUANT TO SECTION 20 HEREOF OR AS MAY OTHERWISE BE AUTHORIZED.

**24.   LIMITATIONS OF LIABILITY AND TIME:** UNDER NO CIRCUMSTANCES WILL THE MANHEIM PARTIES BE LIABLE TO YOU FOR ANY CONSEQUENTIAL, SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR SIMILAR DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOST REVENUES OR PROFITS), OR DAMAGES FOR LOSS OF BUSINESS, OR LEGAL FEES OR COSTS, EVEN IF ONE OR MORE OF THE MANHEIM PARTIES ARE ADVISED BEFOREHAND OF THE POSSIBILITY OF SUCH DAMAGES. YOU AGREE THAT THE AGGREGATE LIABILITY OF THE MANHEIM PARTIES, COLLECTIVELY, TO YOU IN CONNECTION WITH ANY CLAIMS OR CAUSES OF ACTION THAT YOU MAY ASSERT, SHALL IN NO EVENT EXCEED THE AMOUNT OF FEES PAID BY YOU TO MANHEIM FOR THE PRODUCT(S) OR SERVICE(S) AT ISSUE DURING THE TWELVE (12) MONTH PERIOD IMMEDIATELY PRECEDING THE LAST EVENT GIVING RISE TO THE CLAIM OR CAUSE OF ACTION BEING ASSERTED. BECAUSE SOME STATES/JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU.  YOU FURTHER AGREE THAT ANY CLAIMS OR CAUSES OF ACTION THAT YOU ASSERT AGAINST THE MANHEIM PARTIES MUST BE FILED OR OTHERWISE FORMALLY COMMENCED IN THE RELEVANT FORUM WITHIN TWELVE (12) MONTHS OF THE LAST EVENT GIVING RISE TO THE CLAIM OR CAUSE OF ACTION BEING ASSERTED, OR WITHIN THE TIME REMAINING UNDER THE APPLICABLE STATUTES OF LIMITATION – WHICHEVER TIME PERIOD IS SHORTER – AND THAT ANY CLAIMS OR CAUSES OF ACTION NOT FILED OR COMMENCED WITHIN SUCH PERIOD WILL BE FOREVER BARRED.

**25.   Choice of Law and Consent to Jurisdiction:** These terms and conditions shall be governed by the internal laws of the State of Georgia (U.S.A.), where Manheim maintains its headquarters, and without regard to Georgia's internal conflicts of law analysis. In the event that any claim or dispute between Manheim and you is not arbitrated under Section 26 hereof, you agree that non-exclusive jurisdiction and venue for such claims and disputes shall exist in the federal and state courts located in Fulton County, Georgia. You further agree and acknowledge that you may not sue Manheim in any jurisdiction or venue except Fulton County, Georgia.

**26.   DISPUTE RESOLUTION AND CLASS ACTION WAIVER**

(a)   **ARBITRATION AGREEMENT:** YOU AGREE TO ARBITRATE ANY DISPUTE OR CLAIM THAT YOU MAY HAVE WITH MANHEIM THAT ARISES OUT OF OR RELATES IN ANY WAY TO THESE

TERMS AND CONDITIONS; ANY PURCHASE, SALE, OR OTHER AUCTION OR CREDIT TRANSACTION WITH MANHEIM; YOUR USE OF ANY MANHEIM WEBSITE, ONLINE PORTAL, OR ANY MANHEIM PRODUCT OR SERVICE; OR ANY OTHER AGREEMENT BETWEEN YOU AND MANHEIM. ARBITRATION CONDUCTED HEREUNDER SHALL BE FINAL AND BINDING. THIS ARBITRATION PROVISION MEANS THAT YOUR CLAIMS AGAINST MANHEIM WILL BE RESOLVED THROUGH ARBITRATION RATHER THAN LITIGATION IN COURT. YOU ACKNOWLEDGE THAT MANHEIM MAY (BUT SHALL NOT BE REQUIRED TO) SUBMIT TO ARBITRATION ANY DISPUTE OR CLAIM THAT IT MAY HAVE AGAINST YOU, WITH ANY SUCH ARBITRATION BEING GOVERNED BY THE PROVISIONS OF THIS SECTION 26.

**(b) ABILITY TO OPT OUT:** YOU MAY OPT OUT OF THIS ARBITRATION AGREEMENT (SECTION 26 ONLY) FOR ANY FUTURE BUSINESS WITH MANHEIM AND DOING SO WILL NOT IN ANY WAY PREJUDICE OR AFFECT YOUR DEALINGS WITH MANHEIM. TO EXERCISE THIS OPT OUT RIGHT, YOU MUST EMAIL MANHEIM WRITTEN NOTICE OF YOUR ELECTION TO OPT OUT AT ARBITRATIONOPTOUT@COXAUTOINC.COM NO LATER THAN 30 DAYS AFTER YOUR INITIAL ACCEPTANCE OF THESE TERMS AND CONDITIONS AS SET FORTH IN THE FIRST PARAGRAPH HEREOF. THE PROCEDURE SPELLED OUT HEREIN IS THE ONLY WAY TO OPT OUT OF THIS ARBITRATION AGREEMENT, AND ANY ATTEMPTS TO OPT OUT AFTER THE DEADLINE SET FORTH HEREIN WILL BE INEFFECTIVE.

**(c) CLASS ACTION WAIVER:** ANY ARBITRATION PROCEEDING UNDER THIS SECTION 26 WILL TAKE PLACE ON AN INDIVIDUAL BASIS. CLASS ARBITRATIONS AND CLASS OR REPRESENTATIVE PROCEEDINGS OF ANY KIND ARE NOT PERMITTED AND YOU EXPRESSLY WAIVE YOUR ABILITY TO PARTICIPATE IN A CLASS OR REPRESENTATIVE PROCEEDING AGAINST MANHEIM. TO THE EXTENT THAT YOU OPT OUT OF ARBITRATION FOLLOWING THE PROCEDURE SET FORTH IN SECTION 26(b) ABOVE, OR IF THIS ARBITRATION AGREEMENT IS FOUND INAPPLICABLE TO YOUR DISPUTE WITH MANHEIM, THIS CLASS ACTION WAIVER WILL CONTINUE TO APPLY IN LITIGATION. YOU AGREE THAT THIS CLASS ACTION WAIVER IS AN ESSENTIAL ELEMENT OF OUR AGREEMENT AND THESE TERMS AND CONDITIONS AND THAT IT MAY NOT BE SEVERED. IN THE EVENT THAT THIS CLASS ACTION WAIVER IS DEEMED INVALID OR UNENFORCEABLE, THEN THE ENTIRE AGREEMENT TO ARBITRATE IN THIS SECTION 26 WILL BE NULL AND VOID.

**(d) Arbitration Procedures/Arbitrator Authority:** Any dispute or claim subject to arbitration pursuant to this Section 26 shall be submitted to binding arbitration administered by the Judicial Arbitration and Mediation Service ("JAMS") pursuant to its Streamlined Arbitration Rules and Procedures as in effect at the time of the submission of such dispute or claim (the "JAMS Streamlined Rules"). The disputes and claims subject to arbitration pursuant to this Section 26 will be resolved by a single arbitrator selected pursuant to the JAMS Streamlined Rules. The arbitrator shall be bound by and shall strictly enforce these terms and conditions and any other applicable agreement between you and Manheim, and may not limit, expand, or otherwise modify any of these terms and conditions or the provisions of any other applicable agreement between you and Manheim. The arbitrator may award any relief that a court of law could, applying the limitations of liability contained in these terms and conditions. The arbitrator may award injunctive relief if permitted by law – but the injunctive relief awarded by the arbitrator may not extend beyond our dealings with each other. The laws of the State of Georgia will apply to any claims or disputes between us. Any arbitration will be held in Atlanta, Georgia, unless otherwise agreed upon by the parties in writing. Each party will bear its own expenses in the arbitration and will share equally the costs of the arbitration; provided, however, that the arbitrator shall award Manheim any costs

and fees to which Manheim may be entitled under Section 22 in connection with any indemnification claim, and may also, in his or her discretion, award cost and fees to Manheim if it is determined that you submitted or filed any arbitration in bad faith or that your claims against Manheim have no reasonable legal basis.

(e) **Application of FAA/Survival:** You agree that your transactions with Manheim evidence transactions in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this Section 26 (notwithstanding the application of Georgia law to any underlying claims as provided for in clause (d) above). You also agree that this Section 26 survives any termination of these terms and conditions or any other agreement between us.

**27. Individual Guaranty:** By entering our private facilities and/or using our services, you personally guarantee full payment and performance of all the obligations you participate in incurring to Manheim, whether personally or as a representative of another entity, despite the fact that you may be participating in a representative capacity. The principal debtor is (i) any Buyer or Seller for whom you (a) are a registered owner with AuctionACCESS or (b) consent to a Manheim bill(s) of sale, and (ii) any customer for whom you order a product or service from us. Liability under this general guaranty is in addition to your dealership's liability and is joint and several with the dealership's liability. This is a general guaranty of payment and performance and not merely a guaranty of collection.

**28. Communications:** Except where prohibited by law, you hereby expressly authorize us to communicate with you via facsimile transmissions, email, telephonic transmissions, both to a residential telephone line and/or cell phone, including text messaging, using an automatic telephone dialing system or an artificial or prerecorded voice message, and/or any other forms of communication, for any purpose, including general business matters, account information, marketing materials, collection, and/or any other communication needs. Such express permission shall extend to any and all of the contact information that you have provided to us herein or otherwise, including physical and email addresses, phone numbers, fax numbers, etc., and to such other addresses, phone numbers, email addresses, online chat, social media platforms, etc. that you may provide to us, or that we may obtain from any third party at a later date. You are not required to consent to receive marketing calls and texts to your cell phone and/or residential line using an automatic telephone dialing system or an artificial or prerecorded voice message from us as a condition of your access to Manheim, and you may opt out of receiving such communications by adjusting your account settings at www.manheim.com.

**29. No Commitment to Lend:** Neither these terms and conditions nor any other request by you to us shall constitute a commitment by us to lend funds to you or to take any other action. We may approve any request for floor plan or other financing in our sole discretion, with or without notice to you.

**30. Manheim Policies:** You also agree to abide by any applicable Manheim Marketplace Policies or other location-specific policies of Manheim, as amended from time to time, including without limitation Manheim's privacy policy, website visitor agreements, post-sale inspection policy, and sale day check policy. The current list and terms of Manheim's national policies can be found at www.manheim.com/market_policies.

**31. Understanding of Terms and Conditions:** You acknowledge and agree that you understand these terms and conditions written in English and that you have sought the help of an attorney and/or translator as you deem necessary to understand them. The Parties hereto agree that this

agreement, and all correspondence and all documentation relating to this agreement, be written in the English language. Any translated version of any of these terms and conditions offered by Manheim is provided as a courtesy only, with the English version being the binding version.

**32. Severability:** In the event that any provision in this agreement is determined to be legally unenforceable, the parties agree that, except as specifically provided at Section 26(c), the unenforceable provision shall be severed, and the remaining provisions of these terms and conditions shall remain in full force and effect.

**33. Electronic Approval:** You hereby acknowledge and agree that these terms and conditions are being executed both in your individual capacity and in your capacity as an authorized representative for Dealer and that the approval of this document, if by e-signature, shall be deemed to satisfy all requirements imposed on electronic or digital signatures under applicable federal and state law, including, as applicable, the Electronic Signatures in Global and National Commerce Act (the "E-Sign Act"), 15 U.S.C. §7001(a) et seq., state electronic transactions or commerce laws, and any other similar laws relating to the validity or enforceability of electronic or digital signatures. You further acknowledge and agree that these terms and conditions may be approved by affixing to this agreement an electronic or digital signature, which shall for all purposes be deemed effective to constitute the valid signature of the party affixing such electronic or digital signature.

# Términos y condiciones de Manheim

English | Español

*Este acuerdo ha sido traducido al español meramente como una cortesía. En caso de alguna discrepancia frente a la versión en inglés, tendrá precedencia la versión en inglés*

*Actualizado: 1 de junio de 2018*

Bienvenidos a Manheim, el proveedor más importante del mundo de servicios de reventa de vehículos. Al concurrir a alguna de las subastas privadas de Manheim o usar cualquiera de los servicios de Manheim, ya sea en un local de Manheim o en línea, usted acuerda, para sí mismo, su concesionario, su compañía y sus representantes (en su conjunto, "usted"), estar vinculado por los términos y condiciones siguientes, con las modificaciones posteriores que Manheim pueda hacer en cualquier momento:

**1. Manheim:** estos términos y condiciones regirán su uso de y acceso a las subastas de automóviles, los sitios web, los sitios móviles, las herramientas en línea y otros canales de entrega de servicios prestados por Manheim Remarketing, Inc. y sus varias subsidiarias y afiliadas, incluidas las varias subastas de vehículos de Manheim, Cox Automotive, Inc. y otros (en su conjunto, "Manheim," "nosotros," "nuestro" o "nos"). Estos términos y condiciones se agregan a, y no reemplazan, los acuerdos más específicos que pueda tener o celebrar con Manheim (por ejemplo, las facturas de venta, los acuerdos de consignación, los acuerdos de visitante en línea, las políticas de privacidad, los acuerdos de préstamo, etc.). En la medida que exista algún conflicto entre estos términos y condiciones y otros acuerdos más específicos que hubiese firmado con Manheim, esos otros acuerdos más específicos prevalecerán. Manheim puede modificar estos términos en cualquier momento publicando una versión con las modificaciones en su sitio web, la cual entrará en vigencia en la fecha de su publicación. El tiempo es esencial respecto a todos sus deberes en

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Richard Coble 6786944811 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Richard Coble
1000 alderman drive
Alpharetta, GA 30005
USA

**FILING NUMBER: 13-0027403747**
FILING DATE: 08/27/2013    12:20 PM
DOCUMENT NUMBER: 498511340004
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | REAGOR AUTO MALL LTD | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1211 19TH STREET | LUBBOCK | TX | 79401 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | MANHEIM REMARKETING, INC FOR ITSELF AND AS AGENT | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 NORTHRIDGE ROAD SUITE 800 ATTN: UCC MANAGER | ATLANTA | GA | 30350 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
"All motor vehicle inventory now or hereafter acquired by Debtor from Secured Party
(defined to include the Secured Party explicitly identified on this financing statement for itself and as agent for all direct and indirect subsidiaries of Manheim Inc.), including the proceeds and products therefrom and all increases, substitutions, replacements, additions and accessions thereto, as well as proceeds of insurance policies insuring any of the foregoing."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
3986-001

FILING OFFICE COPY

EXHIBIT
3