Tommy J. Swann, State Bar No. 19552820
tswann@mhbg.com
Michael S. Uryasz, State Bar No. 24082440
muryasz@mhbg.com
McCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave, 5th Floor
Lubbock, Texas  79413-4422
(806) 796-7300, (806) 796-7365 FAX

ATTORNEYS FOR SECURED CREDITOR MANHEIM

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP** | § | **Case No. 18-50214-rlj11** |
| | § | |
| Debtor. | § | |
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES IMPORTS, LP** | § | **Case No. 18-50215-rlj11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES AMARILLO, LP** | § | **Case No. 18-50216-rlj11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES AUTO COMPANY, LP** | § | **Case No. 18-50217-rlj11** |
| | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |

| | | |
|---|---|---|
| IN RE: § § § | | |
| **REAGOR-DYKES PLAINVIEW, LP** § § | Case No. 18-50218-rlj11 (Jointly Administered Under | |
| Debtor. § § | Case No. 18-50214) | |
| IN RE: § § § | | |
| **REAGOR-DYKES FLOYDADA, LP** § § | Case No. 18-50219-rlj11 (Jointly Administered Under | |
| Debtor. § § | Case No. 18-50214) | |

### MANHEIM'S MOTION TO SHORTEN TIME ON HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Creditors Manheim Remarketing, Inc. and Online Vehicle Exchange, L.L.C. (collectively, "Manheim") respectfully move this Court to shorten time for the hearing on its motion for relief from the automatic stay so that it can be heard on August 16, 2018 at 10:00 a.m. in the Bankruptcy Court located at 312 George H. Mahon Federal Building, 1205 Texas Avenue, Lubbock, Texas 79401. This motion is brought pursuant to Bankruptcy Rule 9006(c) and Local Bankruptcy Rule 9.003.1.

BASIS FOR SHORTENING NOTICE FOR THE HEARING

Manheim filed its motion to lift the automatic stay seeking to have the stay lifted to allow it to foreclose its purchase money security interest in sixteen (16) vehicles that were purchased from it by Debtor. Ford Motor Credit Company LLC has filed a motion to lift stay to allow it to repossess and foreclose its interest in motor vehicles at Debtor's automobile dealerships. It is assumed that the sixteen (16) vehicles upon which Manheim has a purchase money security interest are located at the same dealerships. Therefore, if the automatic stay is lifted for

Manheim at the same time as for Ford Motor Credit LLC, the parties will be able to sort out the lien priorities at that time.

WHEREFORE, Manheim requests that the Court enter an order shortening time for the hearing on its motion to lift the automatic stay to coincide with the hearing of Ford Motor Credit LLC's motion to lift stay which is August 16, 2018 at 10:00 a.m. in the Bankruptcy Court located at 312 George H. Mahon Federal Building, 1205 Texas Avenue, Lubbock, Texas 79401. and for such other and further relief as it may show itself entitled.

    Respectfully submitted,

    MCCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
    5010 University Ave FL 5
    Lubbock, Texas  79413-4422
    (806) 796-7300; (806) 796-7365 [fax]
    Tommy J. Swann, SBN 19552820
    tswann@mhbg.com
    Michael S. Uryasz, SBN 24082440
    muryasz@mhbg.com

    By:/s/ Tommy J. Swann
        Tommy J. Swann

    ATTORNEYS FOR MANHEIM

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Motion was served on the following parties via ECF and/or regular U.S. Mail on this 14th day of August, 2018:

1. Reagor Dykes Auto Group
   1215 Ave. J
   Lubbock, TX 79401

2. Keith Langley and Brandon K. Bains
   Langley LLP
   1301 Solana Blvd., Bldg. 1, Suite 1545
   Westlake, TX 76262
   Email: klangley@l-llp.com and bbains@l-llp.com
   ***Attorneys for Ford Motor Credit***

3. Donald Cram and Duane M. Geck
   Severson & Werson
   One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
   Email: dmg@severson.com and dhc@severson.com

4. U.S. Trustee's Office
   1100 Commerce St., Room 9C60
   Dallas, TX 75242

5. All parties receiving notice via ECF in this case.

                                          /s/ Tommy J. Swann
                                          Tommy J. Swann