Duane M. Geck
Cal. State Bar No. 114823
dmg@severson.com
Donald H. Cram
Cal. State Bar No. 160004
Tex. State Bar No. 05000300
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Secured Creditor
FORD MOTOR CREDIT COMPANY LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** § § | | |
| **REAGOR-DYKES MOTORS, LP** § § | **Case No. 18-50214-rlj11** | |
| Debtor. § | | |
| **IN RE:** § § | | |
| **REAGOR-DYKES IMPORTS, LP** § § | **Case No. 18-50215-rlj11** **(Jointly Adminstered Under** | |
| Debtor. § | **Case No. 18-50214)** | |
| **IN RE:** § § | | |
| **REAGOR-DYKES AMARILLO, LP** § § | **Case No. 18-50216-rlj11** **(Jointly Adminstered Under** | |
| Debtor. § | **Case No. 18-50214)** | |
| **IN RE:** § § | | |
| **REAGOR-DYKES AUTO COMPANY, LP** § § | **Case No. 18-50217-rlj11** **(Jointly Adminstered Under** | |

|  |  |  |
|---|---|---|
| Debtor. | § § | Case No. 18-50214) |
| IN RE: | § § | |
| **REAGOR-DYKES PLAINVIEW, LP** | § § | Case No. 18-50218-rlj11 (Jointly Adminstered Under |
| Debtor. | § § § | Case No. 18-50214) |
| IN RE: | § § | |
| **REAGOR-DYKES FLOYDADA, LP** | § § | Case No. 18-50219-rlj11 (Jointly Adminstered Under |
| Debtor. | § | Case No. 18-50214) |

## FORD MOTOR CREDIT COMPANY LLC'S WITNESS LIST FOR HEARINGS

## SCHEDULED FOR AUGUST 16, 2018

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Secured Creditor, Ford Motor Credit Company LLC ("Ford Credit"), submits the following list of witnesses it intends to call during the hearings scheduled for August 16, 2018 in the above captioned cases:

1. Paul A. Boudreau – Employed by Ford Credit as its General Manager for the Central Market Area, who will testify as to the indebtedness owing to Ford Credit, the value of Ford Credit's collateral, and dealership operations post-petition.

DATED:  August 14, 2018          SEVERSON & WERSON
                                 A Professional Corporation


                                 By:    /s/ Donald H. Cram
                                            Donald H. Cram

                                 Attorneys for Secured Creditor
                                 FORD MOTOR CREDIT COMPANY LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Witness List was served on the following parties in interest via ECF on this 14th day of August, 2018:

1. David R. Langston and Brad W. Odell
   Mullin Hoard & Brown, L.L.P.
   P.O. Box 2585
   Lubbock, TX 79408-2585
   *Counsel for Debtors*

2. U.S. Trustee's Office
   1100 Commerce St., Room 9C60
   Dallas, TX 75242

3. Jimmy D. Parrish
   Baker Hostetler
   200 South Orange Ave., Suite 2300
   Orlando, FL 32801-3432
   *Attorneys for Gulf States Toyota*

4. John F. Massouh
   Sprouse Shrader Smith, PLLC
   701 S. Taylor, Suite 500
   Amarillo, TX 79101
   *Attorneys for First Capital Bank of Texas*

5. Tommy J. Swann and Abel Reyna
   McClesky, Harriger, Brazill & Graf, L.L.P.
   5010 University Ave., 5th Floor
   Lubbock, TX 79413-4422
   *Attorneys for Universal Underwriters Service Corporation*

6. Jason M. Rudd and Lauren K. Drawhorn
   Wick Phillips Gould & Martin, LLP
   3131 McKinney Avenue, Suite 100
   Dallas, TX 75204
   *Attorneys for Vista Bank*

7. All parties receiving notice via ECF in this case.

/s/ Donald H. Cram
Donald H. Cram