**Exhibit A**
**Proposed Order**

Case 18-50214-rlj11 Doc 93-1 Filed 08/14/18 Entered 08/14/18 17:26:43 Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No..: 18-50214-rlj11 |
|  | § | (Lead Case) |
| **REAGOR-DYKES** | § | |
| **MOTORS, LP,**[1] | § | |
|  | § | |
| **DEBTOR** | § | **Chapter 11** |
|  | § | |
| IN RE: **REAGOR-DYKES** | § | **Case No. 18-50215-rlj11** |
| **IMPORTS, LP** | § | **(Jointly Administered Under** |
|  | § | **Case No. 18-50214)** |
|  | § | |
| **DEBTOR** | § | |
| IN RE: **REAGOR-DYKES** | § | **Case No. 18-50216-rlj11** |
| **AMARILLO, LP** | § | **(Jointly Administered Under** |
|  | § | **Case No. 18-50214)** |
|  | § | |

---

[1]   Pursuant to this Court's *Order Regarding Filing of Pleadings and Directing Joint Administration of Cases* [Dkt. No. 34], the following pleading is filed in the lead case, Case No. 18-50214-rlj11.

1

|   |   |   |   |
|---|---|---|---|
|   | DEBTOR | § |   |
| IN RE: | REAGOR-DYKES AUTO COMPANY, LP | § § § § | **Case No. 18-50217-rlj11** **(Jointly Administered Under** **Case No. 18-50214** |
|   | DEBTOR | § |   |
| IN RE: | REAGOR-DYKES PLAINVIEW, LP | § § § § | **Case No. 18-50218-rjl11** **(Jointly Administered Under** **Case No. 18-50214)** |
|   | DEBTOR | § |   |
| IN RE: | REAGOR-DYKES FLOYDADA, LP | § § § § | **Case No. 18-50219-rlj11** **(Jointly Administered Under** **Case No. 18-50214)** |
|   | DEBTOR | § |   |

**ORDER GRANTING LEAVE TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4(a) FOR DESIGNATION OF LOCAL COUNSEL**

Having considered the *Motion for Leave to Waive Requirement of Local Bankruptcy Rule 2090-4(a) for Designation of Local Counsel* (the "***Motion***")[2] filed by Louis M. Phillips and Patrick (Rick) M. Shelby of Kelly Hart, and having found good cause for granting the Motion,

**IT IS ORDERED THAT** the local counsel requirement of Local Bankruptcy Rule 2090-4(a) is hereby waived for purposes of Louis M. Phillips and Patrick (Rick) M. Shelby's representation of Reagor in this Bankruptcy Case.

###

**Respectfully Submitted:**

*/s/ Louis M. Phillips*
Louis M. Phillips (#10505)
Patrick (Rick) M. Shelby (#31963)
**KELLY HART & PITRE**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643

---

[2] Unless otherwise defined, capitalized terms herein take their meaning from the Motion.

Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Email: rick.shelby@kellyhart.com

and

Marshall M. Searcy, Jr.
State Bar No. 17955500
marshall.searcy@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Scott R. Wiehle
State Bar No. 24043991
scott.wiehle@kellyhart.com
KELLY HART & HALLMAN
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9462

***Counsel for Bart Reagor***