

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 15, 2018**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP | § | Case No. 18-50214-rlj11 |
| | § | |
| Debtor. | § | |
| | § | |
| IN RE: | § | |
| | § | |
| REAGOR-DYKES IMPORTS, LP | § | Case No. 18-50215-rlj11 |
| | § | (Jointly Administered Under |
| Debtor. | § | Case No. 18-50214) |
| | § | |
| IN RE: | § | |
| | § | |
| REAGOR-DYKES AMARILLO, LP | § | Case No. 18-50216-rlj11 |
| | § | (Jointly Administered Under |
| Debtor. | § | Case No. 18-50214) |
| | § | |

00116098

1

| | | |
|---|---|---|
| IN RE:<br><br>**REAGOR-DYKES AUTO COMPANY, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50217-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| IN RE:<br><br>**REAGOR-DYKES PLAINVIEW, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50218-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |
| IN RE:<br><br>**REAGOR-DYKES FLOYDADA, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50219-rlj11**<br>**(Jointly Administered Under**<br>**Case No. 18-50214)** |

## ORDER ON
## MANHEIM'S MOTION TO SHORTEN TIME ON HEARING ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Came on to be heard the Motion of Creditors Manheim Remarketing, Inc. and Online Vehicle Exchange, L.L.C. (collectively, "Manheim") to shorten notice for its motion to lift the automatic stay so that it can be heard on August 16, 2018 at 10:00 a.m. in the Bankruptcy Court located at 1205 Texas Avenue, Lubbock, Texas 79401, Room 314.   This motion is granted.

Therefore, it is hereby ordered that the time for hearing on the Motion for Relief from Stay filed by Manheim shall be shortened and hearing shall be held on August 16, 2018 at 10:00 a.m. in the Bankruptcy Court located at 1205 Texas Avenue, Lubbock, Texas 79401, Room 314.

# # # End of Order # # #

PREPARED BY:

Tommy J. Swann
State Bar No. 19552820
MCCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave, Floor 5
Lubbock, Texas 79413-4422
(806) 796-7340
(806) 796-7365 FAX
tswann@mhbg.com

ATTORNEYS FOR MOVANT

00116098                                  3