MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
Brad W. Odell, SBN:  24065839
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
drl@mhba.com
bodell@mhba.com
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** § § **REAGOR-DYKES MOTORS, LP** § Debtor. § § | | **Case No. 18-50214-rlj11** |
| **IN RE:** § § **REAGOR-DYKES IMPORTS, LP** § Debtor. § § | | **Case No. 18-50215-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES AMARILLO, LP** § Debtor. § § | | **Case No. 18-50216-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES AUTO COMPANY, LP** § Debtor. § § | | **Case No. 18-50216-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES PLAINVIEW, LP** § Debtor. § § | | **Case No. 18-50218-rjl11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES FLOYDADA, LP** § Debtor. § § | | **Case No. 18-50219-rlj11** **(Jointly Administered Under Case No. 18-50214)** |

## SECOND AMENDED WITNESS AND EXHIBIT LIST OF DEBTORS FOR HEARINGS SCHEDULED FOR AUGUST 16, 2018

NOW COME, Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, and Reagor-Dykes Floydada, LP (each a "Debtor," and collectively, the "Debtors"), the Debtors in the above-referenced bankruptcy proceedings, and files this Second Amended Witness & Exhibit List For Hearing Scheduled for August 16, 2018.

## WITNESSES

Debtors disclose that they may call the following individuals to provide testimony:

1. Timothy Conner, CPA, Accounting Manager
2. Brad Fansler, Administration Director
3. Lyndon James, Senior Partner, BlackBriar Advisors, LLC
4. Bob Schleizer, Managing Partner, BlackBriar Advisors, LLC
5. Bart Reagor, Owner
6. Rick Dykes, Owner
7. Steve Reinhart, Legal/Compliance Director, Facilities Director, New Construction Manager
8. Kerry Hernandez, Human Resources
9. Patrick Rielly, Lane, Corman, Trubitt, CPA
10. Gary Byrd, Jr., Dallas Regional Manager, Ford Motor Credit Company (live or by deposition testimony)

Debtors reserve the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. Debtors also reserve the right to call any witnesses designated or called by any other party to these proceedings.

## EXHIBITS

Debtors disclose that they may introduce the following exhibits:

| TAB | DESCRIPTION |
|---|---|
| 1. | Cash flow Projections (A 30-day sources and uses of funds budget for the RDAG locations financed by FMCC) |
| 2. | Copies of existing insurance policies for vehicles, furniture, fixtures and equipment, etc. |

| TAB | DESCRIPTION |
|---|---|
| 3. | A listing of all vehicles in inventory across the RDAG and an analysis of which lender holds the lien against each vehicle along with vehicles involving contested liens |
| 4. | A listing of vehicles that have not been floor planned, but may be subject to a floor-plan lender's lien against all inventory |
| 5. | A listing of unpaid contracts in transit that reflect the name of the customer, the name of the lienholder to be paid-off and the amount of the pay-off |
| 6. | Email from Gwen Schmucker dated June 29, 2018 forwarding June 28, 2018 Group Audit Summary from Ford Motor Credit |
| 7. | Chart of SOT's for last eight (8) audits |
| 8. | Copy of Registration Data Report (RDR) – Audit from Trigger Reporting Enhancement. |
| 9. | Listing of customers and amounts owing for tax titles and license. |
| 10. | Listing of payoffs on trade-ins |
| 11. | FMCC Audit 6/28/19 Summary |
| 12. | Liquidity Schedule |
| 13. | a. Reagor-Dykes Deficit Analysis<br>b. Reagor-Dykes Vehicle Receivables<br>c. Reagor-Dykes Touched Unfloored Inventory |

Debtors reserve the right to amend this Exhibit List in order to supplement the list of documents that may be introduced. Debtors also reserve the right to introduce other exhibits as may be necessary for impeachment purposes. Debtors also reserve the right to introduce exhibits designated by any other party to these proceedings.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491

                                        Facsimile: (806) 765-0553

                                        /s/ David R. Langston
                                        David R. Langston, SBN: 11923800
                                        Brad W. Odell, SBN: 24065839
                                        ***Counsel for Debtors, Reagor-Dykes***
                                        ***Motors, LP; Reagor-Dykes Imports, LP;***
                                        ***Reagor-Dykes Amarillo, LP; Reagor-Dykes***
                                        ***Auto Company, LP; Reagor-Dykes***
                                        ***Plainview, LP; Reagor-Dykes Floydada, LP***

## **CERTIFICATE OF SERVICE**

       I certify that a true and correct copy of the foregoing Amended Witness and Exhibit List was served on the following parties in interest via ECF and or email on this 16th day of August 2018:

    1.    Reagor Dykes Auto Group
           1215 Ave. J
           Lubbock, Texas 79401

    2.    Keith Langley and Brandon K. Bains
           Langley LLP
           1301 Solana Blvd.
           Bldg. 1, Suite 1545
           Westlake, Tx. 76262
           Email: klangley@l-llp.com
           Email: bbains@l-llp.com
           ***Attorneys for Ford Motor Credit***

    3.    United States Trustee
           Attn: Stephen McKit
           1100 Commerce Street, Room 976
           Dallas, TX 75242
           ***U.S. Trustee***

    4.    Jason Rudd
           Wick Phillips Gould & Martin, LLP
           3131 McKinney Ave., Suite 100
           Dallas, TX 75204
           ***Attorneys for Vista Bank***

    5.    Tommy Swann
           McCleskey, Harriger Brazill & Graf, LLP
           5010 University Ave., 5th Fl.
           Lubbock, TX 79413
           Email: tswann@mhbg.com

*Attorneys for Universal Underwriters Service Corp.*

6. John Massouh
   Sprouse Shrader Smith, PLLC
   701 S. Taylor, Suite 500
   Amarillo, Tx. 79101
   Email: john.massouh@sprouselaw.com
   *Attorneys for First Capital Bank of Texas*

7. All parties receiving notice via ECF in this case.

/s/ David R. Langston
David R. Langston