Mark E. Andrews (State Bar No. 01253520)
Jane A. Gerber (State Bar No. 24092416
**DYKEMA GOSSETT, LLC**
1717 Main Street, Suite 4200
Dallas, TX  75201
Phone: (214) 462-6400
Fax: (214) 462-6401
Email: mandrews@dykema.com
Email: jgerber@dykema.com

**ATTORNEYS FOR GM, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 18-50214-rlj-11** |
| **REAGOR-DYKES MOTORS, LP, et al.** | § | **(Jointly Administered)** |
| Debtor. | § | |
| | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

GM, LLC ("GM"), without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code or authority under Article III of the United States Constitution, states that it will be represented in this case by Dykema Cox Smith.

Pursuant to Rule 2002 of the Bankruptcy Rules, GM requests that it receive notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtors be served on it in at the following address:

Jane A. Gerber
Dykema Gossett, LLC
1717 Main Street, Suite 4200
Dallas, Texas  75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401
E-mail:  jgerber@dykema.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules GM's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise

Dated:      August 16, 2018         Respectfully submitted,

By:   */s/ Jane A. Gerber*
Mark E. Andrews (State Bar No. 01253520)
Jane A. Gerber (State Bar No. 24092416)
**DYKEMA GOSSETT, LLC**
1717 Main Street, Suite 4200
Dallas, TX  75201
Phone: (214) 462-6400
Fax: (214) 462-6401
Email: mandrews@dykema.com
Email: jgerber@dykema.com

**ATTORNEYS FOR GM, LLC**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served this 16th day of August, 2018 electronically upon those parties registered to receive electronic notice via the Court's PACER system:

*/s/ Jane A. Gerber*
Jane A. Gerber