BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Reagor–Dykes Motors, LP<br>DEBTOR | Hearing type | Case # 18–50214–rlj11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Plaintiff<br>**PLAINTIFF / MOVANT** | *VS* | Defendant<br>**DEFENDANT / RESPONDENT** |
| Plaintiff Attorney<br>**ATTORNEY** | | Defendant Attorney<br>**ATTORNEY** |

**EXHIBITS**

EXHIBIT 1 ADMITTED

| | | |
|---|---|---|
| Sheree Longoria<br>REPORTED BY | Date<br>HEARING DATE | Robert L. Jones<br>JUDGE PRESIDING |