Tommy J. Swann, State Bar No. 19552820
tswann@mhbg.com
Michael S. Uryasz, State Bar No. 24082440
muryasz@mhbg.com
McCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave, 5th Floor
Lubbock, Texas 79413-4422
(806) 796-7300, (806) 796-7365 FAX

ATTORNEYS FOR SECURED CREDITOR MANHEIM

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP | § | Case No. 18-50214-rlj11 |
| | § | |
| Debtor. | § | |
| IN RE: | § | |
| | § | |
| REAGOR-DYKES IMPORTS, LP | § | Case No. 18-50215-rlj11 |
| | § | (Jointly Administered Under |
| Debtor. | § | Case No. 18-50214) |
| IN RE: | § | |
| | § | |
| REAGOR-DYKES AMARILLO, LP | § | Case No. 18-50216-rlj11 |
| | § | (Jointly Administered Under |
| Debtor. | § | Case No. 18-50214) |
| IN RE: | § | |
| | § | |
| REAGOR-DYKES AUTO COMPANY, LP | § | Case No. 18-50217-rlj11 |
| | § | (Jointly Administered Under |
| Debtor. | § | Case No. 18-50214) |

| | | |
|---|---|---|
| IN RE:<br><br>**REAGOR-DYKES PLAINVIEW, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 18-50218-rlj11<br>(Jointly Administered Under<br>Case No. 18-50214) |
| IN RE:<br><br>**REAGOR-DYKES FLOYDADA, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 18-50219-rlj11<br>(Jointly Administered Under<br>Case No. 18-50214) |

### NOTICE OF HEARING ON THE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MANHEIM REMARKETING, INC. AND ONLINE VEHICLE EXCHANGE, L.L.C.

The hearing on the Motion for Relief From Automatic Stay filed by Manheim Remarketing, Inc. and Online Vehicle Exchange, L.L.C. is scheduled for **August 30, 2018, at 9:00** in the Bankruptcy Court located at 1205 Texas Avenue, Lubbock, Texas 79401, Room 314. Objections to the Motion must be filed with the Bankruptcy Clerk's Office and served on Movant on or before **August 28, 2018.**

Respectfully submitted,

MCCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.
5010 University Ave FL 5
Lubbock, Texas 79413-4422
(806) 796-7300; (806) 796-7365 [fax]
Tommy J. Swann, SBN 19552820
tswann@mhbg.com
Michael S. Uryasz, SBN 24082440
muryasz@mhbg.com

By: /s/ Tommy J. Swann
    Tommy J. Swann

ATTORNEYS FOR MANHEIM

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Motion was served on the following parties via ECF and/or regular U.S. Mail on this 16th day of August, 2018:

1.    Reagor Dykes Auto Group
    1215 Ave. J
    Lubbock, TX 79401

2.    Keith Langley and Brandon K. Bains
    Langley LLP
    1301 Solana Blvd., Bldg. 1, Suite 1545
    Westlake, TX 76262
    Email: klangley@l-llp.com and bbains@l-llp.com
    ***Attorneys for Ford Motor Credit***

3.    Donald Cram and Duane M. Geck
    Severson & Werson
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
    Email: dmg@severson.com and dhc@severson.com

4.    U.S. Trustee's Office
    1100 Commerce St., Room 9C60
    Dallas, TX 75242

5.    All parties receiving notice via ECF in this case.

    /s/ Tommy J. Swann
    Tommy J. Swann

00116224    3