**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| REAGOR-DYKES MOTORS, LP | ) | Case No. 18-50214-rlj11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | | |
| In re: | ) | |
| | ) | |
| REAGOR-DYKES IMPORTS, LP | ) | Case No. 18-50215-rlj11 |
| | ) | (Jointly Administered Under |
| Debtor. | ) | Case No. 18-50214) |
| | | |
| In re: | ) | |
| | ) | |
| REAGOR-DYKES AMARILLO, LP | ) | Case No. 18-50216-rlj11 |
| | ) | (Jointly Administered Under |
| Debtor. | ) | Case No. 18-50214) |
| | | |
| In re: | ) | |
| | ) | |
| REAGOR-DYKES AUTO COMPANY, LP | ) | Case No. 18-50217-rlj11 |
| | ) | (Jointly Administered Under |
| Debtor. | ) | Case No. 18-50214) |
| | | |
| In re: | ) | |
| | ) | |
| REAGOR-DYKES PLAINVIEW, LP | ) | Case No. 18-50218-rlj11 |
| | ) | (Jointly Administered Under |
| Debtor. | ) | Case No. 18-50214) |
| | | |
| In re: | ) | |
| | ) | |
| REAGOR-DYKES FLOYDADA, LP | ) | Case No. 18-50219-rlj |
| | ) | (Jointly Administered Under |
| Debtor. | ) | Case No. 18-50214) |

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned counsel appears as counsel for International Bank of Commerce pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, requests all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

> John D. Dale
> GABLEGOTWALS
> 1100 ONEOK Plaza
> 100 West Fifth Street
> Tulsa, OK  74103-4217
> (918) 595-4800
> (918) 595-4990 (fax)
> jdale@gablelaw.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing requests include notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise.

DATED this 17th day of August, 2018.

*/s/ John D. Dale*
John D. Dale, TX Bar No. 24088892
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74103-4217
(918) 595-4800
(918) 595-4990 (fax)
jdale@gablelaw.com

*Attorney for International Bank of Commerce*