

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2018**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| IN RE: | | § | Case No..: 18-50214-rlj11 |
|---|---|---|---|
| | | § | (Lead Case) |
| | **REAGOR-DYKES** | § | |
| | **MOTORS, LP,**[1] | § | |
| | | § | |
| | **DEBTOR** | § | **Chapter 11** |
| | | § | |
| IN RE: | **REAGOR-DYKES** | § | Case No. 18-50215-rlj11 |
| | **IMPORTS, LP** | § | (Jointly Administered Under |
| | | § | Case No. 18-50214) |
| | | § | |
| | **DEBTOR** | § | |
| IN RE: | **REAGOR-DYKES** | § | Case No. 18-50216-rlj11 |
| | **AMARILLO, LP** | § | (Jointly Administered Under |
| | | § | Case No. 18-50214) |
| | | § | |
| | **DEBTOR** | § | |
| IN RE: | **REAGOR-DYKES** | § | Case No. 18-50217-rlj11 |
| | **AUTO COMPANY,** | § | (Jointly Administered Under |
| | **LP** | § | Case No. 18-50214 |

---

[1]  Pursuant to this Court's *Order Regarding Filing of Pleadings and Directing Joint Administration of Cases* [Dkt. No. 34], the following pleading is filed in the lead case, Case No. 18-50214-rlj11.

1

|  | § |  |
|---|---|---|
| **DEBTOR** | § |  |
| **IN RE:  REAGOR-DYKES** | § | **Case No. 18-50218-rjl11** |
| **PLAINVIEW, LP** | § | **(Jointly Administered Under** |
|  | § | **Case No. 18-50214)** |
|  | § |  |
| **DEBTOR** | § |  |
| **IN RE:  REAGOR-DYKES** | § | **Case No. 18-50219-rlj11** |
| **FLOYDADA, LP** | § | **(Jointly Administered Under** |
|  | § | **Case No. 18-50214)** |
|  | § |  |
| **DEBTOR** | § |  |

### ORDER GRANTING  LEAVE TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4(a) FOR DESIGNATION OF LOCAL COUNSEL

Having considered the *Motion for Leave to Waive Requirement of Local Bankruptcy Rule 2090-4(a) for Designation of Local Counsel* (the "***Motion***")[2] [Dkt. No. 93] filed by Louis M. Phillips and Patrick (Rick) M. Shelby of Kelly Hart, and having found good cause for granting the Motion,

**IT IS ORDERED THAT** the local counsel requirement of Local Bankruptcy Rule 2090-4(a) is hereby waived for purposes of Louis M. Phillips and Patrick (Rick) M. Shelby's representation of Reagor in this Bankruptcy Case.

###End of Order###

**Respectfully Submitted:**

*/s/ Louis M. Phillips*
Louis M. Phillips (#10505)
Patrick (Rick) M. Shelby (#31963)
**KELLY HART & PITRE**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763

---

[2] Unless otherwise defined, capitalized terms herein take their meaning from the Motion.

Email: louis.phillips@kellyhart.com
Email: rick.shelby@kellyhart.com

and

Marshall M. Searcy, Jr.
State Bar No. 17955500
marshall.searcy@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Scott R. Wiehle
State Bar No. 24043991
scott.wiehle@kellyhart.com
KELLY HART & HALLMAN
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9462

***Counsel for Bart Reagor***