Joseph D. Martinec
State Bar No. 13137500
**MARTINEC, WINN & VICKERS, P.C.**
611 S. Congress Avenue, Suite 450
Austin, TX 78704-1771
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com
ATTORNEYS FOR NYLE MAXWELL OF TAYLOR, LLC

Joe L. Lovell, State Bar No. 12609100
joe@lovell-law.net
Matthew S. Merriott, State Bar No. 24100846
matthew@lovell-law.net
LOVELL, LOVELL, ISERN & FARABOUGH, L.L.P.
112 West 8th Avenue, Suite 1000
Amarillo, TX 79101-2314
(806) 373-1515/FAX (806) 379-7176
LOCAL COUNSEL FOR NYLE MAXWELL OF TAYLOR, LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: § <br> REAGOR-DYKES MOTORS, LP, § <br>     Debtor. § | Case No. 18-50214-rlj11 | |
| IN RE: § <br> REAGOR-DYKES IMPORTS, LP, § <br>     Debtor. § | Case No. 18-50215-rlj11 <br> (Jointly Administered Under Case No. 18-50214) | |
| IN RE: § <br> REAGOR-DYKES AMARILLO, LP, § <br>     Debtor. § | Case No. 18-50216-rlj11 <br> (Jointly Administered Under Case No. 18-50214) | |
| IN RE: § <br> REAGOR-DYKES AUTO COMPANY, LP, § <br>     Debtor. § | Case No. 18-50217-rlj11 <br> (Jointly Administered Under Case No. 18-50214) | |
| IN RE: § <br> REAGOR-DYKES PLAINVIEW, LP, § <br>     Debtor. § | Case No. 18-50218-rlj11 <br> (Jointly Administered Under Case No. 18-50214) | |
| IN RE: § <br> REAGOR-DYKES FLOYDADA, LP, § <br>     Debtor. § | Case No. 18-50219-rlj11 <br> (Jointly Administered Under Case No. 18-50214) | |

**NOTICE OF RECLAMATION DEMAND OF NYLE MAXWELL OF TAYLOR, LLC
PURSUANT TO 11 U.S.C. SECTION 546(c) AND
<u>ADMINISTRATIVE CLAIM PURSUANT TO 11 U. S.C. SECTION 503(b)(9)</u>**

Nyle Maxwell of Taylor, LLC ("Nyle Maxwell"), by its undersigned counsel, files the following Notice of Demand for Reclamation and respectfully represents as follows:

1. On or about August 1, 2018, (the "Petition Date"), Reagor-Dykes Motors, LP (the "Debtor") and five (5) affiliated entities (collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. Prior to the Petition Date, Nyle Maxwell sold goods in the ordinary course of business to the Debtors Reagor-Dykes Motors, LP d/b/a Prime Capital Auto Lease and Reagor-Dykes Imports, LP d/b/a Reagor-Dykes Mitsubishi, and the Debtors received these goods within forty-five (45) days of the Petition Date at a time when the Debtors were insolvent.

3. Nyle Maxwell hereby files this notice of its delivery of a written demand for reclamation pursuant to 11 U.S.C. Section 546(c) and Section 2-702 of the Uniform Commercial Code (the "Reclamation Demand") on the Debtors and their attorney of record by email, certified mail - return receipt requested and first class mail, to reclaim certain goods detailed in this Reclamation Demand (hereinafter, the "Goods"), to-wit: the vehicles described on Exhibit A, attached hereto and made a part hereof (Exhibit A is a true and accurate copy of the Reclamation Demand served on the Debtors).

4. Nyle Maxwell is informed and believes, and on that basis alleges, that the Goods remain in the Debtors' possession as of the date of this demand. The Goods are valued at $513,717.88. Most of the vehicles appear to have been leased to customers without transferring title.

5. Pursuant to this Reclamation Demand, Nyle Maxwell hereby demands the immediate return of the Goods described above and/or payment of all sums due. Nyle Maxwell

asserts a right of possession and administrative claim against the Debtors' estates for the value of said Goods.

6. Notice is hereby specifically given to the Debtors to segregate said Goods from the Debtors' other inventory and fully account for any deficiency until such time that full payment for said Goods is tendered to Nyle Maxwell or, alternatively, until such time that a final, non-appealable order is entered allowing Nyle Maxwell a right of possession claim or an administrative expense claim under Section 503(b)(9) with respect to said Goods not paid for.

7. Nyle Maxwell further demands that the Debtors cease and desist using, disposing of, selling or transferring said Goods.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Reclamation Demand is not intended to constitute an election of remedies or a waiver of any rights under Title 11 of the United States Code, the Uniform Commercial Code, or any other applicable law. Nyle Maxwell asserts title to and possession of the subject vehicles and expressly reserves any and all rights and remedies under applicable law, including but not limited to (i) the rights to seek setoff or recoupment; (ii) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent that the goods were delivered to the Debtors on or after the Petition Date; (iii) its right to be paid as a "critical vendor" pursuant to any order of the Court authorizing such payment; (iv) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. Section 503(b)(9); (v) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. Section 547(c)(4); (vi) its right to demand payment as a "cure" payment in connection with the Debtors' assumption of an executory contract, if any, pursuant to 11 U.S.C. Section 365; and (vii) its right to seek payment of pre-petition debts from any non-debtor party that is a co-obligee or guarantor.

By filing this Reclamation Demand, Nyle Maxwell does not consent to the entry of final orders by the bankruptcy court on non-core issues, matters and claims, and does not waive any jurisdictional defenses.

**PLEASE TAKE FURTHER NOTICE** that Nyle Maxwell hereby asserts, pursuant to 11 U.S.C. Section 503(b)(9) an administrative claim for the Goods furnished to the Debtors within twenty (20) days of the Petition Date, which Goods are referenced in the attached Exhibit A and are valued cumulatively in the amount of $513,717.88. Nyle Maxwell further requests that the Court order the immediate payment of such administrative claim.

Respectfully submitted,

MARTINEC, WINN & VICKERS, P.C.
611 S. Congress Avenue, Suite 450
Austin, TX 78704-1771
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

By: *[signature]*
Joseph D. Martinec
State Bar No. 13137500
ATTORNEYS FOR NYLE MAXWELL OF TAYLOR, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Notice of Reclamation Demand of Nyle Maxwell of Taylor, LLC Pursuant to 11 U.S.C. Section 546(c) and Administrative Claim Pursuant to 11 U.S.C Section 503(b)(9)* has been served via the Court's ECF Noticing System to the creditors and parties in interest receiving electronic notice, by First Class Mail, postage prepaid, or by facsimile transmission, if so indicated, to the creditors and parties in interest on the attachment, and to the following on the 20th day of August, 2018.

Reagor Dykes Auto Group
1215 Ave. J
Lubbock, TX 79401
(Via First Class Mail)

U.S. Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242
(Via ECF)

David R. Langston
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408-2585
Attorneys for Debtors
(Via ECF)

 

_____
Joseph D. Martinec

## MARTINEC WINN & VICKERS P.C.

*Attorneys At Law*

Joseph D. Martinec
*martinec@mwvmlaw.com*
Edward L. Winn, III
*edwinn@mwvmlaw.com*

611 S. Congress Avenue, Suite 450
Austin, Texas 78704-1771
(512) 476-0750 telephone
(512) 476-0753 fax

Lee Vickers
*lvickers@mwvmlaw.com*

August 20, 2018

David Langston
Mullin, Hoard & Brown
P.O. Box 2585
Lubbock, TX 79408-2585
drl@mhba.com and First Class Mail

Reagor-Dykes Motors, LP
Reagor-Dykes Imports, LP
1215 Avenue J
Lubbock, TX 79401
Via CMRRR #7016207000002523929 and
First Class Mail

Re: Reagor-Dykes Motors, LP, Case No. No. 18-50214-rlj11 (Jointly Administered), United States Bankruptcy Court, Northern District of Texas, Lubbock Division

RECLAMATION DEMAND TO REAGOR-DYKES MOTORS, LP AND REAGOR-DYKES IMPORTS, LP

Gentlemen:

In accordance with Bankruptcy Code Section 546(c), Nyle Maxwell of Taylor, LLC, ("Creditor") hereby makes demand for reclamation of goods (the "Goods") received by Reagor-Dykes Motors, LP and Reagor-Dykes Imports, LP ("Debtors") from Creditor within the forty-five (45) days prior to the petition filing date in the Debtors' bankruptcy case at a time when Debtors were insolvent, and which Goods are currently in Debtors' possession. Attached hereto as Exhibit A is documentation describing or identifying the particular Goods for which Creditor asserts its reclamation claim. Creditor reserves the right to modify the scope of the Goods subject to its reclamation claim, following further investigation and subject to applicable law.

Please contact the undersigned for instructions concerning the return of the Goods to Creditor. You are further notified that all goods subject to Creditor's reclamation rights should be protected and segregated, and are not to be sold or used for any purpose whatsoever except by agreement of the parties or following notice and a hearing by the Bankruptcy Court.

We appreciate your cooperation in this matter. Please call with any questions.

Sincerely,

*[signature]*

Joseph D. Martinec

Enclosure
cc: Client

Nyle Maxwell of Taylor, LLC             Detail of Outstanding Payments

| LESSEE | VEHICLE | STK# | DRAFTING BANK | LESSOR | AMOUNT |
|---|---|---|---|---|---|
| **Drafts Not Submitted** | | | | | |
| DUSTY REID | 2018 Dodge Durango 2WD 4dr Wgn GT (VIN 1C4RDHDG9JC316840) | JC316840 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 33,230.59 |
| GENEVIEVE DORN | 2018 Jeep Grand Cherokee 2WD 4dr Wgn Limited (VIN 1C4RJEBG8JC392091) | JC392091 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 30,955.25 |
| ROGER VICK | 2019 Ram 1500 4WD Crew Cab Lone Star/Bighorn (VIN 1C6SRFFT9KN586522) | KN586522 | Vista Bank | Reagor Dykes Mitsubishi | $ 41,708.95 |
| SETH DOEGE | 2018 Jeep Grand Cherokee 4WD 4dr Wgn Laredo (VIN 1C4RJFAG7JC440770) | JC440770 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 33,690.07 |
| DAKOTA GRIFFITH | 2018 Ram 2500 4WD Crew Cab SLT (VIN 3C6UR5JLXJG290717) | JG290717 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 53,981.20 |
| WILLIAM WOODRING | 2018 Jeep Grand Cherokee 4WD 4dr Wgn Trailhawk (VIN 1C4RJFLG5JC437590) | JC437590 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 43,294.89 |
| SHANE HARRIS | 2018 Jeep Grand Cherokee 2WD 4dr Wgn Limited (VIN 1C4RJEBG7JC338958) | JC338958 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 30,119.00 |
| CHARLOTTE MOTLEY | 2018 Jeep Grand Cherokee 2WD 4dr Wgn Limited (VIN 1C4RJEBG7JC359132) | JC359132 | Vista Bank | Reagor-Dykes Mitsubishi | $ 29,431.02 |
| KYLAR ESCHENBACHER | 2018 Ram 1500 (VIN 1C6RR7YT7JS135994) | JS135994 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 39,494.69 |

Exhibit A - Page 1 of 2

**Nyle Maxwell of Taylor, LLC**          <u>**Detail of Outstanding Payments**</u>

| DRAFTS DEPOSITED-Not paid by drafting bank | | | | | |
|---|---|---|---|---|---|
| TRAVIS BENSON | 2018 Dodge Challenger 2dr Cpe R/T (2C3CDZBTXJH229140) | JH229140 | First Capital Bank of Texas | Prime Capital Auto Lease | $ 31,688.36 |
| NORA DIAZ | 2018 Chrysler 300 4dr Sdn Touring (VIN 2C3CCAAG8JH308427) | JH308427 | Vista Bank | Reagor-Dykes Mitsubishi | $ 24,291.94 |
| MYKEE FLORES | 2018 Dodge Charger SD (VIN 2C3CDXHG2JH273356) | JH273356 | Vista Bank | Reagor-Dykes Mitsubishi | $ 25,643.12 |
| STEPHEN ROWDEN | 2018 Jeep Wrangler 4dr Conv Unlimited Rubicon (VIN 1C4HJXFGXJW205790) | JW205790 | Vista Bank | Reagor-Dykes Mitsubishi | $ 54,388.80 |
| | | | | | |
| Wholesales-Used Vehicle Purchased by Reagor Dykes Mitsibishi | | | | | |
| NAME | VEHICLE | STK# | | | |
| Reagor-Dykes Mitsubishi | 2016 Ford F250 PU (VIN 1FT7W2B60GEB84685) | GEB84685 | Vista Bank | | $ 26,800.00 |
| Reagor-Dykes Mitsubishi | 2015 Dodge Charger (VIN 2C3CDXHG1FH726406) | FH726406 | Vista Bank | | $ 15,000.00 |
| | | | | | |
| | | | | | $ 513,717.88 |

**Nyle Maxwell of Taylor, LLC**
Reagor-Dykes Motors, LP, et al.,
Case No. 18-50214-rlj11 (Jointly Administered) filed 8/1/2018
    **Leaseholders for MLS**

Dusty Reid
1605 N. San Andres
Hobbs, NM 88240

Travis Benson
2817 Little Elm Trail
Cedar Park, TX 78613

Nora Lucille Diaz
2720 53rd St.
Lubbock, TX 79413

Seth C. Doege
14940 Trails End Dr.
Perrysburg, OH 43551

Genevieve M. Dorn
2311 92nd Street
Lubbock, TX 79423

Dakota S. Griffith
200 Vikki Rd.
Big Spring, TX 79720

Shane D. Harris
393 CR 384
Childress, TX 79201

Charlotte Marie Motley
8701 151st St. B
Wolfforth, TX 79382

Stephen Wade Rowden
8304 CR 6940
Lubbock, TX 79407

Roger Dale Vick
10108 #2 Evanston Ave.
Lubbock, TX 79424

William K. Woodring
956 E. 36th St.
Tulsa, OK 74105

Kylar Eschenbacher
4421 82nd St. #141
Lubbock, TX 79424

Mykee Flores
2406 40th St.
Lubbock, TX 79412-1538

**Related Parties**

MUSA Auto Leasing
4455 Lyndon B. Johnson Fwy #1200
Dallas, TX 75244

Prime Capital Auto Lease
1301 19th Street
Lubbock, TX 79401

Reagor-Dykes Mitsubishi
6540 82nd St.
Lubbock, TX 79424

U.S. Bank N.A.
1850 Osborn Ave
Oshkosh WI *54902*

Vista Bank
c/o Jason M. Rudd (Via ECF)

First Capital Bank of Texas
c/o John F. Massouh (Via ECF)

**Nyle Maxwell of Taylor, LLC
Service List**
Reagor-Dykes Motors, LP, et al.,
Case No. 18-50214-rlj11 (Jointly Administered) filed 8/1/2018

Reagor-Dykes Auto Group
1215 Ave. J
Lubbock, TX 79401
Debtors
(Via First Class Mail)

David R. Langston
Mullin Hoard & Brown, LLP
P.O. Box 2585
Lubbock, TX 79408-2585
Attorneys for Debtors (Via ECF)

U.S. Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242
(Via ECF)

**Reagor-Dykes Motors, LP
Top 20 Unsecured Creditors
(Via First Class Mail)**

AER Manufacturing
P.O. Box 974180
Dallas, TX 75397-4180

American Tire Distributors
Payment Processing Center
P. O. Box 889
Huntersville, NC 28070-0889

Bistro Battery
124 E. Slaton Road
Lubbock, TX 79452

Bumper Manufacturing
2500 Minis Drive
Haltom City, TX 76117

Concho Supply, Inc.
P. O. Box 3487
San Angelo, TX 76902

Descriptive Auto Design, LLP
P. O. Box 64366
Lubbock, TX 79464

Earl Owens Company, LLC
P. O. Box 111787
Carrollton, TX 75011

Fender Truck Accessories
P. O. Box 2576
Midland, TX 79702

Ford Motor Credit Co.
9009 Carothers Parkway
Franklin, TX 37067

Keystone Automotive Operations
P. O. Box 417450
Boston, MA 02241-7450

Lubbock Auto Spa
3305 81st Street
Lubbock, TX 79423

Meyer Distributing
560 East 25th Street
Jasper, IN 47546

Napa Auto Parts
310 N. 4th
Lamesa, TX 79331

O'Reilley Auto Parts
P. O. Box 9464
Springfield, MO 65801-9464

Reid Bethel Tire Co.
P. O. Box 29
Lamesa, TX 79331

Reynolds and Reynolds
P. O. Box 182206
Columbus, OH 43218-2206

Sam Pack's Five Star Ford
P. O. Box 910227
Dallas, TX 75391

Sewell Ford Inc.
P. O. Box 3432
Odessa, TX 79760

The Reinalt-Thomas Corporation
P. O. Box 29851
Phoenix, AZ 85038-9851

Valvaline LLC
3499 Blazer Parkway
Lexington, KY 40509

**Parties Requesting Notice
(Via ECF)**