Robert N. Nebb
SBN: 14847900
**LAW OFFICE OF MICHAEL H. CARPER, P.C.**
1102 Main Street
Lubbock, Texas 79401
806-747-3016 [Telephone]
806-747-8411 [Telecopier]
rnebb@carperlaw.com
Attorneys for **Texas Lone Star Auto Auction, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE:<br>REAGOR-DYKES MOTORS, LP<br>Debtor | § § § | Case No. 18-50214-rlj-11 |
| IN RE:<br>REAGOR-DYKES IMPORTS, LP<br>Debtor | § § § | Case No. 18-50215-rlj-11<br>(Jointly Administered Under Case No. 18-50214) |
| IN RE:<br>REAGOR-DYKES AMARILLO, LP<br>Debtor | § § § | Case No. 18-50216-rlj-11<br>(Jointly Administered Under Case No. 18-50214) |
| IN RE:<br>REAGOR-DYKES AUTO COMPANY, LP<br>Debtor | § § § | Case No. 18-50217-rlj-11<br>(Jointly Administered Under Case No. 18-50214) |
| IN RE:<br>REAGOR-DYKES PLAINVIEW, LP<br>Debtor | § § § | Case No. 18-50218-rlj-11<br>(Jointly Administered Under Case No. 18-50214) |
| IN RE:<br>REAGOR-DYKES FLOYDADA, LP<br>Debtor | § § § | Case No. 18-50219-rlj-11<br>(Jointly Administered Under Case No. 18-50214) |

**NOTICE OF RECLAMATION DEMAND OF TEXAS LONE STAR
AUTO AUCTION, LLC PURSUANT TO 11 U.S.C. § 546(c) AND
ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)**

Texas Lone Star Auto Auction, LLC ["LSAA"], by its undersigned counsel, files the following Notice of Demand for Reclamation and respectfully represents as follows:

1. On or about August 1, 2018 [the "Petition Date"], Reagor-Dykes Motors, LP [the "Debtor"] and five affiliated entities [collectively the "Debtors"], filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. Prior to the Petition Date, LSAA sold goods in the ordinary course of business to the Debtors Reagor-Dykes Plainview, LP d/b/a Reagor-Dykes Toyota and Reagor-Dykes Ford Lincoln, and the Debtors received these goods within forty-five (45) days of the Petition Date, at a time when the Debtors were insolvent.

3. LSAA hereby files this notice of its delivery of a written demand for reclamation pursuant to 11 U.S.C. § 546(c) and § 2-702 of the Uniform Commercial Code [the "Reclamation Demand"] on the Debtors and their attorney of record via email, certified mail-return receipt requested and first class mail, to reclaim certain goods detained in the Reclamation Demand [hereinafter, the "Goods"], to-wit: the vehicles described on Exhibit A, attached hereto and incorporated by reference the same as if fully set out herein [Exhibit A is a true and correct copy of the Reclamation Demand served on the Debtors].

4. LSAA is informed and believes, and on that basis alleges, that the Goods remain in the Debtors' possession as of the date of this demand. The Goods are valued at $107,070.00.

5. Pursuant to the Reclamation Demand, LSAA hereby demands the immediate return of the Goods described above and/or payment of all sums due LSAA. LSAA asserts a right of possession and administrative claim against the Debtors' estates for the value of said Goods.

6. Notice is hereby specifically given to the Debtors to segregate said Goods from the Debtors' other inventory and fully account for any deficiency until such time that full payment for said Goods is tendered to LSAA or, alternatively, until such time that a final, non-appealable order is entered allowing LSAA a right of possession claim or an administrative expense claim under § 503(b)(9) with respect to said Goods not paid for.

7. LSAA further demands that the Debtors cease and desist using, disposing of, selling or transferring said Goods.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Reclamation Demand is not intended to constitute an election of remedies or a waiver of any rights under Title 11 of the United States Code,

Uniform Commercial Code, or any other applicable law. LSAA asserts title to and possession of the subject vehicles and expressly reserves any and all rights and remedies under applicable law, including but not limited to (1) the right to seek setoff or recoupment; (2) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent that the goods were delivered to the Debtors on or after the Petition Date; (3) its right to be paid as a "critical vendor" pursuant to any order of the Court authorizing such payment; (4) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. 503(b)(9); (5) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (6) its right to demand payment as a "cure" payment in connection with the Debtors' assumption of an executory contract, if any, pursuant to 11 U.S.C. § 365; and (7) its right to seek payment of pre-petition debts from any non-debtor party that is a co-obligee or guarantor.

By filing this Reclamation Demand, LSAA does not consent to the entry of final orders by the Bankruptcy Court on non-core issues, matters and claims, and does not waive any jurisdictional defenses.

**PLEASE TAKE FURTHER NOTICE** that LSAA hereby asserts, pursuant to 11 U.S.C. § 503(b)(9), an administrative claim for the Goods furnished to the Debtors within twenty (20) days of the Petition Date, which Goods are referenced in the attached Exhibit A and valued cumulatively in the amount of $107,070.00. LSAA further requests that the Court order the immediate payment of such administrative claim.

          Respectfully submitted,

          **LAW OFFICE OF MICHAEL H. CARPER, P.C.**
          1102 Main Street
          Lubbock, Texas 79401
          806-747-3016 [Telephone]
          806-747-8411 [Telecopier]

          By: */s/ Robert N. Nebb*
              Robert N. Nebb
              SBN: 14847900
              rnebb@carperlaw.com

          Attorneys for **Texas Lone Star Auto Auction, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served vis the Court's ECF Noticing System to the creditors and parties in interest receiving electronic notice, and to the following on August 21, 2018.

Reagor Dykes Auto Group  
1215 Avenue J  
Lubbock, Texas 79401  
(Via First Class Mail)

David R. Langston  
Mullin Hoard & Brown, LLP  
P.O. Box 2585  
Lubbock, Texas 79408-2585  
(Via ECF)

U.S. Trustee  
1100 Commerce Street, Room 9C60  
Dallas, Texas 75242  
(Via ECF)

                                                */s/ Robert N. Nebb*  
                                                Robert N. Nebb

**LAW OFFICE OF MICHAEL H. CARPER, P.C.**
*Attorneys and Counselors at Law*
1102 Main Street
Lubbock, Texas 79401
E-mail: firm@carperlaw.com

Michael H. Carper
Robert N. Nebb
Writer's direct e-mail: rnebb@carperlaw.com

Telephone: (806) 747-3016
Telecopier: (806) 747-8411

August 21, 2018

David Langston. Esq.
Mullin Hoard & Brown, LLP
P.O. Box 2585
Lubbock, Texas 79408-2585
drl@mhba.com and First Class Mail

Reagor-Dykes Motors, LP
Reagor-Dykes Plainview, LP
1215 Avenue J
Lubbock, Texas 79401
CM/RRR# 7017 1070 0000 0213 9680 & 1st Class Mail

RE: *Reagor-Dykes Motors, LP*, Case No. 18-50214-rlj-11 (Jointly Administered), United States Bankruptcy Court for the Northern District of Texas, Lubbock Division.

**RECLAMATION DEMAND TO REAGOR-DYKES MOTORS, LP
AND REAGOR-DYKES PLAINVIEW, LP**

Gentlemen:

Pursuant to Bankruptcy Code § 546(c), Texas Lone Star Auto Auction, LLC ["Creditor"] hereby makes demand for reclamation of goods [the "Goods"] received by Reagor Dykes Motors, LP and Reagor-Dykes Plainview, LP d/b/a Reagor-Dykes Toyota and Reagor-Dykes FordLincoln ["Debtors"] from Creditor within the forty-five (45) days prior to the petition filing date in the Debtors' bankruptcy case at a time when Debtors were insolvent, and which Goods are currently in Debtors' possession. Attached hereto as Exhibit A is documentation describing or identifying the particular Goods for which Creditor asserts its reclamation claim. Creditor reserves the right to modify the scope of the Goods subject to its reclamation claim, following further investigation and subject to applicable law.

Please contact the undersigned for instruction concerning the return of the Goods to Creditor. You are further notified that all Goods subject to Creditor's reclamation rights should be protected and segregated, and are not to be sold or used for any purpose whatsoever except by agreement of the parties or following notice and a hearing by the Bankruptcy Court.

Respectfully yours,
**LAW OFFICE OF MICHAEL H. CARPER, P.C.**

By: _____
Robert N. Nebb

RNN/lk

Enclosure
cc: Client

EXHIBIT A



TEXAS LONE STAR AUTO AUCTION - LUBBOCK

Purchases Summary For Customer #3904 REAGOR-DYKES TOYOTA
From 07/25/18 thru 07/26/18 Printed On 08/02/18 04:47 PM
PHONE: 806-288-1610  FAX: 806-

| BOS# | CAR# | DESCRIPTION | VIN# | TITLE | BID PRICE | BUYER FEE | OTHER FEES | DUE FROM BUYER |
|---|---|---|---|---|---|---|---|---|
| 262785 | 07/25/18-E16 | 2014 FORD MUSTANG | 237497 | Y | 19250.00 | 355.00 | 60.00 | 19665.00 |
| 262796 | 07/25/18-R43 | 2017 DODGE CHARGER SE | 620932 | Y | 16200.00 | 405.00 | 190.00 | 16795.00 |
| 262904 | 07/25/18-R91 | 2012 TOYOTA CAMRY | 029916 | Y | 12800.00 | 350.00 | 60.00 | 13210.00 |
| 263009 | 07/25/18-R122 | 2014 JEEP CHEROKEE T | 160665 | Y | 17200.00 | 380.00 | 60.00 | 17640.00 |
| 263036 | 07/25/18-F589 | 2014 CADILLAC CTS | 184699 | D | 19200.00 | 375.00 | 130.00 | 19705.00 |
| #BOUGHT = 5 TOTAL | | | | | 84650.00 | 1865.00 | 500.00 | 87015.00 |



EXHIBIT A

1

| VEH. NO. | DATE | | | | | |
|---|---|---|---|---|---|---|
| E15 | 07/25/18 | | | | | |
| YEAR | MAKE | MODEL | BODY | VIN | | COLOR |
| 14 | FORD | MUSTANG | 2DR | 1ZVBP8CF9E5237497 | | GRAY |

ODOMETER DISCLOSURE STATEMENT (Form 40 Front, Rev 4-89)
Federal and State law requires you to state the odometer mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

PERMIAN FORD LINC INC
(SELLER'S NAME - PRINT)

CITY STATE   HOBBS, NM

State that the odometer now reads __043000__ (no tenths) miles and to the best of my knowledge it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

PURCHASER CERTIFIES THAT THIS VEHICLE IS FOR RESALE ONLY

OML ☐
TMU ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is NOT the actual mileage. ★WARNING - ODOMETER DISCREPANCY.

ACKNOWLEDGMENT OF ODOMETER DISCLOSURE BY BUYER / AGENT

Signature of Transferor (Seller/Agent)   274

PERMIAN FORD LINC INC
1000 N DAL PASO
HOBBS, NM 88240
575-318-1212 / DON

Buyer Signature   Lot# 3004#

☐ PSI
☐ 7 Day
☐ 14 Day

REAGOR-DYKES TOYOTA
1220 S I-27
PLAINVIEW, TX 79072
806-288-1610 / LYNN

| CONDITIONS OF SALE: (NO DRIVE UNDER $2000) | DRIVE GREEN LIGHT | LIMITED DRIVE YELLOW LIGHT ANNOUNCED DEFECTS | AS-IS RED LIGHT NO ARBITRATION | WITH A CALL CONDITIONAL BID | |
|---|---|---|---|---|---|
| | XXXXX | | | | |

REMARKS AND/OR ANNOUNCED DEFECTS

| | | | | | TAKES | BY |
|---|---|---|---|---|---|---|
| SOLD BY | APPROVED BY | | | AUCTIONEER | COUNTER | BY |
| MW | | BOS # 262785 | | AF | TAKES | BY |
| | | INV # 358437 | | | COUNTER | BY |

| 19250.00 | 355.00 | 60.00 | 0.00 | 19665.00 |
|---|---|---|---|---|
| SELLING PRICE | + BUYER'S FEE | DRAFT | + A/R | PURCHASE PRICE |

120.00
LESS SALE FEE

10.00
LESS A/R

19120.00
SELLER'S NET

"The WEDNESDAY SALE"
9:30 a.m.

TEXAS
LONE STAR AUTO
AUCTION - LUBBOCK
LUBBOCK, TEXAS
2706 Slaton Hwy.
806-745-6066

| WE PAID SELLER CK # & DATE | PAID TO US REC # & DATE |
|---|---|
| 927092 | PAID WITH BUYER DRAFT |

Member of
XLerate
GROUP

| VEH. NO. | DATE | | | ODOMETER DISCLOSURE STATEMENT (Form 40 Front. Rev 4-89) Federal and State law requires you to state the odometer mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. | |
|---|---|---|---|---|---|
| R43 | 07/25/18 | | | | |
| YEAR | MAKE | MODEL | BODY | VIN | COLOR |
| 17 | DODGE | CHARGER SE | 4DR | 2C3CDXBG2HH620932 | BLACK |

I, CHRYSLER CAPITAL
(SELLER'S NAME- PRINT)
CITY STATE FT WORTH, TX

State that the odometer now reads 023874 (no tenths) miles and to the best of my knowledge it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

PURCHASER CERTIFIES THAT THIS VEHICLE IS FOR RESALE ONLY

OML ☐
TMU ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is NOT the actual mileage. ★WARNING - ODOMETER DISCREPANCY.

ACKNOWLEDGMENT OF ODOMETER DISCLOSURE BY BUYER / AGENT

4298
Signature of Transferor (Seller/Agent)
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH, TX 76161
918-606-2750 / TRAVIS

Buyer Signature  PSI Reprint.   3904 Lone Star ID#

☐ PSI
☐ 7 Day
☐ 14 Day

REAGOR-DYKES TOYOTA
1220 S I-27
PLAINVIEW, TX 79072
806-288-1610 / LYNN

CONDITIONS OF SALE: (NO DRIVE UNDER $2000)
DRIVE GREEN LIGHT  XXXXX
LIMITED DRIVE YELLOW LIGHT ANNOUNCED DEFECTS
AS-IS RED LIGHT NO ARBITRATION
WITH A CALL CONDITIONAL BID

REMARKS AND/OR ANNOUNCED DEFECTS GL

| SOLD BY | APPROVED BY | | AUCTIONEER |
|---|---|---|---|
| KB | | BOS # 262796 | TR |
| | | INV # 357723 | |

| | | | | | |
|---|---|---|---|---|---|
| TAKES | BY |
| COUNTER | BY |
| TAKES | BY |
| COUNTER | BY |

| 16200.00 | 405.00 | 60.00 | 130.00 | 16795.00 |
|---|---|---|---|---|
| SELLING PRICE | + BUYER'S FEE | DRAFT | + A/R | PURCHASE PRICE |

95.00
LESS SALE FEE

179.50
LESS A/R

15925.50
SELLER'S NET

"The WEDNESDAY SALE"
9:30 a.m.

TEXAS
LONE STAR AUTO
AUCTION - LUBBOCK
LUBBOCK, TEXAS
2706 Slaton Hwy.
806-745-6066

| WE PAID SELLER CK # & DATE | PAID TO US REC # & DATE |
|---|---|
| 7/25/18 Ch# 526745 | PAID WITH BUYER DRAFT |

Member of
XLerate
GROUP

**ODOMETER DISCLOSURE STATEMENT** (Form 40 Front, Rev 4-89)
Federal and State law requires you to state the odometer mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

| VEH. NO. | DATE | YEAR | MAKE | MODEL | BODY | VIN | COLOR |
|---|---|---|---|---|---|---|---|
| R91 | 07/25/18 | 12 | TOYOTA | CAMRY | 4DR | 4T1BD1FK1CU029916 | WHITE |

I, AMARILLO NATIONAL BANK (SELLERS NAME - PRINT)
CITY STATE AMARILLO, TX

State that the odometer now reads **045000** (no tenths) miles and to the best of my knowledge it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

PURCHASER CERTIFIES THAT THIS VEHICLE IS FOR **RESALE ONLY**

- OML ☐
- TMU ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is **NOT** the actual mileage. ★ WARNING - ODOMETER DISCREPANCY.

**Signature of Transferor (Seller / Agent)** — 508
AMARILLO NATIONAL BANK
PLAZA ONE BOX ONE
AMARILLO, TX 79105
806-681-4676 / MIGUEL

**ACKNOWLEDGMENT OF ODOMETER DISCLOSURE BY BUYER / AGENT**
Buyer Signature — Lone Star ID# 3904
☐ PSI  ☐ 7 Day  ☐ 14 Day
REAGOR-DYKES TOYOTA
1220 S I-27
PLAINVIEW, TX 79072
806-288-1610 / LYNN

**CONDITIONS OF SALE:** (NO DRIVE UNDER $2000)

| DRIVE GREEN LIGHT | LIMITED DRIVE YELLOW LIGHT ANNOUNCED DEFECTS | AS-IS RED LIGHT NO ARBITRATION | WITH A CALL CONDITIONAL BID |
|---|---|---|---|
| XXXXX | | | |

REMARKS AND/OR ANNOUNCED DEFECTS

| SOLD BY | APPROVED BY | | AUCTIONEER |
|---|---|---|---|
| KB | | BOS # 262904  ~~INV # 356989~~ | TR |

|  |  |  |  |  |
|---|---|---|---|---|
| 12800.00 SELLING PRICE | 350.00 + BUYERS FEE | 60.00 DRAFT | 0.00 + A/R | 13210.00 PURCHASE PRICE |

130.00 LESS SALE FEE
75.00 LESS A/R
12595.00 SELLERS NET

| TAKES | BY |
|---|---|
| COUNTER | BY |
| TAKES | BY |
| COUNTER | BY |

"The WEDNESDAY SALE" 10:00 a.m.

**TEXAS LONE STAR AUTO AUCTION-LUBBOCK**
LUBBOCK, TEXAS
2706 Slaton Hwy.
806-745-6606

WE PAID SELLER CK # & DATE
7/25/18
Ck# 526707

PAID TO US REC # & DATE
PAID WITH BUYER DRAFT

Member of

XLerate GROUP

| VEH. NO. | DATE | ODOMETER DISCLOSURE STATEMENT (Form 40 Front, Rev 4-89) |
|---|---|---|
| R122 | 07/25/18 | Federal and State law requires you to state the odometer mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. |

| YEAR | MAKE | MODEL | BODY | VIN | COLOR |
|---|---|---|---|---|---|
| 14 | JEEP | CHEROKEE T | 4DR | 1C4PJMBS8EW160665 | BLACK |

I, __AMARILLO NATIONAL BANK__ (SELLERS NAME - PRINT)
CITY STATE __AMARILLO, TX__

State that the odometer now reads __080203__ (no tenths) miles and to the best of my knowledge it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

PURCHASER CERTIFIES THAT THIS VEHICLE IS FOR RESALE ONLY

OML ☐
TMU ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is **NOT** the actual mileage. ★ WARNING - ODOMETER DISCREPANCY.

Signature of Trasnferor (Seller / Agent) 508
AMARILLO NATIONAL BANK
PLAZA ONE BOX ONE
AMARILLO, TX 79105
806-681-4676 / MIGUEL

ACKNOWLEDGMENT OF ODOMETER DISCLOSURE BY BUYER / AGENT
Buyer Signature 2904 Lone Star

☐ PSI
☐ 7 Day
☐ 14 Day

REAGOR-DYKES TOYOTA
1220 S I-27
PLAINVIEW, TX 79072
806-288-1610 / LYNN

**CONDITIONS OF SALE:** (NO DRIVE UNDER $2000)
- **DRIVE** GREEN LIGHT
- **LIMITED DRIVE** YELLOW LIGHT ANNOUNCED DEFECTS
- **AS-IS** RED LIGHT NO ARBITRATION XXXXX
- **WITH A CALL** CONDITIONAL BID

REMARKS AND/OR ANNOUNCED DEFECTS

| SOLD BY | APPROVED BY | | AUCTIONEER |
|---|---|---|---|
| KB | | BOS # 263009 | TR |
| | | INV # 358550 | |

| TAKES | BY |
|---|---|
| COUNTER | BY |
| TAKES | BY |
| COUNTER | BY |

| 17200.00 | 380.00 | 60.00 | 0.00 | 17640.00 |
|---|---|---|---|---|
| SELLING PRICE | + BUYERS FEE | DRAFT | + A/R | PURCHASE PRICE |

130.00
LESS SALE FEE

0.00
LESS A/R

17070.00
SELLERS NET

"The WEDNESDAY SALE"
10:00 a.m.

**TEXAS**
**LONE STAR AUTO**
**AUCTION-LUBBOCK**
LUBBOCK, TEXAS
2706 Slaton Hwy.
806-745-6606

| WE PAID SELLER CK # & DATE | PAID TO US REC # & DATE |
|---|---|
| 7/25/18 Ch#526725 | PAID WITH BUYER DRAFT |

Member of

GROUP

| VEH. NO. | DATE | ODOMETER DISCLOSURE STATEMENT (Form 40 Front. Rev 4-89) |
|---|---|---|
| F589 | 07/25/18 | Federal and State law requires you to state the odometer mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. |

| YEAR | MAKE | MODEL | BODY | VIN | COLOR |
|---|---|---|---|---|---|
| 14 | CADILLAC | CTS | 4DR | 1G6AS5S33E0184699 | RED |

I, ALDERSON ENTERPRISES LP
(SELLER'S NAME- PRINT)
CITY STATE LUBBOCK, TX

State that the odometer now reads 053077 (no tenths) miles and to the best of my knowledge it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

PURCHASER CERTIFIES THAT THIS VEHICLE IS FOR RESALE ONLY

OML ☐
TMU ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is NOT the actual mileage.
★WARNING - ODOMETER DISCREPANCY.

Signature of Transferor (Seller/Agent)
ALDERSON ENTERPRISES LP
1702 TEXAS AVE
LUBBOCK, TX 79401
806-773-8189 / FX TITLE

.10

ACKNOWLEDGMENT OF ODOMETER DISCLOSURE BY BUYER / AGENT
Buyer Signature PSI Reprint    3904
Lone Star ID#

☐ PSI
☐ 7 Day
☐ 14 Day

REAGOR-DYKES TOYOTA
1220 S I-27
PLAINVIEW, TX 79072
806-288-1610 / LYNN

CONDITIONS OF SALE:
(NO DRIVE UNDER $2000)

DRIVE
GREEN LIGHT
XXXXX

LIMITED DRIVE
YELLOW LIGHT
ANNOUNCED DEFECTS

AS-IS
RED LIGHT
NO ARBITRATION

WITH A CALL
CONDITIONAL BID

REMARKS AND/OR ANNOUNCED DEFECTS

| SOLD BY | APPROVED BY | | AUCTIONEER |
|---|---|---|---|
| JW | | BOS # 263036 | CH |
| | | INV # 358472 | |

| | | | TAKES | BY |
|---|---|---|---|---|
| | | | COUNTER | BY |
| | | | TAKES | BY |
| | | | COUNTER | BY |

| 19200.00 | 375.00 | 60.00 | 130.00 | 19765.00 |
|---|---|---|---|---|
| SELLING PRICE | + BUYER'S FEE | DRAFT | + A/R | PURCHASE PRICE |

110.00
LESS SALE FEE

35.00
LESS A/R

19055.00
SELLER'S NET

"The WEDNESDAY SALE"
9:30 a.m.

**TEXAS
LONE STAR AUTO
AUCTION - LUBBOCK**
LUBBOCK, TEXAS
2706 Slaton Hwy.
806-745-6066

| WE PAID SELLER CK # & DATE | PAID TO US REC # & DATE |
|---|---|
| | PAID WITH BUYER DRAFT |

Member of

GROUP



TEXAS LONE STAR AUTO AUCTION - LUBBOCK

Purchases Summary For Customer #1653 REAGOR DYKES FORD LINCOLN
From 07/25/18 thru 08/03/18 Printed On 08/03/18 01:06 PM
PHONE: 806-293-2511    FAX: 806-293-2544

| BOS# | CAR# | DESCRIPTION | VIN# | TITLE | BID PRICE | BUYER FEE | OTHER FEES | DUE FROM BUYER |
|---|---|---|---|---|---|---|---|---|
| 262941 | 07/25/18-F566 | 2015 JEEP GRAND CHER | 665319 | Y | 19250.00 | 375.00 | 190.00 | 19815.00 |
| #BOUGHT = 1 TOTAL | | | | | 19250.00 | 375.00 | 190.00 | 19815.00 |

| VEH. NO. | DATE | ODOMETER DISCLOSURE STATEMENT (Form 40 Front, Rev 4-89) |
|---|---|---|
| F566 | 07/25/18 | Federal and State law requires you to state the odometer mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. |

| YEAR | MAKE | MODEL | BODY | VIN | COLOR |
|---|---|---|---|---|---|
| 15 | JEEP | GRAND CHER | 4DR | 1C4RJFBG1FC665319 | GRAY |

I, **DESERT SUN AUTO GROUP INC.**
(SELLER'S NAME- PRINT)

CITY STATE **ROSWELL, NM**

State that the odometer now reads **085447** (no tenths) miles and to the best of my knowledge it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

PURCHASER CERTIFIES THAT THIS VEHICLE IS FOR RESALE ONLY

OML ☐
TMU ☐

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is NOT the actual mileage.
★WARNING - ODOMETER DISCREPANCY.

ACKNOWLEDGMENT OF ODOMETER DISCLOSURE BY BUYER / AGENT

Signature of Transferor (Seller/Agent)  1619
DESERT SUN AUTO GROUP INC.
1309 S.E. MAIN
ROSWELL, NM 88203
575-637-2637 / BRYAN

Buyer Signature  PJ  R.R.  M   1653 Lone Star ID#

☐ PSI
☐ 7 Day
☐ 14 Day

REAGOR DYKES FORD LINCOLN
**808 N IH 27
PLAINVIEW, TX 79072
806-293-2511

**CONDITIONS OF SALE:** (NO DRIVE UNDER $2000)

DRIVE GREEN LIGHT
XXXXX

LIMITED DRIVE YELLOW LIGHT ANNOUNCED DEFECTS

AS-IS RED LIGHT NO ARBITRATION

WITH A CALL CONDITIONAL BID

REMARKS AND/OR ANNOUNCED DEFECTS

| SOLD BY | APPROVED BY | | AUCTIONEER |
|---|---|---|---|
| JW | | BOS # 262941 | CH |
| | | INV # 358551 | |

| TAKES | BY |
|---|---|
| COUNTER | BY |
| TAKES | BY |
| COUNTER | BY |

| 19250.00 | 375.00 | 60.00 | 130.00 | 19815.00 |
|---|---|---|---|---|
| SELLING PRICE | + BUYER'S FEE | DRAFT | + A/R | PURCHASE PRICE |

175.00
LESS SALE FEE

0.00
LESS A/R

19075.00
SELLER'S NET

"The WEDNESDAY SALE"
9:30 a.m.

**TEXAS LONE STAR AUTO AUCTION - LUBBOCK**
LUBBOCK, TEXAS
2706 Slaton Hwy.
806-745-6066

| WE PAID SELLER CK # & DATE | PAID TO US REC # & DATE |
|---|---|
| 526843 | PAID WITH BUYER DRAFT |

Member of

XLerate GROUP