Joseph D. Martinec
State Bar No. 13137500
**MARTINEC, WINN & VICKERS, P.C.**
611 S. Congress Avenue, Suite 450
Austin, TX 78704-1771
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com
ATTORNEYS FOR NYLE MAXWELL OF TAYLOR, LLC

Joe L. Lovell, State Bar No. 12609100
joe@lovell-law.net
Matthew S. Merriott, State Bar No. 24100846
matthew@lovell-law.net
**LOVELL, LOVELL, ISERN & FARABOUGH, L.L.P.**
112 West 8th Avenue, Suite 1000
Amarillo, TX 79101-2314
(806) 373-1515/FAX (806) 379-7176
LOCAL COUNSEL FOR NYLE MAXWELL OF TAYLOR, LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| IN RE: REAGOR-DYKES MOTORS, LP, Debtor. | § § § | Case No. 18-50214-rlj11 |
|---|---|---|
| IN RE: REAGOR-DYKES IMPORTS, LP, Debtor. | § § § | Case No. 18-50215-rlj11 (Jointly Administered Under Case No. 18-50214) |
| IN RE: REAGOR-DYKES AMARILLO, LP, Debtor. | § § § | Case No. 18-50216-rlj11 (Jointly Administered Under Case No. 18-50214) |
| IN RE: REAGOR-DYKES AUTO COMPANY, LP, Debtor. | § § § | Case No. 18-50217-rlj11 (Jointly Administered Under Case No. 18-50214) |
| IN RE: REAGOR-DYKES PLAINVIEW, LP, Debtor. | § § § | Case No. 18-50218-rlj11 (Jointly Administered Under Case No. 18-50214) |
| IN RE: REAGOR-DYKES FLOYDADA, LP, Debtor. | § § § | Case No. 18-50219-rlj11 (Jointly Administered Under Case No. 18-50214) |

**NOTICE OF WITHDRAWAL OF NYLE MAXWELL'S MOTION FOR EXPEDITED HEARING AND SHORTENED NOTICE ON MOTION TO LIFT AUTOMATIC STAY**

Nyle Maxwell of Taylor, LLC, a creditor in the above bankruptcy proceeding, by and through its undersigned attorney, respectfully notifies the court and parties in interest of its withdrawal of *Nyle Maxwell's Motion for Expedited Hearing and Shortened Notice on Motion to Lift Automatic Stay* (Doc#132) filed in this case on August 17, 2018.

Respectfully submitted,

MARTINEC, WINN & VICKERS, P.C.
611 S. Congress Avenue, Suite 450
Austin, TX 78704-1771
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

By: _____
Joseph D. Martinec
State Bar No. 13137500
ATTORNEYS FOR NYLE MAXWELL OF TAYLOR, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Nyle Maxwell's Motion for Expedited Hearing and Shortened Notice on Motion to Lift Automatic Stay* has been served via the Court's ECF Noticing System to the creditors and parties in interest receiving electronic notice, by First Class Mail, postage prepaid, or by facsimile transmission, if so indicated, to the creditors and parties in interest on the attachment, and to the following on the 23rd day of August, 2018.

Reagor Dykes Auto Group
1215 Ave. J
Lubbock, TX 79401
(Via First Class Mail)

U.S. Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242
(Via ECF)

David R. Langston
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408-2585
Attorneys for Debtors
(Via ECF)

_____
Joseph D. Martinec

| | | |
|---|---|---|
| **Nyle Maxwell of Taylor, LLC**<br>Reagor-Dykes Motors, LP, et al.,<br>Case No. 18-50214-rlj11 (Jointly Administered) filed 8/1/2018<br>**Leaseholders for MLS** | Roger Dale Vick<br>10108 #2 Evanston Ave.<br>Lubbock, TX 79424 | **Related Parties** |
| Dusty Reid<br>1605 N. San Andres<br>Hobbs, NM 88240 | William K. Woodring<br>956 E. 36th St.<br>Tulsa, OK 74105 | MUSA Auto Leasing<br>4455 Lyndon B. Johnson Fwy #1200<br>Dallas, TX 75244 |
| Travis Benson<br>2817 Little Elm Trail<br>Cedar Park, TX 78613 | Kylar Eschenbacher<br>4421 82nd St. #141<br>Lubbock, TX 79424 | Prime Capital Auto Lease<br>1301 19th Street<br>Lubbock, TX 79401 |
| Nora Lucille Diaz<br>2720 53rd St.<br>Lubbock, TX 79413 | Mykee Flores<br>2406 40th St.<br>Lubbock, TX 79412-1538 | Reagor-Dykes Mitsubishi<br>6540 82nd St.<br>Lubbock, TX 79424 |
| Seth C. Doege<br>14940 Trails End Dr.<br>Perrysburg, OH 43551 | | U.S. Bank N.A.<br>1850 Osborn Ave<br>Oshkosh WI *54902* |
| Genevieve M. Dorn<br>2311 92nd Street<br>Lubbock, TX 79423 | | Vista Bank<br>c/o Jason M. Rudd (Via ECF) |
| Dakota S. Griffith<br>200 Vikki Rd.<br>Big Spring, TX 79720 | | First Capital Bank of Texas<br>c/o John F. Massouh (Via ECF) |
| Shane D. Harris<br>393 CR 384<br>Childress, TX 79201 | | Midland CAD/Floyd CAD<br>c/o Tara LeDay (Via ECF) |
| Charlotte Marie Motley<br>8701 151st St. B<br>Wolfforth, TX 79382 | | Williamson CAD<br>625 FM 1460<br>Georgetown, TX 78626 |
| Stephen Wade Rowden<br>8304 CR 6940<br>Lubbock, TX 79407 | | |

**Nyle Maxwell of Taylor, LLC Service List**
Reagor-Dykes Motors, LP, et al., Case No. 18-50214-rlj11 (Jointly Administered) filed 8/1/2018

Reagor-Dykes Auto Group
1215 Ave. J
Lubbock, TX 79401
Debtors
(Via First Class Mail)

David R. Langston
Mullin Hoard & Brown, LLP
P.O. Box 2585
Lubbock, TX 79408-2585
Attorneys for Debtors (Via ECF)

U.S. Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242
(Via ECF)

**Reagor-Dykes Motors, LP Top 20 Unsecured Creditors (Via First Class Mail)**

AER Manufacturing
P.O. Box 974180
Dallas, TX 75397-4180

American Tire Distributors
Payment Processing Center
P. O. Box 889
Huntersville, NC 28070-0889

Bistro Battery
124 E. Slaton Road
Lubbock, TX 79452

Bumper Manufacturing
2500 Minis Drive
Haltom City, TX 76117

Concho Supply, Inc.
P. O. Box 3487
San Angelo, TX 76902

Descriptive Auto Design, LLP
P. O. Box 64366
Lubbock, TX 79464

Earl Owens Company, LLC
P. O. Box 111787
Carrollton, TX 75011

Fender Truck Accessories
P. O. Box 2576
Midland, TX 79702

Ford Motor Credit Co.
9009 Carothers Parkway
Franklin, TX 37067

Keystone Automotive Operations
P. O. Box 417450
Boston, MA 02241-7450

Lubbock Auto Spa
3305 81st Street
Lubbock, TX 79423

Meyer Distributing
560 East 25th Street
Jasper, IN 47546

Napa Auto Parts
310 N. 4th
Lamesa, TX 79331

O'Reilley Auto Parts
P. O. Box 9464
Springfield, MO 65801-9464

Reid Bethel Tire Co.
P. O. Box 29
Lamesa, TX 79331

Reynolds and Reynolds
P. O. Box 182206
Columbus, OH 43218-2206

Sam Pack's Five Star Ford
P. O. Box 910227
Dallas, TX 75391

Sewell Ford Inc.
P. O. Box 3432
Odessa, TX 79760

The Reinalt-Thomas Corporation
P. O. Box 29851
Phoenix, AZ 85038-9851

Valvaline LLC
3499 Blazer Parkway
Lexington, KY 40509

**Parties Requesting Notice (Via ECF)**