MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
drl@mhba.com
bodell@mhba.com
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** § § **REAGOR-DYKES MOTORS, LP** § Debtor. § | | **Case No. 18-50214-rlj11** |
| **IN RE:** § § **REAGOR-DYKES IMPORTS, LP** § Debtor. § | | **Case No. 18-50215-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES AMARILLO, LP** § Debtor. § | | **Case No. 18-50216-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES AUTO COMPANY, LP** § Debtor. § | | **Case No. 18-50216-rlj11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES PLAINVIEW, LP** § Debtor. § | | **Case No. 18-50218-rjl11** **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** § § **REAGOR-DYKES FLOYDADA, LP** § Debtor. § | | **Case No. 18-50219-rlj11** **(Jointly Administered Under Case No. 18-50214)** |

## NOTICE OF HEARING

This is to serve as notice that a hearing on the Motion to Employ Mullin Hoard & Brown, L.L.P., Nunc Pro Tunc, as Counsel For Debtors From August 1, 2018 through August 21, 2018 and to Withdraw as Counsel For Debtors [Docket #159 and #160] has been set for **Thursday, August 30, 2018 at 9:00 a.m.** in the U.S. Bankruptcy Courtroom, 1205 Texas Ave., Room 314, Lubbock, Texas 79401.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

/s/ David R. Langston
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
*Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via Email and/or ECF on this 27th day of August 2018:

1. Reagor Dykes Auto Group
   1215 Ave. J
   Lubbock, Texas 79401

2. U.S. Trustee's Office
   Attn: Stephen McKitt
   1100 Commerce St., Room 9C60
   Dallas, Texas 75242
   Email: Stephen.McKitt@usdoj.gov

3. Mr. Bart Reagor
   Managing Member of the Debtors and non-debtors
   General Partners
   1215 Ave. J
   Lubbock, Texas 79401
   Email: breagor@aol.com

4. Mr. Rick Dykes
   Managing Member of the Debtors and non-debtors
   General Partners
   1215 Ave. J
   Lubbock, Texas 79401
   Email: dykesrick@yahoo.com

5. Louis Phillips
   Kelly Hart & Pitre
   301 Main Street, Suite 1600
   Baton Rouge, LA 70801
   Email: Louis.Phillips@kellyhart.com

6. Tom Kirkendall
   Law Offices of Tom Kirkendall
   2 Violetta Ct.
   The Woodlands, TX 77381
   Email: bigkirk@kir.com

}

7.     Bob Schleizer
       BlackBriar Advisors LLC
       3131 McKinney Ave., #600
       Dallas, TX 75204
       Email: bschleizer@blackbriaradvisors.com

8.     Marcus Helt
       Foley & Lardner, LLP
       2021 McKinney Ave., Suite 1600
       Dallas, TX 75201
       Email: mhelt@foley.com

9.     All parties receiving notice via ECF in this case.

                                         /s/ David R. Langston_____
                                            David R. Langston

}