Tara LeDay, State Bar No. 24106701
tleday@mvbalaw.com
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. Box 1269
Round Rock, TX  78680
(512) 323-3200
(512) 323-3205 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP | § | CASE NO. 18-50214-rlj11 |
| REAGOR-DYKES IMPORTS, LP | § | CASE NO. 18-50215- rlj11 |
| REAGOR-DYKES AMARILLO, LP | § | CASE NO. 18-50216- rlj11 |
| REAGOR-DYKES AUTO COMPANY, LP | § | CASE NO. 18-50217- rlj11 |
| REAGOR-DYKES PLAINVIEW, LP | § | CASE NO. 18-50218- rlj11 |
| REAGOR-DYKES FLOYDADA, LP | § | CASE NO. 18-50219- rlj11 |
| | § | |
| DEBTOR | § | Jointly Administered Under |
| | § | Case No. 18-50214- rlj11 |

## AMENDED NOTICE OF HEARING ON THE MOTION TO INTERVENE IN THE MOTION FOR RELIEF FROM STAY BY NYLE MAXWELL

The hearing on the Motion to Intervene in the Motion For Relief From Stay By Nyle Maxwell is scheduled for **September 19, 2018, at 1:30pm** in the Bankruptcy Court Located at 1205 Texas Avenue, Lubbock, Texas 79401, Room 314.  Objections to the Motion must be filed with the Bankruptcy Clerk's Office and served on Movant on or before September 14, 2018.

Dated: August 28, 2018

Respectfully submitted,
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. Box 1269
Round Rock, TX  78680
(512) 323-3200

                (512) 323-3205 (FAX)

/s/ Tara LeDay
Tara LeDay
State Bar No. 24106701

ATTORNEY FOR MIDLAND CENTRAL APPRAISAL DISTRICT AND FLOYD CENTRAL APPRAISAL DISTRICT

CERTIFICATE OF SERVICE

I hereby certify that the above Motion to Intervene has been served upon the following parties as well as all parties receiving the Court's ECF service on August 28, 2018, by Electronic Notification.

/s/ Tara LeDay
_____

Tara LeDay

Tommy J. Swann
McCleskey, Harriger, Brazill & Graf, L.L.P
5010 University Ave FL 5
Lubbock, Texas 79413-4422

Keith Langley and Brandon K. Bains
Langley LLP
1301 Solana Blvd., Bldg. 1, Suite 1545
Westlake, Texas 76262

US Trustee's Office
1100 Commerce St., Room 9C60
Dallas, TX 75242

Reagor Dykes Auto Group
1215 Ave. J.
Lubbock, Texas 79401

Donald Cram & Duane M. Geck
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111