Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

PROPOSED COUNSEL TO DEBTORS  REAGOR-DYKES MOTORS, LP *et al.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] § | **Case No. 18-50214-rlj-11** |
| § | **Jointly Administered** |
| Debtor.  § | |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR AUGUST 30, 2018, AT 9:00 A.M. BEFORE THE HONORABLE
ROBERT L. JONES AT THE UNITED STATES BANKRUPTCY COURT, LOCATED
AT 1205 TEXAS AVE., RM 306, LUBBOCK, TEXAS 79401**

This agenda sets forth items in the order the Debtors intend to present to the Court. The Status of each is set forth below.

**1.** *Application to Employ BlackBriar Advisors, LLC as Other Professional (Chief Restructuring Officer) (Emergency)* [Docket No. 38]

   a. *Objection of the United States Trustee to Debtor's-in-Possession Emergency Joint Application to Employ Chief Restructuring Officer* [Docket No. 71]; and

   b. *Objection of Ford Motor Credit Company LLC to Debtor's Emergency Joint Application to Employ Chief Restructuring Officer* [Docket No. 81].

   **Status**:  Docket No. 71 will be withdrawn.  Docket No. 81 will go forward.

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

**NOTICE OF AGENDA FOR HEARING ON AUGUST 30, 2018 – Page 1**

4817-1969-5473.1

**2.** *Motion for Relief from Stay Automatic and Request for Shortened Notice and Expedited Hearing* [Docket No. 46] filed by Ford Motor Credit Company, LLC.

**Status**: This matter is tied to the cash-collateral motion. If an agreement is reached on the cash-collateral motion, this Motion will be passed to September 18, 2018.

**3.** *Motion to Appoint Chapter 11 Trustee and Request for Shortened Notice and Expedited Hearing* [Docket No. 47] filed by Ford Motor Credit Company, LLC.

**Status**: This matter will be passed to September 19, 2018.

**4.** *Motion for Relief from Stay* [Docket No. 82] filed by Manheim Remarketing, Inc. and Online Vehicle Exchange, LLC.

**Status**: This matter will be passed to September 19, 2018.

**5.** *Motion to Intervene in the Motion for Relief from Stay by Manheim* [Docket No. 97] filed by Midland Capital Appraisal District and Floyd Central Appraisal District.

**Status**: This matter will be passed to September 19, 2018.

**6.** *Motion to Use Cash Collateral (Emergency)* [Docket No. 8] filed by the Debtors.

**Status**: The parties are currently negotiating an extension of the budget period. But they have not yet reached an agreement. The parties will update the Court as soon as possible.

**7.** *Motion to Intervene in the Motion for Relief from Stay by Ford Motor Credit Company, LLC* [Docket No. 98] filed by Midland Central Appraisal District and Floyd Central Appraisal District.

**Status**: This matter will be passed to September 19, 2018.

**8.** *Motion to Intervene in the Motion for Relief from Stay by Manheim* [Docket No. 101] filed by Midland County.

**Status**: This matter will be passed to September 19, 2018.

**9.** *Motion to Intervene in the Motion for Relief from Stay by Ford Motor Credit Company, LLC* [Docket No. 102] filed by Midland County.

**Status**: This matter will be passed to September 18, 2018.

**10.** *Motion to Employ Mullin Hoard & Brown LLP, Nunc Pro Tunc, as Counsel for Debtors from August 1, 2018, through August 21, 2018, and to Withdraw as Counsel for the Debtors [Docket No. 159].*

**Status**: This matter will go forward.

The Debtors reserve the right to amend this Notice of Agenda as appropriate.

## NOTICE

The pleadings in these cases and supporting papers are available on the Court's website at: **ecf.txnb.uscourts.gov**. You may also request a copy of any pleading from counsel for the Debtors at the following address: Foley Gardere, Foley & Lardner LLP, 2021 McKinney Avenue, Suite 1600, Dallas, Texas 75201 (acordero@foley.com).

DATED:  August 28, 2018              Respectfully submitted by:

*Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

PROPOSED COUNSEL TO DEBTORS REAGOR-DYKES MOTORS, LP *et al.*

4817-1969-5473.1