# UNITED STATES BANKRUPTCY COURT

__Northern__ District of __Texas__

In re __Reagor-Dykes Motors, L.P., et al__
Debtor

Case No. __18-50214__

Chapter __11__

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Bart Reagor, 2809 19th Street, Lubbock, Tx. 79410__
*(Name of person to whom the subpoena is directed)*

[X] **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE | U. S. Bankruptcy Courtroom<br>1205 Texas Avenue, Room 314<br>Lubbock, Texas 79401 | COURTROOM 314 |
|---|---|---|
| | | DATE AND TIME<br>Thursday, August 30, 2018, at 9 a |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

---

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR _____
*Attorney's signature*

---

The name, address, email address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:
David R. Langston, Mullin Hoard & Brown, LLP, P.O. Box 2585, Lubbock, Tx. 79408
(806) 765-7491; email: drl@mhba.com

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 18-50214-rlj11 Doc 182 Filed 08/30/18 Entered 08/30/18 08:45:52 Page 2 of 2

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Bart Reagor
on *(date)* 8/29/18.

☒ I served the subpoena by delivering a copy to the named person as follows: Served him in person at 2809 19th Street, Lubbock, TX 79410
_____ on *(date)* 8/29/2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 8/30/2018

_____
Server's signature

Josh Panger (PSC 8287 d Exi 4/30/2020)
Printed name and title

619 Broadway, Lubbock, TX 79401
Server's address

Additional information concerning attempted service, etc.: