

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 4, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| REAGOR-DYKES MOTORS, LP, | § § | **CASE NO. 18-50214-rlj-11** |
| | § | (Jointly Administered) |
| Debtor. | § | |
| | | |
| REAGOR-DYKES AUTO COMPANY, LP, | § § | CASE NO. 18-50217-rlj-11 |
| Debtor. | § § | |

## ORDER SETTING HEARING
*(Expedited)*

Before the court are the *Plainview Landlord's Motion to Compel Assumption or Rejection of Unexpired Non-Residential Real Property Lease and Executory Contract and to Compel Debtor's Compliance With 11 U.S.C. § 365(d)(3)* [Doc. No. 186 ] ("***the Plainview Landlord Motion***"), and the Movant's *Motion for Expedited Hearing* [Doc. No. 187 ]. The court finds that it is in the interest of the affected parties and the efficient administration of the affected Chapter 11 cases that the Plainview Landlord Motion be set for hearing on an expedited basis.

IT IS THEREFORE ORDERED that the *Plainview Landlord's Motion to Compel Assumption or Rejection of Unexpired Non-Residential Real Property Lease and Executory*

*Contract and to Compel Debtor's Compliance With 11 U.S.C. § 365(d)(3)* is set for hearing on:

September 19, 2018, at 1:30 p.m., in this court's Lubbock Division:  United States Bankruptcy Court, 1205 Texas Avenue, Room 314, Lubbock, Texas.

END OF ORDER

Prepared and submitted by:

ROGER S. COX, Texas State Bar No. 04956200
UNDERWOOD
P. O. Box 9158
Amarillo, Texas 79105-9158
Telephone (Direct): (806) 242-9651
Fax: (806) 379-0316
E-mail: roger.cox@uwlaw.com

Counsel for Patti Sue Noel, Independent Executor of the Estate of
M.I. "Jack" Morris, Deceased and Jack Morris Ford Lincoln Mercury, Inc.