

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 5, 2018

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| REAGOR-DYKES MOTORS, LP | § § § | Case No. 18-50214-rlj11 |
| Debtor. | § | |
| IN RE: | § § | |
| REAGOR-DYKES IMPORTS, LP | § § § | Case No. 18-50215-rlj11<br>(Jointly Administered Under |
| Debtor. | § § | Case No. 18-50214) |
| IN RE: | § § | |
| REAGOR-DYKES AMARILLO, LP | § § § | Case No. 18-50216-rlj11<br>(Jointly Administered Under |
| Debtor. | § § | Case No. 18-50214) |
| IN RE: | § § | |

| | | |
|---|---|---|
| **REAGOR-DYKES AUTO COMPANY, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 18-50217-rlj11<br>(Jointly Administered Under<br>Case No. 18-50214) |
| **IN RE:**<br><br>**REAGOR-DYKES PLAINVIEW, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 18-50218-rlj11<br>(Jointly Administered Under<br>Case No. 18-50214) |
| **IN RE:**<br><br>**REAGOR-DYKES FLOYDADA, LP**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 18-50219-rlj11<br>(Jointly Administered Under<br>Case No. 18-50214) |

## CONSENT ORDER CONTINUING HEARING ON
## MANHEIM'S MOTION FOR RELIEF FROM STAY

On August 14, 2018, Creditors Manheim Remarketing, Inc. and Online Vehicle Exchange, L.L.C. (collectively, "Manheim") filed their Motion for Relief from the Automatic Stay and Request for Shortened Notice Period and Expedited Hearing (Doc. 82) (the "MFRS"), pursuant to which Manheim requests that the Court lift the automatic stay and permit Manheim to recover, sell, liquidate, or otherwise realize upon, *inter alia*, certain inventory collateral described in paragraph 4 of the MFRS (the "Collateral") currently in the possession, custody, or control of Debtors Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, and Reagor-Dykes Floydada, LP (collectively, "Debtors") (together, Manheim and Debtors are referred to as the "Parties"). Contemporaneously with the MFRS, Manheim also filed its Motion to Expedite Hearing on MFRS (Doc. 83), and Motion to Shorten Time on Hearing on MFRS (Doc. 84). In an order dated August 16, 2018, the Court granted the Motion to Shorten Time on Hearing on MFRS. At a preliminary

hearing on August 16, 2018, at 10:00 a.m., the Court set the MFRS hearing for August 30, 2018, at 9:00 a.m. (the "Hearing"). Debtors and Manheim have meanwhile agreed on the need for Debtors to conduct an investigation into the status of the Collateral ahead of such Hearing, and have agreed to the entry of this order.

IT IS HEREBY ORDERED that the Hearing is continued to **September 19, 2018, at 1:30 p.m.** in the Bankruptcy Court located at 1205 Texas Avenue, Lubbock, Texas 79401, Room 314; and

IT IS HEREBY FURTHER ORDERED that Debtors make commercially reasonable efforts to maintain the status quo with respect to the Manheim-claimed Collateral absent further order of the Court or express agreement of the Parties hereto;

SO ORDERED.

###END OF ORDER###


AGREED TO BY:


/s/ Marcus Helt – signed with permission by Tommy Swann
MARCUS HELT
ATTORNEY FOR DEBTOR


/s/ Tommy Swann
TOMMY SWANN
MICHAEL S. URYASZ
ATTORNEYS FOR MANHEIM