## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] | § | **Case No. 18-50214-rlj-11** |
| | § | **Jointly Administered** |
| Debtors. | § | |

### ORDER GRANTING UNOPPOSED MOTION EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Came on to be considered the Debtors' Unopposed Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Motion**"). By that Motion, the above-captioned Debtors requested the entry of an order pursuant to Bankruptcy Rule 1007(c) extending to October 15, 2018, the deadline for filing schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively the "**Schedules**"). Upon consideration of the Motion, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. § 1334 and that this matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; and (3) mindful of the agreement of the United States Trustee to same, the relief requested in the

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

Motion is in the best interest of the Debtors, the Debtors' estate and all interested parties. After due deliberation thereon and there being good and sufficient cause it is hereby

**ORDERED** that:

1.      The Motion is granted;

2.      The deadline by which the Debtors shall file their Schedules required under section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(a)(3) and (b) shall be and hereby is extended pursuant to Bankruptcy Rule 1007(c) to October 15, 2018;

3.      Such extension is without prejudice to the Debtors' right to file a motion seeking further extensions from the Court or to seek waivers with respect to the filing of certain Schedules; and

4.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS SO ORDERED**.

**# # # END OF ORDER # # #**

**SUBMITTED BY:**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY GARDERE**
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**PROPOSED COUNSEL TO DEBTORS**
**REAGOR-DYKES MOTORS, LP *et al.***

4834-1806-3986.1