

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2018**

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtor. | § | |

## ORDER AUTHORIZING DEBTORS TO EMPLOY AND RETAIN
## ELM TREE ADVISORS V LLC AS INVESTMENT BANKER

Came on to be heard the Debtors' *Application for Authority to Employ Elm Tree Advisors V LLC as Investment Banker* ("**Elm Tree Advisors**") [Docket No. 256] (the "**Application**"), and the Court having considered the Application and the Affidavit submitted therewith; and having determined that the employment of Elm Tree Advisors is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1. The Application is, in all respects, GRANTED; and

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

2. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # # END OF ORDER # # #

**SUBMITTED BY:**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY GARDERE**
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**PROPOSED COUNSEL TO DEBTORS
REAGOR-DYKES MOTORS, LP** *et al.*