


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 20, 2018**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**REAGOR-DYKES MOTORS, LP**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 18-50214-rlj11** |
| **IN RE:**<br><br>**REAGOR-DYKES IMPORTS, LP**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50215-rlj11**<br>**(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:**<br><br>**REAGOR-DYKES AMARILLO, LP**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 18-50216-rlj11**<br>**(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:**<br><br>**REAGOR-DYKES AUTO COMPANY, LP** | §<br>§<br>§<br>§ | **Case No. 18-50217-rlj11** |

| | | |
|---|---|---|
| **Debtor.** | **§ §** | **(Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** <br> **REAGOR-DYKES PLAINVIEW, LP** <br> **Debtor.** | **§ § § § §** | **Case No. 18-50218-rjl11 (Jointly Administered Under Case No. 18-50214)** |
| **IN RE:** <br> **REAGOR-DYKES FLOYDADA, LP** <br> **Debtor.** | **§ § § § §** | **Case No. 18-50219-rlj11 (Jointly Administered Under Case No. 18-50214)** |

**ORDER BIFURCATING THE MOTION TO EMPLOY MULLIN HOARD & BROWN, L.L.P., NUNC PRO TUNC, AS COUNSEL FOR DEBTORS FROM AUGUST 1, 2018 THROUGH AUGUST 21, 2018 FROM THE MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTORS, CONTINUING THE HEARING ON THE MOTION TO EMPLOY AND GRANTING MOTION TO WITHDRAW**

On August 30, 2018, came on for consideration the *Motion to Employ MULLIN HOARD & BROWN, L.L.P., Nunc Pro Tunc, as Counsel For the Debtors, From August 1, 2018 through August 21, 2018 and to Withdraw as Counsel for the Debtors* [Dkt. Nos. 159 and 160]. The Court makes the following findings with regard to this Order:

1. On August 24, 2018, MULLIN HOARD & BROWN, L.L.P. ("MHB") filed its *Motion to Employ MULLIN HOARD & BROWN, L.L.P., Nunc Pro Tunc, as Counsel for the Debtors, From August 1, 2018 through August 21, 2018 and to Withdraw as Counsel for the Debtors* ("Application to Employ"). The Application to Employ was docketed at Docket Nos. 159 and 160 because the Application to Employ requested multiple forms of relief.

2. On August 27, 2018, the Court set the Application to Employ for hearing on August 30, 2018 at 9:00 a.m. because of concerns the Court had with the Debtors changing

counsel less than thirty days into the case and requested that MHB file a Notice of Hearing, which MHB did on August 27, 2018 [Dkt. No. 167].

3. On August 29, 2018, Ford Motor Credit Company ("FMCC") filed an objection to MHB's Application to Employ.

4. On August 30, 2018, the Court held a hearing on MHB's Application to Employ. On the record, all parties were in agreement that MHB's requested relief to withdraw as counsel for the Debtors-in-Possession as of August 22, 2018 should be granted.

5. On account of the objection filed by FMCC, the Court bifurcated the relief requested by MHB in the Application to Employ, continuing the hearing on MHB's request to be employed as counsel for the Debtors-in-Possession, Reagor Auto Mall, Ltd. ("RAM"), and Reagor-Dykes Snyder, LP ("RD Snyder") from July 29, 2018 through August 21, 2018 and granting MHB's request to withdraw as counsel for the Debtors-in-Possession, RAM, and RD Snyder as of August 22, 2018.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the relief sought by MHB in its Application to Employ is hereby bifurcated into the issue of MHB's employment as counsel for the Debtors-in-Possession, RAM, and RD Snyder from July 29, 2018 through August 21, 2018 ("Employment Issue") and the issue of MHB's request to withdraw as counsel for the Debtors-in-Possession, RAM, and RD Snyder as of August 22, 2018 ("Withdrawal Issue").

IT IS FURTHER ORDERED that the hearing on the Employment Issue is hereby set for hearing on **Friday, October 5, 2018 at 10:00 a.m. in the U.S. Bankruptcy Courtroom, Room 314, 1205 Texas Ave., Lubbock, Texas**. Upon entry of this Order, MHB shall serve the entered

Order upon the U.S. Trustee, counsel for FMCC, proposed counsel for the Debtors-in-Possession, and all parties receiving notice via the Court's electronic filing system.

IT IS FURTHER ORDERED that the Court grants the relief requested by MHB on the Withdrawal Issue, that MHB is hereby authorized to withdraw as counsel for the Debtors-in-Possession, RAM, and RD Snyder effective as of August 22, 2018, and that MHB is hereby discharged of all further duties and responsibilities imposed upon counsel for the Debtors-in-Possession under the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and law.

IT IS FURTHER ORDERED that notwithstanding the granting of the Withdrawal Issue, the Court retains jurisdiction to rule on the Employment Issue and that the entry of this Order in no way prejudices MHB from being retained as counsel for the Debtors-in-Possession, RAM, and RD Snyder for the time period set forth in the Application to Employ.

IT IS FURTHER ORDERED that MHB is hereby authorized to file its Final Application for Payment of Fees and Expenses seeking the payment of fees and expenses MHB is entitled to under the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and the law, that the Court retains jurisdiction to hear and determine, upon notice and a hearing, the reasonableness of the fees and expenses MHB seeks through its Final Application for Payment of Fees and Expenses, and to authorize and award such fees and reimbursement of expenses to MHB as the Court deems appropriate, and that the granting of the Withdrawal Issue and the discharge of MHB as counsel for the Debtors-in-Possession shall not prejudice MHB's right to seek payment of its legal fees and expenses by Final Application to this Court.

###End of Order ###

**APPROVED AS TO FORM AND CONTENT AND ENTRY REQUESTED:**

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

/s/ David R. Langston ______________
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
***Former Counsel for Debtors, Reagor-Dykes Motors, LP; Reagor-Dykes Imports, LP; Reagor-Dykes Amarillo, LP; Reagor-Dykes Auto Company, LP; Reagor-Dykes Plainview, LP; Reagor-Dykes Floydada, LP***