H. Brandon Jones
State Bar. I.D. No. 24060043
Joshua N. Eppich
State Bar I.D. No. 24050567
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 – Telephone

Jimmy D. Parrish (*pro hac vice*)
Florida Bar No. 0526401
**BAKER & HOSTETLER, LLP**
200 S. Orange Ave.
Sun Trust Center, Suite 2300
Orlando, Florida 32801-3432
Phone: (407) 649-4000

ATTORNEYS FOR
GULF STATES TOYOTA, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| **In re:** | |
| **REAGOR-DYKES MOTORS, LP**, *et al*. | Case No. 18-50214-rlj-11 **Jointly Administered** |
| **Debtors,** | |

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE ROBERT L. JONES
UNITED STATES BANKRUPTCY JUDGE

      Gulf States Toyota, Inc. (the "GST"), respectfully submits this Witness and Exhibit List in connection with the hearing on the *Debtor's Motion for Entry of an Order (I) Authorizing and Approving: (A) Bid Procedures: (B) Stalking Horse Bidder and Overbid Protections; and (C) Form and Manner of Notices; (II) Scheduling an Auction and Sale Hearing; (III) Approving the Sale of Substantially All the Assets of the Debtors, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (IV) Granting Related Relief* (the "Motion"); scheduled in this case for **October 5, 2018, at 10:00 a.m.**, in the Courtroom of the Honorable Robert L. Jones,

located at Room 314, U.S. Courthouse, 1205 Texas Avenue, Lubbock, TX 79401 (the "Hearing"), and respectfully designates the following witnesses and exhibits:

## WITNESSES

1. A representative of the Debtor;
2. Any witness designated or called by another other party; and
3. Impeachment or rebuttal witnesses.

## EXHIBITS

| Exhibit No. | Document | Offered | Admitted |
|---|---|---|---|
| 1 | *Toyota Dealer Agreement* | | |
| 2. | *Standard Provisions to the Toyota Dealer Agreement* | | |
| 3. | *Extension letters dated October 20, 2017 and April 15, 2018* | | |

GST reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated:  October 2, 2018  Respectfully submitted,

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

/s/ *H. Brandon Jones*
H. Brandon Jones
State Bar. I.D. No. 24060043
Joshua N. Eppich
State Bar I.D. No. 24050567
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Brandon@bondsellis.com
Joshua@bondsellis.com

-and-

**BAKER & HOSTETLER LLP**

>Jimmy D. Parrish
>Florida Bar No. 0526401
>SunTrust Center, Suite 2300
>Orlando, FL 32801-3432
>(407) 649-4000 telephone
>(407) 841-0168 facsímile
>jparrish@bakerlaw.com

>*Attorneys for Gulf States Toyota, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically through the Court's ECF system this 2nd day of October, 2018, to all parties requesting notice pursuant to Bankruptcy Rule 2002, and via email to the parties listed below:

>United States Trustee (exbibits included)
>1100 Commerce Street
>Room 976
>Dallas, TX 75242
>Stephen.McKitt@usdoj.gov

>Marcus A. Helt (TX 24052187) (exhibits included)
>C. Ashley Ellis (TX 00794824)
>FOLEY GARDERE
>FOLEY & LARDNER LLP
>2021 McKinney Avenue, Suite 1600
>Dallas, TX 75201
>mhelt@foley.com

>>*/s/ H. Brandon Jones*
>>H. Brandon Jones