MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
Brad W. Odell, SBN:  24065839
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
drl@mhba.com
bodell@mhba.com
*Former Counsel for Debtors, Reagor-Dykes*
*Motors, LP; Reagor-Dykes Imports, LP;*
*Reagor-Dykes Amarillo, LP; Reagor-Dykes*
*Auto Company, LP; Reagor-Dykes*
*Plainview, LP; Reagor-Dykes Floydada, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP** | § | **Case No. 18-50214-rlj11** |
| Debtor. | § | |
| **IN RE:** | § | |
| | § | **Case No. 18-50215-rlj11** |
| **REAGOR-DYKES IMPORTS, LP** | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| **IN RE:** | § | |
| | § | **Case No. 18-50216-rlj11** |
| **REAGOR-DYKES AMARILLO, LP** | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| **IN RE:** | § | |
| | § | **Case No. 18-50216-rlj11** |
| **REAGOR-DYKES AUTO COMPANY, LP** | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| **IN RE:** | § | |
| | § | **Case No. 18-50218-rjl11** |
| **REAGOR-DYKES PLAINVIEW, LP** | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |
| **IN RE:** | § | |
| | § | **Case No. 18-50219-rlj11** |
| **REAGOR-DYKES FLOYDADA, LP** | § | **(Jointly Administered Under** |
| Debtor. | § | **Case No. 18-50214)** |

## WITNESS AND EXHIBIT LIST OF MULLIN HOARD & BROWN, L.L.P.
## FOR HEARINGS SCHEDULED FOR OCTOBER 5, 2018

NOW COMES, Mullin Hoard & Brown, L.L.P. ("MHB"), and files this, its Amended Witness & Exhibit List For Hearings Scheduled for October 5, 2018.

## WITNESSES

MHB discloses that they may call the following individuals to provide testimony:

1. Lyndon James, Senior Partner, BlackBriar Advisors, LLC
2. Bob Schleizer, Managing Partner, BlackBriar Advisors, LLC
3. Bart Reagor, Owner
4. Rick Dykes, Owner
5. David R. Langston, Partner, Mullin Hoard & Brown, L.L.P.
6. Brad W. Odell, Partner, Mullin Hoard & Brown, L.L.P.
7. Keith Langley, attorney for Ford Motor Credit
8. Louis Phillips, attorney for Bart Reagor
9. Tom Kirkendall, attorney for Rick Dykes
10. Timothy Conner, CPA, Accounting Manager
11. Brad Fansler, Administration Director
12. Steve Reinhart, Legal/Compliance Director, Facilities Director, New Construction Manager

MHB reserves the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. MHB also reserves the right to call any witnesses designated or called by any other party to these proceedings.

## EXHIBITS

MHB discloses that they may introduce the following exhibits:

| TAB | DESCRIPTION |
|-----|-------------|
| 1. | Engagement letter between Mullin Hoard & Brown, L.L.P. and Debtors dated August 6, 2018 |
| 2. | Engagement letter between Mullin Hoard & Brown, L.L.P. and Reagor Auto Mall, Ltd. and Reagor-Dykes Snyder, LP dated August 10, 2018 |
| 3. | Copies of retainer checks paid by Rick Dykes and Bart Reagor individually in the amount of $250,000 each, along with deposit tickets. |

| TAB | DESCRIPTION |
|---|---|
| 4. | Termination letter from Debtors to Mullin Hoard & Brown, L.L.P. dated August 21, 2018, along with email dated August 23, 2018 forwarding same. |
| 5. | Resolution of Reagor-Dykes Motors, LP dated July 31, 2018 |
| 6. | Resolution of Reagor-Dykes Imports, LP dated July 31, 2018 |
| 7. | Resolution of Reagor-Dykes Amarillo, LP dated July 31, 2018 |
| 8. | Resolution of Reagor-Dykes Auto Company, LP dated July 31, 2018 |
| 9. | Resolution of Reagor-Dykes Plainview, LP dated July 31, 2018 |
| 10. | Resolution of Reagor-Dykes Floydada, LP dated July 31, 2018 |
| 11. | Resolution of Reagor-Dykes Snyder, LP dated August 10, 2018 |
| 12. | Resolution of Reagor Auto Mall, Ltd. dated August 10, 2018 |
| 13. | Notice of Appearance and Request For Notice of Louis M. Phillips on behalf of Bart Reagor dated August 9, 2018 [Docket #53] |
| 14. | Response to Order to Show Case in Case No. 5:187-cv-00186; Ford Motor Credit Company, LLC v. Reagor-Dykes Amarillo, L.P., et. al dated August 6, 2018, filed by counsel for Reagor-Dykes II, L.L.C., Reagor-Dykes Auto Mall I, L.L.C., Reagor-Dykes III, L.L.C., Bart Reagor and Rick Dykes. |

MHB reserves the right to amend this Exhibit List in order to supplement the list of documents that may be introduced. MHB also reserves the right to introduce other exhibits as may be necessary for impeachment purposes. MHB also reserves the right to introduce exhibits designated by any other party to these proceedings.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
  Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

  /s/ David R. Langston
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
*Former Counsel for Debtors, Reagor-Dykes
Motors, LP; Reagor-Dykes Imports, LP;
Reagor-Dykes Amarillo, LP; Reagor-Dykes
Auto Company, LP; Reagor-Dykes
 Plainview, LP; Reagor-Dykes Floydada, LP*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via Email and/or ECF on this 2nd day of October 2018:

1.  Reagor Dykes Auto Group
    1215 Ave. J
    Lubbock, Texas 79401

2.  U.S. Trustee's Office
    Attn: Stephen McKitt
    1100 Commerce St., Room 9C60
    Dallas, Texas 75242
    Email: Stephen.McKitt@usdoj.gov

3.  Mr. Bart Reagor
    Managing Member of the Debtors and non-debtors
    General Partners
    1215 Ave. J
    Lubbock, Texas 79401
    Email: breagor@aol.com

4.  Mr. Rick Dykes
    Managing Member of the Debtors and non-debtors
    General Partners
    1215 Ave. J
    Lubbock, Texas 79401
    Email: dykesrick@yahoo.com

5.  Louis Phillips
    Kelly Hart & Pitre
    301 Main Street, Suite 1600

Baton Rouge, LA 70801
Email: Louis.Phillips@kellyhart.com

6. Tom Kirkendall
Law Offices of Tom Kirkendall
2 Violetta Ct.
The Woodlands, TX 77381
Email: bigkirk@kir.com

7. Bob Schleizer
BlackBriar Advisors LLC
3131 McKinney Ave., #600
Dallas, TX 75204
Email: bschleizer@blackbriaradvisors.com

8. Marcus Helt
Foley & Lardner, LLP
2021 McKinney Ave., Suite 1600
Dallas, TX 75201
Email: mhelt@foley.com

9. Keith Langley and Brandon Bains
Langley LLP
1301 Solana Blvd.
Bldg. 1, Suite 1545
Westlake, Tx. 76262
Email: klangley@l-llp.com
Email: bbains@l-llp.com

10. Donald Cram and Duane M. Geck
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Email: dmg@severson.com
Email: dhc@severson.com

11. All parties receiving notice via ECF in this case.

/s/ David R. Langston
David R. Langston