Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL TO DEBTORS**
**REAGOR-DYKES MOTORS, LP** *et al.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> **REAGOR-DYKES MOTORS, LP,** *et al.*[1] § § Case No. 18-50214-rlj-11 <br> § Jointly Administered <br> Debtor. § | |

### REQUEST FOR EXPEDITED HEARING

Reagor-Dykes Motors, LP; Reagor-Dykes Imports, LP; Reagor-Dykes Amarillo, LP; Reagor-Dykes Auto Company, LP; Reagor-Dykes Plainview, LP; Reagor-Dykes Floydada, LP (collectively, "**Reagor-Dykes**" or the "**Debtors**"), as debtors and debtors-in-possession in the above-styled and captioned case hereby request an expedited hearing ("**Request**") on the following Motions. All capitalized terms not defined herein are defined in the Motions.

- Expedited Motion for Order Authorizing and Directing Retail Lenders to Pay Outstanding Tax, Title, and License Fees and Trade-Lien Payoffs [Docket No. 349];

- Expedited Motion for Entry of an Order Authorizing the Debtors to Enter Into the Trade-In Purchase Agreement with Kamkad Automotive Holdings, LLC [Docket No. 351]; and

- Debtors' Expedited Motion for Authority to Limited Notice Pursuant to Bankruptcy Rule 2002(i) [Docket No. 352], (collectively, the "**Motions**")

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

**REQUEST FOR EXPEDITED HEARING**     **PAGE 1**

1. *Expedited Motion for Order Authorizing and Directing Retail Lenders to Pay Outstanding Tax, Title, and License Fees and Trade-Lien Payoffs (the "TT&L Motion") [Docket No.349]*: The Debtors seek an expedited hearing on the TT&L Motion because in many instances TT&L Fees and/or Trade Lien Payoffs (as defined in the Motion) have not been paid on certain cars sold by Reagor-Dykes prior to the Petition Date. As a result, Affected Consumers are now unable to register their cars, may have their quiet use and enjoyment of their cars threatened by repossession, or may be subjected to demands for payment from two lenders. Expedited relief is necessary and appropriate because once the impacted Retail Lenders are authorized and directed pay the outstanding TT&L Fees and Trade Lien Payoffs, the continuing disruption of the Debtors' reorganization efforts will be minimized, and the Affected Consumers' rights will be protected as soon as possible. As noted in the Certificate of Conference below, both the Office of the Texas Attorney General and the Office of the United States Trustee support expedited consideration of the TT&L Motion.

2. *Expedited Motion for Entry of an Order Authorizing the Debtors to Enter Into the Trade-In Purchase Agreement with Kamkad Automotive Holdings, LLC ("Motion Authorizing Trade-In Agreement") [Docket No. 351]*: The Debtors seek an expedited hearing on the Motion Authorizing Trade-In Agreement because, upon authorization, the Debtors will be able to "kick start" their business operations pending a closing of a sale of the Debtors' assets. Expedited consideration of the Motion Authorizing Trade-In Agreement presents no concern as to a lack of notice to any party in interest; a summary of the proposed Trade-In Agreement was included in the Letter of Intent filed with the Motion for Entry of an Order (I) Authorizing and Approving: (A) Bid Procedures; (B) Stalking Horse Bidder and Overbid Protections; and (C) Form and Manner of Notices; (II) Scheduling and Auction and Sale Hearing; (III) Approving the Sale of Substantially All the Assets of the Debtors, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (IV) Granting Related Relief [Docket No. 222] on September 10, 2018. As noted in the Certificate of Conference

below, the Office of the United States Trustee does not oppose expedited consideration of the Motion Authorizing Trade-In Agreement.

3. *Debtors' Expedited Motion for Authority to Limited Notice Pursuant to Bankruptcy Rule 2002(i) ("Motion to Limit Notice") [Docket No. 352]*: The Debtors submit that no party will be adversely affected because all parties in interest that may be directly affected by the relief sought in connection with any particular motion or application will receive notice of such filing, and that expedited relief as requested in the Motion to Limit Notice will substantially reduce the administrative burdens of these estates. As noted in the Certificate of Conference below, the Office of the United States Trustee does not oppose expedited consideration of the Motion to Limit Notice.

4. Notice of any expedited hearing set by this Court will be provided to all parties-in-interest involved in this bankruptcy case either *via* the Court's *ECF system*, United States First Class Mail, postage prepaid and/or overnight delivery.

**WHEREFORE, PREMISES CONSIDERED**, the Debtors request the Court to set an expedited hearing on the Motions for ***October 18, 2018, at 10:00 a.m.*** or, if that date is inconvenient to the Court, for the next available date thereafter on the Court's calendar; and for such other and further relief as this Court might deem just and proper.

DATED: October 9, 2018

Respectfully submitted by:

**FOLEY GARDERE**
**Foley & Lardner LLP**

By: */s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)

2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL TO DEBTORS
REAGOR-DYKES MOTORS, LP *et al.***

## CERTIFICATE OF CONFERENCE

I certify that on October 9, 2018, I spoke with Ashley Bartram Assistant Attorney General, and Ms. Bartram advised that she supported expedited consideration of the TT&L Motion. Also on October 9, 2018, I spoke with Stephen McKitt of the United States Trustee's Office, and Mr. McKitt advised that he also supported expedited consideration of the TT&L Motion, and did not oppose expedited consideration of the Motion to Limit Notice or the Motion Authorizing Trade-In Agreement.

*/s/ C. Ashley Ellis*
C. Ashley Ellis

## CERTIFICATE OF SERVICE

I certify that on October 9, 2018, and according to the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, a copy of the Motion was served on the parties who have consented to receive service of the Motion through the Court's e-service system, and *via* United States Mail, first class, postage prepared on the parties listed on the attached service list.

*/s/ C. Ashley Ellis*
C. Ashley Ellis

| Name | Address | Address1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1-800 Radiator | P.O. Box 2786 | | | Amarillo | TX | 79105 |
| A&R Plumbing | P.O. Box 3447 | | | Amarillo | TX | 79116 |
| ADI | 5901 Spur 327 | | | Lubbock | TX | 79424 |
| Advanced Auto Repair | 2003 Seminole Rd. | | | Lamesa | TX | 79331 |
| Advantage Supply | P.O. Box 471103 | | | Fort Worth | TX | 76147 |
| AER Manufacturing | P.O. Box 974180 | | | Dallas | TX | 75397 |
| AER MFG | P.O. Box 974180 | | | Dallas | TX | 75397-4180 |
| Airgas USA, LLC | P.O. Box 676015 | | | Dallas | TX | 75267 |
| Aisco | 404 N. University Ave. | | | Lubbock | TX | 79415 |
| Alamo Auto Supply | 5923 Gateway West | | | El Paso | TX | 79925 |
| Alan Buchanan dba Above All Hand | 2414 W. Wall St. | | | Midland | TX | 79701 |
| American Glass Distributors | 8211 Hwy. 87 | | | Lubbock | TX | 79423 |
| American Tire Distribution | 8814 Senator Circle | | | Wolfforth | TX | 79382 |
| American Tire Distributor | P.O. Box 889 | | | Huntersville | NC | 28070 |
| American Tire Distributors | Payment Processing Center | P.O. Box 889 | | Huntersville | NC | 28070-0889 |
| American Tire Distributors | 9151 S. Georgia St. | | | Amarillo | TX | 79118 |
| American Tire Distributors | 8814 Senator Circle | | | Wolfforth | TX | 79382 |
| America's Key and Lock Supply | 2000 S. Market St. | #301 | | Brenham | TX | 77833 |
| Ameripride Services, Inc. | P.O. Box 1594 | | | Bemidji | MN | 56619 |
| Andrew Aldrich | 1212 S. Avenue M | | | Lamesa | TX | 79331 |
| Angelica Lopez | 1008 N. 12th | | | Lamesa | TX | 79331 |
| Assured Safety | P.O. Box 65612 | | | Lubbock | TX | 79424 |
| AT&T | P.O. Box 105414 | | | Atlanta | GA | 30348 |
| Auto Plus | 3319 82nd St. | | | Lubbock | TX | 79423 |
| Auto Tech | 312 N. Dallas | | | Lamesa | TX | 79331 |
| Auto Trim & UP | Fischer Auto Glass | 6832 Wayne Ave. | Suite F | Lubbock | TX | 79424 |
| Auto Zone | P.O. Box 116067 | | | Atlanta | GA | 30368 |
| Auto Zone Stores, Inc. | P.O. Box 116067 | | | Atlanta | GA | 30368 |
| Bob Howard Parts Distribution | 3501 N. Santa Fe | | | Oklahoma City | OK | 73118 |
| Bobby Soliz | 806 N. 22nd | | | Lamesa | TX | 79331 |
| Bristo Battery | 124 E. Slaton Rd. | | | Lubbock | TX | 79452 |
| Bristo Battery | P.O. Box 3608 | | | Lubbock | TX | 79452 |
| Bristo Battery | P.O. Box 3608 | | | Lubbock | TX | 79452 |
| Bristo Battery | 124 E. Slaton Rd. | | | Lubbock | TX | 79452 |
| Bumper Manufacturing | 2500 Minis Drive | | | Haltom City | TX | 76117 |
| Bumper Manufacturing | 2500 Minis Drive | | | Haltom City | TX | 76117 |
| Caprock Marketing LLC | P.O. Box 6447 | | | Lubbock | TX | 79493 |
| Carroll Jarrett | 809 N. 18th St. | | | Lamesa | TX | 79331 |
| CDK Global | P.O. Box 88921 | | | Chicago | IL | 60695 |
| CDK Global | P.O. Box 88921 | | | Chicago | IL | 60695-1921 |
| Cheryl Turner | 810 N. 13th St. | | | Lamesa | TX | 79331 |
| Chestersweb.com | 10300 S. Georgia | | | Amarillo | TX | 79118 |
| Christopher McCulloch | 1212 N. Bryan Ave. | | | Lamesa | TX | 79331 |
| City of Lamesa | 601 S. 1st St. | | | Lamesa | TX | 79331 |
| Clear Vu Auto Glass | 7415 82nd St. | | | Lubbock | TX | 79424 |
| CND Body Works | 8809 Valencia Ave. | | | Lubbock | TX | 79424 |
| Concho Supply | 4102 Sherwood Way | | | San Angelo | TX | 76902 |
| Concho Supply Inc. | P.O. Box 3487 | | | San Angelo | TX | 76902 |
| Concho Supply Inc. | P.O. Box 3487 | | | San Angelo | TX | 76902 |
| Connie Acy | 614 S. Main St. | | | Lockney | TX | 79241 |
| CPW Lubbock | 4319 Hurron Ave., | Suite A | | Lubbock | TX | 79407 |
| Craig Johnson | 101 N. 22nd Place | | | Lamesa | TX | 79331 |
| Custom Sound Works | 5131 80th St. | | | Lubbock | TX | 79424 |
| Dallas Dodge | 11550 LBJ Fwy. | | | Dallas | TX | 75238 |
| Dallas Dodge Chrysler Jeep | 11550 LBJ Freeway | | | Dallas | TX | 75238 |
| Daniel M Leon Guerrero Quantum | P.O. Box 6682 | | | Lubbock | TX | 79493-6682 |
| Davis Furniture | P.O. Box 278 | | | Lamesa | TX | 79331 |

| Name | Address | Address1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Dealer Addendums | P.O. Box 581107 | | | Salt Lake City | UT | 84158 |
| Dealer Tire, LLC | 3711 Chester Ave. | | | Cleveland | OH | 44114 |
| Dealers Truck Equipment Co. | P.O. Box 31435 | | | Shreveport | LA | 71130 |
| Dean Johnson | 907 CR 20 | | | Lamesa | TX | 79331 |
| Debra Alexander | 1306 S. Boston | | | Lamesa | TX | 79331 |
| Descriptive Auto Design, LLP | P.O. Box 64366 | | | Lubbock | TX | 79464 |
| Descriptive Auto Design, LLP | P.O. Box 64366 | | | Lubbock | TX | 79464 |
| Digicut | 7700 E. 38th St. | | | Tulsa | OK | 74145 |
| Digicut System | 7700 East 38th St. | | | Tulsa | OK | 74745 |
| Digicut Systems | 7700 E. 38th St. | | | Tulsa | OK | 74145 |
| Digicut Systems | 7700 E. 38th St. | | | Tulsa | OK | 74145 |
| Discount Tire Company | P.O. Box 29851 | | | Phoenix | AZ | 85038 |
| Donna Burkett | 120 N. 20th | | | Lamesa | TX | 79331 |
| Driveline Express | 1615 Buddy Holly Ave. | | | Lubbock | TX | 79401 |
| Earl Owen Company | 1235 West Trinity Mills Rd. | | | Carrollton | TX | 75006 |
| Earl Owen Company | 1235 West Trinity Mills Rd. | | | Carrollton | TX | 75006 |
| Earl Owens Company, LLC | P.O. Box 111787 | | | Carrollton | TX | 75011 |
| Earl Owens Company, LLC | P.O. Box 111787 | | | Carrollton | TX | 75011 |
| Elmer Walton | 605 N. 23rd | | | Lamesa | TX | 79331 |
| Feder Truck Accessories | P.O. Box 2576 | | | Midland | TX | 79702 |
| Fender Truck Accessories | P.O. Box 2576 | | | Midland | TX | 79702 |
| Finishmaster | P.O. Box 744316 | | | Atlanta | GA | 30374 |
| Fluhman Outdoor Media | 505 S. Arthur St. | | | Amarillo | TX | 79102 |
| Ford Motor Credit | 9009 Carothers Parkway | | | Franklin | TN | 37067 |
| Ford Motor Credit | 9009 Carothers Parkway | | | Franklin | TN | 37067 |
| Ford Motor Credit | 9009 Carothers Parkway | | | Franklin | TN | 37067 |
| Ford Motor Credit Co. | 9009 Carothers Parkway | | | Franklin | TN | 37067 |
| Ford Motor Credit Co. | 9009 Carothers Parkway | | | Franklin | TN | 37067 |
| Ford Motor Credit Co. | 9009 Carothers Parkway | | | Franklin | TX | 37067 |
| Frank Supply | 13513 S. Gessner | Suite 200 | | Missouri City | TX | 77489 |
| Frontier Dodge | 5801 Spur 327 | | | Lubbock | TX | 79424 |
| Frontier Dodge | 5801 Spur 327 | | | Lubbock | TX | 79424 |
| Gene Messer | 6161 Rothway Street | | | Houston | TX | 77040 |
| Gene Messer Accessories | 6161 Rothway | | | Houston | TX | 77040 |
| Glass Magic | 4302 W. Loop 289 | | | Lubbock | TX | 79407 |
| Greg Lair | P.O. Box 510 | | | Canyon | TX | 79015 |
| Gregory Teague | 805 Skyline Dr. | | | Lamesa | TX | 79331 |
| Gullo Ford of Conroe | 925 I-45 South | | | Conroe | TX | 77301 |
| Higginbotham Bartlett Co. | P.O. Box 455 | | | Comanche | TX | 76442-3456 |
| High Plains Radio Network | P.O. Box 1478 | | | Plainview | TX | 79073 |
| Hilliard Office Solutions | P.O. Box 52510 | | | Midland | TX | 79710-2510 |
| Holmes Plumbing | 1432 CR 242 | | | Floydada | TX | 79235 |
| Hurricane Office Supply & Printing | 1407 East FM 1585 | | | Lubbock | TX | 79423 |
| Internal Revenue Service | 1100 Commerce St. | MC 5027 DAL | | Dallas | TX | 75242-1100 |
| Internal Revenue Service | Special Procedures - Insolvency | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| James Burgess | 7814 Farrell | | | Amarillo | TX | 79121 |
| Janelise Bowman | 2702 S. Hwy. 137 | | | Lamesa | TX | 79331 |
| Jason Barrera dba Jasons Pain | 411 S. Dallas Ave. | | | Lamesa | TX | 79331 |
| John Luna | 1211 S. 4th | | | Lamesa | TX | 79331 |
| Johnson Auto Glass | 3709 Ave. Q | | | Lubbock | TX | 79412 |
| Keith Langley and Brandon Bains | Langley, LLP | 1301 Solana Blvd. | Bldg. 1, Suite 1545 | Westlake | TX | 76262 |
| Keystone Automotive Industries | 1411 S. Loop 289 | | | Lubbock | TX | 79423 |
| Keystone Automotive Operations | P.O. Box 417450 | | | Boston | MA | 02241-7450 |
| Keystone Automotive Operations | P.O. Box 417450 | | | Boston | MA | 02241 |
| Lamar Companies | P.O. Box 96030 | | | Baton Rouge | LA | 70896 |
| Lamesa Auto Glass, LLC | 6505 85th St. | | | Lubbock | TX | 79424 |
| Lamesa Bearing Inc. | Box 460 | | | Lamesa | TX | 79331 |

| Name | Address | Address1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Lamesa Chevrolet | P.O. Box 1227 | | | Lamesa | TX | 79331 |
| Lamesa Tire & Battery | 107 Dallas Ave. | | | Lamesa | TX | 79331 |
| Laura Monroe | Perdue Brandon Fielder Collins & Mott | P.O. Box 817 | | Lubbock | TX | 79408 |
| Leif Johson Ford | P.O. Box 4648 | | | Austin | TX | 78765 |
| Lesco Distributing | 1628 W. Crosby Rd. | Suite 115 | | Carrollton | TX | 75006 |
| Lesco Distributing | 1628 W. Crosby Rd. | | | Carrolton | TX | 75006 |
| Lubbock Auto Spa | 3305 81st St. | | | Lubbock | TX | 79423 |
| Lubbock Auto Spa | 3305 81st St. | | | Lubbock | TX | 79423 |
| Lubbock County Appraisal District | 2109 Ave. Q | | | Lubbock | TX | 79411 |
| Lubbock Power Wash | 5306 CR 7350 | | | Lubbock | TX | 79424 |
| Lubbock Sound Equipment Inc. | P.O. Box 93366 | | | Lubbock | TX | 79493 |
| Marcella Richardson | 2015 Ron Dr. | | | Amarillo | TX | 79107 |
| Maurry Powe | 1000 N I-27 | | | Plainview | TX | 79072 |
| Meyer Distributing | 560 East 25th St. | | | Jasper | IN | 47546 |
| Meyer Distributing | 560 East 25th St. | | | Jasper | IN | 47546 |
| Mike Burkett | 120 N. 23rd St. | | | Lamesa | TX | 79331 |
| Napa Auto Parts | 310 N 4th | | | Lamesa | TX | 79331 |
| Napa Auto Parts | 310 N 4th | | | Lamesa | TX | 79331 |
| NTS Communications | P.O. Box 10730 | | | Lubbock | TX | 79408-3730 |
| Office Wise Furniture and Supply | P.O. Box 2688 | | | Amarillo | TX | 79105 |
| Officewise Furniture & Supply | P.O. Box 2688 | | | Amarillo | TX | 79105 |
| Officewise Furniture and Supply | P.O. Box 2688 | | | Amarillo | TX | 79105 |
| O'Reilley Auto Parts | P.O. Box 9464 | | | Springfield | MO | 65801-9464 |
| O'Reilly Auto Parts | P.O. Box 9464 | | | Springfield | MO | 65801 |
| O'Reilly Auto Parts | P.O. Box 9464 | | | Springfield | MO | 65801 |
| O'Reilly Automotive, Inc. | P.O. Box 9464 | | | Springfield | MO | 65801 |
| Pearl Proximity LLC | 2701 East Plano Pkwy, Ste. 100 | | | Plano | TX | 75074 |
| Peerless Tire | 5000 King Street | | | Denver | CO | 80239 |
| Quality Vending | 1000 S. E. 6th | | | Amarillo | TX | 79105 |
| Quantumling Computing | P.O. Box 6682 | | | Lubbock | TX | 79493 |
| R&D Cleaning & Floor Service | 7420 Glove Ave. | | | Lubbock | TX | 79404 |
| Reagor Dykes Auto Mall Midland | 2200 W. Wall St. | | | Midland | TX | 79701 |
| Reagor Dykes Cadillac | 4004 Spur Business 84 | | | Snyder | TX | 79549 |
| Reagor Dykes Chevrolet | 221 S. Main St. | | | Floydada | TX | 79235 |
| Reagor Dykes Direct Dallas | 16280 Midway Rd. | | | Addison | TX | 75001 |
| Reagor Dykes Ford Plainview | 808 N. I-27 | | | Plainview | TX | 79702 |
| Reagor Dykes Mitsubishi | 6540 82nd St. | | | Lubbock | TX | 79424 |
| Reagor Dykes Plainview Toyota | 1220 S. I-27 | | | Plainview | TX | 79072 |
| Reagor Dykes Toyota | 1220 S. I-27 | | | Plainview | TX | 79072 |
| Reid Bethel Tire Co. | P.O. Box 29 | | | Lamesa | TX | 79331 |
| Reid Bethel Tire Co. | P.O. Box 29 | | | Lamesa | TX | 79331 |
| Restorations | 3208 32nd St. | | | Lubbock | TX | 79410 |
| Reynolds and Reynolds | P.O. Box 182206 | | | Columbus | OH | 43218-2206 |
| Reynolds and Reynolds | P.O. Box 182206 | | | Columbus | OH | 43218 |
| Reynolds and Reynolds | P.O. Box 182206 | | | Columbus | OH | 43218-2206 |
| Reynolds and Reynolds | P.O. Box 182206 | | | Columbus | OH | 73218 |
| Robert Bird | 2225 S. 6th | | | Columbus | OH | 43218 |
| Robert Moreno | 607 N. 7th | | | Lamesa | TX | 79331 |
| Roger Foote Lawn Care | 2601 W. 17th St. | | | Lamesa | TX | 79331 |
| Rogers Ford | 4200 West Wall Street | | | Plainview | TX | 79072 |
| Safety Kleen | 2600 N. Central Express | Suite 400 | | Midland | TX | 79703 |
| Safety Kleen | P.O. Box 650509 | | | Richardson | TX | 75080 |
| Sam Pack's Five Star Ford | P.O. Box 910227 | | | Dallas | TX | 75265 |
| Sam Pack's Five Star Ford | P.O. Box 910227 | | | Dallas | TX | 75391 |
| Scoggin Dickey | P.O. Box 64910 | | | Lubbock | TX | 75391 |
| Scoggin Dickey | P.O. Box 64910 | | | Lubbock | TX | 79424 |

| Name | Address | Address1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Scoggin Dickey | P.O. Box 64910 | | | Lubbock | TX | 79424 |
| Scoggin Dickey Buick GMC | P.O. Box 64910 | | | Lubbock | TX | 79464 |
| Scoggin Dickey Parts Center | 5901 Spur 327 | | | Lubbock | TX | 79424 |
| Sewell Ford Inc | P.O. Box 3432 | | | Odessa | TX | 79760 |
| Sewell Ford Inc | P.O. Box 3432 | | | Odessa | TX | 79760 |
| Shawn Flesher dba Dr. Vinyl | P.O. Box 81179 | | | Midland | TX | 79708 |
| Sherry Hill | 1414 12th St. | | | Lamesa | TX | 79331 |
| South Plains Parts Co. | 1103 S. Ralls Hwy. | | | Floydada | TX | 79235 |
| South Plains Towing LLC | P.O. Box 64368 | | | Lubbock | TX | 79464 |
| Stanley Cox | 408 Terrace Circle | | | Lamesa | TX | 79331 |
| State Comptroller of Public Accounts | Revenue Accounting Division - Bankruptcy | P.O. Box 13528 | | Austin | TX | 78711 |
| Stephen Fyffe | c/o Michael Carper and Robert Nebb | Law Offices of Michael Carper | 1102 Main Street | Lubbock | TX | 79401 |
| Steve Dickey | 402 NE 6th | | | Tulia | TX | 79088 |
| Sudden Link | 1802 SSW Loop 323 | | | Tyler | TX | 75701 |
| Tascosa Office Machines | 423 S. 1st | | | Lamesa | TX | 79331 |
| The Ding King Training Institute | 3100 Airway Ave. | Ste. 141 | | Costa Mesa | CA | 92626 |
| The Reinalt-Thomas Corporation | P.O. Box 29851 | | | Phoenix | AZ | 85038 |
| The Reinalt-Thomas Corporation | P.O. Box 29851 | | | Phoenix | AZ | 85038-9851 |
| The Tint Shop | 3504 Bankhead Hwy | | | Midland | TX | 79701 |
| Thomas Lopez | 1008 N. 12th | | | Lamesa | TX | 79331 |
| Toyota of Midland | 800 N. Loop 250 | | | Midland | TX | 79703 |
| Tucky's Auto Parts | P.O. Box 1973 | | | Plainview | TX | 79072 |
| Tucky's Auto Parts | P.O. Box 1973 | | | Plainview | TX | 79072 |
| U.S. Attorney | 1000 Commerce St. | 3rd Floor | | Dallas | TX | 75242 |
| U.S. Trustee's Office | 1100 Commerce St. | Room 9C60 | | Dallas | TX | 75242-1699 |
| UPS | Lockbox 577 | | | Carol Stream | IL | 60132 |
| UPS | Lockbox 577 | | | Carrol Stream | IL | 60132-0577 |
| Valvaline LLC | 3499 Blazer Parkway | | | Lexington | KY | 40509 |
| Valvaline LLC | 3499 Blazer Parkway | | | Lexington | KY | 40509 |
| Valvoline LLC | P.O. Box 117131 | | | Atlanta | GA | 30368 |
| Valvoline LLC | P.O. Box 117131 | | | Atlanta | GA | 30368 |
| Vickie Williams | 102 N. 18th | | | Lamesa | TX | 79331 |
| Wesley Teague | 1307 S. 11th | | | Lamesa | TX | 79331 |
| West Texas Filters | P.O. Box 16560 | | | Lubbock | TX | 79490 |
| West Texas Pal, Inc. | P.O. Box 131809 | | | Spring | TX | 77393 |
| Wilson Electronics | 3301 E. Deseret Drive | | | Saint George | UT | 84790 |
| Windshields Unlimited Inc. | 4004 SW 34th Ave. | | | Amarillo | TX | 79109 |
| Reagor-Dykes Imports, L.P. | 6540 82nd St. | | | Lubbock | TX | 79424 |
| Ally Financial | PO Box 650300 | | | Dallas | TX | 75265 |
| ADP Commercial Leasing, LLC | 15 Waterview Blvd, MS# 934 | | | Parsippany | NJ | 07054 |
| Vista Bank | 4621 50th Street | | | Lubbock | TX | 79414 |
| Aimbank | 3004 Slide Rd. | | | Lubbock | TX | 79407 |
| Ford Motor Credit Company LLC | PO Box 680020 | | | Franklin | TN | 37068 |
| Snap-On Credit LLC | 950 Technology Way, Suite 301 | | | Libertyville | IL | 60048 |
| TEX-FI Capital, LLC | 1211 19th Street | | | Lubbock | TX | 79401 |
| International Bank of Commerce | 2250 East 73rd Street | | | Tulsa | OK | 74136 |
| American Tire Distributors, Inc. | 12200 Herbert Wayne CT Ste 150 | | | Huntersville | NC | 28078 |
| First Capital Bank of Texas, N.A. | 6811 Indiana Avenue | | | Lubbock | TX | 79413 |
| Reagor-Dykes Floydada, L.P. | 1111 19th Street | | | Lubbock | TX | 79401 |
| Americredit Financial Services, Inc. DBA GM Financial | 220 E. Las Colinas Blvd, Suite 500 | | | Irving | TX | 75039 |
| Reagor-Dykes Snyder, L.P. | 1215 Avenue J | | | Lubbock | TX | 79401 |
| Branch Banking and Trust Company | 7701 Airport Center Drive | | | Greensboro | NC | 27409 |
| GreatAmerica Financial Services Corporation | 625 First Street | | | Cedar Rapids | IA | 52401 |
| Reagor-Dykes Amarillo, L.P. | 4710 Canyon Dr | | | Amarillo | TX | 79109 |
| D&R Acquisitions, LLC | 1211 19th Street | | | Lubbock | TX | 79401 |
| Ashland Inc | 12160 N. Abrams Rd Ste 405 | | | Dallas | TX | 75243 |
| Reagor Dykes Auto Company, L.P. | 1211 19th Street | | | Lubbock | TX | 79401 |

| Name | Address | Address1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Texas Workforce Commission, Labor Law | | 101 East 15th Street | | Austin | TX | 78778 |
| National Credit Center | 7373 Peak Drive | Suite 250 | | Las Vegas | NV | 89128 |
| Global Lending | | Luis Rodriguez | P.O. Box 10437, 1200 Brookfield Blvd., Suite 300 | Greenville | SC | 29603 & 29607 |
| PAC | | Tanner Wendel | Prime Acceptance Corp. P.O. Box 769 | Sandy | UT | 84091 |
| Westlake | | John Cruz | 4751 Wilshire Blvd., Suite 100 | Los Angeles | CA | 90010 |
| TD Auto | | Leelyn Bishop | TD Auto Finance, c/o Kevin Kline, 27777 Inkster Road | Farmington Hills | MI | 48334 |
| Foursight Capital | | Kevin Laverne | 7912 Oakland Ave., N.E. | Albuquerque | NM | 87122 |
| MY Community Federal CU | | Dan Hendrix | 600 W. Louisiana Ave. | Midland | TX | 79701 |
| Suntrust | | Barb Butto | 11011 West Broad St., 4th Floor DFS | Glen Allen | VA | 23060 |
| BBT Dealer Finance | | Rebekah Houston | 1351 East Bardin Rd., 2nd fl. | Arlington | TX | 76018 |
| Regional Acceptance | | N/A | 1424 East Firetower Road | Greenville | NC | 27858 |
| Westlake | | Robert Newt | 4751 Wilshire Blvd., Suite 100 | Los Angeles | CA | 90010 |
| US Bank | | Lacy Brooks | Andrew J. Shaver, Associate, Bradley, One Federal Place 1819 5th Avenue N Birmingham, AL 35203 | 205-521-8844 | | |
| First Financial Bank | | N/A | 400 Pine Street | Abilene | TX | 79604 |
| Compass Bank | | Tiffani Ellis | 2200 Post Oak Blvd. | Houston | TX | 77056 |
| BBT | | Rebekah Houston | 1351 East Bardin Road, 2nd fl. | Arlington | TX | 76018 |
| Exeter | | Leeanne King | 2250 W. John Carpenter Freeway, Suite 100 | Irving | TX | 75063 |
| Flagship | | Mary Young | 3 Christy Dr. | Chaddsford | CA | 19317 |
| Westlake | | Amado Michel | 4751 Wilshire Blvd., Suite 100 | Los Angeles | CA | 90010 |
| Bank of the West | | Todd Tuttle | Bank of the West, Attn: Amrit Mann, 2527 Camino Ramon | San Ramon | CA | 94583 |
| BBVA Compass | | Tiffani Ellis | 2200 Post Oak Blvd. | Houston | TX | 77056 |
| Santa Fe Federal Credit U | | Tammy | 7600 Hillside Road | Amarillo | TX | 79119 |
| MUSA Auto Finance | | | 4455 LBJ Freeway, 1200 | Dallas | TX | 75244 |
| Capital One Auto Finance | Roberta Roberts | | 3901 North Dallas Parkway | Plano | TX | 75093 |
| Ally Financial | Stephen Hawks | | P.O. Box 8128 | Cockeysville | MD | 21030 |
| AmeriCredit | Alan Castillo | | 801 Cherry Street Ste. 3500 | Fort Worth | TX | 75102 |
| BB&T Dealer Finance | Rebekah Houston | | 6402 Arlington Blvd Suite 930 | Falls Church | VA | 22042 |
| Credit Acceptance Corporation | Greg Christopher | | 25505 West Twelve Mile Road, #3000 | Southfield | MI | 48034 |
| Consomer Portfolio | Mel Lete | | 19500 Jamboree Rd | Irvine | CA | 92612 |
| First Basin Credit Union | Samantha Owens | | 2470 N. Country Rd West 1 | Odessa | TX | 79764 |
| Foursight Capital | Kevin Layerne | | 265 East 100 South Ste#300 | Salt Lake City | UT | 84111 |
| Global Lending Services | Luis Rodriguez | | Five Concourse Parkway Suite 2925 | Atlanta | GA | 30328 |
| Regional Acceptance | No certain person to contact | | 1424 E Fire Tower Rd | Greenville | NC | 27858 |
| Santander | Alice Rodriguez- Rep | | 8585 North Stemmons Freeway Suite 1100 North | Dallas | TX | 75247 |