HOWARD C. RUBIN
DANIEL P. CALLAHAN
KESSLER & COLLINS, P.C.
2100 ROSS AVENUE, SUITE 750
DALLAS, TEXAS 75201
214-379-0722 [TELEPHONE]
214-373-4714 [FACSIMILE]

ATTORNEYS FOR MADISON FUNDING, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO:   18-50214-rlj11 |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] | § | |
| | § | |
| DEBTOR. | § | |

### MOTION OF MADISON FUNDING L.L.C. FOR ENTRY OF AGREED ORDER MODIFYING THE AUTOMATIC STAY PURSUANT TO FED. R. BANKR. P. 4001(d)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Madison Funding, L.L.C. ("Madison"), a party-in-interest herein, and files this Motion for Entry of Agreed Order Modifying the Automatic Stay Pursuant to Federal Rule of Bankruptcy Procedure 4001(d), and in support thereof would show as follows:

<u>Jurisdiction and Parties</u>

1.   This is a proceeding under FRBP 4001(d) and 9014 seeking relief under Section 362(d) of the United States Bankruptcy Code. This Court has jurisdiction pursuant to 28 U.S.C. §157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2.   Debtors filed these jointly administered cases on August 1, 2018.

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

Background and Relevant Facts

3. The Debtors in these jointly administered cases are part of a larger enterprise known as Reagor-Dykes Automotive Group, which includes non-debtor affiliates.

4. On or about December 27, 2016, Madison and one of the non-debtor affiliates, R.D. Executive Travel, L.L.C. entered into an Equipment Financing Agreement ("EFA") in which Madison funded a loan of $917,500.00 in order for R.D. Executive Travel, L.L.C.("RDET") to purchase a 1995 Cessna Citation ULTRA Model 560 airplane, Reg. #N656JG, Serial Number 560-0298; two Pratt & Whitney Canada engines, Serial numbers PCE-JC0345 and PCE-500094; and associated equipment defined in the EFA (collectively, the "Aircraft"). A true and correct copy of the EFA is attached hereto as Exhibit A.

5. Upon information and belief, some or all of the Debtors which filed these cases have used the Aircraft and individuals with ownership interests in Debtors guaranteed the loan issued under the EFA.

6. Madison holds a purchase money security interest in the Aircraft. It has perfected its security interest by filing the appropriate papers with the Texas Secretary of State and the FAA Aircraft Registry. True and correct copies of the financing statement filed with the Texas Secretary of State and evidence of the security interest filed with the Federal Aviation Administration are attached hereto as Exhibits B and C, respectively.

7. RDET has defaulted under the terms of the EFA and has agreed to sell the Aircraft. A prospective buyer has agreed to enter into a financing agreement with Madison. If these transactions come to fruition, Madison will release RDET and the guarantors from liability on the EFA.

8. While no Debtor in these jointly administered cases is the owner of the Aircraft or has liability on the EFA, the parties to the attached agreed order believe that the Aircraft has been used by Debtor entities so that the bankruptcy estate may have an arguable, albeit tenuous, interest in the Aircraft. Consequently, out of an abundance of caution, they seek an order modifying the stay so that RDET may sell the Aircraft, receive releases from Madison, and Madison may fund a loan to the prospective purchaser.

9. Cause exists for relief from the automatic stay to the extent that it impacts the proposed transactions because the transactions involve non-debtor entities and should not substantially alter the Debtors existing rights, if any, in the Aircraft. **Furthermore, the United States Trustee and Debtors' counsel have agreed to the relief sought as evidenced by their signatures, inserted with their permission, on the attached order.**

10. Under the circumstances, Madison requests (and the parties agree) that Fed. R. Bankr. P. 4001(a)(3) be ordered not to apply.

Wherefore, Madison Funding, L.L.C. prays that this Court enter the attached Agreed Order modifying the automatic stay, to the extent that it applies, to permit the prospective sale, releases and financing described above. Madison further seeks such other and further relief to which it may be entitled.

Respectfully submitted,

KESSLER & COLLINS
  A Professional Corporation

By:   /s/ Howard C. Rubin
    HOWARD C. RUBIN
    State Bar No. 17361400
    DANIEL P. CALLAHAN
    State Bar No. 03648700

2100 Ross Avenue, Suite 750
Dallas, Texas 75201
(214) 379-0722 Office
(214) 373-4714 Facsimile

*ATTORNEYS FOR CREDITOR AND PARTY-IN-INTEREST MADISON FUNDING, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 10, 2018, 2018, a true and correct copy of the foregoing Notice of Appearance was served by electronic submission through the Court's automated Case management and Electronic Docketing System for the U.S. Bankruptcy Court of the Northern District of Texas, Lubbock Division, and/or by first class mail, postage prepaid to those parties-in-interest listed on the attached service list.

          /s/ Howard C. Rubin
          Howard C. Rubin

## SERVICE LIST

| | |
|---|---|
| Reagor-Dykes Motors, LP<br>1215 Ave. J<br>Lubbock, Texas 79401<br><br>***Debtor*** | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br><br>***U.S. Trustee*** |
| Marcus A. Helt<br>C. Ashley Ellis<br>FOLEY GARDERE<br>FOLEY & LARDNER LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>acordero@foley.com<br><br>***Attorneys for Debtor*** | Stephen McKitt<br>United States Trustees<br>1100 Commerce St., Room 976<br>Dallas, Texas 75242<br>Stephen.McKitt@usdoj.gov<br><br>***Attorneys for U.S. Trustee*** |
| Duane M. Geck<br>Donald H. Cram<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>dmg@severson.com<br>dhc@severson.com<br><br>***Attorneys for Ford Motor Credit*** | Keith Langley<br>Brandon K. Bains<br>Langley LLP<br>1301 Solana Blvd.<br>Bldg. 1, Suite 1545<br>Westlake, Texas 76262<br>klangley@l-llp.com<br>bbains@l-llp.com<br><br>***Attorneys for Ford Motor Credit*** |
| John Massouh,<br>SPROUSE SHRADER SMITH PLLC<br>701 S. Taylor, Suite 500<br>P.O. Box 15008<br>Amarillo, Texas 79105-5008<br>John.massouh@sprouselaw.com<br><br>***Attorneys for FirstCapital Bank of Texas*** | Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 817<br>Lubbock, Texas 79408<br>lmbkr@pbfcm.com<br><br>***Attorneys for Lubbock Central Appraisal District*** |

| | |
|---|---|
| Roger S. Cox<br>UNDERWOOD<br>P. O. Box 9158<br>Amarillo, Texas 79105-9158<br>roger.cox@uwlaw.com<br><br>***Attorneys for Patti Sue Noel, Independent Executor of the Estate of M.I. (Jack) Morris, Deceased, Jack Morris Ford Lincoln Mercury, Inc.*** | Roger A. Key<br>Key Terrell & Seger LLP<br>P.O. Box 64968<br>Lubbock, Texas 79464<br>rkey@keyandterrell.com<br><br>***Attorneys for Lubbock National Bank*** |
| Thomas A. Connop<br>Catherine A. Curtis<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>tconnop@lockelord.com<br>catherine.curtis@lockelord.com<br><br>***Attorneys for Wells Fargo Bank, N.A.*** | Thomas M. Byrne<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street NE, Suite 2300<br>Atlanta, Georgia 30309<br>**tombyrne@eversheds-sutherland.com**<br><br>***Attorneys for Ford Motor Credit*** |
| Mark D. Sherrill<br>Eversheds Sutherland (US) LLP<br>1001 Fannin, Suite 3700<br>Houston, Texas 77002<br>marksherrill@**eversheds-sutherland.com**<br><br>***Attorneys for Ford Motor Credit*** | Jason M. Rudd<br>Lauren K. Drawhorn<br>WICK PHILLIPS GOULD &MARTIN, LLP<br>3131 McKinney Avenue, Suite 100<br>Dallas, Texas 75204<br>jason.rudd@wickphillips.com<br>lauren.drawhorn@wickphillips.com<br><br>***Attorneys for Vista Bank*** |
| Mark S. Carder<br>Bruce E. Bagelman<br>STINSON LEONARD STREET LLP<br>3102 Oak Law Avenue, Ste. 777<br>Dallas, Texas 75219<br>mark.carder@stinson.com<br>bruce.bagelman@stinson.com<br><br>***Attorneys for First Bank & Trust*** | Stephen P. Strohschein<br>MCGLINCHEY STAFFORD, PLLC<br>301 Main Street, 14th Floor<br>Baton Rouge, Louisiana 70801<br>sstroh@mcglinchey.com<br><br>***Attorneys for AmericCredit Financial Services, Inc., dba GM Financial*** |

| | |
|---|---|
| Stephanie Laird Tolson<br>MCGLINCHEY STAFFORD, PLLC<br>1001 McKinney, Suite 1500<br>Houston, Texas 77002<br>sjohnson@mcglinchey.com<br><br>***Attorneys for AmericCredit Financial Services, Inc., dba GM Financial*** | Michael G. Kelly<br>KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C.<br>P.O. Box 1311<br>Odessa, Texas 79760-1311<br>mkelly@kmdfirm.com<br><br>***Attorneys for WTG Fuels, Inc. and Michael & Loree Britt Family Partnership*** |
| Reuben L. Hancock<br>REUBEN L. HANCOCK, P.C.<br>7480 Golden Pond Place, Suite 200<br>Amarillo, Texas 79121<br>rlh@rlhancock.com<br><br>***Attorneys for FayeBuck Family, LLC*** | Alan B. Padfield<br>Jeffrey V. Leaverton<br>PADFIELD & STOUT, L.L.P.<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102<br>abp@padfieldstout.com<br>jleaverton@padfieldstout.com<br><br>***Attorneys for MUSA Auto Finance, LLC*** |
| Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, Texas 75207<br>dallas.bankruptcy@publicans.com<br><br>***Attorneys for Dallas County*** | H. Brandon Jones<br>Joshua N. Eppich<br>**BONDS ELLIS EPPICH SCHAFER JONES LLP**<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>Brandon@bondsellis.com<br>Joshua@bondsellis.com<br><br>***Attorneys for Gulf States Toyota, Inc.*** |
| Marshall M. Searcy, Jr.<br>Michael D. Anderson<br>Scott R. Wiehle<br>KELLY HART & HALLMAN<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>marshall.searcy@kellyhart.com<br>michael.anderson@kellyhart.com<br>scott.wiehle@kellyhart.com<br><br>***Attorneys for Bart Reagor*** | Louis M. Phillips<br>Patrick (Rick) M. Shelby<br>**KELLY HART & PITRE**<br>One American Place<br>301 Main Street, Suite 1600<br>Baton Rouge, LA 70801-1916<br>louis.phillips@kellyhart.com<br>rick.shelby@kellyhart.com<br><br>***Attorneys for Bart Reagor*** |

| | |
|---|---|
| Mark E. Andrews<br>Jesse T. Moore<br>Dykema Cox Smith<br>1717 Main Street, Suite 4200<br>Dallas, Texas 75201<br>mandrews@dykema.com<br>jmoore@dykema.com<br><br>***Attorneys for GM, LLC*** | Joseph D. Martinec<br>**MARTINEC, WINN &VICKERS, P.C.**<br>611 S. Congress Avenue, Suite 450<br>Austin, Texas 78704-1771<br>martinec@mwvmlaw.com<br><br>***Attorneys for Nyle Maxwell of Taylor, LLC*** |
| Tara LeDay<br>MCCREARY, VESELKA, BRAGG &<br>ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, Texas 78680<br>tleday@mvbalaw.com<br><br>***Attorneys for Midland Central Appraisal District and Floyd County Appraisal District*** | Fernando M. Bustos<br>BUSTOS LAW FIRM, P.C.<br>P.O. Box 1980<br>Lubbock, Texas 79408-1980<br>fbustos@bustoslawfirm.com<br><br>***Attorneys for Vista Bank*** |
| Eboney Cobb<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>500 E. Border Street, Suite 640<br>Arlington, Texas 76010<br>ecobb@pbfcm.com<br><br>***Attorneys for Carrollton-Farmers Branch ISD*** | R. Dwayne Danner<br>**MCGLINCHEY STAFFORD, PLLC**<br>6688 North Central Expressway, Ste. 400<br>Dallas, Texas 75206<br>ddanner@mcglinchey.com<br><br>***Attorneys for AmericCredit Financial Services, Inc., dba GM Financial*** |
| Craig A. Leslie<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, New York 14203-2887<br>cleslie@phillipslytle.com<br><br>***Attorneys for Ford Motor Credit Company LLC*** | Jason T. Rodriguez, *Esq*.<br>HIGIER ALLEN & LAUTIN, P.C.<br>The Tower at Cityplace<br>2711 N. Haskell Ave., Suite 2400<br>Dallas, Texas 75204<br>jrodriguez@higierallen.com<br><br>***Attorneys for Liberty Capital Bank*** |

| | |
|---|---|
| George A. Kurisky, Jr.<br>Damian W. Abreo<br>Johnson DeLuca Kurisky & Gould, P.C.<br>4 Houton Center<br>1221 Lamar, Suite 1000<br>Houston, Texas 77010<br>gkurisky@jdkglaw.com<br>dabreo@jdkglaw.com<br><br>***Attorneys for West Texas Automotive Group LLC dba Midland Buick GMC Cadillac*** | Charles C. Self, III<br>Gary L. Hacker, Of Counsel<br>The Whitten Law Firm, PC<br>500 Chestnut, Suite 1402<br>Abilene, Texas 79602<br>cself@whittenfirm.com<br><br>***Attorneys for Hanner Chevrolet, Pontiac, GMC Trucks, Inc.*** |
| Jane A. Gerber<br>Dykema Gossett, LLC<br>1717 Main Street, Suite 4200<br>Dallas, Texas 75201<br>jgerber@dykema.com<br><br>***Attorneys for GM, LLC*** | Jimmy Parrish<br>Baker & Hostetler, LLP<br>200 S. Orange Ave.<br>Sun Trust Center, Suite 2300<br>Orlando, Florida 32801-3432<br>jparrish@bakerlaw.com<br><br>***Attorneys for Gulf States Toyota, Inc.*** |
| Susan Gummow<br>Foran Glennon Palandech Ponzi & Rufloff PC<br>222 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60601<br>sgummow@fgppr.com<br><br>***Attorneys for Universal Underwriters Service Corporation*** | Michael H. Carper, Esq.<br>Robert N. Nebb, Esq.<br>LAW OFFICE OF MICHAEL H. CARPER, P.C.<br>1102 Main Street<br>Lubbock, Texas 79401<br>mcarper@carperlaw.com<br>rnebb@carperlaw.com<br><br>***Attorneys for Texas Lone Star Auto Auction, LLC*** |
| Patrick M. Lynch, Esq.<br>QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>plynch@qslwm.com<br><br>***Attorneys for Santander Consumer USA Inc.*** | John D. Dale<br>GABLEGOTWALS<br>1100 ONEOK Plaza<br>100 West Fifth Street<br>Tulsa, Oklahoma 74103-4217<br>jdale@gablelaw.com<br><br>***Attorneys for International Bank of Commerce*** |

| | |
|---|---|
| Kerry McLain<br>SELL GRIFFIN McLAIN PC<br>504 South Polk, Suite 101<br>Amarillo, Texas 79101-2318<br>kerry@sgmtexaslaw.com<br><br>***Attorneys for Henson Investments, Inc. dba 1800Radiator and AC*** | Jeff R. Lashaway<br>BOERNER, DENNIS & FRANKLIN, PLLC<br>P. O. Box 1738<br>Lubbock, Texas 79408-1738<br><br>jlashaway@bdflawfirm.com<br><br>***Attorneys for Aimbank*** |
| Michael J. Durrschmidt<br>Victoria N. Argeroplos<br>HIRSCH & WESTHEIMER, P.C.<br>1415 Louisiana, 36th Floor<br>Houston, Texas 77002<br>mdurrschmidt@hirschwest.com<br>vargeroplos@hirschwest.com<br><br>***Attorneys for Aimbank*** | Jeff Actkinson<br>Aldridge, Actkinson & Rutter, L.L.P.<br>P. O. Box 286<br>Farwell, Texas 79325<br><br>jeffactkinson@amaonline.com<br><br>***Attorney for Parmer County Tax Assessor and Parmer Milstead Hardware*** |
| Igor Shleypak<br>Susan Gummow<br>Foran Glennon Palandech Ponzi & Rudloff PC<br>222 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60601<br>ishleypak@fgppr.com<br>sgummow@fgppr.com<br><br>***Attorney for Universal Underwriters Service Corporation*** | Harrel L. Davis<br>GORDON DAVIS JOHNSON & SHANE P.C.<br>P.O. Box 1322<br>El Paso, Texas 79947-1322<br>Hdavis@eplawyers.com<br><br>***Attorney for J.D. Auto Corp. d/b/a Viva Auto Group*** |
| D'Layne Carter<br>Perdue, Brandon, Fielder, Collins and Mott, LLP<br>P.O. Box 9132<br>Amarillo, Texas 79105<br>amabkr@pbfcm.com<br><br>***Attorney for Taxing Districts Collected by Randall County & Hale County Appraisal District*** | John E. Johnson, Esq.<br>PADFIELD & STOUT, L.L.P.<br>705 Ross Avenue<br>Dallas, Texas 75202<br>jjohnson@padfieldstout.com<br><br>***Attorney for MUSA Auto Finance LLC*** |

| | |
|---|---|
| Jarrett L. Hale<br>Tara Elgie<br>Allison Jacobsen<br>Hunton Andrews Kurth LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75202<br>jhale@huntonak.com<br>telgie@huntonak.com<br>ajacobsen@huntak.com<br><br>*Attorney for Capital One Financial Corporation* | Mitchell D. Savrick<br>Savrick Schumann Johnson McGarr Kaminski & Shirley, L.L.P.<br>4330 Gaines Ranch Loop, Suite 150<br>Austin, Texas 78735<br>mitchell@ssjmlaw.com<br><br>*Attorney for Reagan National Advertising of Austin* |
| Jason Starks<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>bk-jstarks@oag.texas.gov<br>sherri.simpson@oag.texas.gov<br><br>*Attorney for Texas Comptroller of Public Accounts* | Frances A. Smith<br>Derek D. Rollins<br>SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP<br>9201 N. Central Expressway, 4th Floor<br>Dallas, Texas 75231<br>fsmith@shackelfordlaw.net<br>drollins@shackelfordlaw.net<br><br>*Attorney for Classic Chevrolet* |
| Donna K. Webb<br>Assistant U.S. Attorney<br>1100 Commerce St., Ste. 300<br>Dallas, Texas 75242<br>donna.webb@usdoj.gov<br><br>*Attorney for United States of America Internal Revenue Service* | Greg M. Wilkes<br>John N. Schwartz<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>greg.wilkes@nortonrosefulbright.com<br>john.schwartz@nortonrosefulbright.com<br><br>*Attorney for KamKad Automotive Holdings* |
| Larry A. Levick, Esq.<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>levick@singerlevick.com<br><br>*Attorney for Element Fleet Management* | Tommy J. Swann<br>Michael S. Uryasz<br>McCLESKEY, HARRIGER, BRAZILL & GRAF, L.L.P.<br>5010 University Ave, 5th Floor<br>Lubbock, Texas 79413-4422<br>tswann@mhbg.com<br>muryasz@mhbg.com<br><br>*Attorneys for Universal and Manheim* |

| | |
|---|---|
| David D. Ritter<br>RITTER SPENCER PLLC<br>15455 Dallas Parkway, Suite 600<br>Addison, Texas 75001<br>dritter@ritterspencer.com<br><br>***Attorneys for Earl Owen Co.*** | Hal F. Morris<br>Ashley F. Bartram<br>Assistant Attorneys General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>hal.morris@oag.texas.gov<br>ashley.bartram@oag.texas.gov<br><br>***Attorneys for the Texas Department of Motor Vehicles*** |
| Jeremy David Malin<br>13 Pond Street<br>Cabot, Arkansas 72023<br>Jeremy.Malin@Yahoo.com | Christopher Hawkins<br>Andrew Shaver<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203<br>chawkins@bradley.com<br>ashaver@bradley.com<br><br>***Attorneys for US Bank, National Association and USB Leasing LT*** |
| Sidney H. Scheinberg, Esq.<br>Aaron B. Gottlieb<br>Godwin Bowman & Martinez PC<br>1201 Elm Street, Suite 1700<br>Dallas, Texas 75270<br>SScheinberg@GodwinLaw.com<br><br>***Attorneys for Foursight Capital, LLC*** | Hal F. Morris<br>Ashley F. Bartram<br>Assistant Attorneys General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>hal.morris@oag.texas.gov<br>ashley.bartram@oag.texas.gov<br><br>***Attorneys for the Texas Commission on Environmental Quality*** |
| Alan B. Padfield<br>Jeffrey V. Leaverton<br>PADFIELD & STOUT, L.L.P.<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102<br>abp@padfieldstout.com<br>jleaverton@padfieldstout.com<br><br>***Attorneys for Prime Acceptance Corporation*** | |