

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 12, 2018**

**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO:   18-50214-rlj11 |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] | § | |
| | § | |
| DEBTOR. | § | |

### AGREED ORDER MODIFYING THE AUTOMATIC
### STAY PURSUANT TO FED. R. BANKR. P. 4001(d)

On this date came before the Court the Motion of Madison Funding LLC for Entry of an Agreed Order modifying the Automatic Stay Pursuant to Fed. R. Bankr. P. 4001(d) (the "Motion") with respect to one 1995 Cessna Citation ULTRA Model 560 airplane, Reg. #N656JG, Serial Number 560-0298; two Pratt & Whitney Canada engines, Serial numbers PCE-JC0345 and PCE-500094; and associated equipment (collectively, the "Aircraft") as more fully described in the Motion.

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

After reviewing the Motion, the exhibits annexed thereto, and noting the agreement of the Debtors and United States Trustee, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay, to the extent it applies, shall be modified to permit the sale of the Aircraft by RD Executive Travel, LLC, and the entry into the releases and financing described in the Motion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the provisions of Federal Rule of Bankruptcy Procedure 400l(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

### End of Order ###

Agreed:

/s/ Howard C. Rubin
Howard C. Rubin
Kessler Collins, P.C.
Attorneys for Madison Funding LLC


/s/ Marcus A. Helt *
Marcus A. Helt
C. Ashley Ellis
Foley Gardere
Foley & Lardner LLP
Counsel for Debtors


/s/ Stephen P. McKitt *
Stephen P. McKitt
Attorney for the United States Trustee

* signed by Howard C. Rubin with the permission of Mr. Helt and Mr. McKitt