| CASE NAME: | Reagor-Dykes Motors, LP |
|---|---|
| CASE NUMBER: | 18-50214 |
| JUDGE: | Robert Jones |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

**MONTH ENDING:**   August (MONTH)   2018 (YEAR)

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_                                                                                       Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                                         TITLE

Robert Schleizer                                                                                       26-Oct-18
PRINTED NAME OF RESPONSIBLE PARTY                                                    DATE

**PREPARER:**

_[signature]_                                                                                       Chief Financial Officer
ORIGINAL SIGNATURE OF PREPARER                                                          TITLE

Lyndon James                                                                                         26-Oct-18
PRINTED NAME OF PREPARER                                                                    DATE

**Reagor Dykes Motors**
**Case Number: 18-20214**
**MOR-1 - Assets**

MOR - 1
(Assets)

| Balance Sheet | Notes | Filing Date 8/01/18 | 8/31/2018 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| UNRESTRICTED CASH | 8.1 | 479,972 | 868,521 | Note 8.1 |
| RESTRICTED CASH | 8.2 | 2,598,927 | 2,520,927 | Note 8.2 |
| **TOTAL CASH** | | **3,078,899** | **3,389,448** | |
| ACCOUNTS RECEIVABLE (NET) | | 4,078,162 | 3,636,333 | |
| INVENTORY | | 21,896,597 | 21,896,597 | Note 8.3 |
| NOTES RECEIVABLE | | - | - | |
| PREPAID EXPENSES | | 1,300 | 1,300 | |
| OTHER (ATTACH LIST) | | - | - | |
| **TOTAL CURRENT ASSETS** | | **29,054,958** | **28,923,678** | |
| PROPERTY, PLANT & EQUIPMENT | | 1,496,014 | 1,496,014 | |
| LESS: ACCUMULATED DEPRECIATION | | (734,518) | (762,763) | |
| **NET PROPERTY, PLANT & EQUIPMENT** | | **761,496** | **733,251** | |
| NOTES RECEIVABLE - DUE FROM INSIDERS | | 2,845,630 | 2,845,630 | |
| OTHER ASSETS - NET OF AMORT | | 23,924 | 22,391 | |
| OTHER (ATTACH LIST) | | | - | |
| **TOTAL ASSETS** | | **32,686,007** | **32,524,950** | |

**Notes:**
8.1 Aug 2018 includes $383,000 reclassification from cash of FMCC Cash Management account to an offset to secured debt;
8.2 August 2018 includes transfer to Unrestricted Cash to fund opening balances in the DIP Postpetition bank accounts;
8.3 Subsequent to filing the SOFA, Debtor determined there were 98 units valued at $3.51 million transferred in August 2018 that were excluded from the inventory reported at the filing date. The inventory at the filing date should have been reported as $25,406,797. The $3.51 million was applied to the secured debt as of filing date.

**Reagor Dykes Motors**  
**Case Number: 18-20214**  
**Support MOR-1 - Assets**

**Support for**  
**MOR - 1 Assets**

| ACCOUNTS RECEIVABLE | Notes | Filing Date 8/01/18 | 8/31/2018 | |
|---|---|---|---|---|
| AR - Vehicles | | 3,385,957 | 2,952,209 | |
| AR - Incentives | | 246,935 | 246,935 | |
| AR - Holdback | | 152,029 | 152,029 | |
| AR-Finance | | 149,409 | 149,409 | |
| AR - Parts, Service, & Body Shop | | 87,052 | 78,970 | |
| AR - Employees | | 34,927 | 34,927 | |
| AR - Warranty | | 29,295 | 29,295 | |
| AR - Other | | 2,064 | 2,064 | |
| Allowance for Doubtful Acct | | (9,505) | (9,505) | |
| **TOTAL ACCOUNTS RECEIVABLE:** | | **4,078,162** | **3,636,333** | |

| INVENTORY | | | | |
|---|---|---|---|---|
| Vehicles | | 21,081,451 | 21,081,451 | Note 8.3 |
| Parts | | 815,146 | 815,146 | |
| **TOTAL INVENTORY:** | | **21,896,597** | **21,896,597** | |

| PROPERTY PLANT AND EQUIPMENT | | | |
|---|---|---|---|
| Real Property | | 876,008 | 876,008 |
| Autos, Machinery & Equipment | | 309,466 | 309,466 |
| Office, Furniture & Fixtures | | 310,540 | 310,540 |
| **TOTAL PROPERTY PLANT AND EQUIPMENT:** | | **1,496,014** | **1,496,014** |
| Less: Accumulated Depreciation | | | |
| Accum Dep - Real Property | | (266,137) | (280,246) |
| Accum Dep - Autos, Machinery & Equipment | | (256,171) | (264,113) |
| Accum Dep - Office, Furniture & Fixtures | | (212,210) | (218,404) |
| **TOTAL ACCUMULATATED DEPRECIATION:** | | **(734,518)** | **(762,763)** |
| **PROPERTY PLANT AND EQUIPMENT (NET):** | | **761,496** | **733,251** |

| NOTES RECEIVABLE - DUE FROM INSIDERS | | | |
|---|---|---|---|
| Rick Dykes | | 1,422,815 | 1,422,815 |
| Bart Reagor | | 1,422,815 | 1,422,815 |
| **TOTAL NOTES RECEIVABLE - DUE FROM INSIDERS:** | | **2,845,630** | **2,845,630** |

| OTHER ASSETS | | | |
|---|---|---|---|
| Goodwill | | 80,000 | 80,000 |
| Less: Accumulated Amortization | | (56,076) | (57,609) |
| **TOTAL OTHER ASSETS - NET OF AMORT:** | | **23,924** | **22,391** |

**8.3** Subsequent to filing the SOFA, Debtor determined there were 98 units valued at $3.51 million transferred in August 2018 that were excluded from the inventory reported at the filing date. The inventory at the filing date should have been reported as $25,406,797. The $3.51 million was applied to the secured debt as of filing date.

**Reagor Dykes Motors**
**Case Number: 18-20214**
**Support MOR-1 - Liabilities**
**Postpetition Liabilities**

Support for MOR - 1 Liabilities (Postpetition)

|  | Notes | 8/31/2018 |
|---|---|---|
| **ACCOUNTS PAYABLE** | | |
| AP Trade | | |
| AP Dealer Trade | | |
| AP Customer Accommodations | | |
| AP - Vehicle Lien Payoff | | |
| **TOTAL ACCOUNTS PAYABLE:** | | - |
| **TAXES PAYABLE** | | |
| Payroll Tax | | 9,326 |
| Property Tax | | |
| Sales Tax | | |
| Vehicle Inventory Tax (VIT) | | |
| Other Taxes | | |
| **TOTAL TAXES PAYABLE:** | | **9,326** |
| | | |
| **PROFESSIONAL FEES** | | |
| **SECURED DEBT** | | |
| | | |
| **OTHER ACCRUED EXPENSES** | | |
| Wages Payable | | 16,022 |
| Other Accrued | | |
| **TOTAL OTHER ACCRUED EXPENSES:** | | **16,022** |
| | | |
| **TOTAL POSTPETITION LIABILITIES** | | **25,348** |

**Reagor Dykes Motors**  
**Case Number: 18-20214**  
**MOR-1 - Liabilities & Equity**

MOR - 1  
(Liabilities & Equity)

| | Notes | Filing Date 8/01/18 | 8/31/2018 | |
|---|---|---|---|---|
| **POSTPETITION LIABILITIES** | | | | |
| ACCOUNTS PAYABLE | | NA | - | |
| TAXES PAYABLE | | NA | 9,326 | |
| NOTES PAYABLE | | NA | - | |
| PROFESSIONAL FEES | | NA | - | |
| SECURED DEBT | | NA | - | |
| OTHER (See Postpetition Support Schedule) | | NA | 16,022 | |
| **Total Postpetition Liabilities** | | - | 25,348 | |
| **PREPETITION LIABILITIES** | | | | |
| SECURED DEBT | | 35,899,682 | 31,880,895 | Note 8.3 |
| PRIORITY DEBT | | 212,107 | 110,709 | |
| UNSECURED DEBT | | 1,959,035 | 1,959,035 | |
| OTHER (ATTACH LIST) | | | - | |
| **Total Prepetition Liabilities** | | 38,070,824 | 33,950,639 | |
| **Total Liabilities** | | 38,070,824 | 33,975,988 | |
| **EQUITY** | | | | |
| PREPETITION OWNERS' EQUITY | | (5,384,816) | (1,796,529) | Note 8.3 |
| POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | - | 345,491 | |
| DIRECT CHARGES TO EQUITY(ATTACH EXPLANATION) | | - | - | |
| **TOTAL EQUITY** | | (5,384,816) | (1,451,038) | |
| **TOTAL LIABILITIES AND EQUITY** | | 32,686,007 | 32,524,950 | |

**Notes**

**8.3** With consent of the secured lender, debtor transfered 98 vehicles post petition (August 2018) to other dealers reducing inventory and secured debt by $3.52 million. This inventory was omitted from the inventory at the filing date. The transactions reduced secured debt and due to the omission from inventory at the filing date. Prepetition owners equity was increased by the

**Reagor Dykes Motors**
**Case Number: 18-20214**
**Support MOR-1 - Liabilities & Equity**
**Prepetition Liabilities & Equity**

Support for MOR - 1 Liabilities & Equity (Prepetition)

|  | Notes | Filing Date 8/01/18 | 8/31/2018 |
|---|---|---|---|
| **NOTES PAYABLE - SECURED** | | | |
| Ford Motor Credit (FMCC) | 8.1 | 31,983,008 | 28,347,221 |
| Less Cash Management Offset | 8.2 | - | (383,000) |
| **NET FMCC NOTES PAYABLE** | | 31,983,008 | 27,964,221 |
| First Capital Bank | | - | - |
| **TOTAL NOTES PAYABLE - SECURED** | | 31,983,008 | 27,964,221 |
| **OTHER SECURED DEBT** | | | |
| Mortgages Payable (FMCC) | | 3,916,674 | 3,916,674 |
| **TOTAL OTHER SECURED DEBT** | | 3,916,674 | 3,916,674 |
| **TOTAL SECURED PREPETITION LIABILITIES** | | 35,899,682 | 31,880,895 |
| | | | |
| **UNSECURED PREPETITION LIABILITIES (PRIORITY)** | | | |
| Wages Payable | | 161,322 | 59,815 |
| Accrued Payroll Taxes | | 37,143 | 37,253 |
| Accrued Unemployment Tax | | 110 | 110 |
| Sales Taxes Payable | | 13,532 | 13,532 |
| **TOTAL UNSECURED PREPETITION LIABILITIES (PRIORITY)** | | 212,107 | 110,710 |
| | | | |
| **UNSECURED PREPETITION LIABILITIES (NON-PRIORITY)** | | | |
| AP Trade | | 324,062 | 324,062 |
| AP Dealer Trade | | 470,004 | 470,004 |
| AP Customer Accommodations | | 462,143 | 462,143 |
| AP - Vehicle Lien Payoff | | 576,294 | 576,294 |
| Sales Tax Payable - Vehicle | | 3,911 | 3,911 |
| Vehicle Inventory Tax (VIT) Payable | | 16,596 | 16,596 |
| Service Contract Payable | | 59,263 | 59,263 |
| Warranty Payable | | | - |
| AP Other | | 46,762 | 46,762 |
| **TOTAL UNSECURED PREPETITION LIABILITIES (NON-PRIORITY)** | | 1,959,035 | 1,959,035 |
| | | | |
| **TOTAL PREPETION LIABILITIES** | | 38,070,825 | 33,950,640 |

**Notes:**

**8.1** Change represents true-up of FMCC NP Wholesale Statement balance from 8/1/18 to 8/31/18; true-ups primarily represent credits for Dealer Transfers;

**8.2** Change represents reclass from FMCC Cash Management to Notes Payable - Contra Account named Cash Management Offset;

**Reagor Dykes Motors**  MOR - 2
**Case Number: 18-20214**  (Income Statement)
**MOR-2**

| INCOME STATEMENT | Notes | Aug 2018 | Filing to Date |
|---|---|---|---|
| **REVENUE** | | | |
| GROSS REVENUES | | | |
| VEHICLES (New and Used) | | 429,011 | 429,011 |
| FINANCE, INSURANCE AND WARRANTY | | | - |
| SERVICE AND PARTS | | | - |
| LESS: RETURNS & DISCOUNTS | | | - |
| **NET REVENUE** | | **429,011** | **429,011** |
| **COST OF GOODS SOLD** | | | |
| VEHICLES (NEW AND USED) | | | - |
| FINANCE, INSURANCE AND WARRANTY | | | - |
| SERVICE AND PARTS | | - | - |
| LESS: RETURNS & DISCOUNTS | | | - |
| **TOTAL COST OF GOODS SOLD** | | **-** | **-** |
| **OPERATING EXPENSES** | | | |
| OFFICER / INSIDER COMPENSATION | | | - |
| SELLING & MARKETING | | | - |
| GENERAL & ADMINISTRATIVE | | 53,742 | 53,742 |
| RENT & LEASE | | | - |
| OTHER (ATTACH LIST) | | | - |
| **TOTAL OPERATING EXPENSES** | | **53,742** | **53,742** |
| **INCOME BEFORE NON-OPERATING INCOME AND EXPENSES** | | **375,269** | **375,269** |
| **OTHER INCOME & EXPENSES** | | | |
| NON-OPERATING INCOME (ATTACH LIST) | | | - |
| NON-OPERATING EXPENSE (ATTACH LIST) | | | - |
| INTEREST EXPENSE | | | - |
| DEPRECIATION / DEPLETION | | 28,245 | 28,245 |
| AMORTIZATION | | 1,533 | 1,533 |
| OTHER (ATTACH LIST) | | | - |
| **NET OTHER (INCOME) & EXPENSES** | | **29,778** | **29,778** |
| **REORGANIZATION EXPENSES** | | | |
| PROFESSIONAL FEES | | | - |
| U.S. TRUSTEE FEES | | | - |
| OTHER (ATTACH LIST) | | | - |
| **TOTAL REORGANIZATION EXPENSES** | | **-** | **-** |
| **INCOME TAX** | | | |
| **NET PROFIT (LOSS)** | | **345,491** | **345,491** |

**MOR-3**
**(Cash Receipts and Disbursements)**

| CASE NAME: | Reagor-Dykes Motors, LP |
|---|---|
| CASE NUMBER: | 18-50214 |

**MONTH OF AUGUST 2108**

| | CASH RECEIPTS AND DISBURSEMENTS | NOTES | Aug-18 | Sep-18 | 18-Oct | QUARTER |
|---|---|---|---|---|---|---|
| 1. | CASH - BEGINNING OF MONTH | | - | 771,550 | 771,550 | |
| | **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. | CASH - SALES AND SERVICE | | 643,706 | | | 643,706 |
| | **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. | PREPETITION | | | | | - |
| 4. | POSTPETITION | | | | | - |
| 5. | TOTAL OPERATING RECEIPTS | | 643,706 | - | - | 643,706 |
| | **NON-OPERATING RECEIPTS** | | | | | |
| 6. | LOANS & ADVANCES (ATTACH LIST) | | - | | | - |
| 7. | SALE OF ASSETS | | | | | - |
| 8. | OTHER (ATTACH LIST) | | 305,134 | | | 305,134 |
| 9. | TOTAL NON-OPERATING RECEIPTS | | 305,134 | - | - | 305,134 |
| 10. | TOTAL RECEIPTS | | 948,841 | - | - | 948,841 |
| 11. | TOTAL CASH AVAILABLE | | 948,841 | 771,550 | 771,550 | |
| | **OPERATING DISBURSEMENTS** | | | | | |
| 12. | NET PAYROLL | | 127,476 | | | 127,476 |
| 13. | PAYROLL TAXES PAID | | - | | | - |
| 14. | SALES, USE & OTHER TAXES PAID | | - | | | - |
| 15. | SECURED / RENTAL / LEASES | | 47,500 | | | 47,500 |
| 16. | UTILITIES | | - | | | - |
| 17. | INSURANCE | | - | | | - |
| 18. | INVENTORY PURCHASES | | - | | | - |
| 19. | VEHICLE EXPENSES | | 446 | | | 446 |
| 20. | TRAVEL | | - | | | - |
| 21. | ENTERTAINMENT | | - | | | - |
| 22. | REPAIRS & MAINTENANCE | | - | | | - |
| 23. | SUPPLIES | | 1,869 | | | 1,869 |
| 24. | ADVERTISING | | - | | | - |
| 25. | OTHER (ATTACH LIST) | | - | | | - |
| 26. | TOTAL OPERATING DISBURSEMENTS | | 177,291 | - | - | 177,291 |
| | **REORGANIZATION EXPENSES** | | | | | |
| 27. | PROFESSIONAL FEES | | | | | - |
| 28. | U.S. TRUSTEE FEES | | | | | - |
| 29. | OTHER (ATTACH LIST) | | | | | - |
| 30. | TOTAL REORGANIZATION EXPENSES | | - | - | - | - |
| 31. | TOTAL DISBURSEMENTS | | 177,291 | - | - | 177,291 |
| 32. | NET CASH FLOW | | 771,550 | - | - | 771,550 |
| 33. | CASH - END OF MONTH | | 771,550 | 771,550 | 771,550 | |

Support for MOR - 3

| CASE NAME: | Reagor-Dykes Amarillo, LP |
|---|---|
| CASE NUMBER: | 18-50216 |

d: 08/01/18 to 08/31/18

**Reagor-Dykes Motors, LP - Operating Account**

**CASH RECEIPTS DETAIL**  Account No: 216451134

| Date | Payer | Description | Amount |
|---|---|---|---|
| 08/10/18 | Reagor-Dykes Motors, LP | Transfer from payroll Acct #216451452 | 228,964.17 |
| 08/14/18 EFT | Reagor-Dykes Motors, LP | Transfer to payroll Acct #216451452 | (53,029.69) |
| 08/22/18 | Ford MotorCompany | Gross Proceeds | 163,679.67 |
| 08/24/18 | Jordon Aaron Ashcroft | Customer refund of down payment Post Petition sale | (10,973.75) |
| 08/29/18 | Specific payer information not captured on deposit slip | Gross Profit | 7,764.74 |
| 08/29/18 | Ford MotorCompany | Gross Profit | 37,030.00 |
| | | Total Cash Receipts | 373,435.14 |

**CASH DISBURSEMENTS DETAIL**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 08/24/18 | EFT | Ford Motor Credit Company | Floorplan payment | 47,500.00 |
| 08/24/18 | EFT | Brian Melakian | Fuel reimbursement | 368.75 |
| 08/28/18 | EFT | Lubbock County | Tax, Title, & License | 238.00 |
| 08/29/18 | EFT | Lubbock County | Tax, Title, & License | 89.25 |
| 08/29/18 | EFT | Joanna Davidson | Fuel reimbursement to put into new sold cars | 1,500.00 |
| 08/31/18 | EFT | Lubbock County | Tax, Title, & License | 119.00 |
| | | | Total Cash Disbursements | 49,815.00 |

**Reagor-Dykes Motors, LP - Payroll Account**

**CASH RECEIPTS DETAIL**  Account No: 216451142

| Date | Payer | Description | Amount |
|---|---|---|---|
| 08/02/18 | Transfer from American Century Fund | Initial deposit | 78,000.00 |
| 08/07/18 | Specific payer information not captured on deposit detail | Service | 1,864.91 |
| 08/08/18 | Specific payer information not captured on deposit detail | Service | 1,878.18 |
| 08/09/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 29,800.17 |
| 08/09/18 | Anderson Perforating Services | Gross Sales Proceeds | 128,299.25 |
| 08/10/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 68,122.66 |
| 08/10/18 | Reagor-Dykes Motors, LLC | Transfer to operating acct#216451444 | (228,964.17) |
| 08/14/18 | Reagor-Dykes Motors, LLC | Transfer from operating acct#216451444 | 53,029.69 |
| 08/16/18 | Reagor-Dykes Motors, LLC | Lamesa National Bank closing pre petition account | 227,134.33 |
| 08/20/18 | Specific payer information not captured on deposit detail | Gross Profit | 43,526.42 |
| 08/20/18 | Specific payer information not captured on deposit detail | Gross Profit | 18,492.67 |
| 08/21/18 | Specific payer information not captured on deposit detail | Gross Profit | 4,986.99 |
| 08/21/18 | Hunt Family Corporation | Gross Profit | 28,500.00 |
| 08/23/18 | Specific payer information not captured on deposit detail | Gross Profit | 1,390.41 |
| 08/23/18 | Specific payer information not captured on deposit detail | Gross Profit | 38,318.68 |
| 08/24/18 | Ford Motor Company | Gross Sales Proceeds | 47,500.00 |
| 08/24/18 | Hunt Family Corporation | Returned Ck 1174, customer stopped down pmt ck | (28,500.00) |
| 08/27/18 | Specific payer information not captured on deposit deposit | Gross Sales Proceeds and Service | 1,834.82 |
| 08/27/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds and Service | 7,332.23 |
| 08/29/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds and Service | 50,974.49 |
| 08/29/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds and Service | 1,571.19 |
| 08/31/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds and Service | 312.62 |
| | | Total Cash Receipts | 575,405.54 |

Support for MOR - 3

| CASE NAME: | Reagor-Dykes Amarillo, LP |
|---|---|
| CASE NUMBER: | 18-50216 |

d: 08/01/18 to 08/31/18

**CASH DISBURSEMENTS DETAIL**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 08/02/18 | 14465 | John Maldonado | Payroll for pay period ending 07/28/18 | 932.71 |
| 08/02/18 | 14466 | Nathan Salazar | Payroll for pay period ending 07/28/18 | 1,558.57 |
| 08/02/18 | 14467 | Calvin Roquemore | Payroll for pay period ending 07/28/18 | 643.98 |
| 08/02/18 | 14468 | Christopher M Esparza | Payroll for pay period ending 07/28/18 | 877.91 |
| 08/02/18 | 14469 | Donald Mortimer | Payroll for pay period ending 07/28/18 | 759.64 |
| 08/02/18 | 14470 | Michael Roquemore | Payroll for pay period ending 07/28/18 | 615.39 |
| 08/02/18 | 14471 | Dianna York | Payroll for pay period ending 07/28/18 | 834.99 |
| 08/02/18 | 14472 | Xavier Zorola | Payroll for pay period ending 07/28/18 | 691.52 |
| 08/02/18 | 14473 | Denise Barnes | Payroll for pay period ending 07/28/18 | 1,307.97 |
| 08/02/18 | 14474 | Constella Bolton | Payroll for pay period ending 07/28/18 | 777.35 |
| 08/02/18 | 14475 | Mistry L Canady | Payroll for pay period ending 07/28/18 | 1,387.69 |
| 08/02/18 | 14476 | Tagen Chafman | Payroll for pay period ending 07/28/18 | 679.62 |
| 08/02/18 | 14477 | Bianca Chavez | Payroll for pay period ending 07/28/18 | 796.98 |
| 08/02/18 | 14478 | Missouri Clanton | Payroll for pay period ending 07/28/18 | 768.58 |
| 08/02/18 | 14479 | Isabella Flores | Payroll for pay period ending 07/28/18 | 669.06 |
| 08/02/18 | 14480 | Janie Garcia | Payroll for pay period ending 07/28/18 | 455.02 |
| 08/02/18 | 14481 | Ashleey Hammond | Payroll for pay period ending 07/28/18 | 2,303.66 |
| 08/02/18 | 14482 | Alberto Hinojosa | Payroll for pay period ending 07/28/18 | 546.84 |
| 08/02/18 | 14483 | Brittney Hunter | Payroll for pay period ending 07/28/18 | 893.76 |
| 08/02/18 | 14484 | Diwayna McClendon | Payroll for pay period ending 07/28/18 | 829.65 |
| 08/02/18 | 14485 | Amanda Morales | Payroll for pay period ending 07/28/18 | 1,074.81 |
| 08/02/18 | 14486 | Manda Moreno | Payroll for pay period ending 07/28/18 | 713.14 |
| 08/02/18 | 14487 | Caddandra Perez | Payroll for pay period ending 07/28/18 | 746.04 |
| 08/02/18 | 14488 | Shayla Scott | Payroll for pay period ending 07/28/18 | 1,326.70 |
| 08/02/18 | 14489 | Priscilla Teague | Payroll for pay period ending 07/28/18 | 1,371.11 |
| 08/02/18 | 14490 | Valerie Banuelos | Payroll for pay period ending 07/28/18 | 1,316.09 |
| 08/02/18 | 14491 | Jordan Barrientez | Payroll for pay period ending 07/28/18 | 565.46 |
| 08/02/18 | 14492 | Joann Devidson | Payroll for pay period ending 07/28/18 | 3,204.30 |
| 08/02/18 | 14493 | Justin Canava | Payroll for pay period ending 07/28/18 | 775.20 |
| 08/02/18 | 14494 | Teddy Chambers | Payroll for pay period ending 07/28/18 | 87.27 |
| 08/02/18 | 14495 | Matthew Conto | Payroll for pay period ending 07/28/18 | 142.69 |
| 08/02/18 | 14496 | Justin Lopez | Payroll for pay period ending 07/28/18 | 1,377.64 |
| 08/02/18 | 14497 | Cassi Romo | Payroll for pay period ending 07/28/18 | 1,134.99 |
| 08/02/18 | 14498 | Devin Ybarra | Payroll for pay period ending 07/28/18 | 1,782.05 |
| 08/02/18 | 14499 | Lola Jackson | Payroll for pay period ending 07/28/18 | 559.38 |
| 08/02/18 | 14500 | Benjamin Satchel | Payroll for pay period ending 07/28/18 | 796.48 |
| 08/02/18 | 14501 | Cornelio Villegas | Payroll for pay period ending 07/28/18 | 776.15 |
| 08/02/18 | 14502 | Daniel Barker | Payroll for pay period ending 07/28/18 | 637.11 |
| 08/02/18 | 14503 | Jeffrey L Hogg | Payroll for pay period ending 07/28/18 | 649.31 |
| 08/02/18 | 14504 | Mark T Terrell | Payroll for pay period ending 07/28/18 | 668.73 |
| 08/02/18 | 14505 | Joe Espino | Payroll for pay period ending 07/28/18 | 1,633.83 |
| 08/02/18 | 14506 | Earnest A Gonzalez | Payroll for pay period ending 07/28/18 | 3,111.51 |
| 08/02/18 | 14507 | Reynaldo Lopez | Payroll for pay period ending 07/28/18 | 561.56 |
| 08/02/18 | 14508 | Marcelo Martinez | Payroll for pay period ending 07/28/18 | 2,833.50 |
| 08/02/18 | 14509 | Arnacio R Morales | Payroll for pay period ending 07/28/18 | 1,309.11 |
| 08/02/18 | 14510 | Mark Joplin | Payroll for pay period ending 07/28/18 | 1,205.99 |
| 08/02/18 | 14511 | Michael S Adams | Payroll for pay period ending 07/28/18 | 755.67 |
| 08/02/18 | 14512 | Isaiah Cochrane | Payroll for pay period ending 07/28/18 | 771.85 |
| 08/02/18 | 14513 | Bobby Dickens Jr. | Payroll for pay period ending 07/28/18 | 878.89 |
| 08/02/18 | 14514 | Gabriel Flores | Payroll for pay period ending 07/28/18 | 561.27 |
| 08/02/18 | 14515 | Jay Floyd | Payroll for pay period ending 07/28/18 | 459.99 |
| 08/02/18 | 14516 | Tatonya Garcia | Payroll for pay period ending 07/28/18 | 940.62 |
| 08/02/18 | 14517 | Ivien Gonzales | Payroll for pay period ending 07/28/18 | 544.67 |
| 08/02/18 | 14518 | Maria Guillen | Payroll for pay period ending 07/28/18 | 885.63 |
| 08/02/18 | 14519 | Saul Hernandez | Payroll for pay period ending 07/28/18 | 91.10 |
| 08/02/18 | 14520 | Samuel Letkeman | Payroll for pay period ending 07/28/18 | 1,243.27 |
| 08/02/18 | 14521 | Ricardo Lujan | Payroll for pay period ending 07/28/18 | 805.77 |
| 08/02/18 | 14522 | Christopher Pierce | Payroll for pay period ending 07/28/18 | 784.91 |
| 08/02/18 | 14523 | Jacob Van | Payroll for pay period ending 07/28/18 | 421.17 |
| 08/02/18 | 14524 | Wendelyn Young | Payroll for pay period ending 07/28/18 | 681.85 |
| 08/02/18 | 14525 | Richard Zimmerman | Payroll for pay period ending 07/28/18 | 780.55 |
| 08/02/18 | 14526 | Brody Alexander | Payroll for pay period ending 07/28/18 | 1,005.93 |
| 08/10/18 | 14528 | Capital Bank & Trust | Employee benefits 401k | 4,718.01 |

Support for MOR - 3

| CASE NAME: | Reagor-Dykes Amarillo, LP |
|---|---|
| CASE NUMBER: | 18-50216 |

d: 08/01/18 to 08/31/18

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---:|
| 08/11/18 | 14529 | Michael Amador | Commission for pay period ending 08/4/18 | 325.39 |
| 08/11/18 | 14530 | Rafael Arocha | Commission for pay period ending 08/4/18 | 3,096.39 |
| 08/11/18 | 14531 | Kelly Butler | Commission for pay period ending 08/4/18 | 2,338.64 |
| 08/11/18 | 14532 | Adrian Contreras | Commission for pay period ending 08/4/18 | 1,437.83 |
| 08/11/18 | 14533 | Joshua Franks | Commission for pay period ending 08/4/18 | 1,905.80 |
| 08/11/18 | 14534 | Joe Jacquez | Commission for pay period ending 08/4/18 | 1,262.12 |
| 08/11/18 | 14535 | Felicia Lewis | Commission for pay period ending 08/4/18 | 1,448.67 |
| 08/11/18 | 14536 | Jonathan McMurtray | Commission for pay period ending 08/4/18 | 1,509.47 |
| 08/11/18 | 14537 | Felix Medina | Commission for pay period ending 08/4/18 | 1,005.37 |
| 08/11/18 | 14538 | Joel Mendez | Commission for pay period ending 08/4/18 | 898.23 |
| 08/11/18 | 14539 | Max Mendieta | Commission for pay period ending 08/4/18 | 2,828.95 |
| 08/11/18 | 14540 | Ian Middleton | Commission for pay period ending 08/4/18 | 197.65 |
| 08/11/18 | 14541 | Mikael Ramirez | Commission for pay period ending 08/4/18 | 256.57 |
| 08/11/18 | 14542 | Peter Ramon Jr. | Commission for pay period ending 08/4/18 | 3,469.49 |
| 08/11/18 | 14543 | Mark D Ray | Commission for pay period ending 08/4/18 | 1,199.92 |
| 08/11/18 | 14544 | Lezlee Rodriquez | Commission for pay period ending 08/4/18 | 588.59 |
| 08/11/18 | 14545 | Michael Seward | Commission for pay period ending 08/4/18 | 4,118.31 |
| 08/11/18 | 14546 | David Smith | Commission for pay period ending 08/4/18 | 1,022.39 |
| 08/11/18 | 14547 | Clayton Thomas | Commission for pay period ending 08/4/18 | 669.27 |
| 08/11/18 | 14548 | Kristy Ybarra | Commission for pay period ending 08/4/18 | 661.25 |
| 08/11/18 | 14549 | Brian Melakian | Commission for pay period ending 08/4/18 | 634.10 |
| 08/11/18 | 14550 | Charles Harfield | Commission for pay period ending 08/4/18 | - |
| 08/11/18 | 14551 | Spencer Dickey | Commission for pay period ending 08/4/18 | 249.00 |
| 08/11/18 | 14552 | Jeffrey Reese | Commission for pay period ending 08/4/18 | 333.71 |
| 08/11/18 | 14553 | Raul Renteria | Commission for pay period ending 08/4/18 | 310.94 |
| 08/11/18 | 14554 | Tommy C Brown | Commission for pay period ending 08/4/18 | 170.13 |
| 08/11/18 | 14555 | Jeremy Torres | Commission for pay period ending 08/4/18 | - |
| 08/11/18 | 14556 | Brody Alexander | Commission for pay period ending 08/4/18 | 2,173.14 |
| 08/11/18 | 14558 | John Maldonado | Payroll for Final pay period ending 08/10/18 | 168.75 |
| 08/11/18 | 14559 | Nathan Salazar | Payroll for Final pay period ending 08/10/18 | 404.51 |
| 08/11/18 | 14560 | Calvin Roquemore | Payroll for Final pay period ending 08/10/18 | 291.49 |
| 08/11/18 | 14561 | Christopher M Esparaza | Payroll for Final pay period ending 08/10/18 | 337.22 |
| 08/11/18 | 14562 | Donald Mortimer | Payroll for Final pay period ending 08/10/18 | - |
| 08/11/18 | 14563 | Michael Roquemore | Payroll for Final pay period ending 08/10/18 | 169.43 |
| 08/11/18 | 14564 | Dianna York | Payroll for Final pay period ending 08/10/18 | 194.82 |
| 08/11/18 | 14565 | Xavier Zorola | Payroll for Final pay period ending 08/10/18 | 153.23 |
| 08/11/18 | 14566 | Denise Barnes | Payroll for Final pay period ending 08/10/18 | 838.39 |
| 08/11/18 | 14567 | Constella Bolton | Payroll for Final pay period ending 08/10/18 | 354.32 |
| 08/11/18 | 14568 | Tagen Chapman | Payroll for Final pay period ending 08/10/18 | 233.22 |
| 08/11/18 | 14569 | Bianca M Chavez | Payroll for Final pay period ending 08/10/18 | 272.54 |
| 08/11/18 | 14570 | Missouri Clanton | Payroll for Final pay period ending 08/10/18 | 304.34 |
| 08/11/18 | 14571 | Isabella Flores | Payroll for Final pay period ending 08/10/18 | 256.19 |
| 08/11/18 | 14572 | Janie Garcia | Payroll for Final pay period ending 08/10/18 | 160.35 |
| 08/11/18 | 14573 | Ashleey Hammond | Payroll for Final pay period ending 08/10/18 | 1,022.32 |
| 08/11/18 | 14574 | Alberto Hinojosa | Payroll for Final pay period ending 08/10/18 | 263.29 |
| 08/11/18 | 14575 | Brittney Hunter | Payroll for Final pay period ending 08/10/18 | 233.42 |
| 08/11/18 | 14576 | Diwayna McClendon | Payroll for Final pay period ending 08/10/18 | 237.11 |
| 08/11/18 | 14577 | Amanda Morales | Payroll for Final pay period ending 08/10/18 | 608.54 |
| 08/11/18 | 14578 | Amanda Moreno | Payroll for Final pay period ending 08/10/18 | 237.98 |
| 08/11/18 | 14579 | Cassandra Perez | Payroll for Final pay period ending 08/10/18 | 37.95 |
| 08/11/18 | 14580 | Shayla Scott | Payroll for Final pay period ending 08/10/18 | 765.84 |
| 08/11/18 | 14581 | Priscilla Teague | Payroll for Final pay period ending 08/10/18 | 823.73 |
| 08/11/18 | 14582 | Valerie Banuelos | Payroll for Final pay period ending 08/10/18 | 751.84 |
| 08/11/18 | 14583 | Teddy Chambers | Payroll for Final pay period ending 08/10/18 | 278.12 |
| 08/11/18 | 14584 | Lola Jackson | Payroll for Final pay period ending 08/10/18 | 136.99 |
| 08/11/18 | 14585 | Benjamin Satchell | Payroll for Final pay period ending 08/10/18 | 445.93 |
| 08/11/18 | 14586 | Cornelio Villegas | Payroll for Final pay period ending 08/10/18 | 337.58 |
| 08/11/18 | 14587 | Daniel Barker | Payroll for Final pay period ending 08/10/18 | 383.99 |
| 08/11/18 | 14588 | Mark T Terrell | Payroll for Final pay period ending 08/10/18 | 373.99 |
| 08/11/18 | 14589 | Joe Espino | Payroll for Final pay period ending 08/10/18 | 690.58 |
| 08/11/18 | 14590 | Earnest Gonzalez | Payroll for Final pay period ending 08/10/18 | 1,356.23 |
| 08/11/18 | 14591 | Reynaldo Lopez | Payroll for Final pay period ending 08/10/18 | 192.64 |
| 08/11/18 | 14592 | Marcelo Martinez | Payroll for Final pay period ending 08/10/18 | 15.59 |
| 08/11/18 | 14593 | Atanacio R Morales | Payroll for Final pay period ending 08/10/18 | 523.12 |
| 08/11/18 | 14594 | Michael S Adams | Payroll for Final pay period ending 08/10/18 | 472.35 |
| 08/11/18 | 14595 | Isaiah Cochane | Payroll for Final pay period ending 08/10/18 | 204.20 |
| 08/11/18 | 14596 | Bobby Dickens Jr. | Payroll for Final pay period ending 08/10/18 | 253.60 |

Support for MOR - 3

| CASE NAME: | Reagor-Dykes Amarillo, LP |
|---|---|
| CASE NUMBER: | 18-50216 |

d: 08/01/18 to 08/31/18

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 08/11/18 | 14597 | Gabriel Flores | Payroll for Final pay period ending 08/10/18 | 276.89 |
| 08/11/18 | 14598 | Jay Floyd | Payroll for Final pay period ending 08/10/18 | 123.91 |
| 08/11/18 | 14599 | Tatonya Garcia | Payroll for Final pay period ending 08/10/18 | 366.22 |
| 08/11/18 | 14600 | Ivien Gonzales | Payroll for Final pay period ending 08/10/18 | 188.10 |
| 08/11/18 | 14601 | Maria Guillen | Payroll for Final pay period ending 08/10/18 | 316.67 |
| 08/11/18 | 14602 | Samuel Letkeman | Payroll for Final pay period ending 08/10/18 | 414.09 |
| 08/11/18 | 14603 | Ricardo Lujan | Payroll for Final pay period ending 08/10/18 | 257.87 |
| 08/11/18 | 14604 | Christopher Pierce | Payroll for Final pay period ending 08/10/18 | 437.89 |
| 08/11/18 | 14605 | Jacob Van | Payroll for Final pay period ending 08/10/18 | 303.82 |
| 08/11/18 | 14606 | Wendelyn Young | Payroll for Final pay period ending 08/10/18 | 383.98 |
| 08/11/18 | 14607 | Richard Zimmerman | Payroll for Final pay period ending 08/10/18 | 477.96 |
| 08/11/18 | 14608 | Brody Alexander | Payroll for Final pay period ending 08/10/18 | 585.29 |
| 08/16/18 | 14610 | Mistry Canaday | Payroll for pay period ending 08/16/18 | 1,387.67 |
| 08/16/18 | 14611 | Joann Davidson | Payroll for pay period ending 08/16/18 | 1,647.77 |
| 08/16/18 | 14612 | Justin Canava | Payroll for pay period ending 08/16/18 | 297.41 |
| 08/16/18 | 14613 | Justin Lopez | Payroll for pay period ending 08/16/18 | 1,078.99 |
| 08/16/18 | 14614 | Cassi Romo | Payroll for pay period ending 08/16/18 | 578.74 |
| 08/16/18 | 14615 | Devin Ybarra | Payroll for pay period ending 08/16/18 | 930.21 |
| 08/16/18 | 14616 | Jeffrey L Hogg | Payroll for pay period ending 08/16/18 | 278.35 |
| 08/16/18 | 14617 | Mark L Joplin | Payroll for pay period ending 08/16/18 | 308.33 |
| 08/16/18 | 14618 | Saul Hernandez | Payroll for pay period ending 08/16/18 | 465.38 |
| 08/30/18 | 14620 | Mistry Canaday | Payroll for pay period ending 08/30/18 | 822.85 |
| 08/30/18 | 14621 | Missouri Clanton | Payroll for pay period ending 08/30/18 | 281.61 |
| 08/30/18 | 14622 | Justin Lopez | Payroll for pay period ending 08/30/18 | 874.33 |
| 08/30/18 | 14623 | Saul Hernandez | Payroll for pay period ending 08/30/18 | 322.86 |
| 08/31/18 | EFT | Prosperity Bank | Bank Fees | 149.74 |
| | | | Total Cash Disbursements - Payroll Account | 127,476.17 |

Support for MOR-3-Aug-18

Support for MOR-3-Aug-18

Support for MOR-3-Aug-18

**MOR - 4**
**(AR, AP Aging; Taxes AP Status)**

| CASE NAME: | Reagor-Dykes Motors, LP | | | |
|---|---|---|---|---|
| CASE NUMBER: | 18-50214 | MONTH: | August 2018 | |

| ACCOUNTS RECEIVABLE AGING | Filing Date 8/01/18 | Aug-18 | Sep-18 | Oct-18 |
|---|---|---|---|---|
| 1. 0-30 | 2,146,115 | 1,704,285 | | |
| 2. 31-60 | 931,408 | 931,408 | | |
| 3. 61-90 | 201,597 | 201,597 | | |
| 4. 91+ | 808,547 | 808,547 | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | 4,087,667 | 3,645,837 | - | - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | 9,505 | 9,505 | | |
| 7. ACCOUNTS RECEIVABLE (NET) | 4,078,162 | 3,636,333 | - | - |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | MONTH: | August $2,018 | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. FEDERAL | 9,312 | | | | 9,312 |
| 2. STATE | 14 | | | | 14 |
| 3. LOCAL | | | | | - |
| 4. OTHER (ATTACH LIST) | | | | | - |
| 5. TOTAL TAXES PAYABLE | 9,326 | - | - | - | 9,326 |
| 6. ACCOUNTS PAYABLE | 16,022 | | | | 16,022 |

| STATUS OF POSTPETITION TAXES | | MONTH: | August $2,018 | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING | | | | 3,274 |
| 2. FICA-EMPLOYEE | | | | 3,014 |
| 3. FICA-EMPLOYER | | | | 3,014 |
| 4. UNEMPLOYMENT | | | | 10 |
| 5. INCOME | | | | - |
| 6. OTHER (ATTACH LIST) | | | | - |
| 7. TOTAL FEDERAL TAXES | - | - | - | 9,312 |
| **STATE AND LOCAL** | | | | |
| 8. WITHHOLDING | | | | - |
| 9. SALES | | | | - |
| 10. EXCISE | | | | - |
| 11. UNEMPLOYMENT | | | | 14 |
| 12. REAL PROPERTY | | | | - |
| 13. PERSONAL PROPERTY | | | | - |
| 14. OTHER (ATTACH LIST) | | | | - |
| 15. TOTAL STATE & LOCAL | - | - | - | 14 |
| 16. TOTAL TAXES | - | - | - | 9,326 |

**MOR-5**
**(Bank Reconciliation)**

| CASE NAME: | Reagor-Dykes Motors, LP |
|---|---|
| CASE NUMBER: | 18-50214 |

MONTH OF AUGUST    MONTH: August 2018

| BANK RECONCILIATIONS | Post Petition Operating Account #1 | Post Petition Payroll Account #2 | Pre Petition Operating Account #3 | Pre Petition Operating Account #4 | Pre Petition Operating Account #5 | Pre Petition Operating Account #6 | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. BANK: | Prosperity Bank | Prosperity Bank | Lamesa National Bank | IBC Bank | AIM Bank | FMCC | | | |
| B. ACCOUNT NUMBER: | 1134 | 1142 | 1295 | 1781 | 1179 | 9106 | | | TOTAL |
| C. PURPOSE (TYPE): | Operating | Payroll | Operating | Operating | Operating | Operating | | | |
| 1. BALANCE PER BANK STATEMENT | 323,620 | 450,270 | 75,065 | 4,674 | 17,233 | 383,000 | | | 1,253,862 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | - | - | | | | | | | - |
| 3. SUBTRACT: OUTSTANDING CHECKS | - | 2,341 | | | | | | | 2,341 |
| 4. OTHER RECONCILING ITEMS | | - | | | | (383,000) | | | (383,000) |
| 5. MONTH END BALANCE PER BOOKS | 323,620 | 447,929 | 75,065 | 4,674 | 17,233 | - | - | - | 868,521 |
| 6. NUMBER OF LAST CHECK WRITTEN | N/A | 1,806 | | | | | | | |

Disclosed in SOFA as Cash;
Reclassed against FMCC N/P

| INVESTMENT ACCOUNTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | | | | | PURCHASE PRICE | CURRENT VALUE |
| 7. First Capital Bank | 7316 | | Money Market | | | | | | 6,026 |
| 8. American Century Funds | 757 | | Stock Funds | | | | | | 2,000 |
| 9. American Century Funds | 325 | | Stock Funds | | | | | | - |
| 10. American Century Funds | 803 | | Stock Funds | | | | | | - |
| 11. First Capital Bank | 2500 | | CD | | | | | | 2,512,901 |
| 12. TOTAL INVESTMENTS | | | | | | | | - | 2,520,927 |

**CASH**

| 13. CURRENCY ON HAND | | | | | | | | | - |
|---|---|---|---|---|---|---|---|---|---|
| 14. **TOTAL CASH - END OF MONTH** | | | | | | | | | 3,389,448 |

**MOR - 6**
(Payments to Insiders and Professionals)

| CASE NAME: | Reagor-Dykes Motors, LP |
|---|---|
| CASE NUMBER: | 18-50214 |

MONTH: August 2018

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | - | - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. N/A | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | - | - | - |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | - | - | - |

\* For all RDAG Bankrupt Companies, an estimated $344,000 was incurred for August 2018 professional fees.

MOR - 7

| CASE NAME: | Reagor-Dykes Motors, LP |
|---|---|
| CASE NUMBER: | 18-50214 |

MONTH: August 2018

### QUESTIONNAIRE

| | | YES | NO | |
|---|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X | |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X | Note 8.1 |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X | |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | | Note 8.2 |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X | |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X | |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X | |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X | |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X | |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X | |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

**8.1** Funds Transferred from American Century Investment account to Post Petition DIP bank account to Prosperity Payroll Account;
**8.2** Wages and payable accrued as of Filing Date of $161,322 were paid in August 2018;
$47,500 was paid to Ford Motor Credit Company on pre-petition debt;

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
|---|---|---|---|---|
| Workers' Compensation | Texas Mutual | 07/01/18 - 07/01/19 | $21,285 paid monthly | |
| General Liability | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Property (Fire, Theft) | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Vehicle | Risk Point | 09/01/18 - 09/30/18 | $30,000 paid monthly, for one month extension | |
| Other: | | | | |
| Umbrella | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| EE Benefits Liability | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Auto Dealers GL | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Crime, Cyber, Identity | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |

**8** Insurance policies are written through a non-debtor affiliate (Reagor Auto Mall, LTD) and premiums are allocated based on revenue, employee count, and other factors. The debtors allocated portion of the premiums is $32,426