| CASE NAME: | Reagor-Dykes Plainview, LP |
|---|---|
| CASE NUMBER: | 18-50218 |
| JUDGE: | Robert Jones |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN & EASTERN DISTRICTS OF TEXAS

# REGION 6

# MONTHLY OPERATING REPORT

**MONTH ENDING:**    August    2018
                        MONTH        YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_                                   Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                 TITLE

Robert Schleizer                                         26-Oct-18
PRINTED NAME OF RESPONSIBLE PARTY                          DATE

**PREPARER:** _[signature]_

                                                                       Chief Financial Officer
ORIGINAL SIGNATURE OF PREPARER                                  TITLE

Lyndon James                                               October 26+, 2018
PRINTED NAME OF PREPARER                                                    DATE

**Reagor Dykes Plainview**
**Case Number: 18-20218**
**MOR-1 - Assets**

MOR - 1
(Assets)

| Balance Sheet | Notes | Filing Date 8/01/18 | 8/31/2018 |
|---|---|---|---|
| **ASSETS** | | | |
| UNRESTRICTED CASH | 8.1 | 158,236 | 81,716 |
| RESTRICTED CASH | 8.2 | 2,037,882 | 1,959,882 |
| **TOTAL CASH** | | **2,196,119** | **2,041,599** |
| ACCOUNTS RECEIVABLE (NET) | | 1,414,088 | 1,398,227 |
| INVENTORY | | 10,296,320 | 10,295,710 |
| NOTES RECEIVABLE | | - | - |
| PREPAID EXPENSES | | - | - |
| OTHER (ATTACH LIST) | | - | - |
| **TOTAL CURRENT ASSETS** | | **13,906,527** | **13,735,536** |
| | | | |
| PROPERTY, PLANT & EQUIPMENT | | 338,191 | 338,191 |
| LESS: ACCUMULATED DEPRECIATION | | (61,048) | (63,240) |
| **NET PROPERTY, PLANT & EQUIPMENT** | | **277,143** | **274,951** |
| | | | |
| NOTES RECEIVABLE - DUE FROM INSIDERS | | 159,333 | 159,333 |
| OTHER ASSETS - NET OF AMORT | | - | - |
| OTHER (ATTACH LIST) | | - | - |
| **TOTAL ASSETS** | | **14,343,002** | **14,169,820** |

**Notes:**

**8.1** August 2018 includes $113,000 reclassification from cash of FMCC Cash Management account to an offset to secured debt
**8.2** August 2018 includes transfer to Unrestricted Cash to fund opening balances in the DIP Postpetition bank accounts;

**Reagor Dykes Plainview**  
**Case Number: 18-20218**  
**Support MOR-1 - Assets**

Support for  
MOR - 1 Assets

|  | Notes | Filing Date 8/01/18 | 8/31/2018 |
|---|---|---|---|
| **ACCOUNTS RECEIVABLE** | | | |
| AR - Vehicles | | 1,240,227 | 1,224,390 |
| AR - Parts, Service, & Body Shop | | 211,589 | 211,566 |
| AR - Holdback | | 182,396 | 182,396 |
| AR - Incentives | | 179,302 | 179,302 |
| AR - Finance | | 124,699 | 124,699 |
| AR - Warranty | | 64,385 | 64,385 |
| AR - Employees | | 4,385 | 4,385 |
| Allowance for Doubtful Acct | | (592,895) | (592,895) |
| **TOTAL ACCOUNTS RECEIVABLE:** | | **1,414,087** | **1,398,226** |
| | | | |
| **INVENTORY** | | | |
| Vehicles | | 9,870,854 | 9,870,854 |
| Parts | | 425,466 | 424,856 |
| **TOTAL INVENTORY:** | | **10,296,320** | **10,295,710** |
| | | | |
| **PROPERTY PLANT AND EQUIPMENT** | | | |
| Real Property | | 186,033 | 186,033 |
| Autos, Machinery & Equipment | | 94,631 | 94,631 |
| Office, Furniture & Fixtures | | 57,527 | 57,527 |
| **TOTAL PROPERTY PLANT AND EQUIPMENT:** | | **338,191** | **338,191** |
| Less: Accumulated Depreciation | | | |
| Accum Dep - Real Property | | (11,136) | (11,563) |
| Accum Dep - Autos, Machinery & Equipment | | (31,009) | (32,102) |
| Accum Dep - Office, Furniture & Fixtures | | (18,903) | (19,575) |
| **TOTAL ACCUMULATATED DEPRECIATION:** | | **(61,048)** | **(63,240)** |
| **PROPERTY PLANT AND EQUIPMENT (NET):** | | **277,143** | **274,951** |
| | | | |
| **NOTES RECEIVABLE - DUE FROM INSIDERS** | | | |
| Rick Dykes | | 79,667 | 79,667 |
| Bart Reagor | | 79,667 | 79,667 |
| **TOTAL  NOTES RECEIVABLE - DUE FROM INSIDERS:** | | **159,333** | **159,333** |

**Reagor Dykes Plainview**
**Case Number: 18-20218**
**MOR-1 - Liabilities & Equity**

**MOR - 1**
**(Liabilities & Equity)**

| | Notes | Filing Date 8/01/18 | 8/31/2018 |
|---|---|---|---|
| **POSTPETITION LIABILITIES** | | | |
| ACCOUNTS PAYABLE | | NA | - |
| TAXES PAYABLE | | NA | 5,521 |
| NOTES PAYABLE | | NA | - |
| PROFESSIONAL FEES | | NA | - |
| SECURED DEBT | | NA | - |
| OTHER (ATTACH LIST) | | NA | 9,837 |
| **Total Postpetition Liabilities** | | | **15,359** |
| **PREPETITION LIABILITIES** | | | |
| SECURED DEBT | | 20,308,836 | 20,195,836 |
| PRIORITY DEBT | | 91,026 | 35,389 |
| UNSECURED DEBT | | 1,102,988 | 1,102,988 |
| OTHER (ATTACH LIST) | | - | - |
| **Total Prepetition Liabilities** | | **21,502,850** | **21,334,212** |
| **Total Liabilities** | | **21,502,850** | **21,349,571** |
| **EQUITY** | | | |
| PREPETITION OWNERS' EQUITY | | (7,159,847) | (7,159,847) |
| POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | - | (19,904) |
| DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | - | - |
| **TOTAL EQUITY** | | **(7,159,847)** | **(7,179,751)** |
| **TOTAL LIABILITIES AND EQUITY** | | **14,343,002** | **14,169,820** |

**Reagor Dykes Plainview**
**Case Number: 18-20218**
**Support MOR-1 - Liabilities & Equity**
**Prepetition Liabilities & Equity**

**Support for MOR - 1 Liabilities & Equity (Prepetition)**

|  | Notes | Filing Date 8/01/18 | 8/31/2018 |
|---|---|---|---|
| **NOTES PAYABLE - SECURED** | | | |
| Ford Motor Credit (FMCC) | | 15,964,252 | 15,964,252 |
| Less Cash Management Offset | 8.1 | - | (113,000) |
| **NET FMCC NOTES PAYABLE** | | **15,964,252** | **15,851,252** |
| First Capital Bank | 8.2 | 2,442,093 | 2,442,093 |
| VISTA Bank CD LOC | | 848,444 | 848,444 |
| VISTA CD Zurich | | 596,880 | 596,880 |
| AIM Bank | | 457,167 | 457,167 |
| **TOTAL NOTES PAYABLE - SECURED** | | **20,308,836** | **20,195,836** |
| **OTHER SECURED DEBT** | | | |
| None | | | - |
| **TOTAL OTHER SECURED DEBT** | | **-** | **-** |
| **TOTAL SECURED PREPETITION LIABILITIES** | | **20,308,836** | **20,195,836** |
| | | | |
| **UNSECURED PREPETITION LIABILITIES (PRIORITY)** | | | |
| Wages Payable | | 71,118 | 15,272 |
| Accrued Payroll Taxes | | 17,914 | 18,123 |
| Accrued Unemployment Tax | | 209 | 209 |
| Sales Taxes Payable | | 1,786 | 1,786 |
| **TOTAL UNSECURED PREPETITION LIABILITIES (PRIORITY)** | | **91,026** | **35,389** |
| | | | |
| **UNSECURED PREPETITION LIABILITIES (NON-PRIORITY)** | | | |
| AP - Vehicle Lien Payoff | | 355,798 | 355,798 |
| AP Dealer Trade | | 258,959 | 258,959 |
| AP Trade | | 197,811 | 197,811 |
| AP Other | | 148,040 | 148,040 |
| Sales Tax Payable - Vehicle | | 105,844 | 105,844 |
| AP Customer Accommodations | | 31,604 | 31,604 |
| Vehicle Inventory Tax (VIT) Payable | | 4,933 | 4,933 |
| Service Contract Payable | | | - |
| Warranty Payable | | | - |
| **TOTAL UNSECURED PREPETITION LIABILITIES (NON-PRIORITY)** | | **1,102,988** | **1,102,988** |
| | | | |
| **TOTAL PREPETION LIABILITIES** | | **21,502,850** | **21,334,213** |

**Notes:**

**8.1** Change represents reclass from FMCC Cash Management to Notes Payable - Contra Account named Cash Management Offset;

**8.2** First Capital NP agreement holds each RDAG bankruptcy entity, except Reagor Dykes Motors (SDF) for outstanding loan amount. Loan is fully collateralized by certificate of deposit from Reagor Dykes Motors.

**Reagor Dykes Plainview**
**Case Number: 18-20218**
**Support MOR-1 - Liabilities**
**Postpetition Liabilities**

Support for MOR - 1 Liabilities (Postpetition)

|  | Notes | 8/31/2018 |
|---|---|---|
| **ACCOUNTS PAYABLE** | | |
| AP Trade | | |
| AP Dealer Trade | | |
| AP Customer Accommodations | | |
| AP - Vehicle Lien Payoff | | |
| **TOTAL ACCOUNTS PAYABLE:** | | - |
| **TAXES PAYABLE** | | |
| Payroll Tax | | 5,521 |
| Property Tax | | |
| Sales Tax | | |
| Vehicle Inventory Tax (VIT) | | |
| Other Taxes | | |
| **TOTAL TAXES PAYABLE:** | | **5,521** |
| | | |
| **PROFESSIONAL FEES** | | |
| **SECURED DEBT** | | |
| | | |
| **OTHER ACCRUED EXPENSES** | | |
| Wages Payable | | 9,837 |
| Other Accrued | | |
| **TOTAL OTHER ACCRUED EXPENSES:** | | **9,837** |
| | | |
| **TOTAL POSTPETITION LIABILITIES** | | **15,359** |

**Reagor Dykes Plainview**     MOR - 2
**Case Number: 18-20218**     (Income
**MOR-2**     Statement)

| INCOME STATEMENT | Notes | Aug 2018 | Filing to Date |
|---|---|---|---|
| **REVENUE** | | | |
|     GROSS REVENUES | | 10,216 | 10,216 |
|     VEHICLES (New and Used) | | | - |
|     FINANCE, INSURANCE AND WARRANTY | | | - |
|     SERVICE AND PARTS | | 2,032 | 2,032 |
|     LESS: RETURNS & DISCOUNTS | | | - |
|     **NET REVENUE** | | **12,248** | **12,248** |
| **COST OF GOODS SOLD** | | | |
|     VEHICLES (NEW AND USED) | | | - |
|     FINANCE, INSURANCE AND WARRANTY | | | - |
|     SERVICE AND PARTS | | 610 | 610 |
|     LESS: RETURNS & DISCOUNTS | | | - |
|     **TOTAL COST OF GOODS SOLD** | | **610** | **610** |
| **OPERATING EXPENSES** | | | |
|     OFFICER / INSIDER COMPENSATION | | | - |
|     SELLING & MARKETING | | | - |
|     GENERAL & ADMINISTRATIVE | | 31,542 | 31,542 |
|     RENT & LEASE | | | - |
|     OTHER (ATTACH LIST) | | | - |
|     **TOTAL OPERATING EXPENSES** | | **31,542** | **31,542** |
| **INCOME BEFORE NON-OPERATING INCOME AND EXPENSES** | | **(19,904)** | **(19,904)** |
| **OTHER INCOME & EXPENSES** | | | |
|     NON-OPERATING INCOME (ATTACH LIST) | | | - |
|     NON-OPERATING EXPENSE (ATTACH LIST) | | | - |
|     INTEREST EXPENSE | | | - |
|     DEPRECIATION / DEPLETION | | | - |
|     AMORTIZATION | | | - |
|     OTHER (ATTACH LIST) | | | - |
|     **NET OTHER (INCOME) & EXPENSES** | | **-** | **-** |
| **REORGANIZATION EXPENSES** | | | |
|     PROFESSIONAL FEES | | | - |
|     U.S. TRUSTEE FEES | | | - |
|     OTHER (ATTACH LIST) | | | - |
|     **TOTAL REORGANIZATION EXPENSES** | | **-** | **-** |
| **INCOME TAX** | | | |
| **NET PROFIT (LOSS)** | | **(19,904)** | **(19,904)** |

**MOR-3**
**(Cash Receipts and Disbursements)**

| CASE NAME: | Reagor-Dykes Plainview, LP |
|---|---|
| CASE NUMBER: | 18-50218 |

**MONTH OF AUGUST 2018**

| CASH RECEIPTS AND DISBURSEMENTS | NOTES | Aug-18 | Sep-18 | 18-Oct | QUARTER |
|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | - | 36,480 | 36,480 | |
| **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. CASH - SALES AND SERVICE | | 28,109 | | | 28,109 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. PREPETITION | | | | | - |
| 4. POSTPETITION | | | | | - |
| 5. TOTAL OPERATING RECEIPTS | | 28,109 | - | - | 28,109 |
| **NON-OPERATING RECEIPTS** | | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | - | | | - |
| 7. SALE OF ASSETS | | | | | - |
| 8. OTHER (ATTACH LIST) | | 78,000 | | | 78,000 |
| 9. TOTAL NON-OPERATING RECEIPTS | | 78,000 | - | - | 78,000 |
| 10. TOTAL RECEIPTS | | 106,109 | - | - | 106,109 |
| 11. TOTAL CASH AVAILABLE | | 106,109 | 36,480 | 36,480 | |
| **OPERATING DISBURSEMENTS** | | | | | |
| 12. NET PAYROLL | | 69,429 | | | 69,429 |
| 13. PAYROLL TAXES PAID | | - | | | - |
| 14. SALES, USE & OTHER TAXES PAID | | - | | | - |
| 15. SECURED / RENTAL / LEASES | | 148 | | | 148 |
| 16. UTILITIES | | - | | | - |
| 17. INSURANCE | | - | | | - |
| 18. INVENTORY PURCHASES | | - | | | - |
| 19. VEHICLE EXPENSES | | - | | | - |
| 20. TRAVEL | | - | | | - |
| 21. ENTERTAINMENT | | - | | | - |
| 22. REPAIRS & MAINTENANCE | | - | | | - |
| 23. SUPPLIES | | - | | | - |
| 24. ADVERTISING | | - | | | - |
| 25. OTHER (ATTACH LIST) | | 52 | | | 52 |
| 26. TOTAL OPERATING DISBURSEMENTS | | 69,629 | - | - | 69,629 |
| **REORGANIZATION EXPENSES** | | | | | |
| 27. PROFESSIONAL FEES | | | | | - |
| 28. U.S. TRUSTEE FEES | | | | | - |
| 29. OTHER (ATTACH LIST) | | | | | - |
| 30. TOTAL REORGANIZATION EXPENSES | | - | - | - | - |
| 31. TOTAL DISBURSEMENTS | | 69,629 | - | - | 69,629 |
| 32. NET CASH FLOW | | 36,480 | - | - | 36,480 |
| 33. CASH - END OF MONTH | | 36,480 | 36,480 | 36,480 | |

Support for MOR - 3

| CASE NAME: | Reagor-Dykes Amarillo, LP |
|---|---|
| CASE NUMBER: | 18-50216 |

d: 08/01/18 to 08/31/18

**Reagor-Dykes Plainview, LP - Operating Account**
**CASH RECEIPTS DETAIL**  Account No: 216451134

| Date | Payer | Description | Amount |
|---|---|---|---|
| **CASH RECEIPTS DETAIL** | | Account No: | 216451134 |
| 08/10/18 | Reagor-Dykes Auto Plainview, LP | Transfer from payroll Acct #218358134 | 16,837.62 |
| | | Total Cash Receipts | 16,837.62 |

**CASH DISBURSEMENTS DETAIL**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 08/13/18 | EFT | Metro Self Storage | Storage | 148.00 |
| 08/31/18 | EFT | Prosperity Bank | Bank Fees | 18.06 |
| | | | Total Cash Disbursements | 166.06 |

**Reagor-Dykes Plainview, LP- Payroll Account**
**CASH RECEIPTS DETAIL**  Account No: 216451142

| Date | Payer | Description | Amount |
|---|---|---|---|
| 08/02/18 | Transfer from American Century Fund | Initial deposit | 78,000.00 |
| 08/06/18 | Specific payer information not captured on deposit detail | Service | 23.73 |
| 08/06/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 15,837.18 |
| 08/06/18 | Specific payer information not captured on deposit detail | Service | 126.32 |
| 08/09/18 | Specific payer information not captured on deposit detail | Service | 350.39 |
| 08/09/18 | Specific payer information not captured on deposit detail | Service | 500.00 |
| 08/10/18 | Reagor-Dykes Plainview, LP | Transfer to operating acct#218358126 | (16,837.62) |
| 08/17/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 737.14 |
| 08/17/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 3,062.37 |
| 08/20/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 756.80 |
| 08/20/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 3,938.00 |
| 08/21/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 441.44 |
| 08/22/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 642.00 |
| 08/23/18 | Specific payer information not captured on deposit detail | Gross Sales Proceeds | 638.71 |
| 08/28/18 | Specific payer information not captured on deposit detail | Service | 364.50 |
| 08/31/18 | Specific payer information not captured on deposit detail | Service | 690.62 |
| | | Total Cash Receipts | 89,271.58 |

**CASH DISBURSEMENTS DETAIL**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 08/02/18 | 4415 | Alec Estes | Payroll for pay period ending 07/28/18 | 716.79 |
| 08/02/18 | 4416 | Heriberto Garcia | Payroll for pay period ending 07/28/18 | 1,609.00 |
| 08/02/18 | 4417 | Nathan Hambin | Payroll for pay period ending 07/28/18 | 826.89 |
| 08/02/18 | 4418 | Kelly Loredo-DeLeon | Payroll for pay period ending 07/28/18 | 1,510.33 |
| 08/02/18 | 4419 | matthew Salazar | Payroll for pay period ending 07/28/18 | 695.85 |
| 08/02/18 | 4420 | Nikki Wall-White | Payroll for pay period ending 07/28/18 | 638.02 |
| 08/02/18 | 4421 | Erik Demster | Payroll for pay period ending 07/28/18 | 1,264.46 |
| 08/02/18 | 4422 | Derel Franco | Payroll for pay period ending 07/28/18 | 765.91 |
| 08/02/18 | 4423 | Jonathan Delarosa | Payroll for pay period ending 07/28/18 | 727.21 |
| 08/02/18 | 4424 | David H Andrai | Payroll for pay period ending 07/28/18 | 912.43 |
| 08/02/18 | 4425 | Trey Braxton | Payroll for pay period ending 07/28/18 | 687.21 |
| 08/02/18 | 4426 | Malachi Delapaz | Payroll for pay period ending 07/28/18 | 490.91 |
| 08/02/18 | 4427 | Valerie Esquivel | Payroll for pay period ending 07/28/18 | 168.08 |

**Support for MOR - 3**

| CASE NAME: | Reagor-Dykes Amarillo, LP |
|---|---|
| CASE NUMBER: | 18-50216 |

d: 08/01/18 to 08/31/18

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---:|
| 08/02/18 | 4428 | Roberto Guerrero | Payroll for pay period ending 07/28/18 | 629.53 |
| 08/02/18 | 4429 | Avysh Hervey | Payroll for pay period ending 07/28/18 | 822.15 |
| 08/02/18 | 4430 | Gerardo Mora | Payroll for pay period ending 07/28/18 | 1,304.03 |
| 08/02/18 | 4431 | Andrew Rogers | Payroll for pay period ending 07/28/18 | 2,372.81 |
| 08/02/18 | 4432 | Nicolas Ruiz | Payroll for pay period ending 07/28/18 | 589.22 |
| 08/02/18 | 4433 | Melviin Shivers | Payroll for pay period ending 07/28/18 | 1,053.26 |
| 08/02/18 | 4434 | Antonio Sosa | Payroll for pay period ending 07/28/18 | 1,115.38 |
| 08/02/18 | 4435 | Mark Warren | Payroll for pay period ending 07/28/18 | 641.31 |
| 08/02/18 | 4436 | Jason White | Payroll for pay period ending 07/28/18 | 1,212.22 |
| 08/02/18 | 4437 | Demi Arrendondo | Payroll for pay period ending 07/28/18 | 797.12 |
| 08/02/18 | 4438 | Elaina Cabral | Payroll for pay period ending 07/28/18 | 1,710.71 |
| 08/02/18 | 4439 | Destany Delacruz | Payroll for pay period ending 07/28/18 | 730.44 |
| 08/02/18 | 4440 | Linda Hernandez | Payroll for pay period ending 07/28/18 | 746.43 |
| 08/02/18 | 4441 | Stephanie Hernandez | Payroll for pay period ending 07/28/18 | 440.61 |
| 08/02/18 | 4442 | Marissa Pantoja | Payroll for pay period ending 07/28/18 | 915.40 |
| 08/02/18 | 4443 | Danielle Rosales | Payroll for pay period ending 07/28/18 | 552.30 |
| 08/02/18 | 4444 | Mercedes Vera | Payroll for pay period ending 07/28/18 | 818.51 |
| 08/09/18 | 4445 | Capital Bank & Trust | Employee benefits 401k | 1,913.73 |
| 08/11/18 | 4446 | Thomas Curry | Commission for pay period ending 08/4/18 | 1,881.89 |
| 08/11/18 | 4447 | Jacob Degollado | Commission for pay period ending 08/4/18 | 771.42 |
| 08/11/18 | 4448 | Michelle Duran | Commission for pay period ending 08/4/18 | 4,382.58 |
| 08/11/18 | 4449 | Wade McClintock | Commission for pay period ending 08/4/18 | 4,406.23 |
| 08/11/18 | 4450 | Jose A Medina | Commission for pay period ending 08/4/18 | 2,800.55 |
| 08/11/18 | 4451 | Paul Ramirez | Commission for pay period ending 08/4/18 | 2,768.92 |
| 08/11/18 | 4452 | Leann Ruiz | Commission for pay period ending 08/4/18 | 1,575.19 |
| 08/11/18 | 4453 | Anson Salazar | Commission for pay period ending 08/4/18 | 1,399.07 |
| 08/11/18 | 4454 | Lamin Sawaneh | Commission for pay period ending 08/4/18 | 1,850.34 |
| 08/11/18 | 4455 | Lincoln Zapata | Commission for pay period ending 08/4/18 | 770.63 |
| 08/11/18 | 4456 | Heriberto Garcia | Payroll for Final pay period ending 08/10/18 | 823.26 |
| 08/11/18 | 4457 | Nathan Hamblin | Payroll for Final pay period ending 08/10/18 | 485.45 |
| 08/11/18 | 4459 | Matthew Salazar | Payroll for Final pay period ending 08/10/18 | 161.25 |
| 08/11/18 | 4460 | Nikki Wall-White | Payroll for Final pay period ending 08/10/18 | 259.25 |
| 08/11/18 | 4461 | Eric Demster | Payroll for Final pay period ending 08/10/18 | 1,065.58 |
| 08/11/18 | 4462 | Jonathan Delarosa | Payroll for Final pay period ending 08/10/18 | 282.30 |
| 08/11/18 | 4463 | David H Andrae | Payroll for Final pay period ending 08/10/18 | 107.37 |
| 08/11/18 | 4464 | Trey Braxton | Payroll for Final pay period ending 08/10/18 | 220.03 |
| 08/11/18 | 4465 | Malachi Delapaz | Payroll for Final pay period ending 08/10/18 | 109.44 |
| 08/11/18 | 4466 | Roberto Guerrero | Payroll for Final pay period ending 08/10/18 | 91.39 |
| 08/11/18 | 4467 | Avysh Hervey | Payroll for Final pay period ending 08/10/18 | 252.38 |
| 08/11/18 | 4468 | Gerardo Mora | Payroll for Final pay period ending 08/10/18 | 366.15 |
| 08/11/18 | 4469 | Nicholas Ruiz | Payroll for Final pay period ending 08/10/18 | 152.37 |
| 08/11/18 | 4472 | Antonio Sosa | Payroll for Final pay period ending 08/10/18 | 148.96 |
| 08/11/18 | 4473 | Mark Warren | Payroll for Final pay period ending 08/10/18 | 331.06 |
| 08/11/18 | 4474 | Demi Arredondo | Payroll for Final pay period ending 08/10/18 | 290.98 |
| 08/11/18 | 4475 | Destany Delacruz | Payroll for Final pay period ending 08/10/18 | 284.91 |
| 08/11/18 | 4476 | Melvin Shivers | Payroll for Final pay period ending 08/10/18 | 370.90 |
| 08/11/18 | 4476 | Linda Hernandez | Payroll for Final pay period ending 08/10/18 | 139.44 |
| 08/11/18 | 4477 | Marissa Pantoja | Payroll for Final pay period ending 08/10/18 | 310.37 |
| 08/11/18 | 4478 | Danielle Rosales | Payroll for Final pay period ending 08/10/18 | 281.05 |
| 08/11/18 | 4479 | Mercedes Vera | Payroll for Final pay period ending 08/10/18 | 281.41 |
| 08/11/18 | 4480 | Valerie Exquivel | Commission for pay period ending 08/4/18 | 1,399.10 |
| 08/16/18 | 4481 | Alec Estes | Payroll for pay period ending 08/16/18 | 540.99 |
| 08/16/18 | 4482 | Kelly Loredo-DeLeon | Payroll for pay period ending 08/16/18 | 864.36 |
| 08/16/18 | 4485 | Derek Franco | Payroll for pay period ending 08/16/18 | 382.75 |
| 08/16/18 | 4486 | Andrew Rogers | Payroll for pay period ending 08/16/18 | 1,175.48 |
| 08/16/18 | 4487 | Jason White | Payroll for pay period ending 08/16/18 | 611.43 |
| 08/16/18 | 4489 | Elaina Cabral | Payroll for pay period ending 08/16/18 | 1,845.71 |
| 08/16/18 | 4490 | Nikki Wall-White | Payroll for pay period ending 08/16/18 | 73.88 |
| 08/30/18 | 4492 | Kelly Loredo-DeLeon | Payroll for pay period ending 08/30/18 | 487.90 |
| 08/30/18 | 4493 | Andrew Rogers | Payroll for pay period ending 08/30/18 | 960.26 |
| 08/30/18 | 4494 | Elaina Cabral | Payroll for pay period ending 08/30/18 | 2,286.55 |
| 08/31/18 | EFT | Prosperity Bank | Bank Fees | 34.42 |
| | | | Total Cash Disbursements - Payroll Account | 69,463.20 |

**MOR - 4**
**(AR, AP Aging;**
**Taxes AP Status)**

| CASE NAME: | Reagor-Dykes Plainview, LP |
|---|---|
| CASE NUMBER: | 18-50218 |

MONTH: August 2018

| ACCOUNTS RECEIVABLE AGING | Filing Date 8/01/18 | Aug-18 | Sep-18 | Oct-18 |
|---|---|---|---|---|
| 1.  0-30 | 1,712,543 | 1,696,682 | | |
| 2.  31-60 | 284,958 | 284,958 | | |
| 3.  61-90 | 5,199 | 5,199 | | |
| 4.  91+ | 4,283 | 4,283 | | |
| 5.  TOTAL ACCOUNTS RECEIVABLE | 2,006,983 | 1,991,122 | - | - |
| 6.  AMOUNT CONSIDERED UNCOLLECTIBLE | 592,895 | 592,895 | | |
| 7.  ACCOUNTS RECEIVABLE (NET) | 1,414,087 | 1,398,226 | - | - |

AGING OF POSTPETITION TAXES AND PAYABLES    MONTH: August 2018

| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| 1.  FEDERAL | 5,478 | | | | 5,478 |
| 2.  STATE | 43 | | | | 43 |
| 3.  LOCAL | | | | | - |
| 4.  OTHER (ATTACH LIST) | | | | | - |
| 5.  TOTAL TAXES PAYABLE | 5,521 | - | - | - | 5,521 |
| 6.  ACCOUNTS PAYABLE | 9,837 | | | | 9,837 |

STATUS OF POSTPETITION TAXES    MONTH: August 2018

| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/ OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1.  WITHHOLDING | | 1,554 | | 1,554 |
| 2.  FICA-EMPLOYEE | | 1,957 | | 1,957 |
| 3.  FICA-EMPLOYER | | 1,956.8 | | 1,956.8 |
| 4.  UNEMPLOYMENT | | 10.8 | | 10.8 |
| 5.  INCOME | | | | - |
| 6.  OTHER (ATTACH LIST) | | | | - |
| 7.  TOTAL FEDERAL TAXES | - | 5,478.4 | - | 5,478.4 |
| STATE AND LOCAL | | | | |
| 8.  WITHHOLDING | | | | - |
| 9.  SALES | | | | - |
| 10. EXCISE | | | | - |
| 11. UNEMPLOYMENT | | 43.0 | | 43.0 |
| 12. REAL PROPERTY | | | | - |
| 13. PERSONAL PROPERTY | | | | - |
| 14. OTHER (ATTACH LIST) | | | | - |
| 15. TOTAL STATE & LOCAL | - | 43.0 | - | 43.0 |
| 16. TOTAL TAXES | - | 5,521.4 | - | 5,521.4 |

**MOR-5**
**(Bank Reconciliation)**

| CASE NAME: | Reagor-Dykes Plainview, LP |
|---|---|
| CASE NUMBER: | 18-50218 |

**MONTH OF AUGUST 2018**    MONTH: August 2018

| | BANK RECONCILIATIONS | Post Petition Operating Account #1 | Post Petition Payroll Account #2 | Pre Petition Operating Account #3 | Pre Petition Operating Account #4 | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | BANK: | Prosperity Bank | Prosperity Bank | IBC Bank | FMCC | | | | | |
| B. | ACCOUNT NUMBER: | 1134 | 1142 | 1862 | 1206 | | | | | |
| C. | PURPOSE (TYPE): | Operating | Payroll | Operating | Cash Mgt. | | | | | |
| 1. | BALANCE PER BANK STATEMENT | 16,672 | 20,296 | 38,322 | 113,000 | | | | | 188,290 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | - | - | | | | | | | - |
| 3. | SUBTRACT: OUTSTANDING CHECKS | - | 488 | | | | | | | 488 |
| 4. | OTHER RECONCILING ITEMS | | - | | (113,000) | | | | | (113,000) |
| 5. | MONTH END BALANCE PER BOOKS | 16,672 | 19,808 | 38,322 | - | - | - | - | - | 74,802 |
| 6. | NUMBER OF LAST CHECK WRITTEN | N/A | 4,494 | | | | | | | |

Disclosed in SOFA as Cash;
Reclassed against FMCC N/P

**INVESTMENT ACCOUNTS**

| | BANK, ACCOUNT NAME & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | | | | | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7. | Vista Bank | 3395 | | Money Market | | | | | | 1,550 |
| 8. | Vista Bank | 6842 | | Savings | | | | | | 5,364 |
| 9. | Vista Bank | 3213 | | CD | | | | | | 848,444 |
| 10 | Vista Bank | 5371 | | CD | | | | | | 596,880 |
| 11 | Aim Bank | 5671 | | CD | | | | | | 512,558 |
| 12 | American Century Funds | 757 | | Stock Funds | | | | | | 2,000 |
| 13 | American Century Funds | 325 | | Stock Funds | | | | | | |
| 14 | American Century Funds | 803 | | Stock Funds | | | | | | |
| 15 | | | | | | | | | | |
| 16 | TOTAL INVESTMENTS | | | | | | | | - | 1,966,796 |

**CASH**

| 17 | CURRENCY ON HAND | - |
|---|---|---|
| 18 | TOTAL CASH - END OF MONTH | 2,041,599 |

**MOR - 6**
**(Payments to Insiders and Professionals)**

| CASE NAME: | Reagor-Dykes Plainview, LP |
|---|---|
| CASE NUMBER: | 18-50218 |

MONTH: August 2018

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | - | - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. N/A | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | - | - | - |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | - | - | - |

\* For the 6 RDAG debtors, professional fees are estimated at $344,000 incurred for August 2018.

MOR - 7

| CASE NAME: | Reagor-Dykes Plainview, LP |
|---|---|
| CASE NUMBER: | 18-50218 |

MONTH: August 2018

**QUESTIONNAIRE**

| | | YES | NO | |
|---|---|:---:|:---:|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X | |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X | Note 8.1 |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X | |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | | Note 8.2 |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X | |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X | |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X | |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X | |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X | |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X | |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

8.1 Funds Transferred from American Century Investment account to Post Petition DIP bank account to Prosperity Payroll Account;
8.2 Wages payable accrued as of Filing Date of $71,118.20 were paid in August 2018;

**INSURANCE**

| | | YES | NO |
|---|---|:---:|:---:|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

**INSTALLMENT PAYMENTS**

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
|---|---|---|---|---|
| Workers' Compensation | Texas Mutual | 07/01/18 - 07/01/19 | $21,285 paid monthly | |
| General Liability | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Property (Fire, Theft) | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Vehicle | Risk Point | 09/01/18 - 09/30/18 | $30,000 paid monthly, for one month extension | |
| Other: | | | | |
| Umbrella | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| EE Benefits Liability | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Auto Dealers GL | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |
| Crime, Cyber, Identity | Travelers | Renewed Eff 09/01/18 - 09/01/19 | $134,510 Quarterly (9/1, 12/1, 3/1, 6/1/19) | Note 8.3 |

**Notes:**

8.3 Insurance policies are written through a non-debtor affiliate (Reagor Auto Mall, LTD) and premiums are allocated based on revenue, employee count, and other factors. The debtors allocated portion of the premiums is $13,214;