

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 15, 2018**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] | § | Case No. 18-50214-rlj-11 |
| | § | (Jointly Administered) |
| Debtor. | § | |

### STIPULATION AND AGREED ORDER REGARDING DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 365(d)(4), INCLUDING LIMITED DEADLINE EXTENSION

Before the court is the Debtors' *Motion Pursuant To 11 U.S.C. § 365(D)(4) For an Order Extending The Time Period Within Which The Debtors May Assume Or Reject Unexpired Leases Of Non-Residential Real Property* [Doc. No. 420] (the *"Motion to Extend"*), to which Pattie Sue Noel, Independent Executor, joined as necessary by Jack Morris Ford Lincoln Mercury, Inc. (collectively *"Plainview Landlord"*) timely filed a written objection [Doc No. 463] (the *"Objection"*). As indicated by the signatures below, the Debtors, Reagor-Dykes Auto Company, LP (*"RDAC"*) and

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

STIPULATION AND AGREED ORDER REGARDING DEBTORS' MOTION
PURSUANT TO 11 U.S.C. § 365(d)(4)                                                                                     Page 1

Reagor-Dykes Motors, LP ("**RD Motors**") and Plainview Landlord stipulate and agree to the following:

1. Solely as between RDAC, RD Motors, or any affected debtor in these jointly administered cases (collectively, the "**Debtors**") and Plainview Landlord, the deadline for assumption or rejection of an unexpired lease of nonresidential real property under 11 U.S.C. § 365(d)(4)(A) is extended through and including December 17, 2018.

2. The November 14, 2018, setting to hear the Plainview Landlord's Objection and the Motion to Extend as it relates to the Plainview Landlord only should be continued and reset to November 29, 2018, at 2:00 p.m. in this Court's Lubbock Division.

3. The Motion to Extend as it relates to the Plainview Landlord only (and the Objection) will be consolidated and heard contemporaneously with the following motion filed by the Plainview Landlord: Plainview Landlord's Motion to Compel Assumption or Rejection of Unexpired Non-residential Real Property Lease and Executory Contract and to Compel Debtors' Compliance with 11 U.S.C. § 365(d)(3) [Doc. No. 186] (the "**Plainview Motion to Compel**").

4. **Reservation of Rights.** The purpose of this stipulation is to promote judicial efficiency and to provide a procedural mechanism or addressing related issues contemporaneously and not to adjudicate any substantive issue other than the limited deadline extension approved under this Order. Each of the parties to this stipulation reserve all rights, claims, and defenses with respect to the Motion to Extend, the Plainview Motion to Compel, and any related contested matter, arising under Section 363, Section 365 (of the Bankruptcy Code) or otherwise, and this is without prejudice as to any of these parties seeking any other relief in these jointly administered cases.

5. These stipulations are made and entered into between these parties in the interest of judicial economy, and without waiving any claim or defense by either of these parties.

**IT IS THEREFORE ORDERED** that:

1. The deadline for assumption or rejection of non-residential leases under 11 U.S.C. § 365(d)(4)(A), as between the Debtors and Plainview Landlord only, is extended through and including December 17, 2018, at 11:59 p.m. Central Time.

2. The Motion to Extend as it relates to the Plainview Landlord only, the Objection, and the Plainview Motion to Compel shall be heard **November 29, 2018, at 2:00 p.m.**, in this court's Lubbock Division, Room 314, 1205 Texas Avenue, Lubbock Texas. The November 14, 2018 setting on the Motion to Extend is vacated as it relates to the Plainview Landlord only.

3. The Stipulations set forth above are approved by and adopted as the order of this Court.

4. Except as to the deadline extension approved and implemented by this order, this order is otherwise without prejudice as to the claims or defenses of any of the Debtors or Plainview Landlord with respect to any of the contested matters referenced in or affected by this order.

### # # # END OF ORDER # # #

*Approved, Stipulated, and Agreed:*

*/s/ Roger S. Cox*
ROGER S. COX, Texas State Bar No. 04956200
UNDERWOOD
P. O. Box 9158
Amarillo, Texas 79105-9158
Telephone (Direct): (806) 242-9651
Fax: (806) 379-0316
E-mail: roger.cox@uwlaw.com

*Counsel for Patti Sue Noel, Independent Executor of the Estate of M.I. "Jack" Morris, Deceased and Jack Morris Ford Lincoln Mercury, Inc.*

/s/ C. Ashley Ellis
MARCUS A. HELT, Texas State Bar No. 24052187
C. ASHLEY ELLIS, Texas State Bar No. 00794824
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Fax: (214) 999-4667
E-mail: mhelt@foley.com
Email: aellis@foley.com

*Counsel for Debtors and Debtors-in-Possession*