Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
Melina T. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL TO DEBTORS**
**REAGOR-DYKES MOTORS, LP** *et al.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtor. | § | |

### NOTICE REGARDING HEARINGS SET NOVEMBER 29, 2018

**TO ALL CREDITORS AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that the hearings on the following matters in the above-entitled, jointly-administered cases set for **November 29, 2018 at 2:00 p.m**. shall be held as a Status Conference:

(1) Debtors' Joint Emergency Motion for Authority to Use Cash Collateral (Docket No. 8) together with all objections and responses related thereto;

(2) Motion Approving the Sale of Substantially All the Assets of the Debtors, Free and Clear of all Liens, Claims, Encumbrances and Interests Under Section 363(f) (Docket No. 230) together with all objections and responses related thereto; and

(3) Notice of Cure Amounts Related to Unexpired Leases and Executory Contracts and Deadline to Respond (Docket No. 448) together with all objections and responses related thereto.

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), and Reagor-Dykes Floydada, LP (Case No. 18-50219).

DATED:  November 28, 2018          Respectfully submitted by:

**FOLEY GARDERE**
**Foley & Lardner LLP**


By:  */s/ Marcus A. Helt*
  Marcus A. Helt (TX 24052187)
  C. Ashley Ellis (TX 00794824)
  Melina T. Bales (TX 24106851)

2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

**COUNSEL TO DEBTORS  REAGOR-DYKES MOTORS, LP** *et al.*


## CERTIFICATE OF SERVICE

 I, the undersigned, hereby certify that on the 28th day of November, 2018, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* of the Bankruptcy Court for the Northern District of Texas.


  */s/ C. Ashley Ellis*
   C. Ashley Ellis