Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

**COUNSEL TO DEBTORS**
**REAGOR-DYKES MOTORS, LP** *et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **IN RE:** § <br> § <br> **REAGOR-DYKES MOTORS, LP,** *et al.*[1] § <br> § <br> **Debtor.** § <br> § | **Case No. 18-50214-rlj-11** <br> **Jointly Administered** |

## NOTICE OF INSTRUCTIONS FOR TELEPHONIC APPERANCES AT HEARINGS SET FOR DECEMBER 12, 2018

PLEASE TAKE NOTICE, that Marcus Helt and/or Ashley Ellis of Foley Gardere Foley & Larnder, LLP, counsel for Reagor-Dykes Motors, LP; Reagor-Dykes Imports, LP; Reagor-Dykes Amarillo, LP; Reagor-Dykes Auto Company, LP; Reagor-Dykes Plainview, LP;  Reagor-Dykes Floydada, LP (collectively, "**Reagor-Dykes**" or the "**Debtors**"), will be appearing telephonically for the purpose of announcements only at the hearing set for December 12, 2018 at 1:30 p.m.

All parties in interest may also appear telephonically to make announcements only. If any parties in interest are only making announcements and wish to appear telephonically at the hearing,

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

please call 888-363-4749, Access Code: 8681265, Security Code: 2255. Again, the telephonic appearance is only being offered for the purposes of announcements – anything else will require a personal appearance at the hearing on December 12, 2018 at 1:30 p.m.

DATED: December 11, 2018

Respectfully submitted,

By: /s/ Marcus A. Helt
    Marcus A. Helt (TX 24052187)
    C. Ashley Ellis (TX 00794824)

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL TO DEBTORS REAGOR-DYKES MOTORS, LP** *et al.*

### CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2018, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

/s/ Marcus A. Helt
Marcus A. Helt