

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 16, 2019

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] | § Case No. 18-50214-rlj-11 |
| | § Jointly Administered |
| Debtor. | § |

**ORDER GRANTING APPLICATION PURSUANT TO 11 U.S.C. §§ 105(A), 327(A), AND 363(B) FOR AUTHORITY TO (I) RETAIN BLACKBRIAR ADVISORS LLC AS CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**
[Related Docket No. 640]

**THIS ORDER RELATES TO REAGOR AUTO MALL I LLC**

---

[1] The other Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

**CAME ON TO BE CONSIDERED** Debtor Reagor Auto Mall I LLC's (the "**Debtor**") *Application Pursuant to §§ 105(a), 327(a) and 363(b) for Authority to (I) Retain BlackBriar Advisors LLC as Chief Restructuring Officer and Certain Additional Personnel for the Debtor Nunc Pro Tunc to the Petition Date* ("**Black Briar Employment Application**") [Docket Not. 640], and the Court having considered the Black Briar Employment Application and the Declaration submitted therewith and finding that BlackBriar is disinterested and does not hold or represent an adverse interest to the estate of the Debtor, the Court therefore finds that approval of the Black Briar Employment Application is appropriate and BlackBriar should be approved as Chief Restructuring Officer to the Debtor effective November 2, 2018. Therefore, it is:

**ORDERED** that:
1. The Black Briar Employment Application is, in all respects, **GRANTED**;

2. All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and

3. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

### ###END OF ORDER###

**Submitted By:**

By:*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
Melina Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER**
2021 McKinney Ave., Suite 1600
Dallas, TX 75201
Telephone: 214-999-3000
Facsimile: 214-999-4667
**COUNSEL TO DEBTOR**
**AND DEBTOR-IN-POSSESION**

4840-5589-3377.1