# Check21 Fed Lookup Information






# Check21 Fed Lookup Information




# Check21 Fed Lookup Information



# Check21 Fed Lookup Information




# Check21 Fed Lookup Information



# Check21 Fed Lookup Information




# Check21 Fed Lookup Information


