

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 24, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP, | § | **Case No. 18-50214-rlj-11** |
| | § | (Jointly Administered)[1] |
| Debtor. | § | |

### STIPULATION AND AGREED ORDER GRANTING INTERIM RELIEF AND CONTINUING HEARING ON PLAINVIEW LANDLORD'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Before the court is the Plainview Landlord's Motion for Relief From the Automatic Stay [Doc. No. 768] ("*the Plainview Stay Motion*").[2] As indicated by the signatures of counsel below, the parties have stipulated and agreed to continue the hearing on the Plainview Stay Motion and to provide the Plainview Landlord interim relief as set forth below. The parties further stipulate, and the court finds, that this court has jurisdiction and constitutional authority over the Plainview

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd. (Case No. 18-50324) and Reagor-Dykes Auto Mall I LLC (Case No. 18-50325).

[2] Terms defined in the Plainview Stay Motion are used in this Stipulation and Agreed Order.

**STIPULATION AND AGREED ORDER –**
**PLAINVIEW LANDLORD MOTION TO LIFT STAY – 3 pages**                                    **Page 1**

Stay Motion pursuant to 28 U.S.C. §§ 157 and 1334, and that the Plainview Stay Motion is a core proceeding under 28 U.S.C. § 157(b).

The parties stipulate and agree to the entry of the following order of this court:

IT IS ORDERED that:

1.      The hearing on the Plainview Stay Motion is continued to and set for final hearing on **February 20, 2019**, at **1:30 p.m.** in this court's **Lubbock Division**:  1205 Texas Avenue, Room 314, Lubbock, Texas.

2.      The automatic stay of 11 U.S.C. § 362 will remain in effect as to the Plainview Landlord and the Plainview Dealership Property, subject to, and conditioned upon the matters stated in paragraphs 3 and 4 below.

3.      The debtor, Reagor-Dykes Auto Company, LP is authorized and directed to pay to the Hale County Appraisal District the sum of $43,605.65 in payment of the ad valorem taxes (real property) attributable the Plainview Dealership Property, which must be paid on or before **January 30, 2019.**

4.      The debtor, Reagor-Dykes Auto Company, LP, is authorized and directed to pay to the Plainview Landlord the sum of $6,500.00 as interim base rent for the month of February, which payment must be made to the Plainview Landlord on or before **February 5, 2019**.

5.      All other rights, claims, and defenses of any party in interest with respect to the Plainview Dealership Property and any applicable lease or rental obligations, if any, or any unexpired lease or executory contract, are reserved.  This stipulation and agreed order pertains only to the Plainview Stay Motion and the provision of interim adequate protection and other payments that may be authorized and required under 11 U.S.C. §§ 361, 362, or 365.

# # #   END OF ORDER   # # #    *[Signatures of counsel follow on page 3]*

***Approved, Stipulated and Agreed***:


*/s/ Roger S. Cox*

ROGER S. COX, Texas State Bar No. 04956200

UNDERWOOD

P. O. Box 9158

Amarillo, Texas 79105-9158

Telephone (Direct): (806) 242-9651

Fax: (806) 379-0316

E-mail: roger.cox@uwlaw.com


Counsel for Patti Sue Noel, Independent Executor of the
Estate of M.I. "Jack" Morris, Deceased, and Jack Morris Ford Lincoln Mercury, Inc.



*/s/ C. Ashley Ellis*

C. Ashley Ellis (TX 00794824)

FOLEY GARDERE

Foley & Lardner LLP

2021 McKinney Avenue, Suite 1600

Dallas, Texas 75201

Telephone:  (214) 999-3000

Fax:  (214) 999-4667

E-mail:        mhelt@foley.com
                  aellis@foley.com


Counsel for the Debtors and Debtors in Possession