# EXHIBIT "B"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**18-0001917835**
**01/17/2018 05:00 PM**

FILED
TEXAS SECRETARY OF STATE
SOS

789195900002

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282  Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
37520 - GM FINANCIAL
62309633
TXTX

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

RECEIVED JAN 17 2018 CLK BT

File with: Secretary of State, TX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| REAGOR-DYKES SNYDER, L.P. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 4004 SPUR BUSINESS 84 | SNYDER | TX / 79549 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 220 E. Las Colinas Blvd., Suite 500 | Irving | TX / 75039 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
This financing statement covers and the debtor hereby grants the secured party a security interest in all assets of the debtor, now owned or hereafter acquired, including without limitation:

1. All inventory, including, without limitation, all new and used motor vehicles, chassis, parts and accessory inventory, all inventory on order but not yet delivered to Debtor, and all consigned goods, and, in each case, all additions, substitutions, replacements, accessories, attachments and accessions;

2. All equipment, including, without limitation, all furniture, trade fixtures, fixtures, machinery, tools, special tools, and, in each case, all additions, substitutions, replacements, accessories, attachments and accessions;

3. All accounts, contract rights, tangible chattel paper, electronic chattel paper, instruments, documents, promissory notes, and supporting obligations, all rights to receive payment, credits, and other compensation (including, without limitation, all holdbacks, incentive payments, stock rebates, allowances, factory open accounts of Debtor and factory receivables/factory credits) from any manufacturer, franchisor, distributor, or supplier of inventory or equipment, or from any of their Affiliates, all payments and credits that Secured Party may owe to Debtor, all funds of Debtor that Secured Party may have or retain in its possession, and all payments and credits that any purchaser of chattel paper may owe Debtor, whether in the form of cash collateral, reserve, contingency, escrow accounts, or otherwise;

4. Cash collateral, deposit accounts and other accounts with banks and other financial institutions, cash and cash equivalents;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
62309633        63732

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: REAGOR-DYKES SNYDER, L.P.

9b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:
10b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:
10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME:
11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

5. All general intangibles, payment intangibles, franchise rights, sales and service agreement rights, licenses, books, records, files, computer disks and software involving or emanating from Debtor's business or assets; and

6. All products and proceeds (to the fullest extent defined and described in the Code) of the property covered by this statement, including, without limitation, proceeds of proceeds, goods received in trade, claims and tort recoveries, insurance proceeds, refunds of insurance premiums, proceeds derived from Debtor's sale or assignment of chattel paper and electronic chattel paper, and all cash and other funds held in all deposit accounts in which proceeds may be deposited.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS: 62309633-TX-0  37520 - GM FINANCIAL    AMERICREDIT FINANCIAL SERVICES, File with: Secretary of State, TX    63732

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282