# EXHIBIT "D"



August 7, 2018

AimBank
3004 Slide Road
Lubbock, TX 79407

AimBank
P.O. Box 1089
Snyder, TX 79550

      Re:  Reagor-Dykes Snyder, L.P. ("Dealership")

Dear Sir or Madam:

      AmeriCredit Financial Services, Inc., doing business as GM Financial ("GM Financial") is writing to you with regard to the above referenced Dealership and mutual customer. By virtue of a Deposit Account Control Agreement dated January 23, 2018 (the "DACA"), the Dealership granted to GM Financial a properly perfected first-in-right security interest in and to the deposit accounts maintained by the Dealership with AimBank. AimBank, through its Senior Vice President, Mike Tibbit, also executed the Agreement, acknowledging GM Financial's interests. A copy of the DACA is enclosed for your reference.

      **This letter serves to advise you that effective immediately, GM Financial has elected to exercise its rights in all of the accounts of the Dealership with AimBank and demands that AimBank immediately cease honoring drafts on all of the Dealership's accounts and to deliver to GM Financial all funds in the accounts of the Dealership.**

      As more fully provided in the DACA accompanying this letter, the Dealership has agreed that "at all times while Dealer may hold the proceeds (whether directly or in the form of deposits with Bank), it will hold such funds 'in trust' for and on behalf of [GM Financial]." Pursuant to the authorization contained in the DACA, GM Financial directs you not to honor any check presented for payment on the accounts of the Dealership, including the Operating Account as identified in the DACA, or any other accounts maintained by the Dealership. Under no circumstances is AimBank to release any funds on deposit to any authorized signator on the accounts of AimBank without the prior written consent of GM Financial.

      Further, you are advised that any deposits made to these accounts subsequent to receipt of this letter are to be held for the benefit of GM Financial and remitted in accordance with the instructions below. GM Financial also directs that you cease making charges, deductions, or set-offs from the accounts of the Dealership effective upon receipt of this letter and turn over to GM

Financial all funds on deposit in the Operating Account, or any other account. Please consider this demand for remittance of funds on hand, or received in the future to be continuing in nature. GM Financial hereby requests that you forward the same to Howard S. Ravitz, 220 E. Las Colinas Blvd., Suite 500, Irving, Texas 75039.

We also draw your attention to the fact that AimBank, by executing the DACA, subordinated the liens, encumbrances, claims of rights of set-offs to the Operating Account, or any funds in the Operating Account to GM Financial. Please provide us with an accounting of any deductions made from the Dealership's accounts following the date of this letter. To the extent that any deductions from the account are other than the bank's customary fees and charges with respect to maintenance of the accounts, this letter constitutes a demand that these funds be paid over to GM Financial within five (5) business days of the receipt of this letter.

Should you have any questions regarding the foregoing, please feel free to contact me.

Sincerely,

Howard S. Ravitz
Assistant Vice President
Commercial Lending Services

cc:    Stephen Strohschein
       Jeff Lashaway

Enc.