

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 6, 2019**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] | § § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors. | § | |

## ORDER GRANTING REQUEST FOR EMERGENCY TELEPHONIC HEARING

**CAME NOW TO BE CONSIDERED**, the Debtors' *Request for Emergency Telephonic Hearing on Debtors' Emergency Motion to Compel Global Mediation* filed by Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, Reagor-Dykes Floydada, LP, Reagor-Dykes Snyder, L.P., Reagor-Dykes III LLC, Reagor-Dykes II LLC, Reagor Auto Mall, Ltd., and Reagor Auto Mall I LLC (collectively, "**Reagor-**

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323) and Reagor Auto Mall I LLC (Case No. 18-50325).

**Dykes**" or the "**Debtors**"), as debtors and debtors-in-possession in the above-styled and captioned case. Upon consideration of the Motion and all matters brought to the Court's attention, the Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) granting the Motion is in the best interests of the Debtors, their Estates, and the creditors thereof; (iv) the Debtors have shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; (v) proper and adequate notice of the Motion and the hearing thereon has been given, that no objections have been filed or that any such filed objections should be overruled, and that no other or further notice is necessary; and (vi) on the record herein and after due deliberation thereon, good and sufficient cause exists for granting the relief requested therein; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**, on a final basis, as set forth herein.

2. A hearing will be held before the Honorable Judge Robert L. Jones at the United States Bankruptcy Court, Room 314, 1205 Texas Avenue, Lubbock, Texas on **February 7, 2019 at 2:30 p.m**. The call-in information is as follows: Conference Call Number: 877-336-1839; Access Code: 6477798; Security Code: 2583.

3. Counsel for Movant shall serve Notice of Hearing to all interested parties involved in this bankruptcy case either *via* the Court's ECF System, and/or United States First Class Mail, postage prepaid.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

### End of Order ###

**PREPARED AND SUBMITTED BY:**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
Melina Bales (TX 24106851)
**FOLEY GARDERE**
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**COUNSEL TO DEBTORS**