Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

**COUNSEL TO DEBTORS**
**REAGOR-DYKES MOTORS, LP** *et al.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] | § | **Case No. 18-50214-rlj-11** |
| | § | **Jointly Administered** |
| Debtor. | § | |

**AMENDED NOTICE RELATED TO CONTINUED TELEPHONIC HEARING**
**ON MOTION TO COMPEL GLOBAL MEDIATION**
**[Relates to Docket No. 942 and 943]**

**PLEASE TAKE NOTICE** that the *Debtors' Amended Emergency Motion to Compel Global Mediation* [Docket No. 943] ("**Mediation Motion**") has been set for a telephonic hearing on **February 14, 2019, at 2:00 p.m.** (CT) before the Honorable Judge Robert L. Jones at the United States Bankruptcy Court, Room 314, 1205 Texas Avenue, Lubbock, Texas 79401.

**PLEASE TAKE NOTICE** that the Debtors have decided to mediate the global issues in phases.  Phase 1 of the mediation will include only the Debtors, Ford Credit, International Bank of Commerce ("**IBC**"), and the McDougal Group.  So, for purposes of the telephonic hearing set for

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

February 14, 2019,[2] the Debtors will limit the relief requested in the Mediation Motion to **_only_** (a) the Debtors, (b) Ford Credit, and (c) IBC. The McDougal Group and IBC have agreed to participate in the mediation. Phase 2 of the mediation will involve other parties to this case and will occur after Phase 1 mediation.

**PLEASE TAKE NOTICE** that any relief from the Mediation Motion related to compelling parties other than Ford Credit to attend a mediation will be the subject of a later hearing.

DATED: February 13, 2019

Respectfully submitted,

By: _/s/ Marcus A. Helt_
     Marcus A. Helt (TX 24052187)
     C. Ashley Ellis (TX 00794824)

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL TO DEBTORS REAGOR-DYKES MOTORS, LP _et al._**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2019, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case _via_ the Court's _ECF system_ for the Northern District of Texas.

_/s/ Marcus A. Helt_
     Marcus A. Helt

---

[2] For Ford Credit's and IBC's convenience, the dial-in instructions for tomorrow's telephonic hearing are as follows: Conference Call number:888-363-4749 Access Code: 8681265 Security Code: 5874.