

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 12, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] § | Case No. 18-50214-rlj-11 |
| § | Jointly Administered |
| Debtor. § | |

### AGREED ORDER GRANTING AGREED MOTION TO CONTINUE DEBTORS' MOTION TO ASSUME UNEXPIRED LEASES FROM NON-RESIDENTIAL REAL PROPERTY

**CAME ON TO BE CONSIDERED** by the Court the *Agreed Motion for Continuance of Debtors' Motion to Assume Unexpired Leases of Non-Residential Real Property* ("**Motion to Continue**") filed by Reagor-Dykes Motors, LP and its debtor affiliates ("**Reagor-Dykes**" or the "**Debtors**"), creditor Patti Sue Noel, independent executor of the estate of M.I. "Jack" Morris, Deceased, and Jack Morris Ford Lincoln

---

[1] The other Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

Mercury, Inc. ("**Patti Sue Noel**"), and the Michael & Loree Britt Family Partnership ("**Britt Family**"). It appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Continue as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion to Continue is in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is **GRANTED**;

It is further **ORDERED** that:

1. The *Motion to Assume Unexpired Leases of Non-Residential Real Property* ("**Motion to Assume**") as it relates to Patti Sue Noel's lease presently set for April 10, 2019 at 1:30 p.m. is rescheduled to **April 24, 2019 at 11:00 a.m.**, prevailing Central Time, before the Honorable Judge Robert L. Jones at the United States Bankruptcy Court, Room 314, 1205 Texas Avenue, Lubbock, Texas 79401;

2. The Motion to Assume as it relates to the Britt Family's lease presently set for April 10, 2019 at 1:30 p.m. is rescheduled to **May 22, 2019 at 1:30 p.m.**, prevailing Central Time, before the Honorable Judge Robert L. Jones at the United States Bankruptcy Court, Room 314, 1205 Texas Avenue, Lubbock, Texas 79401;

3. The Court retains jurisdiction to order any other relief necessary as it relates to the relief requested in Motion to Continue.

**IT SO ORDERED.**

**### End of Order ###**

**APPROVED, STIPULATED, AND AGREED:**


By: */s/ Marcus A. Helt*
    Marcus A. Helt (TX 24052187)
    C. Ashley Ellis (TX 00794824)

**FOLEY GARDERE**
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667
mhelt@foley.com
aellis@foley.com

**COUNSEL FOR REAGOR-DYKES MOTORS, LP** *et al.*


By: */s/ Roger S. Cox*
    Roger S. Cox (TX 04956200)

**UNDERWOOD**
P.O. Box 9158
Amarillo, TX 79105
Telephone: 806-242-9651
Facsimile: 806-379-0316
Roger.cox@uwlaw.com

**COUNSEL FOR PATTI SUE NOEL**


By: */s/ Michael G. Kelly*
    Michael Kelly (TX 11226900)

**KELLY, MORGAN, DENNIS,**
**CORZINE & HANSEN, P.C.**
P.O. Box 1311
Odessa, Texas 79760
Telephone: (432) 367-7271
Fax: (432) 363-9121
mkelly@kmdfirm.com

**ATTORNEYS FOR THE MICHAEL & LOREE BRITT FAMILY**