**Stephen P. Strohschein**
Louisiana Bar Roll #12541
MCGLINCHEY STAFFORD, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Facsimile:   (225) 343-3076
sstroh@mcglinchey.com

**R. Dwayne Danner**
State Bar No. 00792443
MCGLINCHEY STAFFORD, PLLC
Three Energy Square
6688 North Central Expressway, Ste. 400
Dallas, Texas  75206
Telephone:  (214) 445-2445
Facsimile:   (214) 445-2450
ddanner@mcglinchey.com

COUNSEL FOR AMERICREDIT FINANCIAL SERVICES, INC., DOING BUSINESS AS GM FINANCIAL

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **REAGOR-DYKES MOTORS, LP**[1] | * | **CASE NO. 18-50214-rlj-11** |
| | * | **(Jointly Administered)** |
| **Debtor** | * | |

*************************************************************************

**AMERICREDIT FINANCIAL SERVICES, INC. D/B/A/ GM FINANCIAL'S REPORT REGARDING NEW VEHICLES TAKEN INTO POSSESSION**

AmeriCredit Financial Services, Inc. doing business as GM Financial ("**GM Financial**") files this initial report identifying the vehicles, by vehicle make, model, year and vehicle

---

[1] The Debtors are Reagor-Dykes Motors, LP (Case No. 18-50214), Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo, LP (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor-Dykes Auto Mall, Ltd. (Case No. 18-50324) and Reagor-Dykes Auto Mall I LLC (Case No. 18-50325).

identification number, which GM Financial has taken into possession. The vehicles taken into GM Financial's possession are set forth on the attached Exhibit "A," all of which were "new" vehicles.

Respectfully submitted:

  /s/   Stephen P. Strohschein
Stephen P. Strohschein, LA Bar Roll #12541
**McGlinchey Stafford, PLLC**
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
Email: sstroh@mcglinchey.com

and

R. Dwayne Danner
**McGlinchey Stafford, PLLC**
Three Energy Square
6688 North Central Expressway, Ste. 400
Dallas, Texas 75206
Telephone: (214) 445-2445
Facsimile: (214) 445-2450
Email: ddanner@mcglinchey.com

ATTORNEYS FOR AMERICREDIT FINANCIAL SERVICES, INC., DOING BUSINESS AS GM FINANCIAL