## Exhibit C

**Burrows Declaration**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP, *et al.*,[1] | § | Case No. 18-50214-rlj-11 |
| | § | |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

### DECLARATION OF DUSTIN BURROWS IN
### SUPPORT OF EXPEDITED APPLICATION TO EMPLOY
### AND RETAIN LIGGETT LAW GROUP, P.C., PART OF THE CONSORTIUM LAW
### FIRMS ACTING AS SPECIAL LITIGATION COUNSEL
### TO DEBTORS AND DEBTORS IN POSSESSION,
### EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Dustin Burrows, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as

follows:

1.      I am an attorney of the firm of the Liggett Law Group, P.C. ("Liggett Law Firm"),

which maintains offices for the practice of law at 1001 Main Street, Suite #300, Lubbock, Texas

79401.  I am an attorney-at-law, duly admitted in the State of Texas.  I submit this Declaration in

connection with the application of the Debtors and Debtors in Possession in the above-captioned

case (the "Debtors"), to retain the Liggett Law Firm as part of the Consortium Law Firms to act as

special litigation counsel.  I further hereby provide the Disclosures required under sections 327(a)

and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the

---

[1]     The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-
50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-
50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC (Case No. 18-50322),
Reagor -Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto
Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

United States Bankruptcy Court for the Northern District of Texas (the "Local Rules").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## THE LIGGETT LAW FIRM'S QUALIFICATIONS

2.      The Debtors seek to retain the Liggett Law Firm because of its recognized expertise and extensive experience and knowledge in the fields of commercial litigation.  In addition, I have fourteen (14) years of experience in Texas commercial litigation cases.

3.      The Liggett Law Firm had not begun representing the Debtors before August 1, 2018 or November 2, 2018, the respective dates on which the petitions for relief was filed in the cases (the "Petition Date").  In preparing for its representation of the Debtors in these cases, the Liggett Law Firm became familiar with the Debtors' business and many of the potential legal issues that may arise in the context of the litigation matters that may arise in connection with this chapter 11 case.  The Liggett Law Firm is both well qualified and uniquely able to represent the Debtors in these matters in an efficient and timely manner.

## SERVICES TO BE PROVIDED

4.      Subject to further order of the Court and consistent with that certain engagement letter dated July 30, 2019 (the "Engagement Letter"), a copy of which is annexed hereto as Exhibit I, the Debtors retained The Consortium Law Firms to represent the Debtors in certain litigation cases arising in and in connection with their chapter 11 bankruptcies and the chapter 11 cases. Accordingly, The Consortium Law Firms will render, without limitation, services in prosecuting those claims and causes of action that Debtors ask them to pursue on behalf of Debtors. In addition, and where necessary, the Consortium Firms may assist the Debtors in performing ancillary services, which may be reasonably related to the prosecution of such claims as may be assigned to it.

## THEY LIGGETT LAW FIRM'S CONNECTIONS WITH THE DEBTORS

5.      The Liggett Law Firm has established procedures (the "Conflict Procedures") to determine whether it has any relationships to parties that may cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, to implement such Conflict Procedures, the Liggett Law Firm took the following actions to identify (i) parties that may have connections to the Debtors and (ii) the Liggett Law Firm's relationship with such parties:

(a)  the Liggett Law Firm requested and obtained from the Debtors extensive (but not necessarily comprehensive) lists of interested parties and creditors (the "Potentially Interested Parties").[2]  The Potentially Interested Parties include, among others, the Debtors; affiliates of the Debtors; the Debtors' significant; and employees of the Office of the United States Trustee for the Northern District of Texas.  A copy of the list of the Potentially Interested Parties searched by the Liggett Law Firm is annexed hereto as Exhibit II.

(b)  the Liggett Law Firm then compared each of the known Potentially Interested Parties to the names in an electronic database of current and former clients that the Liggett Law Firm maintains (the "Client Database").  The Client Database generally includes the name of each client of the firm, the name of each party who is or was known to be adverse to such client of the firm, certain parties that are related to the client, and the names of the Liggett Law Firm partners who are or were primarily responsible for the Liggett Law Firm's representation of such clients.

(c)  Known connections between former or current clients of the Liggett Law Firm and the Potentially Interested Parties were compiled for purposes of preparing this Declaration.

6.      Based upon these Conflict Procedures and my own review of the Potentially Interested Parties, I have identified the following connections and/or prior matters that I believe to be potentially relevant:

(a)  From 2003 – 2017, I was employed by the law firm of McCleskey, Harriger, Brazill & Graf, L.L.P.  ("MHBG").  During that time, MHBG represented numerous clients; however, I am unable to run a conflicts inquiry to determine if MHBG provided legal services to any Potentially Interested Party while I was

---

[2]     The Liggett Law Firm will update the list of Potentially Interested Parties during this case, as appropriate. Moreover, the Liggett Law Firm is continuing to review its relationships with Potentially Interested Parties and will supplement this declaration to the extent a relationship should be disclosed.

employed by MHBG. I do not recall representing any of the Potentially Interested Parties during my time as an attorney with MHBG. Accordingly, I do not believe that any legal work that I performed while at MHBG could be related to or otherwise have any bearing on my duties as a member of the special litigation counsel team.

(b) I am currently a State Representative and work with the Office of the Comptroller and Office of Attorney General on an ongoing basis in that capacity. While I do not believe it constitutes a conflict of interest, I provide this information in the interest of complete disclosure.

(c) Based upon the Conflict Procedures, I have determined that my current law partner, Ted Liggett, provides legal counsel to Vista Bank and its officers and employees. While it is not clear that this representation is substantially related to any of the potential litigation matters for Debtors, out of an abundance of caution, neither myself nor the Liggett Law Firm will participate in the handling of any claims against Vista Bank on behalf of Debtors.

(d) Based upon the Conflict Procedures, I have determined that a potential conflict of interest exists with respect to Advanced Graphix, as I recently was consulted by that entity. While wholly unrelated to Debtors, out of an abundance of caution, neither myself nor the Liggett Law Firm will participate in the handling of any claims against Advanced Graphix on behalf of Debtors.

7.    As a result of the Conflict Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, the Liggett Law Firm:

(a) is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services), an equity security holder of the Debtors or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b) is not and has not been, within two (2) years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

(c) does not have or represent an interest materially adverse to the interests of the Debtors' estate, or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

8.    The Liggett Law Firm is thus a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code. The Liggett Law Firm is qualified for retention as Debtors' counsel.

## REPRESENTATION OF PARTIES-IN-INTEREST

9.     The Liggett Law Firm and certain of its attorneys may have in the past represented, may currently represent and may in the future represent Potentially Interested Parties in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and this chapter 11 case.  More specifically, as a result of the Conflict Procedures, I have thus far ascertained that upon information and belief the Liggett Law Firm has the following potentially material connections with certain of the Potentially Interested Parties:

(a) Because of its broad-based general practice, the Liggett Law Firm: (i) has appeared in the past and may appear in the future in cases unrelated to these cases where one or more of the Potentially Interested Parties may be involved; and (ii) has represented in the past, currently represents and/or may represent in the future one or more of said parties or other Potentially Interested Parties, including creditors, in matters unrelated to the Debtors and this case;

(b) In addition, the Liggett Law Firm represents and has represented clients with interests adverse or potentially adverse to creditors or potential creditors of the Debtors;

(c) The Liggett Law Firm represents one or more clients, which may also be represented by the law firms listed as creditors of the Debtors on matters unrelated to these cases;

(d) The Liggett Law Firm represents another company or companies, unrelated to the Debtors, except that certain principals of the Debtors have ownership and management interests in such other company;

(e) Certain of my partners at the Liggett Law Firm and certain associates and other attorneys of the Liggett Law Firm, and certain of such persons' relatives, may have familial or personal relationships, as well as business, contractual, or economic relationships, with affiliates, officers, directors, creditors or competitors of the Debtors and/or other Potentially Interested Parties; and

(f) Certain of my partners at the Liggett Law Firm and certain associates and other attorneys of the Liggett Law Firm, and certain of such persons' relatives, may directly or indirectly be shareholders of creditors of the Debtors, competitors of the Debtors and/or other parties-in-interest in this case.

10.     I believe that none of the representations or relationships recited above would give rise to a finding that the Liggett Law Firm is not disinterested or that it represents or holds an

interest adverse to the Debtors. Further, the Liggett Law Firm does not believe any of the representations or relationships recited herein will prevent the Liggett Law Firm from representing the Debtors in any potential matters that will arise in the Debtors' cases. Moreover, pursuant to section 327(c) of the Bankruptcy Code, the Liggett Law Firm is not disqualified from acting as the Debtors' counsel merely because it represents certain interested parties in matters unrelated to this chapter 11 case.

11.     For the avoidance of doubt, the Liggett Law Firm will not commence a cause of action against any of the parties set forth above identified as being a current client of the Liggett Law Firm unless the Liggett Law Firm has an applicable waiver on file or first receives a waiver from such party allowing the Liggett Law Firm to commence such action. To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will retain a different law firm for the limited purpose of commencing that action.

12.     The Liggett Law Firm has reviewed the relationship that its partners and employees have with the United States Trustee for the Northern District of Texas (the "U.S. Trustee") and those persons employed in the office of the U.S. Trustee, and I do not believe that the Liggett Law Firm has any material connections with the U.S. Trustee or any person employed in the office of the U.S. Trustee.

### THE CONSORTIUM LAW FIRMS' COMPENSATION

13.     The Liggett Law Firm, as part of The Consortium Law Firms, is seeking to be retained by the Debtors as their special litigation counsel on a contingent fee basis for professional services rendered and reimbursement of expenses incurred in connection with litigation claims arising in connection with or related to these chapter 11 cases pursuant to the terms of the Engagement Letter. The contingent fee percentages and structure to be utilized by The Consortium

Law Firms in this chapter 11 case are equivalent to, or less than, The Consortium Law Firms' standard contingent fee percentages and corresponding structure for other litigation matters, as well as similar litigation and other matters, whether in court or otherwise, regardless of whether a fee application is required..

14.     Dustin Burrows is the Liggett Law Firm professional presently expected to have primary responsibility for providing services to the Debtor as part of The Consortium Law Firms. In addition, as necessary, the Liggett Law Firm paraprofessionals will provide services to the Debtors.

15.     The contingent fee percentages that will be charged by the Liggett Law Firm as part of The Consortium Law Firms are the Liggett Law Firm's standard contingent fee percentages rates (or less).  The Liggett Law Firm has set these contingent fee percentages at a level designed to fairly compensate the Liggett Law Firm for the work of its attorneys and paralegals, to cover fixed and routine overhead expenses, and to account for the financial risk borne by the Liggett Law Firm in agreeing to handle these matters on a contingent fee basis.  It is the Liggett Law Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case or cases.  These expenses charged to clients by the Liggett Law Firm include, among other things, telecopier charges, mail and express mail charges, special or hand delivery charges, document processing and photocopying charges, travel expenses, expenses for "working meals" and computerized research and transcription costs.  The Liggett Law Firm passes through to clients its actual costs incurred or, when appropriate, the fair market value for such expenses when actual cost is difficult to ascertain.

16.     This declaration is intended to comply with Bankruptcy Rule 2016(b).  The Liggett Law Firm intends to apply to this Court for compensation for professional services rendered in

connection with these cases in accordance with the procedures established by the Bankruptcy Code, Bankruptcy Rules, Local Rules, and the administrative and other orders entered by this Court.

17.     The Liggett Law Firm has not been paid any monies by or on behalf of Debtors in the twelve months prior to the Petition Date.

18.     At no point during the 90-day period prior to the Petition Date did the Liggett Law Firm receive any payment on account of an antecedent debt.

19.     No promises have been received by the Liggett Law Firm or by any partner, associate or other attorney thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

20.     The Liggett Law Firm further states that it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners and associates and other attorneys of the Liggett Law Firm and/or The Consortium Law Firms, or (b) any compensation another person or party has received or may receive.

21.     Except as disclosed herein, neither I, the Liggett Law Firm, nor any partner, associate or other attorney or paraprofessional thereof, insofar as I have been able to ascertain and subject to disclosures herein, represents any interest adverse to the Debtors or their estate in the matters regarding which the Liggett Law Firm is to be engaged.  I believe the Liggett Law Firm is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code.  Moreover, I believe none of the representations or relationships recited herein would give rise to a finding that the Liggett Law Firm represents or holds an interest adverse to the Debtors.

22.    By reason of the foregoing, I believe the Liggett Law Firm is eligible for employment and retention by the Debtors pursuant to sections 327(a), 328, 330 and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Dated: September 18, 2019

By: */s/ Dustin Burrows*
Dustin Burrows

**<u>EXHIBIT I</u>**

**Engagement Letter**

Andrew S. Hicks
700 Louisiana Street
Suite 2650
Houston, Texas 77002
shjlawfirm.com
D: 713.357.5152
T: 713.357.5150
F: 713.357.5160

**Schiffer
Hicks
Johnson
PLLC**

July 30, 2019

Mr. Robert Schleizer
Blackbriar Advisors, LLC
Chief Restructuring Officer of
The Reagor Dykes Debtor Entities[1]

*c/o*

Marcus A. Helt
Foley Gardere
Foley & Lardner LLP
2021 McKinney Ave. Suite 1600
Dallas, TX 75201

**Re:   Consortium Law Firms[2]   Engagement Letter With Regard To
Prosecution Of Certain Claims Held By Reagor Dykes Debtor Entities**

Dear Mr. Schleizer:

Upon execution by all of the undersigned, the Consortium Law Firms will
undertake the analysis and pursuit of certain claims and causes of action held of the
Reagor Dykes Debtor Entities in the cases described below and against various non-
debtor individuals and entities. Thereafter, we will prepare for your review and
approval a motion to employ the Consortium Firms as special litigation counsel
under the aegis of 11 U.S.C. §§ 327 and 328(a).

*I.    Description of Engagement*

The Consortium Firms will undertake to identify and analyze certain

---

[1] As used herein, the term "**Reagor-Dykes Entities**" shall refer to the named debtors in certain cases
pending in the United States Bankruptcy Court for the Northern District of Texas and which consist
of Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216),
Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No.
18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-
Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case No.
18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-
50325).

[2] As used herein the term Consortium Firms shall mean the following law firms: Schiffer Hicks
Johnson, PLLC, Key Terrell & Seger, LLP, and the Liggett Law Group, P.C.

prospective claims and causes of action owned by the Reagor Dykes Debtor Entities that you will assign to us for review and primarily arising under 11 U.S.C. §§ 544, 547 and 548 together with other applicable state and federal law. The prospective claims and causes of action you intend to assign to us for review will exclusively involve claims held by the Reagor Dykes Debtor Entities against non-debtor third parties.

Prior to any litigation being filed, the Consortium Firms will provide you with a written report outlining each specific claim, a proposed course of action and a recommendation whether the claim should be pursued. It is expressly agreed and understood that no action will be taken without your express approval.

In the event that the Consortium Firms believe that a specific claim should not be pursued or if the Consortium Firms are not capable of pursuing such claim, we will nevertheless provide you with our analysis and basis for the opinion. If you disagree with the Consortium Firms' decision, it is expressly agreed that you may employ other counsel to pursue such claim and the Consortium Firms will receive no compensation under this agreement from any recovery on such claims.

For each claim that you authorize the commencement of litigation (at times such authorized claims will hereinafter referred to in the collective as the "Litigation"), the Consortium Firms will be responsible for drafting of documents, preparation of pleadings, attending court hearings and trials, participating in negotiations, performing legal research, and conducting conferences, and consultations as may be necessary to represent you with respect to such claim.

Although the Consortium Firms will endeavor to obtain results satisfactory to you, we cannot guarantee that we will be successful. As part of this agreement, you acknowledge that (i) neither the Consortium Firms nor any of their respective professionals have made any promises or guarantees regarding any outcome of the Litigation and you acknowledge that no guarantees or promises can be made regarding the outcome thereof, (ii) neither Consortium Firms nor any of their respective professionals have made any promises or guarantees regarding the length of time required to obtain the resolution of the Litigation; and (iii) either at the beginning or during the course of their representation, Consortium Firms may express their opinions or beliefs concerning the Litigation and the results that might be anticipated; but that any such statement(s) are intended to be an expression of opinion only, based on information available at the time, and must not be construed by you as a promise or guarantee, as no such promises or guarantees are possible.

To enable us effectively to perform the services contemplated, it is essential that you disclose fully and accurately all facts and keep us apprised of all

developments relating to the Litigation. You have agreed to cooperate fully with us and to make yourself and your representatives available to attend meetings, conferences, hearings and other proceedings. You have also agreed to retain and preserve documents, items, and electronically stored information that must be preserved until completion of the Litigation.

The Consortium Firms representation of you will be limited to the specific matters which are specifically assigned to us for review and that the Consortium Firms are not undertaking, absent a specific engagement letter to the contrary, to represent the Reagor Dykes Debtor Entities in other matters, matters which are not assigned to us for review, or in any general counsel capacity. You expressly represent that you have full and complete authority to enter into this agreement, subject to approval of the United States Bankruptcy Court for the Northern District of Texas.

## II.    *Legal Fees- Contingent Fee Interest*

This work will be difficult and involve a substantial commitment of both time and resources on the part of the Consortium Firms. Moreover, the Estates of the Reagor Dykes Debtor Entities would face a substantial economic burden were they forced to liquidate their respective claims for the benefit of creditors by paying attorneys on a purely hourly basis. As such, and per our discussions, we agree that a contingent fee structure for cases which are assigned to us and that said structure is reasonable under the circumstances. To this end, have agreed upon a two-tier fee structure which is outlined as follows:

**A.    Contingent Fee for Preference and Fraudulent Transfer Claims**: While we do not yet know what the body of preference and fraudulent transfer claims ("Preference and Transfer Claims") that might be assigned to us will look like, Consortium Firms propose liquidating the Preference and Transfer Claims on a sliding scale-fee basis, and depending on the aggregate amount of dollars recovered for the Estates. This sliding scale will apply only to Preference and Transfer Claims. If you have both Preference and Transfer Claims and Third-Party Claims against a party all claims against such party shall be deemed Third Party Claims, and the fee for all claims against such party will be governed by II.B below. The sliding-scale is as follows:

| *Aggregate Amount Recovered For Estates* | *Contingent Fee* |
|---|---|
| $0- $1,000,000 | 40% |
| $1,000,001 -$3,000,000 | 35% |
| $3,000,001- $6,000,000 | 30% |
| $6,000,001+ | 25% |

For purposes of this agreement, "Aggregate Amount Recovered for Estates" means the aggregate Gross Value Recovered on all Preference and Transfer Claims (except for those deemed Third Party Claims) for the estates that are assigned to the Consortium Firms and that Consortium Claims have not declined.

You have agreed to this fee structure for Preference and Transfer Claims. Therefore and in consideration of the legal services rendered and to be rendered by the Consortium Firms with respect to any Preference and Transfer Claims which are allocated to us, you hereby assign, grant and convey to the Consortium, as their compensation herein, a present undivided interest in the Gross Value Recovered from or in connection with the liquidation of Preference and Transfer Claims assigned to the Consortium Firms.

The engagement of the Consortium Firms to prosecute Preference and Transfer Claims is subject to the General Terms of Contingent Fee Representation as set forth in Section II(C), *infra* and all other terms and conditions contained herein.

**B.** **Contingent Fee for Other Classes of Claims:** We anticipate that there will be a number of other claims belonging to the Reagor-Dykes Entities that will require significant efforts to liquidate. These include, but are not limited to, potential claims against lenders, fiduciary duty claims, claims against third parties involving common law fraud, claims against professionals, and claims against insurers ("Third Party Claims"). Our collective experience instructs us that these kinds of claims tend to be hotly contested and may be subject to contractual or other legal defenses tending to make their resolution more difficult. As such, this class of claims represents a greater risk to take on a contingency. For such claims, we have previously proposed a contingent fee of a flat 40%.

For Third Party Claims, you have agreed to a Contingent Fee of 40%. Therefore and in consideration of the legal services rendered and to be rendered by the Consortium Firms with respect to any Third Party Claims and deemed Third party Claims assigned to us, you hereby assign, grant and convey to the Consortium, as their compensation herein, a present undivided interest in the Gross Value

Recovered from or in connection with Third Party Claims and deemed Third Party Claims.

The engagement of the Consortium Firms to prosecute this class of claims is subject to the General Terms of Contingent Fee Representation as set forth in Section II(C), *infra* and all other terms and conditions contained herein.

### C. General Terms of Contingent Fee Representations

#### 1. Gross Value Recovered Defined/Payment of Fee

As used herein, the term *"Gross Value Recovered"* as used above means the amount of cash plus the fair market value of any other property (valued at the date received) recovered by or for you in connection with a specific matter assigned to the Consortium Firms, including actual and punitive damages, interest and attorneys' fees. If attorneys' fees are recovered · by suit, settlement, or in any other manner, then said attorneys' fees are added to any recovery and the contingency fee shall be computed on such "gross recovery." The *"Gross Value Recovered"* will be calculated before deduction of any applicable expenses or costs of the lawsuit(s).

If a settlement includes future payments, the contingency fee will be based on the cost of the entire settlement, if the cost can be determined after reasonable efforts. If the cost cannot be determined, the basis will be the present value of the settlement.

Payment of the contingent fee for a particular case or matter within the Litigation shall be payable at the conclusion of each specific case or matter within the Litigation in which a recovery is obtained.

#### 2. Fee Split

The foregoing contingency fee is a joint fee. Based on the respective services provided by the Consortium Firms with respect to a particular matter, the Consortium Firms will allocate such fee between themselves as follows: sixty percent (60%) to Schiffer Hicks Johnson, PLLC, twenty percent (20%) to Key Terrell & Seger, LLP and twenty percent (20%) to the Liggett Law Group, P.C. (hereinafter the **"Fee Split"**).

#### 3. Conflicts and Proportionate Reallocation of Fee Split Under Certain Circumstances

The Consortium Firms will disclose all known potential conflicts of interest in conjunction with their application for employment. However, in so far as we do not yet know what specific matters may be assigned to us, it may be that unanticipated or unforeseen conflicts of interest may arise. To this end, and should

a conflict arise as to one or more of the firms comprising the Consortium Firms and as it may pertain to a specific matter, we will immediately provide you with notice as to the same. In such case, the affected constituent firm will perform no work on the specific matter and the unaffected firms will erect an ethical screen as to the affected firm. The Fee Split will thereafter be proportionately reallocated between and among the unaffected firms, and the affected firm will receive no contingent fee interest in the particular case. If all of the Consortium Firms suffer from a conflict of interest, then they will decline the matter when the same is assigned, and you may retain other counsel to pursue the claim.

### 4.    Out-of-Pocket Expenses

As used herein, the term "expenses" shall include all reasonable and necessary expenses of litigation, including but not limited to out-of-pocket costs for photocopying, printing, scanning, witness fees, all costs associated with expert witnesses, travel expenses, filing and recording fees, parking, couriers, certain long distance telephone calls and facsimiles, postage and express mail, overtime for non-legal staff and other overtime expenses, certain computerized legal research, deposition costs, practice support, records retrieval, and other items associated with representing you in this matter. Expenses also shall include costs for other ancillary services, such as data processing, hosting, media creation and duplication, and related electronic discovery services, which are based on current market cost, and will be treated as expenses whether that work is performed by outside vendors or in-house.

The Consortium Firms shall advance all Expenses. The Expenses advanced by Counsel shall not include fees and costs for local counsel, should litigation outside of Texas become necessary. The Consortium Firms will send monthly statements to you, listing the expenses incurred in the previous month. Counsel will monitor and control costs and expenses so that they are reasonable and necessary to representation of Client.

Counsel shall receive reimbursement of Expenses from any recovery obtained in the Litigation and such reimbursement will be made from the first monies recovered in a given case or matter.

### 5.    Settlement of Particular Cases

Any settlement offer received by the Consortium Firms will be immediately conveyed to you with our recommendation for acceptance or rejection. Any settlement offer received by you will be conveyed to the Consortium Firms.

**No settlement of any nature shall be made for the assigned matter**

**without the approval of you and the United States Bankruptcy Court, unless a different procedure is specified under the terms of a liquidating trust agreement executed in conjunction with the confirmation of a Plan of Reorganization.** You acknowledge that all communications from adverse parties or their counsel in connection with the specific matters to be assigned are required to be directed to the Consortium Firms, as counsel, pursuant to Texas Disciplinary Rule of Professional Conduct 4.02; and you agree to instruct all adverse parties and their counsel to communicate only through the Consortium Firms, unless the Consortium Firms agree otherwise.

### 6. Work Files -Retention and Disposition

We will maintain all documents furnished to us in our files for this matter. At the conclusion of the matter covered under this engagement letter (or earlier, if appropriate), it is your obligation to advise us as to which, if any, documents in our files you wish the Consortium Firms to return. The Consortium Firms may keep copies thereof for our records to the extent we believe advisable. The Consortium Firms will retain any remaining documents in our files for a period of three (3) years following conclusion of our representation in the matter. THEREAFTER SUCH FILES MAY, AT OUR SOLE DISCRETION AND WITHOUT FURTHER NOTICE TO YOU, BE DESTROYED.

### III. *Termination of Representation*

This engagement and the attorney-client relationship created by this matter will end when we have completed the legal services covered by this engagement letter. If you later engage us for any related or additional matter, that engagement and its scope must be confirmed in a separate engagement letter or in a written supplement to this letter.

You may terminate the engagement at any time and for any reason by informing us in writing. Similarly, we may terminate or withdraw from our representation of you at any time, provided we comply with the applicable rules of professional conduct. The parties agree to the following with respect to termination of this engagement:

**A.** Client may terminate the engagement at any time for any reason by written notice.

**B.** Counsel may terminate the engagement (i) if, after an objective evaluation of the case provided by a focus group or mock trial and based on their experience, Counsel believes further pursuit of the case lacks merit, and (ii) subject to applicable provisions of the Texas Disciplinary Rules of

Professional Conduct.

**C.** If Client terminates the engagement, Counsel shall retain its interest in the Contingent Fee.

**D.** If Counsel terminates the engagement, then Counsel hereby relinquishes its right to any portion of the Contingent Fee set forth above. Counsel shall be entitled to receive payment from Client for any and all unreimbursed expenses and any outstanding fees.

If we decide to withdraw, you agree to take all steps necessary to release us from any further obligation to represent you, including signing any documents necessary to complete our withdrawal.

No such termination or withdrawal, however, will relieve you of the obligation to pay the legal fees owed for services performed and other charges owing to us as set forth in this Agreement and accordance with the contingent fee interest assigned herein.

## IV. *Miscellaneous*

### A. Other Clients and Consent to Adverse Representation

You will provide us the names of all persons and entities that you believe are or might become involved in this matter prior to filing an application for employment of the Consortium Firms. Prior to the filing of the employment application, we will run a conflicts check on those names and will confirm our belief that we are free to represent you and the Reagor Dykes Debtor Entities. You agree to promptly tell us if you learn of any other person or entity that might become involved in this matter so that we can do additional checking for conflicts.

We represent many other clients, particularly in the energy, healthcare, technology and financial services industries. It is possible that, during the time we are representing you, some of our current or future clients might have dealings, transactions, disputes, or litigation with you. Those clients could have interests different from yours, and their actions could adversely affect your business, legal, or financial interests.

By engaging us, you agree that we may represent other current and future clients in any other matter, including in litigation, unless we conclude that (i) those other matters are substantially related to the matters in which we are representing you or (ii) we cannot properly represent you because we are materially limited by a duty to or a relationship with someone else. For purposes of this agreement, two matters are substantially related if the facts in the first matter are so closely related

to the facts in the second matter that a genuine threat exists that confidential information revealed by the client in the first matter will be divulged to that client's adversary in the second matter. We would be materially limited only when our representation of another client or our relationship with someone else would materially affect our ability to represent you competently and diligently.

Accordingly, you agree that our representation of you in this matter will not disqualify us from representing other clients in other matters that are not substantially related to this one or where our ability to represent you would not be materially limited, even if the interests of those other clients are directly adverse to yours. In those situations, we will not use to your disadvantage any of your confidential information that we acquire while representing you. Likewise, we will not share with you or use for your benefit confidential information that we receive from other clients.

Finally, if one of our other clients (for example, a lender) hires another law firm and becomes adverse to you in this matter, you consent to our representation of that client in other matters. If that situation arises, we will continue to competently and diligently represent you and take appropriate steps to protect your confidential information.

### B. Client's Acknowledgement

Client acknowledges that it has had an opportunity to consult independent counsel concerning the negotiation of this fee agreement and its terms; that you has made sufficient investigation and inquiry to determine that this agreement is fair and reasonable to it, and that this agreement was the product of arm's length negotiation with Counsel. You acknowledge that it has either consulted such independent counsel or, having had an adequate opportunity to seek such advice, declined to do so.

### C. Severability

If any party of this letter agreement shall for any reason be found unenforceable, the parties agree that all other portions shall nevertheless remain valid and enforceable.

### D. Integration

This Agreement represents the final and mutual understanding of the parties. It replaces and supersedes any prior agreements or understandings, whether written or oral. This Agreement may not be modified, amended, or replaced except by another signed written contract.

E.    **Approval of Terms of Engagement**

If the above and foregoing meets with your understanding, please so indicate by executing this Agreement in the place provided below for your signature. A copy of this Agreement should be retained for your files.

F.    **Bankruptcy Court Approval**

The parties acknowledge that the Bankruptcy Court must approve this agreement. Moreover, no compensation or expenses shall be paid without an order from the Bankruptcy Court. The Consortium Firms will promptly prepare and file the necessary pleadings to seek approval of this agreement.  Upon obtaining such approval, the parties agree that this Agreement shall be binding upon the Reagor Dykes Entities should they be reorganized, or such liquidating trustee as may be appointed under a plan of reorganization.

If this Agreement correctly reflects your understanding of the terms and conditions of our representation, please sign the below and return it to me.

We are pleased to have the opportunity to be of service, and we look forward to working with you.  Please contact me if you have any questions.

Very truly yours,

SCHIFFER HICKS JOHNSON, PLLC

Andrew S. Hicks

LIGGETT LAW GROUP, P.C.

Dustin Burrows        w/permission MST

KEY TERRELL & SEGER, LLP

Andrew Seger        w/permission MST

AGREED TO AND ACCEPTED:

Date: 8/2/19

{AGREEING PARTY}
**Chief Restructuring Officer to**
Reagor-Dykes Imports, LP, Reagor-
Dykes Amarillo, Reagor-Dykes Auto
Company, LP, Reagor-Dykes
Plainview, LP, Reagor-Dykes
Floydada, LP, Reagor-Dykes III LLC,
Reagor-Dykes Snyder, L.P., Reagor-
Dykes II LLC, Reagor Auto Mall Ltd
and Reagor Auto Mall I LLC

# **EXHIBIT II**

**Parties in Interest List**

| Name | Address Line 1 | Address Line 2 | Address Line 3 | Address Line 4 | City | State | PostalCode | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WTG FUELS, INC | 211 N. COLORADO | | | | MIDLAND | TX | 79701 | | | | |
| SOUTH PLAINS TOWIN | PO BOX 64368 | | | | LUBBOCK | TX | 79464 | | 806-281-0009 | | |
| AIRGAS USA LLC | PO BOX 676015 | | | | DALLAS | TX | 75267-6015 | | 800-255-2165 | | |
| SAWCO INDUSTRIES, LL | C/O DAVIDSON SHEEN, l | ATTN: BRAD J. DAVIDSOI | 12405 QUAKER AVENUE | | LUBBOCK | TX | 79424 | | 806-412-6000 | 806-412-6010 | BRAD@BRADDAVIDSONFIRM.COM; KVP@BRA |
| LESCO DISTRIBUTING | 1628 W CROSBY RD, SUI | | | | CARROLLTON | TX | 75006 | | 972-446-1605 | | |
| ADVANTAGE SUPPLY | PO BOX 471103 | | | | FORT WORTH | TX | 76147-1103 | | 806-280-1846; 817-377-80 | | CAROL.BANE@ADVANTAGESUPPLY.US |
| FORD MOTOR CREDIT C | ATTN: KEITH LANGLEY | 9009 CAROTHERS PARKI | | | FRANKLIN | TN | 37067 | | 214-722-7171 | | KLANGLEY@L-LLP.COM |
| TOYOTA MOTOR CREDIT | C/O BALLARD SPAHR LLI | ATTN: DAVID L. POLLACH | 1735 MARKET STREET, 5 | | PHILADELPHIA | PA | 19103 | | 215-864-8325 | 215-864-9473 | POLLACK@BALLARDSPAHR.COM |
| HOCKLEY COUNTY TAX ( | LUBBOCK CENTRAL APP | C/O PERDUE, BRANDON, | ATTN: LAURA J. MONROI | PO BOX 817 | LUBBOCK | TX | 79408 | | 806-744-5091 | 806-744-9953 | LMBKR@PBFCM.COM |
| WEST TEXAS PAL, INC. | PO BOX 131809 | | | | SPRING | TX | 77393 | | 281-363-3442 | | |
| PHILLIP LLOYD | 10112 W FM 1606 | | | | IRA | TX | 79527 | | | | |
| SOUTH PLAINS PARTS | 1103 S RALLS HWY | | | | FLOYDADA | TX | 79235 | | 806-983-6272 | | |
| REYNA CAPITAL | PO BOX 674275 | | | | DALLAS | TX | 75267-4275 | | | | |
| KAMKAD AUTOMOTIVE I | C/O NORTON ROSE FULI | ATTN: GREG M. WILKES | 2200 ROSS AVENUE, SUI | | DALLAS | TX | 75201-7932 | | 214-855-8000 | 214-855-8200 | GREG.WILKES@NORTONROSEFULBRIGHT.C |
| NATIONAL CREDIT CENT | PO BOX 740285 | | | | LOS ANGELES | CA | 90074 | | | | |
| FIRSTCAPITAL BANK OF | C/O SPROUSE SHRADEI | ATTN: JOHN MASSOUH | 701 S. TAYLOR | SUITE 500 | AMARILLO | TX | 79105-5008 | | 806-468-3300 | 806-373-3454 | JOHN.MASSOUH@SPROUSELAW.COM |
| AMERICAN GLASS DISTF | 8211 HWY. 87 | | | | LUBBOCK | TX | 79423 | | 806-745-3997; 817-335-32 | | LORID@ALLAMERICANGLASS.COM |

| Name | Address | City | State | Zip | Phone 1 | Phone 2 | Email |
|---|---|---|---|---|---|---|---|
| TEXAS COMPTROLLER C C/O BANKRUPTCY & COL ATTN: E. STUART PHILLII PO BOX 12548 | AUSTIN | TX | 78711-2548 | 512-475-4861 | 512-936-1409 | bk-sphillips@oag.texas.gov |
| GREG LAIR | PO BOX 510 | CANYON | TX | 79015 | 806-553-5706 | | |
| KSNY-FM | 2301 AVENUE R | SNYDER | TX | 79549 | | | |
| SCOGGIN DICKEY | ATTN: GREG MEEKS    PO BOX 64910 | LUBBOCK | TX | 79424 | 806-798-4010 | | |
| V AUTO | PO BOX 935202 | ATLANTA | GA | 31193 | | | |
| TAXING DISTRICTS COLI C/O PERDUE, BRANDON, ATTN: D'LAYNE CARTER  PO BOX 9132 | AMARILLO | TX | 79105 | 806-359-3188 | 806-359-5126 | AMABKR@PBFCM.COM; DPCARTER@PBFCM. |
| CIG FINANCIAL, LLC | C/O J. WARD HOLLIDAY ;501 ELM STREET, SUITE | DALLAS | TX | 75202 | 214-747-2727 | | |
| CPW LUBBOCK | 4319 HURRON AVE., SUI` | LUBBOCK | TX | 79407 | 806-686-3520 | | |
| FINISHMASTER | PO BOX 744316 | ATLANTA | GA | 30374-4316 | | | |
| KCBD | 5600 AVE A | LUBBOCK | TX | 79404 | 806-761-4210 | | MCARTER@KCBD.COM |
| ALLY FINANCIAL, INC. A C/O CRENSHAW DUPRE ATTN: TRACI D. SIEBENL PO BOX 1499 | LUBBOCK | TX | 79408 | 806-762-5281 | 806-762-3510 | TSIEBENLIST@CDMLAW.COM |
| ISS (INSTRUMENT SALE: 17880 NE AIRPORT WAY | PORTLAND | OR | 97230 | | | |
| ELEMENT FLEET MANAG C/O SINGER & LEVICK, P ATTN: LARRY A. LEVICK  16200 ADDISON ROAD, S | ADDISON | TX | 75001 | 972-380-5533 | 972-380-5748 | LEVICK@SINGERLEVICK.COM |
| FORD MOTOR COMPAN\ C/O EVERSHEDS SUTHE ATTN: THOMAS M. BYRN 999 PEACHTREE NE, STE | ATLANTA | GA | 30309-3996 | 404-853-8000; 404-853-80 404-853-8806 | TOMBYRNE@EVERSHEDS-SUTHERLAND.CON |
| MIDLAND REPORTER | PO BOX 80074 | PRESCOTT | AZ | 86304 | | | |
| ADVANCED GRAPHIX | 520 23RD ST | LUBBOCK | TX | 79404 | | | |
| AUTO ZONE STORES, IN PO BOX 116067 | ATLANTA | GA | 30368-6067 | 901-495-6500 | | |
| CARROLLTON-FARMERS C/O PERDUE, BRANDON, ATTN: EBONEY COBB    500 E. BORDER STREET, | ARLINGTON | TX | 76010 | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRISTO BATTERY | ATTN: MARK | PO BOX 3608 | LUBBOCK | TX | 79452 | 806-777-9257 | |
| VALVOLINE LLC | ATTN: VIC STEPHENSON | 3499 BLAZER PARKWAY | LEXINGTON | KY | 40509 | 214-878-4091 | |
| FLOYD COUNTY APPRAI | C/O MCCREARY, VESELI | ATTN: TARA LEDAY | PO BOX 1269 | ROUND ROCK | TX | 78680 | 512-323-3200 | 512-323-3205 | TLEDAY@MVBALAW.COM |
| LUBBOCK AUTO SPA | ATTN: JEFF BARTHOLON | 5147 69TH STREET, SUIT | LUBBOCK | TX | 79424 | 806-239-0712 | | JEFF@AMSTEXAS.NET |
| MUSA AUTO FINANCE LL | C/O PADFIELD & STOUT, | ATTN: JOHN E. JOHNSO | 705 ROSS AVENUE | DALLAS | TX | 75202 | 214-215-6402 | 817-338-1610 | JJOHNSON@PADFIELDSTOUT.COM |
| FOURSIGHT CAPITAL, LL | C/O GODWIN BOWMAN | ATTN: SIDNEY H. SCHEI | 1201 ELM STREET, SUITE | DALLAS | TX | 75270 | 214-939-4501 | 214-527-3116 | SSCHEINBERG@GODWINLAW.COM |
| ALSCO | 404 N UNIVERSITY AVE | | LUBBOCK | TX | 79415 | 806-792-8751 | |
| GENE MESSER ACCESS | 6161 ROTHWAY STREET | | HOUSTON | TX | 77040 | 713-647-5700 | |
| WTG FUELS, INC. | C/O KELLY, MORGAN, DE | ATTN: MICHAEL G. KELL | PO BOX 1311 | ODESSA | TX | 79760-1311 | 432-367-7271 | 432-363-9121 | |
| CUSTOM SOUND WORK | 5131 80TH ST. | | LUBBOCK | TX | 79424 | 806-748-5683 | | MICHELLE@CUSTOMSOUNDWORKS.COM |
| LUBBOCK WRECKER SE | 3209 E SLATON HWY | | LUBBOCK | TX | 79404 | | |
| NAPA AUTO PARTS | 409 EAST 2ND | | ODESSA | TX | 79761 | | |
| ALLIANCE CREDIT UNIO | C/O BLALACK & WILLIAM | 4851 LBJ FREEWAY, SUI | DALLAS | TX | 75244 | 214-630-1916 | 214-630-1112 | |
| SAFETY KLEEN SYSTEM | PO BOX 650509 | | DALLAS | TX | 75265 | 800-523-5040 | |
| GLOBAL LENDING SERVI | C/O MCGLINCHEY STAFF | ATTN: RUDY J. CERONE | 601 POYDRAS STREET 12TH FLOOR | NEW ORLEANS | LA | 70130 | 504-596-2786 | 504-910-9362 | RCERONE@MCGLINCHEY.COM; SEDWARDS |
| STEVE DICKEY | 402 N E 6TH | | TULIA | TX | 79088 | 806-994-8524 | |
| TD AUTO FINANCE, LLC | C/O COOKSEY, TOOLEN, | ATTN: KIM P. GAGE | 535 ANTON BOULEVARD SUITE 1000 | COSTA MESA | CA | 92626-1977 | 714-431-1100; 714-431-10 | 714-431-1119 | KGAGE@COOKSEYLAW.COM |
| BRISTO BATTERY | 124 E SLATON RD | | LUBBOCK | TX | 79452 | 806-745-2052 | |

| Name / Address | City | State | Zip | Phone 1 | Phone 2 | Email |
|---|---|---|---|---|---|---|
| LUBBOCK SOUND EQUIP PO BOX 93366 | LUBBOCK | TX | 79493 | 806-745-1454 | | |
| DEALER TIRE, LLC 7012 EUCLID AVE. | CLEVELAND | OH | 44103 | 216-432-0888 | | |
| PEARL PROXIMITY LLC 2701 EAST PLANO PKWY STE. 100 | PLANO | TX | 75074 | 888-339-1116 | | |
| MIDLAND CENTRAL APPI C/O MCCREARY, VESELI ATTN: TARA LEDAY PO BOX 1269 | ROUND ROCK | TX | 78680 | 512-323-3200 | 512-323-3205 | TLEDAY@MVBALAW.COM |
| JEFF HUNTER MOTORS, C/O GREAK LAW, P.C. ATTN: MICHAEL S. URYA 8008 SLIDE ROAD, SUITE | LUBBOCK | TX | 79424 | 806-783-0081 EXT. 3 | 888-242-1325 | MURYASZ@GREAKLAW.COM |
| CDK GLOBAL 1950 HASSELL ROAD | HOFFMAN ESTATES | IL | 60169 | | | |
| OFFICEWISE FURNITURI ATTN: TOMMY SANSON PO BOX 2688 | AMARILLO | TX | 79105-2688 | 806-372-2236; 800-825-82 | | |
| ALLY FINANCIAL, INC. AI C/O TROUTMAN SANDER ATTN: HARRIS B. WINSBI 600 PEACHTREE STREET | ATLANTA | GA | 30308 | 404-885-3000 | 404-885-3900 | HARRIS.WINSBERG@TROUTMAN.COM |
| WINDSHIELDS UNLIMITE 4004 SW 34TH AVE | AMARILLO | TX | 79109 | 806-359-1618 | | |
| NIKOLAY K. PAVLOV 6132 MACKNEAL TRL. | WATAUGA | TX | 76148 | 817-714-7832 | | SILVERSHADOWBELIEVER@YAHOO.COM |
| BART REAGOR C/O KELLY HART & PITRI ATTN: LOUIS M. PHILLIPS ONE AMERICAN PLACE 301 MAIN STREET, SUITE BATON ROUGE | LA | 70801-1916 | | 225-381-9643 | 225-336-9763 | LOUIS.PHILLIPS@KELLYHART.COM; RICK.SHI |
| HOCKLEY COUNTY SCHC C/O BLALACK & WILLIAM 4851 LBJ FREEWAY, SUI' | DALLAS | TX | 75244 | 214-630-1916 | 214-630-1112 | |
| VISTA BANK C/O BUSTOS LAW FIRM, ATTN: FERNANDO M. BU PO BOX 1980 | LUBBOCK | TX | 79408 | 806-380-3976 | 806-780-3800 | FBUSTOS@BUSTOSLAWFIRM.COM |
| ROGER FOOTE LAWN C/ 2661 W 17TH STREET | PLAINVIEW | TX | 79072 | 806-292-2482; 806-292-24 | | ROGERDFORTE@GMAIL.COM |
| AER MANUFACTURING PO BOX 974180 | DALLAS | TX | 75397-4180 | 800-621-0545 | | |
| LUBBOCK CENTRAL APP C/O PERDUE, BRANDON, ATTN: LAURA J. MONRO! PO BOX 817 | LUBBOCK | TX | 79408 | 806-744-5092; 806-744-50 | 806-744-9953 | LMONROE@PBFCM.COM; LMBKR@PBFCM.CC |
| PRIME ACCEPTANCE CO C/O PADFIELD & STOUT, ATTN: ALAN B. PADFIELC 421 W. THIRD STREET, S | FORT WORTH | TX | 76102 | 817-338-1616 | 817-338-1610 | ABP@PADFIELDSTOUT.COM; JLEAVERTON@ |
| FORD CUSTOM PAINT & 1607 25TH ST. | SNYDER | TX | 79549 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COINDATA | DEPT. 716 | PO BOX 4346 | HOUSTON | TX | 77210 | | | |
| CLEAR VU AUTO GLASS | 7415 82ND ST. | | LUBBOCK | TX | 79424 | 806-791-4311 | | |
| VISTA BANK | C/O WICK PHILLIPS GOU | ATTN: JASON M. RUDD & 3131 MCKINNEY AVENUE | DALLAS | TX | 75204 | 214-692-6200 | 214-692-6255 | JASON.RUDD@WICKPHILLIPS.COM; LAUREN. |
| NTS COMMUNICATIONS | ATTN: CYRUS DRIVER | PO BOX 10730 | LUBBOCK | TX | 79403-3730 | 806-678-7077 | | CYRUS@NTSCOM.COM |
| CHESTERSWEB.COM | 10300 S GEORGIA | | AMARILLO | TX | 79118 | 806-235-1570; 806-418-25 | | |
| DESCRIPTIVE AUTO DES | 6625 19TH ST. | SUITE 110 | LUBBOCK | TX | 79407 | 806-792-1551 | | |
| PARMER COUNTY TAX A | C/O ALDRIDGE, ACTKINS | ATTN: JEFF W. ACTKINS | PO BOX 286 | FARWELL | TX | 79325 | 806-481-3361 | 806-481-9060 | JEFFACTKINSON@AMAONLINE.COM |
| J.D. AUTO CORP. DBA VI | C/O GORDON DAVIS JOH | ATTN: HARREL L. DAVIS | PO BOX 1322 | EL PASO | TX | 79947-1322 | 915-545-1133 | 915-545-4433 | HDAVIS@EPLAWYERS.COM |
| CAPITAL ONE AUTO FIN/ | C/O HUNTON ANDREWS | ATTN: JARRETT L. HALE, | 1445 ROSS AVENUE, SUI | DALLAS | TX | 75202 | 214-979-3000 | | JHALE@HUNTONAK.COM; TELGIE@HUNTON/ |
| SEWELL FORD INC | PO BOX 3432 | | ODESSA | TX | 79760 | 432-498-0421 | | |
| QUANTUMLINQ COMPUT | ATTN: DANNY | PO BOX 6682 | LUBBOCK | TX | 79493 | 806-773-4871 | | |
| TEXAS CARWORX LLC | 1000 N. I-27 | | PLAINVIEW | TX | 79072 | 806-296-7746 | | |
| FORD MOTOR CREDIT C | C/O SEVERSON & WERS | ATTN: DUANE M. GECK A | ONE EMBARCADERO CE | SAN FRANCISCO | CA | 94111 | 415-398-3344 | 415-956-0439 | DHC@SEVERSON.COM |
| AMERICREDIT FINANCIA | C/O MCGLINCHEY STAFF | ATTN: STEPHANIE LAIRD | 1001 MCKINNEY, SUITE 1 | HOUSTON | TX | 77002 | 713-520-1900 | 713-520-1025 | SJOHNSON@MCGLINCHEY.COM |
| AUTO ZONE INC. | PO BOX 116067 | | ATLANTA | GA | 30368 | | | |
| AIMBANK | C/O HIRSCH & WESTHEII | ATTN: MICHAEL J. DURR: | 1415 LOUISIANA, 36TH FI | HOUSTON | TX | 77002 | 713-220-9165 | 713-223-9319 | MDURRSCHMIDT@HIRSCHWEST.COM; VARG |
| WTG FUELS, INC | PO BOX 51140 | | MIDLAND | TX | 79710-1140 | | | |
| BRISTO BATTERY | PO BOX 3608 | | LUBBOCK | TX | 79452 | 800-745-2052 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAPA AUTO PARTS | 310 N 4TH | LAMESA | TX | 79331 | 432-363-2103 | | thomason@toddlawfirm.com |
| BENCHMARK BUSINESS | 1607 BROADWAY ST. | LUBBOCK | TX | 79401 | | | |
| UPS | LOCKBOX 577 | CAROL STREAM | IL | 60132-0577 | 800-742-5877; 404-828-60 | | |
| SANTANDER CONSUME | C/O QUILLING, SELANDE | ATTN: PATRICK M. LYNC | 2001 BRYAN STREET, SU | DALLAS | TX | 75201 | 214-871-2100 | 214-817-2111 | PLYNCH@QSLWM.COM |
| EARL OWENS COMPANY | PO BOX 111787 | CARROLLTON | TX | 75011 | 469-892-2424 | | |
| JPMORGAN CHASE BAN | C/O ALDRIDGE PITE, LLP | ATTN: ALONZO Z. CASAS | 4375 JUTLAND DRIVE, S | PO BOX 17933 | SAN DIEGO | CA | 92177-0933 | 713-293-3610 | 858-412-2792 |
| AUTOTRADER | PO BOX 932207 | ATLANTA | GA | 31193-2207 | | | |
| CHARLES DARTER JR | PO BOX 64658 | LUBBOCK | TX | 79424 | | | |
| SUNTRUST BANK | C/O MCGLINCHEY STAFF | ATTN: R. DWAYNE DANN | THREE ENERGY SQUARE | 6688 NORTH CENTRAL E | DALLAS | TX | 75206 | 214-445-2445 | 214-445-2450 | DDANNER@MCGLINCHEY.COM |
| CARGURUS | 2 CANAL PARK # 4 | CAMBRIDGE | MA | 02141 | | | |
| CITIZENS STATE BANK | C/O GOSSETT, HARRISO | PO DRAWER 911 | SAN ANGELO | TX | 76902 | 325-653-3291 | 325-655-6838 | PAULS@GHTXLAW.COM |
| SCOGGIN DICKEY | ATTN: DAVE ZWIACKER | PO BOX 64910 | LUBBOCK | TX | 79424 | 806-589-0021 | | |
| B KING VENTURES, LLC | C/O KEY TERRELL & SEC | ATTN: ANDREW R. SEGE | 4825 50TH ST., STE. A | LUBBOCK | TX | 79414 | 806-793-1906 | 806-792-2135 | ASEGER@THESEGERFIRM.COM |
| MUSA AUTO FINANCE, LL | C/O PADFIELD & STOUT, | ATTN: ALAN B. PADFIELD | 421 W. THIRD STREET, S | FORT WORTH | TX | 76102 | 817-338-1616 | 817-338-1610 | ABP@PADFIELDSTOUT.COM; JLEAVERTON@ |
| GM, LLC | C/O DYKEMA COX SMITH | ATTN: MARK E. ANDREW | 1717 MAIN STREET, SUIT | DALLAS | TX | 75201 | 214-462-6400 | 214-462-6401 | MANDREWS@DYKEMA.COM; JGERBER@DYK |
| CDK GLOBAL | PO BOX 88921 | CHICAGO | IL | 60695-1921 | 847-397-1700 | | |
| REYNOLDS & REYNOLDS | ATTN: JOHN BRANNAM | PO BOX 182206 | COLUMBUS | OH | 43218-2206 | 937-485-2000 | | JOHN-BRANNAM@REYREY.COM |
| CAPROCK FEDERAL CRE | C/O BLALACK & WILLIAM | 4851 LBJ FREEWAY, SUI | DALLAS | TX | 75244 | 214-630-1916 | 214-630-1112 | |

| Name / Address | City | State | Zip | Phone | Phone 2 | Email |
|---|---|---|---|---|---|---|
| HOLMES PLUMBING ATTN: STEVE HOLMES 1432 CR 242 | FLOYDADA | TX | 79235 | 806-983-2251 | | |
| AMERIPRIDE SERVICES, PO BOX 1594 | BEMIDJI | MN | 56619-1594 | 800-660-3651 | | |
| FENDER TRUCK ACCESS PO BOX 2576 | MIDLAND | TX | 79702 | 432-683-8473 | | |
| QUALITY VENDING 1000 S.E. 6TH | AMARILLO | TX | 79105 | 806-379-8584 | | |
| CLASSIC CHEVROLET, IN C/O SHACKELFORD, BOV ATTN: DEREK D. ROLLIN! 9201 N. CENTRAL EXPRE | DALLAS | TX | 75231 | 214-780-1400 | 214-780-1401 | drollins@shackelford.law |
| ADI 5901 SPUR 327 | LUBBOCK | TX | 79424 | 806-798-4000 | | |
| LIBERTY CAPITAL BANK C/O HIGIER ALLEN & LAI ATTN: JASON T. RODRIG THE TOWER AT CITYPLA 2711 N. HASKELL AVE., S | DALLAS | TX | 75204 | 972-716-1888 | 972-759-1366; 972-716-18 | JRODRIGUEZ@HIGIERALLEN.COM |
| CONCHO SUPPLY 4102 SHERWOOD WAY | SAN ANGELO | TX | 76902 | 855-777-0300 | | |
| STEPHEN C. FYFFE C/O LAW OFFICES OF MI ATTN: MICHAEL H. CARP 1102 MAIN STREET | LUBBOCK | TX | 79401 | 806-747-3016 | 806-747-8411 | RNEBB@CARPERLAW.COM; MCARPER@CAR |
| SCOGGIN DICKEY BUICK ATTN: DAVE ZWIACKER PO BOX 64910 | LUBBOCK | TX | 79464 | 806-589-0021 | | |
| EARL OWEN CO. C/O RITTER SPENCER PI ATTN: DAVID D. RITTER 15455 DALLAS PARKWAY | ADDISON | TX | 75001 | 214-295-5078 | 214-329-4362 | DRITTER@RITTERSPENCER.COM |
| AMERICREDIT FINANCIA C/O MCGLINCHEY STAFF ATTN: R. DWAYNE DANN 6688 N. CENTRAL EXPRE | DALLAS | TX | 75206 | 214-445-2445 | 214-445-2450 | DDANNER@MCGLINCHEY.COM |
| MARCELLA RICHARDSOT 2015 RON DR | AMARILLO | TX | 79107 | 806-410-6220 | | |
| O'REILLY AUTOMOTIVE, PO BOX 9464 | SPRINGFIELD | MO | 65801 | 417-862-2674 | | |
| MICHAEL & LOREE BRITT C/O KELLY, MORGAN, DE ATTN: MICHAEL G. KELL\ PO BOX 1311 | ODESSA | TX | 79760-1311 | 432-367-7271 | 432-363-9121 | |
| AIMBANK C/O BOERNER, DENNIS & ATTN: JEFF R. LASHAWA PO BOX 1738 | LUBBOCK | TX | 79408-1738 | 806-763-0044 | 806-763-2084 | JLASHAWAY@BDFLAWFIRM.COM |
| LAMAR COMPANIES PO BOX 96030 | BATON ROUGE | LA | 70896 | 225-926-1000 | | |
| TOYOTA MOTOR CREDIT C/O LAW OFFICE OF SAN ATTN: SAMUEL M. STRIC 2435 N. CENTRAL EXPRE PALISADE BLDG. II | RICHARDSON | TX | 75080 | 972-238-8687 | | SAM.STRICKLIN@STRICKLAW.PRO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TEXAS LONE STAR AUTC | C/O LAW OFFICE OF MIC | ATTN: MICHAEL H. CARP | 1102 MAIN STREET | LUBBOCK | TX | 79401 | 806-747-3016 | 806-747-8411 | MCARPER@CARPERLAW.COM; RNEBB@CAR |
| ALLY FINANCIAL, INC. AN | C/O TROUTMAN SANDER | ATTN: BRETT D. GOODM | 875 THIRD AVENUE | NEW YORK | NY | 10022 | 212-704-6000 | 212-704-6288 | BRETT.GOODMAN@TROUTMAN.COM |
| BART REAGOR | C/O KELLY HART & HALL | ATTN: MARSHALL M. SEA | 201 MAIN STREET, SUITE | FORT WORTH | TX | 76102 | 817-332-2500 | 817-878-9462 | MARSHALL.SEARCY@KELLYHART.COM; MICH |
| TEXAS COMMISSION ON | C/O TEXAS ATTORNEY G | ATTN: HAL F. MORRIS AN | PO BOX 12548 - MC 008 | AUSTIN | TX | 78711-2548 | 512-463-2173 | 512-936-1409 | HAL.MORRIS@OAG.TEXAS.GOV; ASHLEY.BAF |
| JAMES BURGESS | 7814 FARRELL | | | AMARILLO | TX | 79121 | 806-433-9448 | | |
| 1-800 RADIATOR | PO BOX 2786 | | | AMARILLO | TX | 79105 | 800-381-3688 | | |
| EARL OWEN COMPANY | 1235 WEST TRINITY MILL | | | CARROLLTON | TX | 75006 | 469-892-2424 | | |
| A&R PLUMBING | PO BOX 3447 | | | AMARILLO | TX | 79116 | 806-372-1572 | | |
| FAYEBUCK FAMILY, LLC | C/O REUBEN L. HANCOC | ATTN: REUBEN L. HANC | 7480 GOLDEN POND PLA | AMARILLO | TX | 79121 | 806-373-1713 | 806-373-8400 | RLH@RLHANCOCK.COM |
| MANHEIM REMARKETINC | C/O MCCLESKEY, HARRI | ATTN: MICHAEL S. URYA | 5010 UNIVERSITY AVE FL | LUBBOCK | TX | 79413-4422 | 806-796-7300 | 806-796-7365 | MURYASZ@MHBG.COM |
| HURRICANE OFFICE SUF | ATTN: DEAN TREW | 1407 EAST FM 1585 | | LUBBOCK | TX | 79423 | 806-749-3200 | | DTREW@HURRICANPRINTING.COM |
| CND BODY WORKS | 8809 VALENCIA AVENUE | | | LUBBOCK | TX | 79424 | 806-771-9192 | | cndbodyworks@yahoo.com |
| FINISHMASTER | ATTN: DANY MCCARLEY | PO BOX 744316 | | ATLANTA | GA | 30374-4316 | 806-683-2284 | | MCCARLEYD@FINISHMASTER.COM |
| UNISHIPPERS | 3337 N HULLEN ST. S | | | METAIRIE | LA | 70002 | | | |
| UNITED STATES OF AME | C/O US DEPARTMENT OF | ATTN: DONNA K. WEBB | 1100 COMMERCE ST., SL | DALLAS | TX | 75242 | 214-659-8600 | 214-659-8807 | DONNA.WEBB@USDOJ.COM |
| SOCGGIN DICKEY PART! | ATTN: DAVE ZWIACHER | 5901 SPUR 327 | | LUBBOCK | TX | 79424 | 806-589-0021 | | |
| WELLS FARGO BANK, N. | C/O LOCKE LORD LLP | ATTN: THOMAS A. CONN | 2200 ROSS AVENUE | SUITE 2800 | DALLAS | TX | 75201 | 214-740-8000; 214-740-85 | 214-740-8800 | TCONNOP@LOCKELORD.COM; MDAVIS@LOC |
| CAPROCK MARKETING L | PO BOX 6447 | | | LUBBOCK | TX | 79493 | 806-771-1223; 806-789-58 | | BOB@CAPROCKSALT-H20.COM |

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 8 of 25

| Name / Address | City | State | Zip | Phone | Phone | Email |
|---|---|---|---|---|---|---|
| TD AUTO FINANCE, LLC  C/O FORSHEY PROSTOK ATTN: LYNDA L. LANKFO 777 MAIN STREET, SUITE | FORT WORTH | TX | 76102 | 817-878-2022 | 817-877-4151 | LLANKFORD@FORSHEYPROSTOK.COM |
| BUMPER MANUFACTUR 2500 MINIS DRIVE | HALTOM CITY | TX | 76117 | 817-831-4401 | | |
| JACK MORRIS FORD LIN C/O UNDERWOOD LAW / ATTN: ROGER S. COX   PO BOX 9158 | AMARILLO | TX | 79105-9158 | 806-242-9651 | 806-379-0316 | ROGER.COX@UWLAW.COM |
| JEREMY DAVID MALIN  13 POND ST | CABOT | AR | 72023 | 501-744-6859 | | JEREMY.MALIN@YAHOO.COM |
| AT&T  PO BOX 105414 | ATLANTA | GA | 30348 | 800-288-2020 | | |
| EXETER FINANCE LLC  C/O HUNTON ANDREWS ATTN: JARRETT L. HALE, 1445 ROSS AVENUE, SUI | DALLAS | TX | 75202 | 214-979-3000 | | JHALE@HUNTONAK.COM; TELGIE@HUNTON/ |
| VALVOLINE LLC  PO BOX 117131 | ATLANTA | GA | 30368-7131 | 214-878-4191 | | VLSTEPHENSON@ASHLAND.COM |
| ADVANCIAL FEDERAL CF C/O J. WARD HOLLIDAY / ATTN: J. WARD HOLLIDA 501 ELM STREET, SUITE  JWH&A#: 107408 | DALLAS | TX | 75202 | 214-747-2727 | | |
| BANK OF THE WEST, ITS C/O MACKIE WOLF ZIEN' ATTN: STEPHEN WU     14160 N DALLAS PKWY, 1 PARKWAY OFFICE CENT DALLAS | | TX | 75254 | 214-635-2650 | 214-635-2686 | SWU@MWZMLAW.COM |
| PATTI SUE NOEL, INDEPI C/O UNDERWOOD LAW / ATTN: ROGER S. COX   PO BOX 9158 | AMARILLO | TX | 79105-9158 | 806-242-9651 | 806-379-0316 | ROGER.COX@UWLAW.COM |
| DALLAS DODGE CHRYSL 11550 LBJ FREEEWAY | DALLAS | TX | 75238 | 214-319-1265 | | |
| COVENANT HEALTH SYS C/O CLARK HILL STRASB ATTN: DUANE J. BRESCI/ 720 BRAZOS, SUITE 700 | AUSTIN | TX | 78701 | 512-499-3647 | 512-499-3660 | DUANE.BRESCIA@CLARKHILLSTRASBURGER |
| REID BETHEL TIRE CO  PO BOX 29 | LAMESA | TX | 79331 | 806-872-8886 | | |
| UNIVERSAL UNDERWRIT C/O MCCLESKEY, HARRI ATTN: MICHAEL S. URYA 5010 UNIVERSITY AVE., F | LUBBOCK | TX | 79413-4422 | 806-796-7300 | 806-796-7365 | MURYASZ@MHBG.COM; TSWANN@MHBG.CC |
| DALLAS COUNTY          C/O LINEBARGER GOGG ATTN: ELIZABETH WELLI 2777 N. STEMMONS FRE ISTE 1000 | DALLAS | TX | 75207 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| WEST TEXAS AUTOMOTI C/O JOHNSON DELUCA / ATTN: GEORGE A KURIS 4 HOUSTON CENTER     1221 LAMAR, SUITE 1000 HOUSTON | | TX | 77010 | 713-652-2525 | 713-652-5130 | GKURISKY@JDKLAW.COM; DABREO@JDKLA\ |
| SAM PACK'S FIVE STAR I PO BOX 110098 | CARROLLTON | TX | 75011-0098 | 972-961-3004 | | |
| GENERAL MOTORS LLC  C/O DYKEMA GOSSETT, ATTN: MARK E. ANDREW 1717 MAIN STREET          SUITE 4200 | DALLAS | TX | 75201 | 214-698-7819 | 214-462-6401 | MANDREWS@DYKEMA.COM; JMOORE@DYKE |

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 9 of 25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DAVID THOMAS | C/O COWLES & THOMPS ATTN: WILLIAM L. SIEGE 901 MAIN STREET, SUITE | | DALLAS | TX | 75202 | 214-672-2126; 214-672-20 214-672-2326; 214-672-20 | BSIEGEL@COWLESTHOMPSON.COM |
| INTERNATIONAL BANK C C/O GABLEGOTWALS | ATTN: JOHN D. DALE | 1100 ONEOK PLAZA 100 W. 5TH STREET | TULSA | OK | 74103-4217 | 918-595-4800; 918-595-48 918-595-4990 | JDALE@GABLELAW.COM |
| TUCKY'S AUTO PARTS | ATTN: JOHNNY | PO BOX 1973 | PLAINVIEW | TX | 79072 | 806-296-6387 | |
| LAMAR | PO BOX 182206 | | BATON ROUGE | LA | 70896 | | |
| HIGH PLAINS RADIO NET ATTN: CHRIS MOORE | PO BOX 1478 | | PLAINVIEW | TX | 79073-1478 | 806-291-0123 | CHRIS.HPRN@GMAIL.COM |
| JOHNSON AUTO GLASS | ATTN: ROBERT JOHNSO 3709 AVE. Q | | LUBBOCK | TX | 79412 | 806-687-1334 | |
| MEYER DISTRIBUTING | 560 EAST 25TH ST | | JASPER | IN | 47546 | 812-481-7163 | MATTHEW.SCHAICK@MEYERDISTRIBUTING.C |
| HENSON INVESTMENTS, C/O SELL GRIFFIN MCLA ATTN: KERRY MCLAIN | 504 S. POLK, SUITE 101 | | AMARILLO | TX | 79101-2318 | 806-374-3765 806-374-4269 | KERRY@SGMTEXASLAW.COM |
| UNITED STATES TRUSTE ATTN: WILLIAM T. NEAR 1100 COMMERCE STREE | | | DALLAS | TX | 75242 | 214-767-8967 214-767-8971 | |
| DE LAGE LANDEN | PO BOX 41602 | | PHILADELPHIA | PA | 19101-1602 | | |
| GULF STATES TOYOTA, I C/O BONDS ELLIS EPPIC ATTN: BRANDON JONES 420 THROCKMORTON ST SUITE 1000 | | | FORT WORTH | TX | 76102 | 817-405-6914; 817-405-69 | BRANDON@BONDSELLIS.COM; JOSHUA@BO |
| BANK OF THE WEST | C/O PROBER & RAPHAEL ATTN: LEE S. RAPHAEL | 20750 VENTURA BOULEV | WOODLAND HILLS | CA | 91364 | 818-227-0100 818-227-0637 | cmartin@pralc.com |
| UNIFIRST | 48 WINDMILL CIRCLE | | ABILENE | TX | 77634 | | |
| REAGAN NATIONAL ADVI C/O SAVRICK SCHUMAN ATTN: MITCHELL D. SAVI 4330 GAINES RANCH LO | | | AUSTIN | TX | 78735 | 512-347-1604 512-347-1676 | MITCHELL@SSJMLAW.COM |
| FISHER AUTO TRIM AND 6832 WAYNE AVE | | | LUBBOCK | TX | 79424 | | |
| DIGICUT SYSTEMS | 7700 EAST 38TH ST | | TULSA | OK | 74145 | 918-622-4725 | |
| FIRST BANK & TRUST, LL C/O STINSON LEONARD ATTN: PAUL B. LACKEY, I 3102 OAK LAWN AVENUE | | | DALLAS | TX | 75219-4259 | 214-560-2201 214-560-2203 | PAUL.LACKEY@STINSON.COM; MATT.MILLER |
| CONCHO SUPPLY INC. | PO BOX 3487 | | SAN ANGELO | TX | 76902 | 325-949-4649 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HANNER CHEVROLET, P C/O THE WHITTEN LAW I ATTN: CHARLES C. SELF 500 CHESTNUT, SUITE 1 | ABILENE | TX | 79602 | 325-672-7824 | 325-672-2158 | CSELF@WHITTENFIRM.COM; GLHACKER@W |
| FORD MOTOR CREDIT C C/O LANGLEY LLP ATTN: KEITH A. LANGLE 1301 SOLANA BLVD BUILDING 1, SUITE 1545 WESTLAKE | TX | 76262 | 214-722-7160 | 214-722-7161 | KLANGLEY@L-LLP.COM; BBAINS@L-LLP.COM |
| AMERICREDIT FINANCIA C/O MCGLINCHEY STAFF ATTN: STEPHEN P. STR 301 MAIN STREET, 14TH | BATON ROUGE | LA | 70801 | 225-383-9000 | 225-343-3076 | SSTROH@MCGLINCHEY.COM |
| FORD MOTOR COMPANY C/O EVERSHEDS SUTHE ATTN: MARK D. SHERRIL 1001 FANNIN, SUITE 370( | HOUSTON | TX | 77002 | 713-470-6100 | 713-654-1301 | MARKSHERRILL@EVERSHEDS-SUTHERLAND |
| FRONTIER DODGE 5801 SPUR 327 | LUBBOCK | TX | 79424 | 806-798-4500 | | |
| FIRST FINANCIAL BANK, C/O MCMAHON SUROVIK ATTN: JESSICA HAILE PO BOX 3679 | ABILENE | TX | 79604 | 325-676-9183 | 325-676-8836 | JHAILE@MSS.LAW |
| VALVOLINE 100 VALVOLINE WAY | LEXINGTON | KY | 40509 | | | |
| THE REINALT-THOMAS C PO BOX 29851 | PHOENIX | AZ | 85038-9851 | 602-996-0201 | | |
| GLASSCOCK CHEVROLE C/O GREAK LAW, P.C. ATTN: MICHAEL S. URYA 8008 SLIDE ROAD, SUITE | LUBBOCK | TX | 79424 | 806-783-0081 EXT. 3 | 888-242-1325 | MURYASZ@GREAKLAW.COM |
| AMERICAN TIRE DISTRIB 1701 VANTAGE DR, #103 | CARROLLTON | TX | 75006 | | | |
| MITSUBISHI MOTORS N C C/O RASHTI AND MITCHE ATTN: TIMOTHY T. MITC 4422 RIDGESIDE DRIVE | DALLAS | TX | 75244 | 972-661-9471 | 972-503-9611 | TIM@RASHTIANDMITCHELL.COM; DKRM@AO |
| DARREN AND TINA POOL C/O PERDUE, BRANDON, ATTN: JERRY SHIEVER 3301 NORTHLAND DRIVE | AUSTIN | TX | 78731 | 512-302-0190 | 512-302-1802 | JSHIEVER@PBFCM.COM |
| AMERICAN TIRE DISTRIB PO BOX 889 | HUNTERSVILLE | NC | 28070 | 704-992-1846 | | |
| MAURRY POWE 1000 N I-27 | PLAINVIEW | TX | 79072 | 806-296-7746 | | JETONAVEN@GMAIL.COM |
| DALLAS DODGE 11550 LBJ FWY | DALLAS | TX | 75238 | 214-319-1265 | | |
| FAMILY DEALERSHIP GR C/O SHACKLEFORD, BO\ ATTN: FRANCES A. SMIT 9201 N. CENTRAL EXPRE | DALLAS | TX | 75231 | 214-780-1400 | 214-780-1401 | FSMITH@SHACKLEFORD.LAW; DROLLINS@S |
| AMERICAN TIRE DISTRIB 8814 SENATOR CIRCLE | WOLFFORTH | TX | 79382 | 704-992-2000; 806-745-39 | | |
| DEALERS TRUCK EQUIPI PO BOX 31435 | SHREVEPORT | LA | 71130 | 800-259-7569; 318-635-75 | | |

| Name | Address | City | State | Zip | Phone | Phone 2 | Email |
|---|---|---|---|---|---|---|---|
| MORRIS PUBLISHING | PO BOX 1486 | AGUSTA | GA | 30903 | | | |
| JOHNSON'S AUTO GLAS: | PO BOX 94182 | LUBBOCK | TX | 79493 | | | |
| DRIVELINE EXPRESS | 1615 BUDDY HOLLY AVE | LUBBOCK | TX | 79401 | 806-762-5896 | | |
| AMERICAN TIRE DISTRIB | 9151 S. GEORGIA ST. | AMARILLO | TX | 79118 | 704-992-2000 | | |
| O'REILLY AUTO PARTS | PO BOX 9464 | SPRINGFIELD | MO | 65801-9464 | 417-862-2674 | | |
| U.S. TRUSTEE'S OFFICE | ATTN: ERIN SCHMIDT/ST 1100 COMMERCE ST., RC | DALLAS | TX | 75242 | | | |
| KEYSTONE AUTOMOTIVI | 1411 SOUTH LOOP 289 | LUBBOCK | TX | 79423 | 800-551-5610 | | |
| DEALERTRACK, INC | PO BOX 6129 | NEW YORK | NY | 10249 | | | |
| ALSCO INC. | ATTN: JIM MCINTIRE    404 N. UNIVERSITY AVE | LUBBOCK | TX | 79415 | 806-762-8751 | | JMCINTIRE@ALSCO.COM |
| AUTO PLUS | 3319 82ND SREET | LUBBOCK | TX | 79423 | 806-797-7777 | | |
| SEWELL LEXUS AND SEI | C/O UNDERWOOD LAW FATTN: ROGER S. COX    PO BOX 9158 | AMARILLO | TX | 79105-9158 | 806-242-9651 | 806-329-0316 | ROGER.COX@UWLAW.COM |
| DISCOUNT TIRE COMPAI | PO BOX 29851 | PHOENIX | AZ | 85038-9851 | 602-996-0201 | | |
| AUTO TRIM & UP FISCHE | 6832 WAYNE AVE., SUITE | LUBBOCK | TX | 79424 | 806-794-8500 | | |
| SCURRY COUNTY TAX O | C/O PERDUE, BRANDON, ATTN: LAURA J. MONRO | PO BOX 817 | LUBBOCK | TX | 79408 | 806-744-5092, 806-744-50 | 806-744-9953 | LMONROE@PBFCM.COM; LMBKR@PBFCM.CC |
| MADISON FUNDING, LLC | C/O KESSLER & COLLINS ATTN: HOWARD C. RUBIN 2100 ROSS AVENUE    SUITE 750 | DALLAS | TX | 75201 | 214-379-0722 | 214-373-4714 | HRUBIN@KESSLERCOLLINS.COM; DPC@KES |
| TEXAS DEPARTMENT OF | C/O TEXAS ATTORNEY G ATTN: HAL F. MORRIS AN BANKRUPTCY & COLLEC PO BOX 12548 - MC 008 | AUSTIN | TX | 78711-2548 | 512-463-2173 | 512-936-1409 | HAL.MORRIS@OAG.TEXAS.GOV; ASHLEY.BAF |
| KEYSTONE AUTOMOTIVI | PO BOX 417450 | BOSTON | MA | 02241-7450 | 800-551-5610 | | JELLIS@LKQCORP.COM |
| AMERICAN TIRE DISTRIB | PAYMENT PROCESSING PO BOX 889 | HUNTERSVILLE | NC | 28070-0889 | 704-992-2000 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BOB HOWARD PARTS DI 3501 N SANTA FE | OKLAHOMA CITY | OK | 73118 | 405-753-8770 | | |
| TOYOTA MOTOR CREDIT C/O BALLARD SPAHR LLI ATTN: MATTHEW G. SUN 919 N. MARKET STREET 11TH FLOOR | WILMINGTON | DE | 19801-3034 | 302-252-4465; 302-252-44 302-252-4466 | | SUMMERS@BALLARDSPAHR.COM |
| SANTA FE FEDERAL CRE C/O REUBEN L. HANCOC ATTN: REUBEN L. HANCC 7480 GOLDEN POND PLA | AMARILLO | TX | 79121 | 806-373-1713 | 806-373-8400 | RLH@RLHANCOCK.COM |
| NYLE MAXWELL OF TAY C/O MARTINEC, WINN & ` ATTN: JOSEPH D. MARTI 611 S. CONGRESS AVEN | AUSTIN | TX | 78704-1771 | 512-476-0750 | 512-476-0753 | MARTINEC@MWVMLAW.COM |
| R&D CLEANING & FLOOF ATTN: ROBERT LEE    PO BOX 3116 | LUBBOCK | TX | 79452-3116 | 806-370-6198 | | |
| SAFETY KLEEN    2600 N. CENTRAL EXPRE SUITE 400 | RICHARDSON | TX | 75080 | 800-323-5040 | | |
| BLAKE FULENWIDER    3925 SPUR BUSINESS | SNYDER | TX | 79549 | | | |
| MILSTEAD HARDWARE  C/O ALDRIDGE, ACTKINS ATTN: JEFF ACTKINSON  PO BOX 286 | FARWELL | TX | 79325 | 806-481-3361 | 806-481-9060 | JEFFACTKINSON@AMAONLINE.COM |
| SUNTRUST BANK    C/O MCGLINCHEY STAFF ATTN: RUDY J. CERONE .601 POYDRAS STREET, 1 | NEW ORLEANS | LA | 70130 | 504-596-2786 | 504-910-9362 | RCERONE@MCGLINCHEY.COM |
| SUDDENLINK    1820 SSW LOOP 323 | TYLER | TX | 75701 | 1-800-490-9604 | | |

ADDAVIDSONFIRM.COM

OM: JOHN.SCHWARTZ@NORTONROSEFULBRIGHT.COM

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 14 of 25

COM

л

BMCGLINCHEY.COM

ELBY@KELLYHART.COM; AMELIA.BUECHE@KELLYHART.COM

OM

PADFIELDSTOUT.COM

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 17 of 25

DRAWHORN@WICKPHILLIPS.COM

AK.COM; AJACOBSEN@HUNTAK.COM

EROPLOS@HIRSCHWEST.COM

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 18 of 25

PADFIELDSTOUT.COM

:EMA.COM

PERLAW.COM

PERLAW.COM; FIRM@CARPERLAW.COM

1AEL.ANDERSON@KELLYHART.COM; SCOTT.WIEHLE@KELLYHART.COM

RTRAM@OAG.TEXAS.GOV

CKELORD.COM

AK.COM; AJACOBSEN@HUNTAK.COM

:COM

OM

N.COM

EMA.COM; JGERBER@DYKEMA.COM

COM

NDSELLIS.COM

@LACKEY.COM; KATY.HART@LACKEY.COM

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 23 of 25

fort>2

t>2

ЭM

SLERCOLLINS.COM

RTRAM@OAG.TEXAS.GOV

Reagor-Dykes Motors, LP, et al. (18-50214)

Page 25 of 25