

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 9, 2020**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTIRCT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No.: 18-50214-rlj-11 |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | |
| | § | |

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT
### AGREEMENT WITH IBC BANK

This matter having come before this Court on the *Motion to Approve Settlement Agreement with IBC Bank* (the "**Motion**")[2] [Docket No. _____] filed by Reagor-Dykes Motors, LP and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC, (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Having reviewed the Motion, and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C, §§ 1408 and 1409; and due and proper notice having been provided to all parties in interest entitled to same; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and the creditors thereof; and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

### End of Order ###

**PREPARED AND SUBMITTED BY:**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas  75201
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667

**COUNSEL TO DEBTORS,
REAGOR-DYKES MOTORS, LP,** *et al.*