Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

**COUNSEL TO DEBTORS**
**REAGOR-DYKES MOTORS, LP** *et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **IN RE:** § <br> §<br>**REAGOR-DYKES MOTORS, LP,** *et al.*[1] §<br> §<br>Debtor. § | §<br>§<br>Case No. 18-50214-rlj-11<br>Jointly Administered<br>§ |

**NOTICE OF EFFECTIVE DATE OF THIRD AMENDED CHAPTER 11 PLAN OF**
**LIQUIDATION FOR REAGOR-DYKES AUTO GROUP, AS MODIFIED**

On July 10, 2020, the United States Bankruptcy Court for the Northern District of Texas, Lubbock Division (the "**Bankruptcy Court**") entered its *Order Confirming Debtors' Third Amended Chapter 11 Plan of Liquidation for Reagor-Dykes Auto Group, as Modified* [Dkt. 1907] (the "**Confirmation Order**"), confirming the *Debtors' Third Amended Chapter 11 Plan of Liquidation for Reagor-Dykes Auto Group, as Modified*, dated July 7, 2020 [Dkt. 1897] and any amendments, modifications, exhibits, schedules and supplements thereto (collectively, the "**Plan**"). All of the conditions precedent to the "Effective Date" (as defined in the Plan) of the Plan have occurred or have been waived. Accordingly, pursuant to the terms of the confirmed

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

1

Plan, **PLEASE TAKE NOTICE** that the Effective Date of the Plan is **July 10, 2020**. For purposes of calculating all filing and other deadlines in the Plan and Confirmation Order determined by reference to the Effective Date, such time periods are deemed to have commenced on July 10, 2020.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article 13 of the Plan, the Bankruptcy Court shall continue to retain and have such jurisdiction over the above-captioned Chapter 11 bankruptcy case to the maximum extent as is legally permissible.

DATED:  July 14, 2020                                            Respectfully submitted by:

>                                                                */s/ C. Ashley Ellis*
> Marcus A. Helt (TX 24052187)
> C. Ashley Ellis (TX 00794824)
> **FOLEY & LARDNER LLP**
> 2021 McKinney Avenue, Suite 1600
> Dallas, TX  75201
> Telephone:  214.999.3000
> Facsimile:  214.999.4667
>
> **COUNSEL TO DEBTORS**
> **REAGOR-DYKES MOTORS, LP** *et al.*

## Certificate of Service

I hereby certify that, on July 14, 2020, a true and correct copy of the foregoing Notice was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing sent to all parties or counsel of record who have registered to receive electronic service by operation of the Court's electronic filing system.

>                                 */s/ C. Ashley Ellis*
>                                  C. Ashley Ellis

4820-6635-9490.1