

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 27, 2022**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors. | § | |

### ORDER GRANTING REAGOR-DYKES AUTO GROUP CREDITORS
### LIQUIDATING TRUST'S *SEVENTH* OMNIBUS OBJECTION TO CLAIMS

This matter comes before this Court on the *Reagor-Dykes Auto Group Creditors Liquidating Trust's Seventh Omnibus Objection to Claims* (the "**Objection**") filed by Reagor-Dykes Auto Group Creditors Trust (the "**Trust**"), successor in interest to Reagor-Dykes Motors, LP and its debtor affiliates (collectively, "**Reagor-Dykes**" or the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323) and Reagor Auto Mall I LLC (Case No. 18-50325).

It appearing that this Court has jurisdiction to grant the relief sought pursuant to the Objection in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C, §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection; and no responses having been received by any claimant listed on the attached Exhibit "A;" and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED** for the reasons set forth in **the Objection**;

2. Each Claim listed on Exhibit "A" is bifurcated as a matter of law into a secured and an unsecured deficiency claim portion, with the secured amount of each Claim fixed at $0.00 and the unsecured deficiency claim amount fixed at $0.00 and therefore each of the Claims listed on **Exhibit A** attached hereto are disallowed and expunged in their entirety.

### ### End of Order ###

**PREPARED AND SUBMITTED BY:**


By: */s/ C. Ashley Ellis*
    C. Ashley Ellis (TX 00794824)
    Emily F. Shanks (TX 24110350)
    **FOLEY & LARDNER LLP**
    2021 McKinney Avenue, Suite 1600
    Dallas, Texas  75201
    Telephone:  (214) 999-3000
    Facsimile:  (214) 999-4667

**COUNSEL TO THE REAGOR-DYKES
AUTO GROUP CREDITORS LIQUIDATING TRUST,
SUCCESSOR IN INTEREST TO DEBTORS
REAGOR-DYKES MOTORS, LP** *et al.*

**EXHIBIT A**

**REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST**
**OMNIBUS OBJECTION #7**

| NAME OF CLAIMANT | DEBTOR CASE NUMBER | PROOF OF CLAIM NUMBER | DATE PROOF OF CLAIM FILED | SCHEDULED TYPE | SCHEDULED AMOUNT | PROOF OF CLAIM TYPE | PROOF OF CLAIM AMOUNT | ALLOWED AMOUNT OF CLAIM, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ADVANCIAL FEDERAL CREDIT UNION | 18-50214 | 162 | 2/1/2019 | | | Secured | 36,912.00 | 0.00 |
| ADVANCIAL FEDERAL CREDIT UNION | 18-50214 | 163 | 2/1/2019 | | | Secured | 71,464.41 | 0.00 |
| ADVANCIAL FEDERAL CREDIT UNION | 18-50214 | 164 | 2/1/2019 | | | Secured | 31,471.50 | 0.00 |
| ADVANCIAL FEDERAL CREDIT UNION | 18-50214 | 165 | 2/1/2019 | | | Secured | 42,483.33 | 0.00 |
| BANK OF THE WEST | 18-50214 | 67 | 11/30/2018 | | | Secured | 105,138.57 | 0.00 |
| BANK OF THE WEST | 18-50214 | 68 | 11/30/2018 | | | Secured | 370,686.28 | 0.00 |
| BANK OF THE WEST | 18-50214 | 69 | 11/30/2018 | | | Secured | 33,710.62 | 0.00 |
| BANK OF THE WEST | 18-50214 | 70 | 11/30/2018 | | | Secured | 135,409.98 | 0.00 |
| BANK OF THE WEST | 18-50214 | 71 | 11/30/2018 | | | Gen Unsec | 2,508.95 | 0.00 |
| BANK OF THE WEST | 18-50214 | 72 | 11/30/2018 | | | Gen Unsec | 1,566.18 | 0.00 |
| BANK OF THE WEST | 18-50214 | 79 | 11/30/2018 | | | Secured | 99,999.19 | 0.00 |
| FIRST FINANCIAL BANK, N.A. | 18-50214 | 45 | 11/29/2018 | | | Secured | 47,758.14 | 0.00 |
| FIRST FINANCIAL BANK, N.A. | 18-50214 | 46 | 10/29/2018 | | | Secured | 29,563.33 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50214 | 102 | 12/5/2018 | | | Secured | 1,154.39 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50215 | 35 | 12/5/2018 | | | Secured | 56,933.21 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50218 | 29 - A | 12/5/2018 | | | Secured | 5,761.34 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50218 | 29 - B | 12/5/2018 | | | Gen Unsec | 661.34 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50219 | 27 | 12/5/2018 | | | Secured | 58,066.50 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50219 | 28 | 12/5/2018 | | | Secured | 919.87 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50324 | 19 | 12/5/2018 | | | Secured | 9,944.71 | 0.00 |
| LUBBOCK NATIONAL BANK | 18-50324 | 20 | 12/5/2018 | | | Secured | 9,539.12 | 0.00 |

**EXHIBIT A**

## REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST
## OMNIBUS OBJECTION #7

| NAME OF CLAIMANT | DEBTOR CASE NUMBER | PROOF OF CLAIM NUMBER | DATE PROOF OF CLAIM FILED | SCHEDULED TYPE | SCHEDULED AMOUNT | PROOF OF CLAIM TYPE | PROOF OF CLAIM AMOUNT | ALLOWED AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| LUBBOCK NATIONAL BANK - FRANK HUEY | | | | Gen Unsec | 5,860.27 | | | 0.00 |
| LUBBOCK NATIONAL BANK - RAMON JOHNSTON | | | | Gen Unsec | 49,875.00 | | | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50214 | 124 - A | 12/5/2018 | | | Secured | 139,143.02 | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50214 | 124 - B | 12/5/2018 | | | Gen Unsec | 586,926.36 | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50215 | 53 | 12/5/2018 | | | Gen Unsec | 43,010.09 | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50217 | 74 | 12/5/2018 | | | Gen Unsec | 82,043.28 | 0.00 |
| MUSA AUTO FINANCE, LLC | 15-50218 | 46 | 12/5/2018 | | | Gen Unsec | 47,436.82 | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50219 | 44 | 12/5/2018 | | | Gen Unsec | 55,138.34 | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50324 | 79 - A | 3/28/2019 | | | Secured | 139,143.02 | 0.00 |
| MUSA AUTO FINANCE, LLC | 18-50324 | 79 - B | 3/28/2019 | | | Gen Unsec | 256,605.48 | 0.00 |
| SOUTH PLAINS ELECTRIC COOPERATIVE, INC | 18-50215 | 25 | 12/4/2018 | | | Secured | 2,529.07 | 0.00 |
| SOUTH PLAINS ELECTRIC COOPERATIVE, INC | 18-50325 | 2 | 12/4/2018 | | | Secured | 2,782.33 | 0.00 |
| | | | TOTALS | | 55,735.27 | | 2,506,410.77 | 0.00 |