


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 9, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP,** ***et al.***[1] | § | **Case No. 18-50214-rlj-11** |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**ORDER RESOLVING REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST'S OBJECTION TO CLAIMS FILED BY GREATAMERICA FINANCIAL SERVICES CORPORATION**

This matter comes before this Court on the objections to the claims filed by GreatAmerica Financial Services Corporation (collectively, the "**GreatAmerica Claim**" and "**GreatAmerica**") in the *Reagor-Dykes Auto Group Creditors Trust's Seventh Omnibus Objection to Claims* (the "**Objection**") filed by Reagor-Dykes Auto Group Creditors Trust (the "**Trust**"), successor in interest to Reagor-Dykes

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323) and Reagor Auto Mall I LLC (Case No. 18-50325).

Motors, LP and its debtor affiliates (collectively, "**Reagor-Dykes**" or the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

It appearing that this Court has jurisdiction to grant the relief sought with regard to the GreatAmerica Claim in the Objection in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C, §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection and having been advised by counsel for GreatAmerica and counsel for the Trust that an agreement has been reached with regard to the Objection and allowance of the GreatAmerica Claim as set forth herein; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. GreatAmerica's Claim, assigned Pacer claim no. 162-1 (Stretto assigned claim no. 249) is hereby allowed as a general unsecured claim in the agreed amount of $38,150.09 to be treated in Class 11 in accordance with the terms and conditions of the Plan as confirmed; and

2. Consistent with the agreement reached between counsel for GreatAmerica and counsel for the Trust, all of GreatAmerica's remaining filed proofs of claim, other than Pacer claim no. 162-1 (Stretto assigned claim no. 249), are accordingly disallowed and expunged in their entirety.

**### End of Order ###**

**APPROVED, STIPULATED AND AGREED BY:**

By: */s/ C. Ashley Ellis*
C. Ashley Ellis (TX 00794824)
Emily F. Shanks (TX 24110350)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**COUNSEL TO THE REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST, SUCCESSOR IN INTEREST TO DEBTORS REAGOR-DYKES MOTORS, LP *et al.***

By: */s/ Peggy Upton*
Peggy Upton
Litigation Specialist
**GREATAMERICA FINANCIAL SERVICES CORPORATION**
PO Box 609
Cedar Rapids, IA 52406
Telephone: (866)735-1525

**COUNSEL TO GREATAMERICA FINANCIAL SERVICES CORPORATION**