

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 10, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REAGOR-DYKES MOTORS, LP,** *et al.*[1] | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors. | § | |

## ORDER RESOLVING REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST'S OBJECTION TO CLAIM OF DAVID THOMAS

This matter comes before this Court on the objection to the claim filed by Claimant David Thomas (the "**Claimant**") in the *Reagor-Dykes Auto Group Creditors Trust's Objection to Claim of David Thomas* (the "**Objection**") filed by Reagor-Dykes Auto Group Creditors Trust (the "**Trust**"), successor in interest to Reagor-Dykes Motors, LP and its debtor affiliates (collectively, "**Reagor-Dykes**" or the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323) and Reagor Auto Mall I LLC (Case No. 18-50325).

Case 18-50214-rlj11 Doc 2551 Filed 03/10/22 Entered 03/10/22 16:19:01 Page 2 of 3

It appearing that this Court has jurisdiction to grant the relief sought with regard to the Claimant's Claim in the Objection in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C, §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection and having been advised by counsel for Claimant and counsel for the Trust that an agreement has been reached with regard to the Objection and allowance of the Claimant's Claim as set forth herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. Claimant's Claim, assigned Pacer Claim no. 54, is hereby allowed as a general unsecured claim in the agreed amount of $68,091.21 to be treated in Class 11 in accordance with the terms and conditions of the Plan as confirmed; and

2. Consistent with the agreement reached between counsel for Claimant and counsel for the Trust, all of Claimant's remaining filed proofs of claim other than Pacer claim no. 54, if any, are accordingly disallowed and expunged in their entirety.

### ### End of Order ###

**APPROVED, STIPULATED AND AGREED BY:**

| | |
|---|---|
| By: */s/ C. Ashley Ellis* <br> C. Ashley Ellis (TX 00794824) <br> Emily F. Shanks (TX 24110350) <br> **FOLEY & LARDNER LLP** <br> 2021 McKinney Avenue, Suite 1600 <br> Dallas, Texas 75201 <br> Telephone: (214) 999-3000 <br> Facsimile: (214) 999-4667 <br><br> **COUNSEL TO THE REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST, SUCCESSOR IN INTEREST TO DEBTORS REAGOR-DYKES MOTORS, LP** *et al.* | By: */s/ William L. Siegel* <br> William L. Siegel <br> State Bar No. 18342480 <br> **COWLES & THOMPSON, P.C.** <br> 901 Main Street, Suite 3900 <br> Dallas, Texas 75202 <br> Telephone: (214) 672-2000 <br> Facsimile: (214) 672-2020 <br> Email: bsiegel@cowlesthompson.com <br><br> **COUNSEL TO DAVID THOMAS** |