

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 1, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No.: 18-50214-rlj-11 |
| REAGOR-DYKES MOTORS, LP, *et al.*[1] § | Jointly Administered |
| § | |
| Debtors. § | |

### ORDER TO <u>TRAVIS GOODWIN</u> TO SHOW CAUSE REGARDING ORDER GRANTING REAGOR-DYKES AUTO GROUP CREDITORS LIQUIDATING TRUST'S/CONSUMER OMBUDSMAN'S SEVENTEENTH OMNIBUS OBJECTION: <u>CONSUMER CLAIMS (TRAVIS GOODWIN)</u>

Upon consideration of the *Seventeenth Omnibus Objection: Consumer Claims* [Docket No. 2453][2] and the *Order Granting Reagor-Dykes Auto Group Creditors Liquidating Trust's/Consumer Ombudsman's Seventeenth Omnibus Objection: Consumer Claims (Travis Goodwin)* entered by this Court at Docket No. 2613

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC, (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.

on April 29, 2022 (the "**Goodwin Claim Order**"); and upon the oral representations to the Court by counsel for the Reagor-Dykes Auto Group Creditor Trust (the "**Trust**"), successor in interest to Reagor-Dykes Motors, LP and its debtor affiliates, and Dennis Faulkner as the Trustee of the Trust and as the Court-appointed Consumer Ombudsman in the above-captioned chapter 11 cases; and it appearing that this Court has jurisdiction under 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C, §§ 1408 and 1409; the Court hereby **ORDERS** that:

1. Mr. Travis Goodwin appear and show cause before this Court, at George Mahon Federal Building 1205 Texas Ave., Rm 306 Lubbock, TX 79401-4002 on July 20, 2022 at 1:30 pm (prevailing Central Time), of any reason the Goodwin Claim Order disallowing claim no. 103 should not stand as entered.

2. If Mr. Goodwin and/or an authorized representative of Mr. Goodwin fails to appear and show cause at the date and time set forth in this show cause order, the Court will entertain no further proceedings regarding the Goodwin Claim Order.

3. Service of a copy of this show cause order upon Travis Goodwin or his counsel by electronic mail within two (2) business days of its entry, together with service via United States Mail, first class, postage prepaid, on or before July 6, 2022 shall be deemed good and sufficient service of this show cause order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this show cause order.

### End of Order ###

**SUBMITTED BY:**

*/s/ C. Ashley Ellis*
C. Ashley Ellis (TX 00794824)
Emily F. Shanks (TX 24110350)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**COUNSEL TO THE REAGOR-DYKES
AUTO GROUP CREDITORS LIQUIDATING TRUST,
SUCCESSOR IN INTEREST TO DEBTORS
REAGOR-DYKES MOTORS, LP et al.**